**08 C 297**

**JUDGE HART**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT 1(a)

Case 1:08-cv-00297   Document 1-2   Filed 01/14/2008   Page 1 of 6

Case 1:08-cv-00297    Document 1-2    Filed 01/14/2008    Page 2 of 6



## WHAT REALLY MATTERS℠

Peace of Mind



## WHAT REALLY MATTERS

There's a reason financial services were created. People realized there was a better way to spend their time. And manage their money. They wanted a trusted advisor who knew the ultimate goal was greater than stock selection and interest rates. More meaningful than P/E ratios and yield curves. Someone who knew it was about peace of mind.

And that's where Northern Trust comes in.





**The riches in life aren't necessarily about being rich**

At Northern Trust, we understand that. We know there are things you'd rather do than spend time worrying about finances. That's why everything we do is designed to give you the freedom to focus on what matters most to you.

## WHAT YOU NEED

When you look to someone for solutions, you're looking for expertise tested by generations of financial management. You need resources dedicated to helping you achieve your goals. And you want answers to questions you didn't know you had.

### Professional Expertise

At Northern Trust, we've spent more than a century – through every imaginable economic climate – honing our skills in asset management, asset servicing and banking. We've engineered solutions designed to help you or your business make the most of your complex finances. And gained knowledge and experience in everything from dynasty trusts to derivatives, from private equity to pension pooling.

### Creative Solutions

With Northern Trust, you don't have to spend your time devising solutions, researching investments or creating your plan. That's what we do. Our highly skilled professionals are focused on protecting and growing assets. We implement your plan, continually re-evaluate it and make adjustments over time. We bring you forward-thinking solutions, integrating the latest in technology. Instead of reacting to change, we anticipate it – finding new ways to address the entire spectrum of your financial needs.



Whether it's managing personal wealth or that of large, institutional asset pools, we're dedicated to pioneering industry-leading services designed to take you to the next level.

### CUTTING-EDGE CAPABILITIES

- Investment Management
- Trust and Estate Planning Services
- Custody Services
- Private and Commercial Banking
- Financial Planning
- Risk and Analytics
- Treasury Management
- Fund Administration

### STRENGTH AND SINGLENESS OF PURPOSE

Northern Trust's exclusive focus is on managing and administrating clients' assets. It's what we do best – and nothing else gets in the way.

**Largest** offshore private equity fund administrator in Europe

**Largest** number of funds administered in Ireland and Guernsey

**3rd** largest institutional index manager in the United States

**5th** largest institutional tax-exempt asset manager in the United States

**8th** largest worldwide institutional asset manager

**8th** largest global custodian

**14th** largest worldwide asset manager



We're passionate about financial services.

That's why you hire us.

## WHAT YOU WANT

When looking for a financial partner, it's important to find someone who has the products and services you need. But is that all there is? Shouldn't there be more to it than that?

### Personal Dedication to Quality

At Northern Trust, we understand that finances may not be – should not be – what you spend all your time on. We know there are more important things to balance than balance sheets. Our aim is to help you have the time to pursue whatever you choose – whether it's acting on your philanthropic interests or being more strategic in your job.

We get to know you, your business and your objectives. We take the time to develop an intimate understanding of your desires and expectations. We ask, "What are your goals?" And then we work tirelessly to get you there.

Looking at the future through your eyes is what makes Northern Trust different. We're driven to create the best solutions to meet your needs now and find better ways for the future. We strive for innovation enriched by wisdom. And we invest in industry-leading technology to make the next steps possible.

### Exceptional Client Service

At Northern Trust, clients are the center of our business, and all we do revolves around them. With attentive guidance, leading-edge knowledge and access to information when you need it, we are determined to see our clients well-served. We make a personal commitment to your success and happiness because we believe client service is worthy of more than lip service.

It's about putting your needs first and freeing you from details. Our mission is to make your goals our goals.

---

**IMPROVING MORE THAN THE BOTTOM LINE**

- **One of America's Most Admired Companies**
  *Fortune*

- **100 Best Corporate Citizens**
  *Business Ethics*

- **100 Best Companies for Working Mothers**
  *Working Mother* (Fifteen years)

- **Best Places to Work in IT**
  *Computerworld*
  (Fourth consecutive year)

- **Investor in People Leadership and Management Award**
  *United Kingdom Department for Education and Skills*

- **Excellence Through People Award**
  *Enterprise Ireland*