**08 C 297**

**JUDGE HART**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT 1(b)



## Your success is our success

Northern Trust's reputation for excellence is rooted in our dedication to our clients. By anticipating our clients' needs, we are continually at the forefront of financial services. As a result, Northern Trust is consistently recognized as an industry leader not only for the services we provide, but the innovations we offer.

**Outstanding Private Bank – The Americas 2005**
*Private Banker International*

**European Pension Fund Custodian of the Year 2005**
*International Custody and Fund Administration*
*Second Consecutive Year*

**#1 Global Securities Lending Provider 2005**
*International Securities Finance*
*Third Consecutive Year*

**#1 Connectivity & Automation 2005**
*International Securities Finance*
*Fifth Consecutive Year*

**Three Best in Class rankings 2005**
*PLANSPONSOR*

**Custodian of the Year 2004**
*Professional Pensions*
*Fifth Consecutive Year*

**Best Global Custodian 2004**
*Global Investor*



**You take your work seriously**

At Northern Trust, we take your work seriously, too. Our professionals are focused on you and your goals. Concentrating on helping you succeed. Which frees you from wondering if we are doing our job. So you can get back to doing yours.

# WHAT YOU CAN TRUST

Trusting someone else with your finances is never easy. There's too much riding on them to delegate carelessly. Your family's or your organization's futures are at stake.



GLOBAL EXPERIENCE

**UNITED STATES** (BY STATE)
1. Arizona
2. California
3. Colorado
4. Connecticut
5. Delaware
6. Florida
7. Georgia
8. Illinois*
9. Massachusetts
10. Michigan
11. Minnesota
12. Missouri
13. Nevada
14. New York
15. Ohio
16. Texas
17. Washington
18. Wisconsin

*Headquarters*

**INTERNATIONAL**
1. Amsterdam
2. Bangalore
3. Beijing
4. Dublin
5. Guernsey
6. Hong Kong
7. Jersey
8. Limerick
9. London
10. Luxembourg
11. Melbourne
12. Singapore
13. Tokyo
14. Toronto

## Strength and Vision

Undiluted by merger, Northern Trust's dedication to safe growth through intelligent risk has guided our progress throughout the decades, helping our clients sleep at night and plan for tomorrow.

But it's not enough simply to be true to our business model — at Northern Trust, we believe we have a greater responsibility. We work hard to improve the quality of life not only of our clients, but also our employees and the communities we serve. We encourage community reinvestment through charitable giving, volunteering and partnerships, backed by a culture of caring and a commitment of resources.

We believe the character of our company to be as important to your success as any knowledge or expertise we could provide.

With Northern Trust, you can rest easier knowing we have more than a century's experience providing financial services. Our roots go back to 1889, when we were founded as a trust company for affluent individuals and successful businesses in Chicago. We've since grown to become a global leader in financial services – with clients living in 40 nations and investing in 90 countries worldwide.

Our offices are strategically located around the globe, from Limerick to Beijing. In the United States, our extensive network of 85 offices in 18 states has the largest private banking reach of any other financial organization.

## WHAT REALLY MATTERS

At Northern Trust, we know that choosing a financial partner is about more than finances.

It's about finding someone who will challenge your thinking and make you better at what you do. Someone who will make your money work intelligently. Someone who knows the value of relationships and will be a trusted advisor. It's about getting the freedom to focus on the things that matter most to you.

In the end, Northern Trust understands that selecting a financial partner hinges on many things. Or maybe only one thing. But that's the point. You choose based on what really matters to you.

And that's all that matters to us.

**Enjoy your most precious asset – peace of mind.**



NORTHERN TRUST

© Northern Trust Corporation, 2007
Northern Trust Banks are Members FDIC, Equal Housing Lenders

northerntrust.com



Q 13129 (09/07)