**08 C 297**

**JUDGE HART**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT 1(c)



# THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS

Strategies for Building, Preserving and Transferring Wealth

INVITATION AND PRELIMINARY PROGRAM

October 22–25, 2006

Bacara Resort & Spa
Santa Barbara, California



Northern Trust

## NORTHERN TRUST LOCATIONS

**ARIZONA**
Phoenix
Mesa
Scottsdale
Sun City West
Sun Lakes
Tucson

**CALIFORNIA**
Los Angeles
La Jolla
Los Altos
Marin County
Montecito
Newport Beach
Rancho Mirage
San Diego
San Francisco
Santa Barbara
Westwood

**COLORADO**
Denver

**CONNECTICUT**
Stamford

**DELAWARE**
Wilmington

**FLORIDA**
Miami
Aventura
Belleair Bluffs
Boca Raton
Bonita Springs
Coral Gables
Coral Ridge
Delray Beach
Doral
Ft. Lauderdale
Ft. Myers
Key Biscayne
Lakewood Ranch
Longboat Key
Naples
North Palm Beach
Palm Beach
Sarasota
St. Petersburg
Stuart
Tampa
Venice
Vero Beach
Weston

**GEORGIA**
Atlanta

**ILLINOIS**
Chicago
Barrington
Glenview
Highland Park
Hinsdale
Lake Bluff
Lake Forest
Naperville
Oakbrook Terrace
Park Ridge
Schaumburg
Winnetka

**MASSACHUSETTS**
Boston

**MICHIGAN**
Bloomfield Hills
Grand Rapids
Grosse Pointe Farms

**MINNESOTA**
Minneapolis

**MISSOURI**
Saint Louis

**NEVADA**
Las Vegas

**NEW YORK**
New York

**OHIO**
Cleveland

**TEXAS**
Dallas
Austin
Houston
The Woodlands

**WASHINGTON**
Seattle

**WISCONSIN**
Milwaukee

**INTERNATIONAL**
Amsterdam
Bangalore
Beijing
Dublin
Guernsey
Hong Kong
Isle of Man
Jersey
London
Luxembourg
Singapore
Tokyo
Toronto



northerntrust.com

Q15168 (7/06)