**08 C 297**

**JUDGE HART**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT 2

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,360,523
Registered Dec. 25, 2007

## SERVICE MARK
PRINCIPAL REGISTER

## WHAT REALLY MATTERS

NORTHERN TRUST CORPORATION (DELAWARE CORPORATION)
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

FOR: BANKING SERVICES, PERSONAL AND CORPORATE TRUST SERVICES, FUNDS INVESTMENT, INVESTMENT ADVICE, AND INVESTMENT CONSULTATION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 1-7-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-673,661, FILED 7-19-2005.

RUSS HERMAN, EXAMINING ATTORNEY

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,363,286
Registered Jan. 1, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

THE FREEDOM TO FOCUS ON
WHAT REALLY MATTERS

NORTHERN TRUST CORPORATION (DELAWARE CORPORATION)
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

FOR: BANKING SERVICES, PERSONAL AND CORPORATE TRUST SERVICES, FUNDS INVESTMENT, INVESTMENT ADVICE, AND INVESTMENT CONSULTATION SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 1-7-2006.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-673,655, FILED 7-19-2005.

MONIQUE MILLER, EXAMINING ATTORNEY

# EXHIBIT 3

| To: | Northern Trust Corporation (officeactions@brinkshofer.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78673661 - WHAT REALLY MATTERS - 1625/920 |
| Sent: | 2/7/2006 2:06:16 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| **SERIAL NO**: | 78/673661 | |
| **APPLICANT**: | Northern Trust Corporation | **\*78673661\*** |

**CORRESPONDENT ADDRESS**:
   SCOTT J. SLAVICK
   BRINKS HOFER GILSON & LIONE
   PO BOX 10395
   CHICAGO, IL 60610-0395

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:   WHAT REALLY MATTERS

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  1625/920

**CORRESPONDENT EMAIL ADDRESS**:
   officeactions@brinkshofer.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/673661

The assigned examining attorney has reviewed the referenced application and determined the following.

    A.    <u>Search Result</u>

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 1105.01.

    B.    <u>Signed Declaration Required</u>

The application must be signed, and verified or supported by a declaration under 37 C.F.R. Section 2.20.  37 C.F.R. Section 2.33.  No signed verification or declaration was provided.  Therefore, the applicant must provide a signed verification or signed declaration attesting to the facts set forth in the application.

To satisfy this requirement, applicant may add the following declaration paragraph at the end of its response, properly signed and dated:

> The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce; *that the applicant had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the application filing date*; that the facts set forth in the application are true and correct; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.
>
> _____
>
> (Signature)
>
> _____
>
> (Print or Type Name and Position)

_____

(Date)

/Russ Herman/

Attorney

LO 101

571-272-9172

571-273-9101 (fax)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE: You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

| | |
|---|---|
| To: | Northern Trust Corporation (officeactions@brinkshofer.com) |
| Subject: | TRADEMARK APPLICATION NO. 78673655 - THE FREEDOM TO FOCUS ON WHAT REALLY MATT ETC. - 1625/918 |
| Sent: | 2/7/2006 1:37:17 PM |
| Sent As: | ECOM109@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

SERIAL NO: 78/673655

APPLICANT: Northern Trust Corporation

\*78673655\*

CORRESPONDENT ADDRESS:
   SCOTT J. SLAVICK
   BRINKS HOFER GILSON & LIONE
   PO BOX 10395
   CHICAGO, IL 60610-0395

RETURN ADDRESS:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

MARK: THE FREEDOM TO FOCUS ON WHAT REALLY MATT ETC.

CORRESPONDENT'S REFERENCE/DOCKET NO: 1625/918

CORRESPONDENT EMAIL ADDRESS:
   officeactions@brinkshofer.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

## OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/673655

The assigned examining attorney has reviewed the referenced application and determined the following.

    A.      Search Result

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 1105.01.

    B.      Signed Declaration Required

The application must be signed, and verified or supported by a declaration under 37 C.F.R. Section 2.20.  37 C.F.R. Section 2.33.  No signed verification or declaration was provided.  Therefore, the applicant must provide a signed verification or signed declaration attesting to the facts set forth in the application.

\Scott Oslick\

Trademark Examining Attorney

Law Office 108

(571) 272-9348 (Telephone)

(571) 273-9108 (Fax - Official Responses Only)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your

response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

# EXHIBIT 4

 United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Sat Jan 12 04:04:42 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

Start List At: ____  OR  Jump to record: ____  **3 Records(s) found (This page: 1 ~ 3)**

Refine Search: `WHAT[BI] AND MATTERS[BI] AND BANKIN` [Submit]

Current Search: S1: WHAT[BI] AND MATTERS[BI] AND BANKING[GS] AND LIVE[LD] docs: 3 occ: 12

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78673655 | 3363286 | THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS | TARR | LIVE |
| 2 | 78673661 | 3360523 | WHAT REALLY MATTERS | TARR | LIVE |
| 3 | 77308911 | | CHASE WHAT MATTERS | TARR | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [TOP] [HELP]

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY