**08 C 297**

**JUDGE HART**
**MAGISTRATE JUDGE KEYS**

# EXHIBIT 5

JPMORGAN CHASE & CO.    ANNUAL REPORT   2006





JPMorganChase



| (In millions, except ratios) | 2006 | 2005 |
|---|---|---|
| Total net revenue | $14,825 | $14,830 |
| Net income | 3,213 | 3,427 |
| Return on equity | 22% | 26% |



## RETAIL FINANCIAL SERVICES

Retail Financial Services helps meet the financial needs of consumers and businesses. We provide convenient consumer banking through the nation's fourth-largest branch network and third-largest ATM network. We are a top-five mortgage originator and servicer, the second-largest home equity originator, the largest noncaptive originator of automobile loans and one of the largest student loan originators.

We serve customers through more than 3,000 bank branches, 8,500 ATMs and 270 mortgage offices; and through relationships with more than 15,000 auto dealerships and 4,300 schools and universities. More than 11,000 branch salespeople assist customers with checking and savings accounts; mortgage, home equity and business loans; investments; and insurance across our 17-state footprint from New York to Arizona. More than 1,200 additional mortgage officers provide home loans throughout the country.

### 2006 HIGHLIGHTS

- Increased branch sales force 9%; and increased branch sales production, including credit cards 74% and investments 34%.
- Increased checking accounts 14%, to 10 million, and deposits 12%, to $204 billion.
- Increased Business Banking loan originations 22%, to $5.7 billion.
- Increased active online customer base 35%; generated 187 million online transactions, including bill payment and electronic payment, up 35%.
- Added 438 net new branches, including 339 acquired from The Bank of New York; and 1,194 ATMs, including 400 acquired from The Bank of New York and 500 placed in Walgreens stores throughout Florida, Colorado and Louisiana.

### MAJOR 2006 ACCOMPLISHMENTS

- Expanded our leadership position in the highly attractive New York metropolitan area through the acquisition of The Bank of New York's consumer banking business, which added $12 billion in deposits.
- Purchased and integrated Collegiate Funding Services to expand the education lending business.
- Completed technology conversion in the New York Tri-state area; now serving all Chase-branded branches on the same state-of-the-art platform.
- Completed the Chase rebranding of remaining Bank One branches and ATMs.
- Expanded originations of alternative mortgage products – leveraging distribution capabilities in the Investment Bank – to serve changing consumer needs, while maintaining disciplined underwriting practices.

### 2007 AND BEYOND

- Improve customer cross-selling through continued expansion of the sales force and achieve double-digit growth in branch sales of mortgages, investments and credit cards.
- Invest in 125 to 150 additional branch locations annually, using disciplined and analytical approach to select markets and sites within markets.
- Convert The Bank of New York branches to the Chase technology platform in first half of 2007, refurbish those branches, and upgrade the sales process and customer experience.
- Continue to respond to changing residential lending environment; upgrade and consolidate mortgage origination and servicing technology by year-end 2008 to improve customer experience and increase operating efficiencies.

# EXHIBIT 6

JPMORGAN CHASE & CO.        ANNUAL REPORT        2006





JPMorganChase



| (In millions, except ratios) | 2006 | 2005 |
|---|---|---|
| Total net revenue | $3,800 | $3,488 |
| Net income | 1,010 | 951 |
| Return on equity | 18% | 28% |

# COMMERCIAL BANKING

Commercial Banking serves more than 30,000 clients, including corporations, municipalities, financial institutions and not-for-profit entities. These clients generally have annual revenues ranging from $10 million to $2 billion. Commercial bankers serve clients nationally throughout the retail branch footprint and in offices located in other major markets. We are the #1 commercial bank in our retail branch footprint.

Commercial Banking offers its clients industry knowledge, experience, a dedicated service model, comprehensive solutions and local expertise. The firm's broad platform positions us to deliver extensive product capabilities – including lending, treasury services, investment banking and asset management – to meet our clients' U.S. and international financial needs.

(a) SRBI Footprint Study 2005
(b) Barlow Research Middle Market Banking 2006, Chase Relationship Audit™
(c) Loan Pricing Corporation, 2006

### 2006 HIGHLIGHTS

- #1 commercial bank in market penetration in Chase's retail branch footprint, almost double that of the next leading competitor[a].
- #1 in overall customer satisfaction among large bank providers – 93% of clients surveyed are highly satisfied with our bankers[b].
- #2 asset-based lender in the United States[c].
- Generated record gross investment banking revenues of $716 million.

### MAJOR 2006 ACCOMPLISHMENTS

- Significantly increased cross-selling efforts with 30% growth in gross investment banking revenues and 9% growth in Treasury Services revenues.
- Completed both a major loan conversion, which impacted more than 14,000 clients with approximately $25 billion in loan balances, and several treasury services migrations to target platforms.
- Enhanced discipline in and accountability for the sales process through improved monthly metrics reports, business reviews and coaching.
- Added approximately 2,000 banking relationships, $2.3 billion in loans and $1.2 billion in liability balances from the acquisition of The Bank of New York's middle-market business.
- Created Chase Capital Corporation, which provides our clients with additional financing alternatives including mezzanine and second-lien loans as well as preferred equity.
- Opened five new offices to expand coverage in Des Moines (IA), Charlotte (NC), Orlando (FL), Denver (CO) and Princeton (NJ).

### 2007 AND BEYOND

- Increase prospect conversion through accelerated calling efforts and targeted marketing initiatives.
- Grow U.S. and international revenue by providing clients with more comprehensive solutions leveraging our Treasury & Securities Services, Asset Management and Investment Bank platforms.
- Continue to improve product and service offerings to clients through additional cash management tools, technology enhancements and alternative capital solutions.
- Outperform peers in credit through active portfolio management and superior underwriting standards, while effectively using capital and resources.
- Strengthen our workforce through key talent development, training and diversity initiatives.
- Convert our wholesale New York Tri-state customer base to the target deposit system; complete the migration of customers acquired in The Bank of New York transaction to the firm's platforms.