08 C 297

JUDGE HART
MAGISTRATE JUDGE KEYS

# EXHIBIT 7(b)

**Print: Dec 28, 2007**                              78673661

## DESIGN MARK

**Serial Number**
78673661

**Status**
REGISTERED

**Word Mark**
WHAT REALLY MATTERS

**Standard Character Mark**
Yes

**Registration Number**
3360523

**Date Registered**
2007/12/25

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Northern Trust Corporation CORPORATION DELAWARE 50 South LaSalle Street Chicago ILLINOIS 60675

**Goods/Services**
Class Status -- ACTIVE. IC 036. US 100 101 102. G & S: banking services, personal and corporate trust services, funds investment, investment advice, and investment consultation services. First Use: 2005/08/01. First Use In Commerce: 2006/01/07.

**Filing Date**
2005/07/19

**Examining Attorney**
HERMAN RUSS

**Attorney of Record**
Scott J. Slavick

# WHAT REALLY MATTERS

**Print: Dec 28, 2007**                    78871466

**DESIGN MARK**

**Serial Number**
78871466

**Status**
FIRST EXTENSION - GRANTED

**Word Mark**
WHAT WE DO MATTERS

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
EYGN Limited CORPORATION BAHAMAS One Montague Place East Bay Street Nassau BAHAMAS

**Goods/Services**
Class Status -- ACTIVE. IC 009. US 021 023 026 036 038. G & S: Pre-recorded audio and audio-video recordings in the fields of accounting, business, account auditing, tax preparation, business management, financial management, and information technology; computer software for use in processing, tracking, calculating, measuring and analyzing information in the fields of accounting, business, account auditing, tax preparation, business management, financial management and information technology.

**Goods/Services**
Class Status -- ACTIVE. IC 016. US 002 005 022 023 029 037 038 050. G & S: Books, manuals, newsletters, journals, brochures and printed reports on the subjects of accounting, business, account auditing, tax preparation, business management, financial management, and information technology.

**Goods/Services**
Class Status -- ACTIVE. IC 035. US 100 101 102. G & S: Tax consultation, tax preparation, accounting, business auditing, and business consultation services; business consultation in the field of intellectual property; health care utilization and review services; health care cost review and cost containment; business merger and acquisition services, namely, identifying merger candidates and

**Print: Dec 28, 2007**                                   78871466

buyers, and negotiating financing; forensic accounting; legislative analysis, namely, tracking and monitoring federal and state legislation in the fields of accounting, business, account auditing and tax; business consultation in the nature of environmental advisory services, namely, helping clients reduce the risk and cost of managing environmental issues through assessments of management procedures and physical operations.

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: Corporate finance services, namely, corporate financial consulting, corporate asset valuation, financial valuation of real and personal property, financial analysis and consultation, namely, restructuring of bankrupt companies; and insurance consultation, namely, insurance regulatory support and advisory services.

**Goods/Services**
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational services, namely, conducting classes and seminars in the fields of accounting, business, account auditing, tax preparation, business management, financial management, and use of computer software.

**Goods/Services**
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: Legal services, namely, litigation management consulting, data analysis, damage quantification, litigation prevention and early case assessment; conducting electronic discovery services via global computer networks for lawyers and corporations; expert witness services and expert witness testimony in the field of damages analysis, fraud investigation and contract disputes; bankruptcy litigation support services, namely, debtor solvency analysis, plan confirmation matters, substantive consolidation and equitable subordination; information technology consulting services; computer consultation in the field of computer security.

**Filing Date**
2006/04/27

**Examining Attorney**
BROWNE, DAYNA

**Attorney of Record**
Susan Upton Douglass, Esq.

WHAT WE DO MATTERS

Print: Dec 28, 2007                              73689936

## TYPED DRAWING

**Serial Number**
73689936

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
CHASE

**Standard Character Mark**
No

**Registration Number**
1521765

**Date Registered**
1989/01/24

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
JPMORGAN CHASE & CO. CORPORATION DELAWARE 270 PARK AVENUE NEW YORK NEW YORK 10017

**Goods/Services**
Class Status -- ACTIVE. IC 016. US 038. G & S: PERIODICAL BANK REPORTS, PERIODICAL ECONOMIC AND FINANCIAL BULLETINS, EMPLOYEE NEWSLETTERS ISSUED PERIODICALLY, FINANCIAL LEAFLETS, PAMPHLETS AND BOOKLETS, ISSUED FROM TIME TO TIME. First Use: 1975/01/00. First Use In Commerce: 1975/01/00.

**Goods/Services**
Class Status -- ACTIVE. IC 036. US 102. G & S: BANKING SERVICES-NAMELY, FINANCING, CREDIT AND LOAN SERVICES, COMPOUND INTEREST ACCOUNTS, CHECKING ACCOUNTS, SPECIAL CHECKING ACCOUNTS, FOREIGN EXCHANGE, LETTERS OF CREDIT AND TRAVELERS' CHECKS, COMMERCIAL SAVINGS AND TRUST DEPARTMENT SERVICES, AND SAVINGS BANK CENTERS. First Use: 1975/01/00. First Use In Commerce: 1975/01/00.

**Prior Registration(s)**
1393993;1396880;AND OTHERS

**Print: Dec 28, 2007**               **73689936**

**Filing Date**
1987/10/16

**Examining Attorney**
HAMILTON MICHAEL D.

**Attorney of Record**
STEWART J. BELLUS

-2-

Print: Dec 28, 2007                           76277073

### DESIGN MARK

**Serial Number**
76277073

**Status**
REGISTERED

**Word Mark**
JPMORGAN CHASE

**Standard Character Mark**
No

**Registration Number**
3219221

**Date Registered**
2007/03/20

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
JPMORGAN CHASE & CO. CORPORATION DELAWARE 270 PARK AVENUE NEW YORK NEW YORK 10017

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: BANKING AND FINANCIAL SERVICES, NAMELY, INVESTMENT BANKING; PRIVATE EQUITY INVESTING; ASSET MANAGEMENT; PRIVATE BANKING; OPERATING SERVICES, NAMELY STOCK CUSTODIAL SERVICES, PAYMENTS AND TREASURY SERVICES, NAMELY CORPORATE MONEY MANAGEMENT, AND INSTITUTIONAL TRUST SERVICES; RETAIL BANKING SERVICES, NAMELY, DEPOSIT ACCOUNTS, HOME MORTGAGE LENDING AND SERVICING, CREDIT CARD SERVICES, AUTO LENDING AND BANKING, AND FINANCIAL BANKING SERVICES TO SMALL AND MIDDLE MARKET BUSINESSES; FINANCIAL BANKING SUPPORT IN THE FORM OF LOANS FOR COMMUNITY DEVELOPMENT; AND ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY, ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET.  First Use: 2001/01/08.  First Use In Commerce: 2001/01/08.

**Prior Registration(s)**
0717319;1077598;2651489;AND OTHERS

**Print: Dec 28, 2007**             **76277073**

**Filing Date**
2001/06/27

**Examining Attorney**
KEAM, ALEX

**Attorney of Record**
STEWART J. BELLUS

-2-

76277073

JPMORGAN CHASE

**Print: Dec 28, 2007**                                **78707242**

### DESIGN MARK

**Serial Number**
78707242

**Status**
REGISTERED

**Word Mark**
CHASE

**Standard Character Mark**
No

**Registration Number**
3352010

**Date Registered**
2007/12/11

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
JPMorgan Chase & Co. CORPORATION DELAWARE 270 Park Avenue New York NEW YORK 10017

**Goods/Services**
Class Status -- ACTIVE. IC 016. US  002 005 022 023 029 037 038 050.  G & S: PRINTED MATTER IN THE NATURE OF PUBLICATIONS, NAMELY, MONTHLY AND PERIODIC NEWSLETTERS IN THE FIELDS OF BANKING AND FINANCIAL SERVICES. First Use: 2005/03/01. First Use In Commerce: 2005/03/01.

**Goods/Services**
Class Status -- ACTIVE. IC 036. US  100 101 102. G & S: BANKING AND FINANCIAL SERVICES, NAMELY, RETAIL BANKING SERVICES INCLUDING DEPOSIT ACCOUNTS, HOME MORTGAGE LENDING AND SERVICING, CREDIT CARD SERVICES, AUTO LENDING AND BANKING, EDUCATION FINANCE, NAMELY, STUDENT LOAN SERVICES AND PROVIDING AND SERVICING LOANS FOR THE PURPOSE OF FINANCING EDUCATIONAL EXPENSES, INSURANCE AGENCY SERVICES, INVESTMENT ADVICE, STOCK BROKERAGE SERVICES, AND FINANCIAL BANKING SERVICES TO SMALL BUSINESSES; FINANCIAL BANKING SUPPORT IN THE FORM OF LOANS FOR COMMUNITY DEVELOPMENT; AND ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY, ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET. First Use: 2005/03/01. First Use In

**Print: Dec 28, 2007**                     **78707242**

Commerce: 2005/03/01.

**Prior Registration(s)**
0717319;0718714;1521765;AND OTHERS

**Description of Mark**
The mark consists of THE WORD "CHASE" AND A UNIQUE OCTAGON DESIGN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2005/09/06

**Examining Attorney**
ALTREE, NICHOLAS

**Attorney of Record**
STEWART J BELLUS

-2-



| | |
|---|---|
| To: | JPMorgan Chase & Co. (dbreitman@goodwinprocter.com) |
| Subject: | TRADEMARK APPLICATION NO. 77308911 - CHASE WHAT MATTERS - 100144137950 |
| Sent: | 12/28/07 12:23:47 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

## IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 12/28/2007 FOR
## APPLICATION SERIAL NO. 77308911

Please follow the instructions below to continue the prosecution of your application:

**VIEW OFFICE ACTION:** Click on this link http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77308911&doc_type=OOA&mail_date=20071 (or copy and paste this URL into the address field of your browser), or visit http://tmportal.uspto.gov/external/portal/tow and enter the application serial number to **access** the Office action.

**PLEASE NOTE**: The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 12/28/2007.

Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses. Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.

**HELP:** For *technical* assistance in accessing the Office action, please e-mail TDR@uspto.gov. Please contact the assigned examining attorney with questions about the Office action.

## WARNING

**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**