**08 C 297**

**JUDGE HART
MAGISTRATE JUDGE KEYS**

# EXHIBIT 8



**The New York Times**
nytimes.com

January 9, 2008

ADVERTISING

# Trying to Be Heard Above the Din, and Be Trusted

By ERIC DASH

IN bank advertising, what matters is getting noticed at a time when the airwaves are cluttered, customers are nervous and marketing budgets are being slashed. JPMorgan Chase has that in mind with a sleek new brand campaign aimed at unifying its consumer advertising, streamlining its message and stretching the dollars it spends.

"Chase What Matters," the tagline and theme of the campaign, will be introduced on Sunday with a series of print ads in major newspapers, followed by four television commercials that will be broadcast in rotation on Monday morning's network news programs. Chase executives say that they will spend more than $70 million in the next two and half months.

The campaign, created by Mcgarrybowen in New York, is the first overhaul of Chase's brand advertising since its 2004 merger with Bank One. The ads, in black and white with the Chase name highlighted in blue, strive for a contemporary feel and will be used throughout the bank's wide range of consumer businesses, including credit cards, student loans and retail banking. They also promote the concrete, immediate benefits that bank products and services can provide, like fraud and overdraft alerts.

"A lot of advertising is more aspirational," said Charles W. Scharf, the head of JPMorgan's retail division, who helped lead the rebranding effort. "What we do for customers is what we should be talking about."

Standing out from the pack is hard to do in banking; other than the interest rate, there is little difference between mortgages and home equity loans. Consumers are increasingly anxious about their finances and skeptical of the customer-service sales pitch. And banks, some marketers say, are suffering a crisis of trust on top of the recent credit crisis and housing market slowdown.

"The promise of the bank experience is much like the promise of the airline experience," said Hayes Roth, the chief marketing officer at Landor Associates, a brand strategy firm. "There is a lot of lovely talk — we're here for you — but I don't think anyone believes it."

Chase is also entering a crowded field. The nation's three biggest banks each spend hundreds of millions of dollars annually on advertising. Over the last year, all three have shaken up their strategies and introduced new branding campaigns. And some other big players are expected to announce new campaigns soon.

In February, Bank of America rechristened itself the "Bank of Opportunity" in a campaign aimed at appealing to its broad range of customers, from immigrants and first-time home buyers to the wealthy

clients of its private bank.

Under a new marketing chief, it opened its work to multiple firms after five years of having a single advertising holding company in charge of its marketing communications. BBDO Worldwide in New York, the Omnicom Group firm that created the Bank of Opportunity campaign, remains its lead creative agency.

In April, Citigroup announced a new slogan and branding campaign that replaced its iconic umbrella with a stylized red arc and made a more emotional appeal to customers and employees. The slogan — "Let's Get It Done!" — also serves as a rallying cry for the beleaguered company.

That campaign, the first to unify the brand advertising across the bank's disparate operations, was led by the Seattle office of Publicis, which took over management of bank's consumer advertising from Fallon in Minneapolis. Both are units of the French advertising giant Publicis Groupe.

Chase's new brand campaign is the first time the company will apply the same strategy to all of its consumer businesses. But unlike its main rivals, it is keeping its lead agency for the last four years, Mcgarrybowen. The agency also does the brand advertising for the company's institutional businesses, which operate under the JPMorgan name.

•

Chase executives are forgoing the brand anthem spots typically used to introduce campaigns, focusing on their products and capabilities instead. But the new ads are intended to create a consistent image.

"Energy is a thread that you will see throughout the work. It's upbeat, it's contemporary, it's modern," said Bill Borrelle, the Mcgarrybowen executive in charge of the Chase account. When "Chase" is used as a verb, he noted, it "has a lot of energy and pursuit behind it." One television spot, in which an ordinary man makes a James Bond-like entrance, highlights Chase's fraud alert service. Other newspaper, magazine and TV ads use rock climbers, diners and a shopper in motion to promote its mobile banking, its ubiquitous cash machines and its customer rewards.

Chase spots also appear on billboards, bus kiosks and taxis and in movie theaters. The Think Tank, or T3, a boutique agency in New York, is assisting Mcgarrybowen and Chase executives with the online campaign.

What unites the campaign is the black-and-white photography, the deep blue Chase name and octagonal logo, and the "Matters" tagline.

Of course, what matters to many Chase customers is better customer service. Bank executives vow to improve that service, but maintain that making it a pillar of their advertising would not work.

"Service is something that needs to be proved," Mr. Scharf said. "It's demonstrated in the branch every day. It's pass-fail."

Copyright 2008 The New York Times Company

Privacy Policy | Search | Corrections | **RSS** | First Look | Help | Contact Us | Work for Us | Site Map

# EXHIBIT 9

**PR-inside.com**
News and Free PR

Submit a press release
Sign up now!
Categories
Entertainment Blog
Refer this site
Reporter 7
News Envoy
HelloArticle

**PR-inside Special Pages**
Gold Medal Mortgage

Get the latest news with our RSS feed
RSS
MY YAHOO!
More information

Home



## Business
### Chase Focuses on What Matters to Consumers
© Business Wire 2008
2008-01-09 13:44:44 -

Print article
Refer to a friend

www.chase.com - Media: Chase Retail Christine Holevas, 312-732-6206 christine.holevas@chase.com or Chase Card Services Tanya M. Madison, 302-282-5547 tanya.m.madison@chase.com Chase's new marketing campaign, which debuts Sunday, will shine a laser-like focus on What Matters to customers, alerting them to the ways Chase can help them manage their money and their lives.

"Our customers' everyday financial lives are changing," said Ryan McInerney, head of marketing for Chase's Consumer Bank. "Our new brand focus reiterates our commitment to keep pace with our customers and deliver benefits that can make both an immediate and long-term impact on their lives."

"Chase What Matters," a campaign created by mcgarrybowen of New York, repositions the Chase brand. More than just an advertising campaign, the new direction emerged from extensive research to understand how consumers view Chase and what they want from a financial institution. As new technologies emerge, people's lifestyles and expectations change significantly, the research showed.

The campaign demonstrates that Chase is the bank to keep up with the needs and desires of people with busy, dynamic lifestyles.

The advertising launch -- more than $70 million in the first quarter alone, including Internet, national and local media -- uses iconic music and black-and-white images accented by Chase blue. It spotlights themes that matter to most consumers:

-- Access - Making it easy for customers to manage their financial lives, however and wherever they choose, using branches, ATMs, credit and debit cards, mobile and telephone banking and online banking.

-- Protection - Using industry-leading tools to protect customers against fraud and identity theft and keep their finances safe, secure, and on track.

-- Advocacy - Helping customers avoid financial problems and fees by providing a "heads up" before customers make a mistake and giving advice to help save time and money.

-- Recognition - Rewarding customers' business with points and cash, discounts and special offers.

-- Value - Providing competitive products and services with great service and innovative features.

Chase's emphasis on recognition and advocacy will help it stand out from competitors.

"This is new space in banking," said Eileen Serra, a Chase Card Services executive. "Our focus clearly differentiates Chase from our competitors and will allow us to deepen our relationships with customers because we are keeping up with them and their changing expectations."

### Targeted Advertising
Make a direct customer connection with powerful behavioral targeting
www.revenuescience.com

### CHASE ® Home Equity Loan
Low rates. No closing costs. No app fee. Apply online - Ltd. time offer
www.ChaseHomeEquity.com/Loan

**Local Banks Directory**
Find Banks in your local area - ATM, checking & banking services
Banks.YellowPages.com

**Chase checking accounts**
Open a checking account today. Find - Chase checking accounts
www.AllCheckingAccount

**Free Checking Account**
The Road to Financial Freedom Get Started On The Road Here.
OnlineCheckingGuru.com

**Foreclosed Homes For Sale**
Find Homes - 50% Below Market Value. Search Now For Free!
www.foreclosure.com

Chase's new approach includes creating a consistent image across credit card, branch banking, commercial banking, home lending, business banking, auto finance, and student lending.

The first new Chase television ads will air Monday, Jan. 14 during the "Today Show" on NBC and on "Good Morning America" on ABC, both starting at 7 a.m. EST. Ads will appear on ABC, CBS and NBC nationally, as well as on various cable networks, including the Food Network, HGTV and The History Channel. Online ads will be seen beginning Jan. 14 on high-impact sites such as Yahoo.com and MSN.com. Print ads will begin running this Sunday, Jan.13.

The campaign's individual stories show how Chase can empower and make a tangible difference in the areas of fraud protection, 24/7 accessibility, mobile banking, and financial control.

About Chase

Chase is the U.S. consumer and commercial banking brand of JPMorgan Chase & Co. (NYSE: JPM). Chase has more than 154 million credit cards issued and serves consumers and small businesses through nearly 3,100 bank branches, 9,100 ATMs and 280 mortgage offices as well as through relationships with 15,000 auto dealerships and 4,300 schools and universities. It also serves more than 30,000 commercial banking clients, including corporations, municipalities, financial institutions and not-for-profit entities. More information about Chase is available at www.chase.com.

About mcgarrybowen

Founded in 2002, mcgarrybowen is an independent advertising agency that has quickly attained an impressive roster of big, blue chip brands. mcgarrybowen is led by the agency's three principles - John Mcgarry, Chairman and CEO; Gordon Bowen, Chief Creative Officer; Stewart Owen, Chief Strategic Officer. All are highly accomplished agency veterans with over 100 years of combined experience working on a wide array of the world's biggest, most admired brands, and responsible for some of the industry's most memorable campaigns.

(See Attached Fact Sheet) Chase What Matters Campaign Fact Sheet

Launches: Sunday, Jan. 13, 2008 (Print), Monday, Jan. 14, 2008 (TV & Online)

Chase businesses supported: Card Services, Consumer Banking, Home Lending, Commercial Banking, Business Banking, Auto Finance, and Education Finance

Ad Spend: More than $70 million, including Internet, in first quarter of 2008

Prominent TV vehicles: Super Bowl pre-game, Oprah Winfrey's pre-Academy Awards interview special and prime-time programming, including "Grey's Anatomy," "American Idol," "Prison Break," and "Boston Legal"

Other media: Newspapers and magazines, including the March issue of O, The Oprah Magazine, and extensive outdoor and out-of-home, including subway, transit stations, taxis, billboards and trailers at movie theaters

Creative: mcgarrybowen

Initial TV Spots:

-- Secret Agent: Scored to the original track of Johnny Rivers 1966 "Secret Agent Man," the ad shows a debonair, secret agent-like hero going through a series of action-packed adventure to stop another man from using a stolen Chase Card, ending with a jolt to reality where this hero is actually a man at a social event who had been able to act upon a fraud alert received from Chase. Filmed in many locations across New York City, including a dramatic scene at the 59th Street bridge.

-- TV Time: Scored to the original 1989 Queen track of "I Want It All," this spot follows a man shopping for a new television who uses Chase Mobile to check his account balance via a simple text message to determine how much he can truly afford to spend.

-- Rock Climber: This spot shows a woman actively rock climbing when she receives an alert that her checking balance is low. She is easily able to call Chase to transfer funds into her account so she can avoid an overdraft. Original music was composed for the ad.

New campaign shifts brand focus to consumer needs and controls

**Free Checking Account**
The Road to Financial Freedom Get Started On The Road Here.

Referral Ads by Google
**infoUSA®- Official Site**
12 Databases. $600M Public Co & 4M Customers. 100 Free Sales Leads!
www.infousa.com

**Financial Compliance**
Solutions for Basel II, Patriot Act Anti Money Laundering Compliance
www.metricstream.com

**5.11% e-Savings Account**
Open an Account w/ AmTrust Direct & Receive 5.11% APY. Apply Online!
www.AmTrustDirect.com

**Start Receiving PR-inside.com News Headlines per email.**

PR-Inside.com announces the start of the news alerts free service. Keep being informed and get the last news of any category up to five times daily or immediatly when they go online.
Type any number of key words. We email you the related headlines.
Click here to sign up

**Disclaimer:** (c) 2007 Business Wire. All of the news releases contained herein are protected by copyright and other applicable laws, treaties and conventions. Information contained in the releases is furnished by Business Wire's members, who warrant that they are solely responsible for the content, accuracy and originality of the information contained therein. All reproduction, other than for an individual user's personal reference, is prohibited without prior written permission.

Terms & Conditions | About us | Contact PR-inside.com

# EXHIBIT 10

