**FILED**
**JANUARY 14, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>  Defendant. | **08 C 297**<br><br>Case No.<br><br><br>**JUDGE HART**<br>**MAGISTRATE JUDGE KEYS** |

### PLAINTIFF'S NOTICE OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff, Northern Trust Corporation, submits this Disclosure Statement providing notification to the Court of its affiliates pursuant to Local Rule 3.2.

The Northern Trust Company as trustee of The Northern Trust Company Thrift Incentive Plan owns a beneficial interest of more than 5% of the Northern Trust Corporation. Harold B. Smith owns beneficially more than 5% of the Northern Trust Corporation.

RESPECTFULLY SUBMITTED,

Date: January 14, 2008

By:   s/ David Hilliard
David C. Hilliard
Uli Widmaier
Teresa D. Tambolas
Ashly A. Iacullo
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
Tel: (312) 554-8000
Fax: (312) 554-8015

*Attorneys for Plaintiff, Northern Trust Corporation*

280820v1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January 2008, I caused true and correct copy of the foregoing Plaintiff's Notice of Affiliates to be personally served upon:

>JPMorgan Chase & Co.
>c/o Registered Agent
>The Corporation Trust Company
>Corporation Trust Center
>1209 Orange Street
>Wilmington, DE 19801

By:   s/ Ashly Iacullo
      Ashly A. Iacullo