**FILED**

**JANUARY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

NORTHERN TRUST CORPORATION,
a Delaware Corporation,

        Plaintiff,

    v.

JPMORGAN CHASE & CO.,
a Delaware Corporation,

        Defendant.

Case No.

**08 C 297**

**JUDGE HART
MAGISTRATE JUDGE KEYS**

**NOTICE OF TRADEMARK CLAIMS**

    In accordance with Local Rule 3.4, Plaintiff, Northern Trust Corporation ("Northern Trust"), a Delaware corporation, with its principle place of business at 50 S. LaSalle Street, Chicago, Illinois 60603, hereby submits its Notice of Trademark Claims.  Northern Trust asserts claims against JPMorgan Chase & Co. ("Chase"), a Delaware corporation, with a principal place of business at 270 Park Avenue, New York, New York 10017, based on the Northern Trust's rights in the following U.S. Trademark Registrations:

| MARK | REGISTRATION NO. |
|---|---|
| WHAT REALLY MATTERS | 3,360,523 |
| THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS | 3,363,286 |

Chase has applied to register with the United States Patent and Trademark Office, the following mark:

| MARK | SERIAL NO. |
|------|------------|
| CHASE WHAT MATTERS | 77/308,911 |

RESPECTFULLY SUBMITTED,

Date:   January 14, 2008

By:   s/ David Hilliard
        David C. Hilliard
        Uli Widmaier
        Teresa D. Tambolas
        Ashly A. Iacullo
        Pattishall, McAuliffe, Newbury, Hilliard &
            Geraldson LLP
        311 South Wacker Drive, Suite 5000
        Chicago, Illinois  60606
        Tel: (312) 554-8000
        Fax:  (312) 554-8015


*Attorneys for Plaintiff, Northern Trust Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 14th day of January 2008, I caused true and correct copy of

the foregoing Plaintiff's Notice of Trademark Claims to be personally served upon:

JPMorgan Chase & Co.
c/o Registered Agent
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801


By:   s/ Ashly Iacullo
           Ashly A. Iacullo