AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Northern Trust Company

V.

JPMorgan Chase & Co.

CASE NUMBER: **08 C 297**

ASSIGNED JUDGE: **JUDGE HART**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE KEYS**

TO: (Name and address of Defendant)

JPMorgan Chase & Co.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David C. Hilliard
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 S. Wacker Drive, Suite 5000
Chicago, IL 60606

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*Jacqueline Hallinan*
(By) DEPUTY CLERK

January 14, 2008
Date

AO 440 (Rev. 8/01) Summons In a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the *Summons and Complaint was made by me[1] | DATE<br>January 15, 2008 at 11:00 a.m. |
| NAME OF SERVER *(PRINT)*<br>Daniel Newcomb | TITLE<br>Process Server |

Check *one* box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Service on JPMorgan Chase & Co., was effectuated by serving Scott LaScala, Managing Agent duly authorized to accept service. Service was made at The Corporation Trust Company, 1209 Orange St., Wilmington, DE 19801

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES<br>$75.00 | TOTAL<br>$75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/15/08
                    Date

Signature of Server

2000 Pennsylvania Ave. # 207, Wilmington, DE  19806
Address of Server

\* Also Served:
Exhibits; Civil Cover Sheet; Appearances; Notice of Trademark Claim; and Notice of Affiliates

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.