IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

### APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Motion Practice Procedures of the Honorable Judge William T. Hart, Northern Trust Corporation ("Northern Trust") moves for entry of a temporary restraining order on the papers, restraining JPMorgan Chase & Co. ("Chase") from infringing Northern Trust's WHAT REALLY MATTERS service mark with its brand-new nationwide CHASE WHAT MATTERS advertising campaign, which inflicts grievous, immediate, and irreparable harm on Northern Trust. The grounds for this motion are set forth in Northern Trust Memorandum of Law and Affidavit of Ashly Iacullo and Maureen A. Mosh, together with exhibits, filed contemporaneously herewith.

Northern Trust also moves for entry of a preliminary injunction on the same basis, and asks the Court to schedule a preliminary injunction hearing.

As required by Judge Hart's motion practice procedure concerning temporary restraining orders, the parties conferred on January 15, 2008, prior to Northern Trust's filing of this motion to discuss a standby order that would protect the interests of both parties during the pendency of

the suit. *See* Affidavit of Maureen A. Mosh, ¶ 2. The parties were not able to agree on an order. *Id.*

Therefore, for the foregoing reasons, Northern Trust requests that the Court:

    A.    Temporarily restrain, ruling on the papers pursuant to the Court's motion practice procedure concerning temporary restraining orders, Chase, its divisions and subsidiaries, and its officers, directors, servants, agents, employees, representatives, and persons in active concert or participation with them from:

        1.    making any use of the CHASE WHAT MATTERS mark, the WHAT REALLY MATTERS mark, or any other variant or colorable imitation of the WHAT REALLY MATTERS mark;

        2.    attempting to register the CHASE WHAT MATTERS mark, the WHAT REALLY MATTERS mark, or any other variant or colorable imitation of the WHAT REALLY MATTERS mark;

        3.    registering or making use of any domain name containing the CHASE WHAT MATTERS mark, the WHAT REALLY MATTERS mark, or any other variant or colorable imitation of the WHAT REALLY MATTERS mark; and

        4.    performing any other acts that are likely to lead to reverse confusion or make the public believe that Chase's products are in any manner licensed, sponsored, approved or authorized by Northern Trust, or that Chase has added Northern Trust to its stable of mergers.

    B.    Preliminarily enjoin Chase as set forth in Paragraph A;

C.  Set a briefing schedule on Northern Trust's Motion for Preliminary Injunction and schedule a preliminary injunction hearing;

D.  Order that the Temporary Restraining Order remain in force until such time as the Court rules on Northern Trust's Motion for Preliminary Injunction; and

E.  Award Northern Trust such other relief as the Court deems just.

A proposed Order granting Northern Trust the injunctive relief it requests is attached hereto.

Dated: January 16, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP

By: ___s/ David Hilliard___
David C. Hilliard
Uli Widmaier
Teresa D. Tambolas
Ashly Iacullo
311 South Wacker Drive, Suite 5000
Chicago, Illinois 60606
(312) 554-8000

*Attorneys for Plaintiff, Northern Trust Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Keys<br><br>Magistrate Judge Keys |

## AFFIDAVIT OF MAUREEN A. MOSH

I, Maureen A. Mosh, declare:

1.  I am an Assistant General Counsel of Northern Trust Corporation. I have personal knowledge of the facts stated in this declaration, and I could and would testify to their truth if called upon to do so.

2.  On January 15, 2008, I contacted Andrew Cadel, Managing Director, Associate General Counsel and Chief Intellectual Property Counsel and spoke to him and Michael Lipsitz, General Counsel for Retail Banking, both of JPMorgan Chase & Co., as required by Judge Hart's motion practice procedure. We discussed a standby order that would protect the interests of both parties during the pendency of the suit, but we were not able to agree on such an order. This meeting took place prior to Northern Trust Corporation filing its Motion for Preliminary Injunction and Application for a Temporary Restraining Order.

-2-

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed this 16th day of January, 2008, at Chicago, Illinois.

*Maureen A. Mosh* (signature)
Maureen A. Mosh