IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION,<br>a Delaware Corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>JPMORGAN CHASE & CO.,<br>a Delaware Corporation,<br><br>          Defendant. | Case No. 08-CV-297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

To:   JPMorgan Chase & Co.
      c/o The Corporation Trust
      Corporation Trust Center, 1209 Orange Street
      Wilmington, DE 19801

   PLEASE TAKE NOTICE that on Wednesday, January 23, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Hart, or any judge sitting in his stead, in Room 2243 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, to present the attached **Application for a Temporary Restraining Order and Motion for Preliminary Injunction**, a copy of which is attached and hereby served upon you.

Dated: January 16, 2008               Respectfully submitted,

                                      PATTISHALL, McAULIFFE, NEWBURY,
                                        HILLIARD & GERALDSON LLP

                                      By:   s/ David Hilliard
                                            David C. Hilliard
                                            Uli Widmaier
                                            Teresa D. Tambolas
                                            Ashly Iacullo
                                            311 South Wacker Drive, Suite 5000
                                            Chicago, Illinois  60606
                                            (312) 554-8000

                                      *Attorneys for Plaintiff, Northern Trust Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, I caused true and correct copy of the foregoing Plaintiff's Notice of Motion, Application for a Temporary Restraining Order and Motion for Preliminary Injunction, Proposed Order, Plaintiff's Memorandum in Support of its Application for a Temporary Restraining Order and Motion for Preliminary Injunction, Affidavit of Ashly Iacullo, and Affidavit of Maureen A. Mosh, to be served, via hand delivery, upon:

> JPMorgan Chase & Co.
> c/o Registered Agent
> The Corporation Trust Company
> Corporation Trust Center
> 1209 Orange Street
> Wilmington, DE 19801

By:   s/ Ashly Iacullo
       Ashly A. Iacullo