IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>   Plaintiff,<br><br> v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>   Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

### AFFIDAVIT OF ASHLY A. IACULLO

I, Ashly A. Iacullo, declare:

1. I am an associate of the law firm Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, counsel for Plaintiff Northern Trust Corporation ("Northern Trust"). I have personal knowledge of the facts stated in this declaration, and I could and would testify competently to their truth if called upon to do so.

2. Attached hereto as Exhibit A are true and correct copies of Northern Trust's 2005 and 2006 Summary Annual Report to Shareholders.

3. Attached hereto as Exhibit B is a true and correct copy of the Certificate of Registration for WHAT REALLY MATTERS, Reg. No. 3,360,523 with the United States Patent and Trademark Office.

4. Attached hereto as Exhibit C is a true and correct copy of the Certificate of Registration for THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS, Reg. No. 3,363,286 with the United States Patent and Trademark Office.

5. Attached hereto as Exhibit D is a true and correct copy of the Office Action issued on February 7, 2006 in connection with Reg. No. 3,360,523 for WHAT REALLY MATTERS.

-2-

6. Attached hereto as Exhibit E is a true and correct copy of the Office Action issued on February 7, 2006 in connection with Reg. No. 3,363,286 for THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS.

7. Attached hereto as Exhibit F is a true and correct copy of the search results from the Trademark Electronic Search System for live trademark applications and registrations consisting of the terms, "What" and "Matters," in connection with banking services conducted on January 13, 2008.

8. Attached hereto as Exhibit G is a true and correct copy of a list of the Top 50 Bank Holding Companies from the Federal Financial Institutions Examination Council.

9. Attached hereto as Exhibit H is a true and correct copy of the "About JPMorgan Chase" web page featured on JPMorgan Chase's web site at <www.jpmorganchase.com>.

10. Attached hereto as Exhibit I is a true and correct copy of a press release entitled, "Chase Focuses on What Matters to Consumers," featured on the Business Wire at <pr-inside.com> dated January 9, 2008.

11. Attached hereto as Exhibit J is a true and correct copy of the cover page and page 15 of the 2006 Chase Annual Report.

12. Attached hereto as Exhibit K is a true and correct copy of the cover page and page 17 of the 2006 Chase Annual Report.

13. Attached hereto as Exhibit L is a true and correct copy of the "List of Bank Mergers in United States," from Wikipedia.

14. Attached hereto as Exhibit M is a true and correct copy of a press release entitled, "JPMorgan Chase to Acquire The Bank of New York's Consumer, Small-business and Middle-market Banking Businesses in Exchange for Corporate Trust Operations," featured on JPMorgan's web site, dated April 8, 2006.

15. Attached hereto as Exhibit N is a true and correct copy of an article entitled, "Chase Buys Some of Lender's Assets," featured on the New York Times' web site, dated January 12, 2008.

16. Attached hereto as Exhibit O is a true and correct copy of the trademark application, CHASE WHAT MATTERS, Serial No. 77/308,911, filed on October 19, 2007 with the United States Patent and Trademark Office, by JPMorgan Chase & Co.

17. Attached hereto as Exhibit P is a true and correct copy of the Office Action issued on December 28, 2007 in connection with Serial No. 77/308,911 for CHASE WHAT MATTERS.

18. Attached hereto as Exhibit Q is a true and correct copy of an article entitled "Trying to Be Heard Above the Din, and Be Trusted," featured on the New York Times' web site, dated January 9, 2008.

19. Attached hereto as Exhibit R is a true and correct copy of a CHASE WHAT MATTERS advertisement featured in the New York Times on January 13, 2008.

20. Attached hereto as Exhibit S is a true and correct copy of an article entitled, "JPMorgan Chase Told by Northern Trust 'What Matters' in Lawsuit," published by Bloomberg on January 14, 2008.

21. Attached hereto as Exhibit T is a true and correct copy of a screen shot of the homepage of <chasewhatmatters.com>.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of January, 2008, at Chicago, Illinois.

_____
Ashly Iacullo