# EXHIBIT A(2)

*2006*

SUMMARY ANNUAL REPORT TO SHAREHOLDERS

*clients are at the* **center** *of everything we do*


Northern Trust

*Northern Trust Corporation is a leading provider of investment management, asset servicing, fund administration, fiduciary, and banking solutions for corporations, institutions and affluent individuals worldwide. A financial holding company based in Chicago, Northern Trust has a growing network of 84 offices in 18 U.S. states and has international offices in North America, Europe and the Asia-Pacific region. As of December 31, 2006, Northern Trust had assets under custody of $3.5 trillion, assets under management of $697 billion, and banking assets of $61 billion. Northern Trust was founded in 1889 and has earned distinction as an industry leader in combining high-touch service and expertise with innovative products and technology. For more information, visit our website at www.northerntrust.com.*

CONSOLIDATED *Financial* HIGHLIGHTS

| FOR THE YEAR ($ In Millions) | 2006 | 2005 | 2004 | PERCENT CHANGE 2006 vs. 2005 | 2005 vs. 2004 |
|---|---|---|---|---|---|
| Revenue (taxable-equivalent basis) | $ 3,061 | $ 2,686 | $ 2,326 | 14% | 15% |
| Net Income | 665 | 584 | 506 | 14 | 16 |
| Dividends Declared on Common Stock | 206 | 188 | 171 | 10 | 10 |
| **PER COMMON SHARE** | | | | | |
| Net Income – Basic | $ 3.06 | $ 2.68 | $ 2.30 | 14% | 17% |
| – Diluted | 3.00 | 2.64 | 2.27 | 14 | 16 |
| Dividends Declared | .94 | .86 | .78 | 9 | 10 |
| Book Value – End of Period | 18.03 | 16.51 | 15.04 | 9 | 10 |
| Market Price – End of Period | 60.69 | 51.82 | 48.58 | 17 | 7 |
| **AVERAGES ($ In Millions)** | | | | | |
| Assets | $ 53,106 | $ 45,974 | $ 41,300 | 16% | 11% |
| Earning Assets | 45,995 | 40,454 | 37,010 | 14 | 9 |
| Securities | 11,803 | 9,898 | 8,154 | 19 | 21 |
| Loans and Leases | 20,529 | 18,754 | 17,451 | 9 | 7 |
| Deposits | 36,958 | 32,102 | 27,028 | 15 | 19 |
| Stockholders' Equity | 3,787 | 3,435 | 3,145 | 10 | 9 |
| **RATIOS** | | | | | |
| Return on Average Assets | 1.25% | 1.27% | 1.22% | | |
| Return on Average Common Equity | 17.57 | 17.01 | 16.07 | | |
| Tier 1 Capital to Risk-Adjusted Assets | 9.8 | 9.7 | 11.0 | | |
| Total Capital to Risk-Adjusted Assets | 11.9 | 12.3 | 13.3 | | |
| Risk-Adjusted Leverage Ratio | 6.7 | 7.1 | 7.6 | | |
| **AT YEAR-END ($ In Billions)** | | | | | |
| Assets Under Management | $ 697 | $ 618 | S 572 | 13% | 8% |
| Assets Under Custody | 3,545 | 2,925 | 2,554 | 21 | 15 |
| Global Custody Assets | 1,691 | 1,240 | 965 | 36 | 28 |



Revenue    $ in millions
$2,326  2,686  3,061
$3,000
2,250
1,500
2004  2005  2006

Net Income    $ in millions
$506  584  665
$650
525
400
2004  2005  2006

Earnings Per Share – Diluted
$2.27  2.64  3.00
$3.00
2.25
1.50
2004  2005  2006

Dividends Per Share
$.78  .86  .94
$1.00
.75
.50
2004  2005  2006

*Northern Trust Corporation's 2006 Annual Report is in two parts. This is part one.*
*Northern Trust Corporation's 2006 Financial Annual Report to Shareholders is part two.*

NORTHERN TRUST 2006 ANNUAL REPORT

*Our clients are faced with an ever growing circle of complexity across their financial affairs.*

*From the increasing speed of market change and product innovation, to the depth and nature*

*of financial data available to them, to the ever increasing interdependency and far reaching*

*consequences of each decision they make, our institutional and personal clients are challenged like*

*never before. But our clients do not face these challenges alone. Their needs afford us the privilege*

*to work creatively and diligently with them and put into practice the superior financial expertise*

*and client service we have gained over the course of our 118-year history. Our clients are at the*

*center of everything we do, and we take great pride in honoring our responsibility to them.*

*The Berger family are founders of NightHawk Radiology Services, an innovative multi-million dollar firm that went public in 2006. They turned to Northern Trust to help create a legacy financial strategy and develop a plan for raising their children with a grounded respect for financial responsibility. Here the Bergers enjoy a walk along Lake Coeur d'Alene, Idaho.*





美信托银行有限公司北京1

*Chairman Bill Osborn (right) celebrates Northern Trust's growth in the Asia-Pacific region with Kevin Tan, Chief Representative of Northern Trust's Beijing Office.*



*2006 was a very significant year for our business.*

TO OUR SHAREHOLDERS:

Clients are at the center of everything we do. Since 1889, Northern Trust has distinguished itself by our commitment to exceptional client service and the importance of building and maintaining strong, long-lasting relationships. Our clients' needs drive every product and service decision we make and the location of every office we open.

This client-centered focus has been integral to Northern Trust's dramatic growth over the years. By remaining true to our focused business strategy and to the principles upon which we were founded – a commitment to unquestioned integrity and honesty, a dedication to excellence in client service, a continuous search for innovative solutions and a passion to improve the communities in which we do business – Northern Trust has evolved into a dynamic global financial services enterprise.

RECORD PERFORMANCE

In 2006, we achieved record net income per share of $3.00, compared with $2.64 in 2005, an increase of 14 percent. Net income grew 14 percent to $665.4 million, compared with $584.4 million earned in the previous year.

Total revenues increased 14 percent to $3.06 billion, with trust, investment and other servicing fees, foreign exchange

*Not only did Northern Trust achieve record financial results, we laid a foundation in a number of key strategic areas for substantial growth in 2007 and beyond.*

trading profits, and net interest income exhibiting double-digit growth for the year. The Corporation maintained its excellent financial condition and increased the quarterly cash dividend per common share by 8.7 percent to 25 cents per share for a new annual rate of $1.00. This marked the 110TH consecutive year of dividends paid.

KEY ACCOMPLISHMENTS

2006 was a very significant year for our business. Not only did Northern Trust achieve record financial results, we laid a foundation in a number of key strategic areas for substantial growth in 2007 and beyond.

In Personal Financial Services, working with Northern Trust Global Investments, we completed numerous initiatives that enable us to provide blended investment solutions to our clients – bringing to the market the best of Northern Trust's investment capabilities along with investment products from outside managers. Since the middle of 2006 when this new platform was completed, our new business has grown substantially. We are very optimistic that 2007 will continue this positive momentum.

We also saw the strong acceptance of Wealth Passport®, our industry-leading technology platform that was developed just one year ago for the highly specialized needs of substantial



Assets Under Management                    $ in billions

$303      479      572      618      697



Assets Under Custody                       $ in billions

$1,480    2,086    2,554    2,925    3,545

families and the family offices and advisors who serve them. Already, more than 450 Wealth Management family members and family offices utilize Wealth Passport.

In Corporate and Institutional Services, we completed the integration of Baring Asset Management's Financial Services Group hedge fund, property, and other fund administration in the U.K. and Ireland. We are the largest administrator of offshore private equity funds in Europe and have the largest number of funds administered in Dublin. We also completed at year end the migration of Insight Investment Management (Global) Limited's back- and middle-office investment operation to our strategic platform – nearly $200 billion in assets. This outstanding success positions Northern Trust well for future out-sourcing opportunities.

We experienced dramatic growth in the Asia-Pacific region as we celebrated our 10-year anniversary in Singapore. We were selected to provide global custody, investment mandate compliance monitoring, and performance measurement services to China's multi-billion dollar National Social Security Fund – the first institutional retirement fund in China to invest overseas. On January 23, 2007, Northern Trust announced that it was chosen to act as custodian for the New Zealand Superannuation Fund, which is expected to grow from approximately US $8 billion to approximately US $76 billion by 2025.

LETTER TO SHAREHOLDERS



*Northern Trust President Rick Waddell speaks at the official signing ceremony for China's National Social Security Fund.*

Through our five offices in Asia – Singapore, Hong Kong, Japan, China, and Bangalore, India – we continue to expand Northern Trust's reach into new markets such as New Zealand, which provides a strong foundation for our future growth in the Asia-Pacific region.

Our operations center in Bangalore opened in 2006 and supports not only our rapidly growing international businesses in the Asia-Pacific region and worldwide, but also supplements our global operating centers in North America and Europe. As of December 31, 2006, we had more than 270 Northern Trust employees in Bangalore.

Around the world, clients drive our business and guide our expansion strategy. We continuously adjust our client service models to more completely surround clients with the high-quality service they expect and to help them manage the complex financial decisions they must make. As a trusted advisor, Northern Trust provides clients peace of mind and the freedom to focus on what really matters to them.

THE OPPORTUNITIES AHEAD

On behalf of the Board of Directors, we want to express our gratitude to our shareholders for their investment and continued confidence in our organization. On November 14, 2006, Northern Trust Corporation announced that Nicholas D. Chabraja, chairman and chief executive officer of General Dynamics Corporation, was elected to our Board of Directors, effective January 1, 2007. Mr. Chabraja's expertise and perspective further strengthen our distinguished Board. Also, we would like to recognize Duane L. Burnham who will retire from the Board of Directors in April 2007, after 10 years of dedicated service. His commitment as a Board and Board Committee member has been invaluable to the organization.

As we enter 2007, Northern Trust remains a highly focused, global financial services firm. With an experienced staff of outstanding professionals, a strong balance sheet, and a growing U.S. and international presence, we are well positioned to build upon our proven strategies and to capitalize on the many opportunities ahead.

WILLIAM A. OSBORN
*Chairman and*
*Chief Executive Officer*

*February 21, 2007*

FREDERICK H. WADDELL
*President and*
*Chief Operating Officer*

UNILEVER



*innovation*

OUR CLIENT

*Unilever, a global leader of food, home and personal care brands with headquarters in London and The Netherlands, employs more than 206,000 people worldwide and has been a Northern Trust client since 1997.*

THEIR NEED

*A flexible and innovative global partner to work with them in creating a fully tax-transparent cross-border pension pooling vehicle to help manage their pension plan investments globally.*

OUR SOLUTION

*Working in partnership with Unilever and an industry consortium established to find solutions, Northern Trust leveraged its global, open-architecture accounting platform to successfully deliver fully tax-transparent reporting. At launch, Univest was the first Luxembourg-based, tax-transparent, cross-border pension pooling vehicle for a multinational corporation.*

MARKET DOMINANCE



UNILEVER



*Angela Docherty,*
*Senior Corporate Investment Consultant,*
*Unilever plc, in London.*

PAUL J. DIMARE, SR.



*quality*

OUR CLIENT

*Paul J. DiMare, Sr. is the CEO of DiMare Fresh, a privately held corporation based in Homestead, Florida, and the largest vertically integrated producer of high-grade tomatoes in the United States. DiMare Fresh is part of DiMare, Inc., a multi-million dollar international agribusiness.*

THEIR NEED

*Paul and his family sought a financial services firm with the ability to manage their complex investment needs, as well as The Paul J. DiMare Foundation and DiMare Management Corp., while providing unsurpassed responsive and personal client service.*

OUR SOLUTION

*Northern Trust provides Paul and his family with investment services including open architecture programs and a wide array of financial planning services ranging from private banking to estate planning – all designed to help them achieve the peace of mind attained by working with a trusted advisor.*

PEACE OF MIND



quality of service

*The above-described services to the DiMare family are provided by Northern Trust, NA, a national banking association regulated by the Office of the Comptroller of the Currency.*

PAUL J. DIMARE, SR.



*Paul J. DiMare, Sr. (right) enjoys
time in the tomato fields in Homestead,
Florida, with his son and grandson.*

FEDEX



*expertise*

### OUR CLIENT

*FedEx Corporation provides customers and businesses worldwide with a broad portfolio of transportation, e-commerce and business services. The company offers integrated business applications through operating companies competing collectively and managed collaboratively under the respected FedEx brand.*

### THEIR NEED

*In 1982, FedEx developed a pension plan for employees and selected Northern Trust to serve as custodian for this pension trust. Over the years, as FedEx grew, it needed a financial services firm that could provide an expanded range of services worldwide.*

### OUR SOLUTION

*In addition to serving as trustee for FedEx's $11 billion pension plan, Northern Trust provides the company with services related to aircraft financing, credit services, and more.*

### SERVICE EXCELLENCE



*At right : Fidel Fernandes, an aircraft maintenance manager at FedEx Express, talks with Assistant Treasurer and Staff Vice President of Corporate Finance John Hartney, Corporate Vice President and Treasurer Burnetta Williams, and Director of Retirement Investments Loren Jensen about their aircraft at the Memphis Worldwide Hub in Tennessee.*



DEBRA LEE



*passion*

OUR CLIENT

*Debra Lee, the first woman to become chairman of BET Networks,*
*is a busy executive who is passionate about her work and her life,*
*with little free time to spend on her personal finances.*

HER NEED

*Debra sought an organization that could structure a financial program to help her achieve*
*both short-term and long-term goals, as well as monitor progress toward her goals.*

OUR SOLUTION

*Since 2002 Northern Trust has assisted Debra with education planning for her two*
*children, credit solutions for her various properties, stock option strategies, cash flow planning,*
*investment strategy/asset allocation, estate planning, risk management, charitable gifting,*
*and tax planning. As a result, Debra spends more time with her children and running*
*the company and less time worrying about her personal financial future.*

ALLOCATION OF TIME



other

worrying
about finances

*The above-described services to Debra Lee are provided by*
*The Northern Trust Company, an Illinois banking corporation*
*regulated by the Board of Governors of the Federal Reserve System.*

DEBRA LEE



*Debra Lee, chairman of
BET Networks, inside the television
studios in Washington, D.C.*

HEINEKEN



*responsiveness*

OUR CLIENT

*The Heineken Company traces its roots to 1864 and is one of the world's leading brewers. Stichting Heineken Pensioenfonds has been a Northern Trust client since 1999.*

THEIR NEED

*Heineken wanted a global custodian for its Dutch pension plan that would allow it to increase its flexibility to adapt to changing market conditions.*

OUR SOLUTION

*Northern Trust has developed a strong partnership with Heineken and has anticipated the company's changing internal and external reporting requirements. Most recently, this led us to combine Heineken's risk management and liability data with Northern Trust's performance measurement reporting suite. This will allow Heineken to respond seamlessly to The Netherlands' new n-FTK regulatory reporting requirements.*

GROWTH



*At right : Frank de Waardt, Director of Stichting Heineken Pensioenfonds, and Jan van der Meer, Head of Financial Administration, in Zoeterwoude, The Netherlands.*

HEINEKEN



THE OCEAN INSTITUTE



*commitment*

### OUR COMMUNITIES

*Northern Trust is committed to improving the quality of life in the communities we serve by supporting human services efforts, educational needs and cultural outreach programs.*

### THE NEED

*The Ocean Institute, located in Dana Point, California, is a nationally recognized education facility that offers immersion programs in marine science, earth science, environmental protection, and nautical history. The Institute seeks to provide thousands of children the opportunity to expand their educational horizons.*

### OUR SOLUTION

*We support the Ocean Institute's Adopt-a-Class program, which allows children from low-income areas to experience being tall ship sailors, research scientists, oceanographers, and explorers, and gives them the opportunity to become excited about learning.*

### COMMUNITY INVOLVEMENT



organizations that want to make the most of their communities

organizations that want to make the most of their future

*At right : Children enjoy an educational cruise on the Pacific Ocean aboard the RV Sea Explorer.*

2006



A TRADITION OF CLIENT SERVICE

## A Tradition of Client Service

Since 1889, Northern Trust has distinguished itself by its commitment to exceptional client service and the importance of building strong, long-lasting relationships. As a global provider of investment management, asset servicing, fund administration, fiduciary, and banking services, we are uniquely positioned. Northern Trust clients represent a wide range of corporations, institutions, individuals, and families in nearly 40 countries and are served by more than 9,700 highly skilled Northern Trust people worldwide.

### A Client-Focused Business Strategy

Northern Trust remains focused on administering and managing client assets for both affluent individuals and families, and institutional investors worldwide.

Northern Trust's technology, operations, and investment management platforms are used globally across both distribution channels. This distinguishes Northern Trust from other financial services firms and is a significant contributor to our ability to provide clients with innovative products and solutions.

As a financial services firm focused on fee revenues, successfully gathering client assets is an important measure of success for Northern Trust. New business momentum in the U.S. and abroad, as well as improved stock market performance, fueled growth in our assets under custody and assets under management in 2006. At year end, assets under custody totaled a record $3.5 trillion, up 21 percent over 2005. Assets under management grew to a record $697 billion, an increase of 13 percent over the prior year.

Northern Trust's success in earning the confidence of clients, as evidenced by our growth in assets under custody and managed assets, demonstrates how our unique array of products and services is receiving increased market acceptance around the world. Backed by our comprehensive understanding of clients' needs, we are dedicated to delivering solutions-based products in the most user-friendly and time-efficient ways possible.

We distribute products and services through two client-centric business units: Personal Financial Services [PFS] and Corporate & Institutional Services [C&IS]. Both business units are supported by Northern Trust Global Investments [NTGI], our multi-asset class investment management business, and Worldwide Operations and Technology [WWOT], the backbone of our information technology infrastructure and transactional processing efficiency.

Putting clients first, we continue to grow custody and managed assets organically by winning new clients in the global marketplace and by doing more for existing clients.