# EXHIBIT A(3)

U.S. OFFICE LOCATIONS AND AWARDS



*84 Offices in 18 States...with Clients in Every State*

*"No other private bank in the U.S. has as many offices focused exclusively on the affluent market."*

FREDERICK H. WADDELL
PRESIDENT AND COO

MAP LEGEND

States with
Office Locations

100 Best Corporate Citizens
*Business Ethics Magazine*
*Spring 2006*

Winner: U.S. Equity (Passive)
*Global Investor Awards*
*for Investment Excellence*
*April 2006*

100 Best Companies for
Working Mothers
*Working Mother Magazine*
*September 2006*

#1 Third Party Administrator/
Outsourced Provider
*R&M Global Custody Survey*
*February 2006*

Best Manager of Managers
*Pensions Management*
*Magazine Awards*
*May 2006*

Best Transition Manager
*Pensions Management*
*Magazine Awards*
*May 2006*

#1 Global Securities Lender
in North America 2006
*International Securities Finance*

Best Operations Innovation 2006
*Operations Management Magazine*
*Fourth Consecutive Year*

GLOBAL OFFICE LOCATIONS, CLIENT LOCATIONS AND AWARDS



Best Global Custodian
in Asia Pacific
*Asia Asset Management Magazine*
February 2006

*"Around the world, clients drive our business and guide our expansion strategy. We continuously adjust our client service models in order to more completely surround clients with the high-quality service they expect and to help them manage the complex financial decisions they must make."*

WILLIAM A. OSBORN
CHAIRMAN AND CEO

#1 Best Daily Research
Foreign Exchange Survey
*Global Investor
Magazine*, 2006

Custodian of the Year
*Global Pensions Magazine*
February 2006

#1 Global Securities
Connectivity & Automation 2006
*International Securities
Finance*, Sixth Consecutive Year

GLOBAL OFFICE LOCATIONS, CLIENT LOCATIONS AND AWARDS



European Pension Fund
Custodian of the Year
ICFA, February 2006

2006 FINANCIAL HIGHLIGHTS
Assets Under Custody = $3.5 trillion
Global Custody Assets = $1.7 trillion
Assets Under Management = $697 billion
Banking Assets = $61 billion
Net Income = $665.4 million
Total Revenues = $3.06 billion

MAP LEGEND
● Office Locations
● Representative Client
  Locations

World's Most Socially
Responsible Companies

Global Finance Magazine

Winner: Multi-Manager
Global Investor Awards
for Investment Excellence
April 2006

## Serving Personal Clients

PERSONAL FINANCIAL SERVICES

Northern Trust is well positioned to capitalize on the evolving trends in the affluent market and to continue to achieve strong growth.



Assets Under Custody    $ in Billions

$151  185  209  226  282



Assets Under Management    $ in Billions

$88  104  110  117  135

Northern Trust serves successful individuals, families, foundations, endowments, and privately held businesses. Our personal clients generally have investable assets in the range of $1 million to more than $100 million. At year-end 2006, total assets under custody in PFS equaled $281.9 billion, up 25 percent from a year ago, and managed assets in PFS equaled $134.7 billion, up 15 percent from 2005.

The physical presence of our PFS business is unrivaled: no other private bank in the U.S. has as many offices focused exclusively on the affluent market. Our locations are within a 45-minute drive of approximately half of the nation's millionaire households. Each office has an experienced team of asset management, fiduciary, and private banking professionals on staff who reside in the communities where our clients live and work. This close proximity to clients is just one characteristic that makes Northern Trust unique.

### Positioned to Meet Personal Clients' Needs

The number of households within the $1 million to $10 million range is expected to grow eight percent annually through this decade, and the number of households with $10 million or more is expected to grow 10 percent annually—compared with the overall projected U.S. household growth of less than two percent annually. These projections, fueled by the tremendous wealth creation in the U.S. economy and other factors, reinforce our consistent and well-defined growth strategy. Northern Trust is positioned well for future growth through expanding existing relationships and by capturing new business within our target markets.

Our investment process emphasizes risk management and diversification through asset allocation. Northern Trust's expertise as one of the leading manager of managers firms in the world has allowed us to construct end-to-end investment solutions, spanning the spectrum of risk/reward possibilities for clients who want world-class investment capabilities, extensive due diligence, and transparency.

Our private client base includes individuals and families with $1 million or more in investable assets. We offer these clients access to our extensive selection

SERVING PERSONAL CLIENTS

of investment, fiduciary, private banking, financial consulting, and online services. Capabilities include: investment portfolio management, trust administration, guardianship and estate administration, philanthropic services, cash management tools, business loans, brokerage and mutual funds, IRAs, and tax services.

*Wealth Advisory*

Affluent individuals and families with investable assets between $10 million and $75 million represent one of the fastest growing segments in the U.S. high-net-worth market. Our Wealth Advisory team focuses on meeting the complex financial needs of this market. Wealth Advisory clients often seek total investment solutions utilizing multiple money managers, while receiving investment guidance from a single professional advisor. Northern Trust meets those needs by providing an integrated suite of services that includes strategic asset allocation, manager diversification through open and blended architecture, single stock exposure management, tax sensitivity, and integrated reporting.

Wealth Advisory clients work closely with dedicated advisors who coordinate the efforts of their entire financial services team. These teams include private banking, financial planning, philanthropic, and trust professionals who ensure that our investment programs capitalize on changes in client needs, the economy, and financial markets in order to grow and protect client assets in a manner consistent with their expressed risk profile.

*Wealth Management*

Northern Trust's Wealth Management Group is the recognized industry leader in providing sophisticated financial solutions to individuals and families with assets exceeding $75 million. These clients tend to invest globally, employ multiple money managers, and often have a dedicated family office. Specialized services provided to these clients include asset management, investment consulting, global custody, fiduciary services, and private banking. Currently, the Wealth Management Group serves approximately 365 families in 15 countries and counts as clients 22 percent of the Forbes 400 Richest Americans, all of whom are billionaires.

PERSONAL FINANCIAL SERVICES



Revenue (FTE)                    $ in Millions

$1,127  1,151  1,189  1,294  1,376

$1,400
1,300
1,200
1,100
1,000

2002  2003  2004  2005  2006



Trust, Investment &
Other Servicing Fees            $ in Millions

$608   599   650   708   781

$800
700
600
500
400

2002  2003  2004  2005  2006



Net Income                       $ in Millions

$254   253   254   301   315

$350
300
250
200
150

2002  2003  2004  2005  2006

Our continued success in Wealth Management is evident in the exceptional long-term asset growth we have seen in the segment. Custody assets reached $159.6 billion at year-end 2006, reflecting a 10-year compound annual growth rate of 22 percent, and managed assets totaled $27.5 billion, growing at a 10-year compound annual growth rate of 15 percent.

### Client-Accessible Technology

Today, personal clients are more sophisticated and more mobile than ever – wanting real-time access to their financial information. Through Northern Trust Private Passport®, a robust, personalized, online information platform, we are able to provide clients secure access to a unique set of tools, reports, analytical information, market news, and expert content and commentary.

Northern Trust Private Passport is one of the most advanced information systems in the industry, delivering the highest standards of quality and flexibility. Clients can customize their home pages and the information they obtain to manage their assets 24 hours a day, seven days a week, from any location in the world via the Internet.

For the family office market, Northern Trust offers Wealth Passport®. Wealth Passport helps family offices better serve the specialized demands of the world's wealthiest individuals and families. Utilizing many of the advanced and sophisticated tools Northern Trust has developed for institutional clients, Wealth Passport offers comprehensive data aggregation, advanced reporting, and customizable wealth management and accounting tools. Family offices are able to conduct transactions, make inquiries, monitor investments, and integrate with other financial and technology platforms. They become empowered to run more efficiently, make smarter strategic decisions, and ultimately focus more time and attention on the families served.

Wealth Passport offers comprehensive data aggregation, advanced reporting, and customizable wealth management and accounting tools. Family offices are able to conduct transactions, make inquiries, monitor investments, and integrate with other financial and technology platforms.

# Serving Institutional Clients Worldwide

Northern Trust is a global leader in managing sophisticated financial needs of corporations, governments and public entities, financial institutions, foundations, endowments, insurance companies, and investment managers worldwide. This is accomplished through the application of innovative technology and investment solutions with an integral emphasis on client relationships. Our institutional clients are located in nearly 40 countries and we support their investment needs in more than 90 markets worldwide.

Today, we deliver our institutional services from offices located across North America, Europe, and the Asia-Pacific region. Our focused U.S. and global expansion strategy, strong global market position, and successful business development efforts have translated into a highly expansive global presence.

At year-end 2006, institutional assets under custody totaled $3.3 trillion, up 21 percent from 2005. Global custody assets totaling $1.7 trillion, an increase of 36 percent from a year ago, comprised 52 percent of that total. Institutional managed assets reached $562.5 billion at year end, up 12 percent from 2005.

## Global Expansion Enhances Client Support

In 2006, Northern Trust opened several offices to support our international growth. A new office in Amsterdam represents primarily our asset servicing and asset management businesses. In Dublin, we launched comprehensive private equity fund administration capabilities and moved our two Dublin-based fund administration offices together under one roof. We also announced that Northern Trust will open an office in Limerick to support our continued market-leading position as one of the largest and fastest growing fund administrators in Ireland.

We opened a facility in Bangalore, India, that supplements our North American and European operations centers and enhances our competitive position by expanding contingency back-up and support in multiple locations and time zones. This additional recovery and processing site in the Asia-Pacific region adds another layer of security for clients.

CORPORATE &
INSTITUTIONAL SERVICES

Northern Trust continues to experience strong growth in the institutional market.



Assets Under Custody     $ in Billions

$1,329   1,901   2,345   2,700   3,264



Global Custody Assets     $ in Billions

$471   727   965   1,240   1,691



Assets Under Management     $ in Billions

$215   374   462   501   563

SERVING INSTITUTIONAL CLIENTS WORLDWIDE



Revenue (FTE)                          $ in Millions

$953   977   1,139   1,390   1,687

Trust, Investment &
Other Servicing Fees                   $ in Millions

$553   590   680   851   1,010



Net Income                             $ in Millions

$185   176   278   318   392

*Growth in Institutional Assets*

C&IS experienced strong growth driven by a number of new custody client relationships, including announced wins such as Delaware Public Employees' Retirement System, Federated City Employees' Retirement System of San Jose, California, Reader's Digest Association, China's National Social Security Fund, Bank of Communications in China, Abu Dhabi Retirement Pensions and Benefits Retirement Fund, Vervoer, and Oslo Pensjonsforsikring (OPF) and Stichting Federatief Pensioenfonds (SFP). Announced institutional asset management mandate new business wins in 2006 included the Doris Duke Charitable Foundation, as well as Reader's Digest Association.

In addition to these new relationships, Northern Trust maintained a compelling presence in key client segments. In the U.K., we serve 28 percent of the top 200 pension plans and 33 percent of the local authority funds. We also serve 34 percent of the 200 largest pension funds in the U.S., 31 percent of the top 100 U.S. public funds, and 36 percent of the top 25 U.S. Taft-Hartley plans. Our foundations and endowments segment has also seen client growth, and we now work closely with 30 percent of the top 50 U.S. foundations and 28 percent of the top 50 U.S. endowments.

We also continued to make excellent progress in our efforts to design investment solutions for institutional clients around the world. Northern Trust ranked as the seventh largest asset manager based on worldwide institutional assets under management in *Pensions & Investments* magazine's 2006 special report on the largest money managers. That same report ranked Northern Trust as the third largest institutional index manager and the fourth largest manager of defined benefit assets.

Our institutional asset management is continuously recognized and rewarded in the marketplace. *Global Investor* magazine named Northern Trust U.S. Equity (Passive) and Multi-Manager winner in its April 2006 Awards for Investment Excellence issue. Nominations for these awards came from large pension funds and global consultants who were asked to nominate managers that have excelled in each category over the past year.

SERVING INSTITUTIONAL CLIENTS WORLDWIDE

*Innovations to Serve Institutional Clients*

We demonstrate innovation and capitalize upon opportunities throughout the asset management and asset servicing arena. Northern Trust has led the industry in the development of cross-border pooling solutions which allow large multinational companies with pension funds in two or more countries to pool their assets to improve governance and risk management and gain economies of scale. We enhanced our custody and fund accounting platforms to allow us to track institutional investors' incomes, withholding taxes paid, and capital gains – all per investor – compared to traditional platforms that track this information per fund.

Our Global Funds Services business has been greatly enhanced through the completion of the acquisition of Baring Asset Management's Financial Services Group. This capability-driven expansion fits strategically with our commitment to the fast-growing global fund manager segment.

*Service Excellence Builds Client Loyalty*

Excellence in client service is a core component of our cultural heritage. We place a premium on understanding clients and their specific needs. This client focus is exemplified by the array of awards we receive. In February 2006, *Global Pensions* magazine named Northern Trust "Custodian of the Year." In 2006, we were named "European Pension Fund Custodian of the Year" for the third consecutive year by *International Custody and Fund Administration* magazine. *Asia Asset Management* magazine named us "Best Global Custodian in Asia-Pacific." We also received accolades at the *Pension Management* magazine awards and were named both "Best Transition Manager" and "Best Manager of Managers." The annual *International Securities Finance* magazine survey selected Northern Trust as "#1 Lender in North America" and #2 in the European and Asia regions.

Our institutional asset management is continuously recognized and rewarded in the marketplace. In 2006, Global Investor magazine named Northern Trust U.S. Equity (Passive) and Multi-Manager winner in its April 2006 Awards for Investment Excellence issue.

Today, we deliver our institutional services from offices located across North America, Europe, and the Asia-Pacific region. Our focused U.S. and global expansion strategy, strong global market position, and successful business development efforts have translated into a highly successful global presence.

## Caring for our Communities

Northern Trust has been at the forefront in championing diversity for many years. For 15 years, Northern Trust has been named to Working Mother magazine's list of "100 Best Companies for Working Mothers." Today, in the U.S. more than 34 percent of our employees are minorities and globally more than 52 percent are women.

Northern Trust believes that vibrant and healthy communities benefit all who live and work in them. Throughout our history, we have been committed to improving the quality of life in the communities we serve by supporting human services efforts, educational needs, and cultural outreach programs, all designed to promote inclusion.

Volunteerism remains deeply rooted in our community commitment. More than 5,500 employees supported charitable efforts in 2006, donating more than 255,500 volunteer hours to organizations worldwide.

In addition, Northern Trust reinvested in communities through contributions to community service agencies and organizations, progressive community lending efforts, and matching gift and volunteer grant programs that enhance and encourage giving by current Northern Trust employees, directors, and retirees. We have reaffirmed our commitment to community development and revitalization through our Community Reinvestment Act initiatives (CRA). Northern Trust provided more than $27.8 million in affordable mortgage loans and more than $69.7 million in community development loans. CRA investments completed for the year were more than $15 million.

We also invest in the community through in-kind gifts such as donations of meeting space, marketing services, and directorship guidance to numerous charitable and civic boards. In 2006, Northern Trust donated more than $15.4 million in cash contributions to numerous charitable and civic organizations worldwide and was named to *Business Ethics* magazine's "100 Best Corporate Citizens" list. Our corporate goal is to donate approximately 1.5 percent of pre-tax profits to charities each year.

### Championing Diversity and Promoting Inclusion

Northern Trust has been at the forefront in championing diversity for many years. For 15 years, Northern Trust has been named to *Working Mother* magazine's list of "100 Best Companies for Working Mothers." Today, in the U.S. more than 34 percent of our employees are minorities, and globally more than 52 percent are women.

CARING FOR OUR COMMUNITIES

To ensure that we maintain momentum and drive toward our goals, Northern Trust's Corporate Diversity Council serves as a catalyst for establishing corporate-wide diversity programs, policies, and targets. The Council measures our success against established goals, leads communication and outreach efforts, and benchmarks and educates Northern Trust partners on best practices.

Our success in this mission helps Northern Trust provide unrivaled service to clients as well as a healthy, thriving workplace environment for partners from diverse demographic groups across all levels of the organization. We celebrate differences and educate our employees on those differences throughout the year through planned diversity events, community outreach, and connections to professional organizations.

Northern Trust also celebrates the diversity of its clients. Bi-annually, we hold our Dream*Makers'* Forum®, an innovative initiative established in 1999 to bring together black business owners, corporate executives, and professionals with the objective of developing substantive relationships with individuals, their families and their businesses.

What all of this reflects is our unwavering commitment not just to the communities we work in and those we work with, but to the guiding principles our founders held more than a century ago. It is their foresight that has allowed us to remain an institution with unparalleled client focus and to become a leader within the financial services industry.

Northern Trust also celebrates the diversity of its clients. Bi-annually, we hold our DreamMakers' Forum®, an innovative initiative established in 1999 to bring together black business owners, corporate executives, and professionals with the objective of developing substantive relationships with individuals, their families and their businesses

MANAGEMENT COMMITTEE

NORTHERN TRUST CORPORATION : *Management Committee*

WILLIAM A. OSBORN
*Chairman and Chief Executive Officer*



FREDERICK H. WADDELL
*President and
Chief Operating Officer*




STEPHEN N. POTTER
*Executive Vice President
Head of International
Business Group*



SHERRY S. BARRAT
*President –
Personal Financial Services*

JANA R. SCHREUDER
*President –
Worldwide Operations
and Technology*





STEVEN L. FRADKIN
*Executive Vice President
Chief Financial Officer*

TIMOTHY J. THERIAULT
*President –
Corporate and
Institutional Services*





TIMOTHY P. MOEN
*Executive Vice President
Human Resources
and Administration*

TERENCE J. TOTH
*President –
Northern Trust
Global Investments*





WILLIAM L. MORRISON
*President –
Personal Financial Services*

KELLY R. WELSH
*Executive Vice President
General Counsel
and Head of
Corporate Risk Management*

BOARD OF DIRECTORS

NORTHERN TRUST CORPORATION : *Board of Directors*

William A. Osborn
Chairman of the Board and Chief Executive Officer
Northern Trust Corporation and
The Northern Trust Company  (4)

Duane L. Burnham
Retired Chairman and Chief Executive Officer
Abbott Laboratories
Worldwide diversified health care products
and services company  (1, 3, 4)

Linda Walker Bynoe
President and Chief Executive Officer
Teleman Ltd.
Project management and consulting firm (1, 5)

Nicholas D. Chabraja (elected effective 1/1/07)
Chairman of the Board and Chief Executive Officer
General Dynamics Corporation
Worldwide defense, aerospace, and other
technology products manufacturer

Susan Crown
Vice President
Henry Crown and Company
Worldwide company with
diversified manufacturing operations,
real estate, and securities  (2, 4, 5)

Dipak C. Jain
Dean
Kellogg School of Management
Northwestern University
Educational institution  (1, 6)

Arthur L. Kelly
Managing Partner
KEL Enterprises L.P.
Holding and investment partnership  (3, 4, 6)

Robert C. McCormack
Advisory Director
Trident Capital, Inc.
Venture capital firm  (2, 4, 5)

Edward J. Mooney
Retired Délégué Général – North America
Suez Lyonnaise des Eaux
Worldwide provider of energy, water, waste,
and communications services;
Retired Chairman and Chief Executive Officer
Nalco Chemical Company
Manufacturer of specialized service chemicals  (1, 2)

John W. Rowe
Chairman, President and Chief Executive Officer
Exelon Corporation
Producer and wholesale marketer of energy  (1, 6)

Harold B. Smith
Chairman of the Executive Committee
Illinois Tool Works Inc.
Worldwide manufacturer and marketer
of engineered components and industrial systems
and consumables  (3, 5, 6)

William D. Smithburg
Retired Chairman, President and Chief Executive Officer
The Quaker Oats Company
Worldwide manufacturer and marketer of
beverages and grain-based products  (2, 3, 4)

Charles A. Tribbett III
Managing Director
Russell Reynolds Associates
Worldwide recruiting firm  (2, 5)

Frederick H. Waddell
President and Chief Operating Officer
Northern Trust Corporation and
The Northern Trust Company

**Board Committees**
1. Audit Committee
2. Compensation and Benefits Committee
3. Corporate Governance Committee
4. Executive Committee
5. Business Risk Committee
6. Business Strategy Committee

CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

NORTHERN TRUST CORPORATION: *Condensed Consolidated Balance Sheet*

|  | DECEMBER 31 | |
| --- | --- | --- |
| [$ IN MILLIONS EXCEPT SHARE INFORMATION] | **2006** | 2005 |
| **ASSETS** | | |
| Cash and Due from Banks | **$ 4,961.0** | $ 2,996.2 |
| Federal Funds Sold and Securities Purchased under Agreements to Resell | **1,299.7** | 4,845.1 |
| Time Deposits with Banks | **15,468.7** | 11,123.1 |
| Other Interest-Bearing | **21.9** | 67.5 |
| Securities | | |
|     Available for Sale | **11,249.6** | 9,970.7 |
|     Held to Maturity (Fair value – $1,122.1 in 2006 and $1,161.6 in 2005) | **1,107.0** | 1,135.5 |
|     Trading Account | **8.6** | 2.8 |
|     Total Securities | **12,365.2** | 11,109.0 |
| Loans and Leases | | |
|     Commercial and Other | **13,935.3** | 11,628.0 |
|     Residential Mortgages | **8,674.4** | 8,340.5 |
|     Total Loans and Leases (Net of unearned income – $507.9 in 2006 and $451.1 in 2005) | **22,609.7** | 19,968.5 |
| Reserve for Credit Losses Assigned to Loans and Leases | **(140.4)** | (125.4) |
| Buildings and Equipment | **487.2** | 471.5 |
| Customers' Acceptance Liability | **1.2** | .7 |
| Trust Security Settlement Receivables | **339.3** | 317.0 |
| Other Assets | **3,298.7** | 2,640.6 |
| Total Assets | **$ 60,712.2** | $ 53,413.8 |
| **LIABILITIES** | | |
| Deposits | | |
|     Demand and Other Noninterest-Bearing | **$5,434.0** | $5,383.6 |
|     Savings and Money Market | **6,297.6** | 8,278.9 |
|     Savings Certificates | **1,999.3** | 1,565.2 |
|     Other Time | **459.6** | 391.6 |
|     Non-U.S. Offices – Demand | **3,880.9** | 2,043.2 |
|     – Time | **25,748.8** | 20,857.0 |
|     Total Deposits | **43,820.2** | 38,519.5 |
| Federal Funds Purchased | **2,821.6** | 1,096.9 |
| Securities Sold under Agreements to Repurchase | **1,950.5** | 1,610.8 |
| Commercial Paper | **–** | 144.6 |
| Other Borrowings | **2,976.5** | 2,647.9 |
| Senior Notes | **445.4** | 272.5 |
| Long-Term Debt | **2,307.9** | 2,818.1 |
| Floating Rate Capital Debt | **276.5** | 276.4 |
| Liability on Acceptances | **1.2** | .7 |
| Other Liabilities | **2,168.5** | 2,425.6 |
|     Total Liabilities | **56,768.3** | 49,813.0 |
| **STOCKHOLDERS' EQUITY** | | |
| Common Stock, $1.66 2/3 Par Value; Authorized 560,000,000 shares; | | |
|     Outstanding 218,700,956 shares in 2006 and 218,128,986 shares in 2005 | **379.8** | 379.8 |
| Additional Paid-in Capital | **30.9** | – |
| Retained Earnings | **4,131.2** | 3,672.1 |
| Accumulated Other Comprehensive Income | **(148.6)** | (18.7) |
| Common Stock Issuable – Stock Incentive Plans | **–** | 55.5 |
| Deferred Compensation | **–** | (29.5) |
| Treasury Stock (at cost – 9,220,568 shares in 2006 and 9,792,538 shares in 2005 ) | **(449.4)** | (458.4) |
|     Total Stockholders' Equity | **3,943.9** | 3,600.8 |
| Total Liabilities and Stockholders' Equity | **$ 60,712.2** | $ 53,413.8 |

*Refer to Northern Trust Corporation's 2006 Financial Annual Report to Shareholders for a complete set of consolidated financial statements.*

CONDENSED CONSOLIDATED FINANCIAL STATEMENTS

NORTHERN TRUST CORPORATION: *Condensed Consolidated Statement of Income*

|  | FOR THE YEAR ENDED DECEMBER 31 | | |
|---|---|---|---|
| [$ IN MILLIONS EXCEPT PER SHARE INFORMATION] | **2006** | 2005 | 2004 |
| Noninterest Income | | | |
| Trust, Investment and Other Servicing Fees | **$ 1,791.6** | $ 1,559.4 | $ 1,330.3 |
| Foreign Exchange Trading Income | **247.3** | 180.2 | 158.0 |
| Treasury Management Fees | **65.4** | 71.2 | 88.1 |
| Security Commissions and Trading Income | **62.7** | 55.2 | 50.5 |
| Other Operating Income | **97.8** | 97.5 | 83.8 |
| Investment Security Gains, net | **1.4** | .3 | .2 |
| Total Noninterest Income | **2,266.2** | 1,963.8 | 1,710.9 |
| Net Interest Income | | | |
| Interest Income | **2,206.8** | 1,590.6 | 1,118.2 |
| Interest Expense | **1,476.9** | 929.2 | 557.1 |
| Net Interest Income | **729.9** | 661.4 | 561.1 |
| Provision for Credit Losses | **15.0** | 2.5 | (15.0) |
| Net Interest Income after Provision for Credit Losses | **714.9** | 658.9 | 576.1 |
| Noninterest Expenses | | | |
| Compensation | **876.6** | 774.2 | 661.7 |
| Employee Benefits | **217.6** | 190.4 | 161.5 |
| Occupancy Expense | **145.4** | 133.7 | 121.5 |
| Equipment Expense | **82.5** | 83.2 | 84.7 |
| Other Operating Expenses | **634.8** | 553.4 | 502.3 |
| Total Noninterest Expenses | **1,956.9** | 1,734.9 | 1,531.7 |
| Income before Income Taxes | **1,024.2** | 887.8 | 755.3 |
| Provision for Income Taxes (Note 20) | **358.8** | 303.4 | 249.7 |
| NET INCOME | **$ 665.4** | 584.4 | 505.6 |
| PER COMMON SHARE (Note 16) | | | |
| Net Income – Basic | **$ 3.06** | $ 2.68 | $ 2.30 |
| – Diluted | **3.00** | 2.64 | 2.27 |
| Cash Dividends Declared | **.94** | .86 | .78 |
| Average Number of Common Shares Outstanding – Basic | **217,766,035** | 218,101,996 | 219,492,478 |
| – Diluted | **221,784,114** | 221,557,188 | 223,135,699 |

*Refer to Northern Trust Corporation's 2006 Financial Annual Report to Shareholders for a complete set of consolidated financial statements.*

*Report of Independent Registered Public Accounting Firm*

TO THE STOCKHOLDERS AND BOARD OF DIRECTORS OF NORTHERN TRUST CORPORATION:

We have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets of Northern Trust Corporation and subsidiaries as of December 31, 2006 and 2005, and the related consolidated statements of income, comprehensive income, changes in stockholders' equity and cash flows for each of the years in the three-year period ended December 31, 2006 (not presented separately herein) and our report dated February 28, 2007, expressed an unqualified opinion on those consolidated financial statements. In our opinion, the information set forth in the accompanying condensed consolidated financial statements is fairly stated in all material respects in relation to the consolidated financial statements from which it has been derived.

As discussed in Note 1 to the consolidated financial statements (not presented separately herein), effective January 1, 2006, Northern Trust changed its method of accounting for stock-based compensation. Also, as discussed in Note 2 to the consolidated financial statements, effective December 31, 2006, Northern Trust changed its method of accounting for defined benefit pension and other post-retirement plans.



CHICAGO, ILLINOIS • FEBRUARY 28, 2007

CORPORATE INFORMATION

NORTHERN TRUST CORPORATION : *Corporate Information*

## Annual Meeting

The annual meeting of stockholders will be held on Tuesday, April 17, 2007, at 10:30 AM (Central Daylight Time) at 50 South La Salle Street, Chicago, Illinois.

## Stock Listing

The common stock of Northern Trust Corporation is traded on the NASDAQ Stock Market under the symbol NTRS.

## Stock Transfer Agent, Registrar and Dividend Disbursing Agent

Wells Fargo Bank, N.A.
Shareowner Services
161 North Concord Exchange Street
South St. Paul, Minnesota 55075
General Phone Number: 1-800-468-9716
Internet Site: www.wellsfargo.com/shareownerservices

## Available Information

The Corporation's Internet address is www.northerntrust.com. Through our Web site, we make available free of charge our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and all amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the Exchange Act (15 U.S.C. 78m(a) or 78o(d)) as soon as reasonably practicable after we electronically file such material with, or furnish such material to, the Securities and Exchange Commission. Information contained on the web site is not part of the Summary Annual Report or the Financial Annual Report.

## 10-K Report

Copies of the Corporation's 2006 10-K Report filed with the Securities and Exchange Commission will be available by the end of March 2007 and will be mailed to stockholders and other interested persons upon written request to:

> Rose A. Ellis
> Corporate Secretary
> Northern Trust Corporation
> 50 South La Salle Street, M-9
> Chicago, Illinois 60603

## Quarterly Earnings Releases

Copies of the Corporation's quarterly earnings releases may be obtained by accessing Northern Trust's web site at www.northerntrust.com or by calling the Corporate Communications department at (312) 444-4272.

## Investor Relations

Please direct Investor Relations inquiries to:
Beverly J. Fleming, Director of Investor Relations, at (312) 444-7811 or beverly_fleming@ntrs.com.

## www.northerntrust.com

Information about the Corporation, including financial performance and products and services, is available on Northern Trust's Web site at www.northerntrust.com.

## Northern Trust Global Investments

Northern Trust Corporation uses the name Northern Trust Global Investments to identify the investment management business, including portfolio management, research and trading, carried on by several of its affiliates, including The Northern Trust Company, Northern Trust Global Advisors and Northern Trust Investments.

*Northern Trust Corporation* | 50 SOUTH LASALLE STREET, CHICAGO, ILLINOIS 60603

