# EXHIBIT B

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

## United States Patent and Trademark Office

**Reg. No. 3,360,523**
Registered Dec. 25, 2007

### SERVICE MARK
### PRINCIPAL REGISTER

# WHAT REALLY MATTERS

NORTHERN TRUST CORPORATION (DELA-
WARE CORPORATION)
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

FOR: BANKING SERVICES, PERSONAL AND
CORPORATE TRUST SERVICES, FUNDS INVEST-
MENT, INVESTMENT ADVICE, AND INVEST-
MENT CONSULTATION SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 1-7-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-673,661, FILED 7-19-2005.

RUSS HERMAN, EXAMINING ATTORNEY

# EXHIBIT C

**Int. Cl.: 36**

**Prior U.S. Cls.: 100, 101, and 102**

**Reg. No. 3,363,286**

## United States Patent and Trademark Office

Registered Jan. 1, 2008

### SERVICE MARK
### PRINCIPAL REGISTER

## THE FREEDOM TO FOCUS ON
## WHAT REALLY MATTERS

NORTHERN TRUST CORPORATION (DELA-
WARE CORPORATION)
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

FOR: BANKING SERVICES, PERSONAL AND
CORPORATE TRUST SERVICES, FUNDS INVEST-
MENT, INVESTMENT ADVICE, AND INVEST-
MENT CONSULTATION SERVICES, IN CLASS 36
(U.S. CLS. 100, 101 AND 102).

FIRST USE 8-1-2005; IN COMMERCE 1-7-2006.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-673,655, FILED 7-19-2005.

MONIQUE MILLER, EXAMINING ATTORNEY

# EXHIBIT D

| To: | Northern Trust Corporation (officeactions@brinkshofer.com) |
| Subject: | TRADEMARK APPLICATION NO. 78673661 - WHAT REALLY MATTERS - 1625/920 |
| Sent: | 2/7/2006 2:06:16 PM |
| Sent As: | ECOM101@USPTO.GOV |
| Attachments: | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     78/673661

**APPLICANT**:     Northern Trust Corporation

# *78673661*

**CORRESPONDENT ADDRESS**:
SCOTT J. SLAVICK
BRINKS HOFER GILSON & LIONE
PO BOX 10395
CHICAGO, IL 60610-0395

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:     WHAT REALLY MATTERS

**CORRESPONDENT'S REFERENCE/DOCKET NO**:     1625/920

**CORRESPONDENT EMAIL ADDRESS**:
officeactions@brinkshofer.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**:  If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/673661

The assigned examining attorney has reviewed the referenced application and determined the following.

    A.    <u>Search Result</u>

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 1105.01.

    B.    <u>Signed Declaration Required</u>

The application must be signed, and verified or supported by a declaration under 37 C.F.R. Section 2.20.  37 C.F.R. Section 2.33.  No signed verification or declaration was provided.  Therefore, the applicant must provide a signed verification or signed declaration attesting to the facts set forth in the application.

To satisfy this requirement, applicant may add the following declaration paragraph at the end of its response, properly signed and dated:

> The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. §1051(b), 1126(d) or 1126(e), he/she believes applicant to be entitled to use such mark in commerce; *that the applicant had a bona fide intention to use the mark in commerce on or in connection with the goods or services listed in the application as of the application filing date*; that the facts set forth in the application are true and correct; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

                      _____

                               (Signature)

                      _____

                         (Print or Type Name and Position)

_____

(Date)

/Russ Herman/

Attorney

LO 101

571-272-9172

571-273-9101 (fax)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

# EXHIBIT E

| To: | Northern Trust Corporation (officeactions@brinkshofer.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 78673655 - THE FREEDOM TO FOCUS ON WHAT REALLY MATT ETC. - 1625/918 |
| Sent: | 2/7/2006 1:37:17 PM |
| Sent As: | ECOM109@USPTO.GOV |
| Attachments: | |

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:   78/673655

**APPLICANT**:   Northern Trust Corporation

**CORRESPONDENT ADDRESS**:
    SCOTT J. SLAVICK
    BRINKS HOFER GILSON & LIONE
    PO BOX 10395
    CHICAGO, IL 60610-0395

# *78673655*

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**:   THE FREEDOM TO FOCUS ON WHAT REALLY MATT ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:   1625/918

**CORRESPONDENT EMAIL ADDRESS**:
    officeactions@brinkshofer.com

Please provide in all correspondence:

1. Filing date, serial number, mark and
   applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and
   Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**:  TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number  78/673655

The assigned examining attorney has reviewed the referenced application and determined the following.

    A.    <u>Search Result</u>

The examining attorney has searched the Office records and has found no similar registered or pending mark which would bar registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d).  TMEP section 1105.01.

    B.    <u>Signed Declaration Required</u>

The application must be signed, and verified or supported by a declaration under 37 C.F.R. Section 2.20.  37 C.F.R. Section 2.33.  No signed verification or declaration was provided.  Therefore, the applicant must provide a signed verification or signed declaration attesting to the facts set forth in the application.

\Scott Oslick\

Trademark Examining Attorney

Law Office 108

(571) 272-9348 (Telephone)

(571) 273-9108 (Fax - Official Responses Only)

**HOW TO RESPOND TO THIS OFFICE ACTION:**
- ONLINE RESPONSE:  You may respond formally using the Office's Trademark Electronic Application System (TEAS) Response to Office Action form (visit http://www.uspto.gov/teas/index.html and follow the instructions, but if the Office Action has been issued via email, you must wait 72 hours after receipt of the Office Action to respond via TEAS).
- REGULAR MAIL RESPONSE:  To respond by regular mail, your response should be sent to the mailing return address above and include the serial number, law office number and examining attorney's name in your

response.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**

# EXHIBIT F



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jan 12 04:04:42 EST 2008*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | BOTTOM | HELP |

Logout | *Please logout when you are done to release system resources allocated for you.*

Start | List At: [          ]   OR   Jump | to record: [          ]   **3 Records(s) found (This page: 1 ~ 3)**

Refine Search [WHAT[BI] AND MATTERS[BI] AND BANKIN]   Submit

Current Search: **S1: WHAT[BI] AND MATTERS[BI] AND BANKING[GS] AND LIVE[LD]** docs: 3 occ: 12

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 78673655 | 3363286 | THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS | TARR | LIVE |
| 2 | 78673661 | 3360523 | WHAT REALLY MATTERS | TARR | LIVE |
| 3 | 77308911 | | CHASE WHAT MATTERS | TARR | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | PREV LIST | NEXT LIST | TOP | HELP |

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT G



FFIEC home | Federal Reserve Board home

Accessibility | Disclaimer | Privacy Policy

| NIC Home | | Institution Search | |
|---|---|---|---|
| FBO Search | | Top 50 BHCs | |
| BHCPR Peer Reports | | FAQ | |

Listed below are the Top 50 bank holding companies (BHCs) as of 12/31/2007. To be included among the Top 50, a bank holding company should not only qualify by asset size (displayed in thousands) but also have submitted at least five years of FR Y-9C data and be engaged in significant banking activities. If a value is not displayed for Total Assets, the data have not been posted. You can view additional information for an institution by selecting that institution.

Page 1 of 1

| Rank | Institution Name (RSSD ID) | Location | Total Assets 12/31/2007 | Total Assets 09/30/2007 |
|---|---|---|---|---|
| 1 | CITIGROUP INC. (1951350) | NEW YORK, NY | | $2,358,266,000 |
| 2 | BANK OF AMERICA CORPORATION (1073757) | CHARLOTTE, NC | | $1,582,330,249 |
| 3 | JPMORGAN CHASE & CO. (1039502) | NEW YORK, NY | | $1,479,575,000 |
| 4 | WACHOVIA CORPORATION (1073551) | CHARLOTTE, NC | | $754,168,000 |
| 5 | TAUNUS CORPORATION (2816906) | NEW YORK, NY | | $600,740,000 |
| 6 | WELLS FARGO & COMPANY (1120754) | SAN FRANCISCO, CA | | $548,727,000 |
| 7 | HSBC NORTH AMERICA HOLDINGS INC. (3232316) | PROSPECT HEIGHTS, IL | | $509,865,590 |
| 8 | U.S. BANCORP (1119794) | MINNEAPOLIS, MN | | $227,628,000 |
| 9 | BANK OF NEW YORK MELLON CORPORATION, THE (3587146) | NEW YORK, NY | | $184,166,000 |
| 10 | SUNTRUST BANKS, INC. (1131787) | ATLANTA, GA | | $175,857,229 |
| 11 | CITIZENS FINANCIAL GROUP, INC. (1132449) | PROVIDENCE, RI | | $164,201,368 |
| 12 | NATIONAL CITY CORPORATION (1069125) | CLEVELAND, OH | | $154,175,761 |
| 13 | CAPITAL ONE FINANCIAL CORPORATION (2277860) | MCLEAN, VA | | $147,154,835 |
| 14 | STATE STREET CORPORATION (1111435) | BOSTON, MA | | $140,085,020 |
| 15 | REGIONS FINANCIAL CORPORATION (3242838) | BIRMINGHAM, AL | | $138,237,249 |
| 16 | PNC FINANCIAL SERVICES GROUP, INC., THE (1069778) | PITTSBURGH, PA | | $131,477,883 |
| 17 | BB&T CORPORATION (1074156) | WINSTON-SALEM, NC | | $130,781,281 |
| 18 | FIFTH THIRD BANCORP (1070345) | CINCINNATI, OH | | $104,265,371 |
| 19 | KEYCORP (1068025) | CLEVELAND, OH | | $96,829,723 |
| 20 | BANCWEST CORPORATION (1025608) | HONOLULU, HI | | $71,700,114 |
| 21 | HARRIS FINANCIAL CORP. (1245415) | WILMINGTON, DE | | $65,766,241 |
| 22 | NORTHERN TRUST CORPORATION (1199611) | CHICAGO, IL | | $63,098,902 |

Case 1:08-cv-00297    Document 14-6    Filed 01/16/2008    Page 18 of 25

| 23 | M&I LLC (1199497) | MILWAUKEE, WI | $60,774,554 |
|----|----|----|----|
| 24 | COMERICA INCORPORATED (1199844) | DALLAS, TX | $60,284,675 |
| 25 | M&T BANK CORPORATION (1037003) | BUFFALO, NY | $60,008,123 |
| 26 | TD BANKNORTH INC. (1249196) | PORTLAND, ME | $59,472,827 |
| 27 | HUNTINGTON BANCSHARES INCORPORATED (1068191) | COLUMBUS, OH | $55,303,286 |
| 28 | UNIONBANCAL CORPORATION (1378434) | SAN FRANCISCO, CA | $54,343,045 |
| 29 | COMMERCE BANCORP, INC. (1117679) | CHERRY HILL, NJ | $50,164,333 |
| 30 | ZIONS BANCORPORATION (1027004) | SALT LAKE CITY, UT | $50,044,686 |
| 31 | POPULAR, INC. (1129382) | SAN JUAN, PR | $47,280,000 |
| 32 | BBVA USA BANCSHARES, INC. (1078529) | THE WOODLANDS, TX | $42,223,363 |
| 33 | FIRST HORIZON NATIONAL CORPORATION (1094640) | MEMPHIS, TN | $37,479,725 |
| 34 | SYNOVUS FINANCIAL CORP. (1078846) | COLUMBUS, GA | $33,628,448 |
| 35 | NEW YORK COMMUNITY BANCORP, INC. (2132932) | WESTBURY, NY | $30,061,047 |
| 36 | RBC CENTURA BANKS, INC. (1826056) | RALEIGH, NC | $25,548,966 |
| 37 | COLONIAL BANCGROUP, INC., THE (1080465) | MONTGOMERY, AL | $24,544,177 |
| 38 | ASSOCIATED BANC-CORP (1199563) | GREEN BAY, WI | $20,940,007 |
| 39 | BOK FINANCIAL CORPORATION (1883693) | TULSA, OK | $19,951,889 |
| 40 | W HOLDING COMPANY, INC. (2801546) | MAYAGUEZ, PR | $18,056,030 |
| 41 | FIRST BANCORP (2744894) | SAN JUAN, PR | $17,087,079 |
| 42 | WEBSTER FINANCIAL CORPORATION (1145476) | WATERBURY, CT | $16,855,798 |
| 43 | FIRST CITIZENS BANCSHARES, INC. (1075612) | RALEIGH, NC | $16,320,468 |
| 44 | COMMERCE BANCSHARES, INC. (1049341) | KANSAS CITY, MO | $16,037,069 |
| 45 | TCF FINANCIAL CORPORATION (2389941) | WAYZATA, MN | $15,607,861 |
| 46 | CITY NATIONAL CORPORATION (1027518) | BEVERLY HILLS, CA | $15,556,521 |
| 47 | FULTON FINANCIAL CORPORATION (1117129) | LANCASTER, PA | $15,438,177 |
| 48 | FIRST NATIONAL OF NEBRASKA, INC. (1020902) | OMAHA, NE | $15,284,709 |
| 49 | NEW YORK PRIVATE BANK & TRUST CORPORATION (3212091) | NEW YORK, NY | $14,902,635 |
| 50 | FBOP CORPORATION (1130780) | OAK PARK, IL | $14,400,045 |

NIC Home  |  FAQ  |  Help  |  Contact Us

# EXHIBIT H

**JPMorganChase** ⬡

Home     Contact us     Privacy/security

> **About us**     > **Investor Relations**     > **Community partnership**     > **Careers**     Search

About us



## About JPMorgan Chase

> Governance     > Newsroom
> Business principles     > History
> Leadership team     > Suppliers

Community Partnership Report

- JPMorgan Chase (NYSE: JPM) is a leading global financial services firm with assets of $1.5 trillion.

- We operate in more than 50 countries.

- We have more than 170,000 employees.

- We serve millions of U.S. consumers and many of the world's most prominent corporate, institutional and government clients.

- We are a leader in investment banking, financial services for consumers, small business and commercial banking, financial transaction processing, asset management and private equity.

- We are a component of the Dow Jones Industrial Average.

- Our corporate headquarters are in New York and our U.S. consumer and commercial banking headquarters are in Chicago.

**Our brands**

**JPMorganChase** ⬡

JPMorgan Chase is the brand used by:

- The firm's subsidiaries,
- Treasury Services and
- Our Community Development Group.

**JPMorgan** ⬡

JPMorgan clients include the world's most prominent corporations, governments, wealthy individuals and institutional investors. The following businesses use the JPMorgan brand:

- Investment Bank
- Asset Management
- Worldwide Securities Services
- Private Banking
- Private Client Services
- One Equity Partners

**CHASE** ⬡

The U.S. consumer and commercial banking businesses serve customers under the Chase brand.

The consumer businesses include:

- **Credit card**
- **Small business**
- **Home finance** and **home equity loans**
- **Auto finance**
- **Education finance**
- **Insurance**

The commercial banking businesses include:

- **Middle Market**
- **Corporate**
- **Commercial Real Estate**
- **Business Credit**
- **Equipment Leasing**

**Community partnership**

The brands JPMorgan Chase, JPMorgan and Chase are currently used in the marketplace to deliver community partnership capabilities around the world. Leadership in **community partnership** is part of the enduring culture of JPMorgan Chase.

Terms & conditions | USA PATRIOT Act Certification

© 2008 JPMorgan Chase & Co.

# EXHIBIT I



Home



Submit a press release

Sign up now!

Categories

Entertainment Blog

Refer this site

Reporter 7

News Envoy

HelloArticle

**PR-inside Special Pages**

Gold Medal Mortgage

Get the latest news with our RSS feed

RSS

MY YAHOO!

More information

Business

## Chase Focuses on What Matters to Consumers

© Business Wire 2008
2008-01-09 13:44:44 -

 Print article

Refer to a friend

www.chase.com - Media: Chase Retail Christine Holevas, 312-732-6206 christine.holevas@chase.com or Chase Card Services Tanya M. Madison, 302-282-5547 tanya.m.madison@chase.com Chase's new marketing campaign, which debuts Sunday, will shine a laser-like focus on What Matters to customers, alerting them to the ways Chase can help them manage their money and their lives.

"Our customers'

everyday financial lives are changing," said Ryan McInerney, head of marketing for Chase's Consumer Bank. "Our new brand focus reiterates our commitment to keep pace with our customers and deliver benefits that can make both an immediate and long-term impact on their lives."

"Chase What Matters," a campaign created by mcgarrybowen of New York, repositions the Chase brand. More than just an advertising campaign, the new

### Targeted Advertising
Make a direct customer connection with powerful behavioral targeting
www.revenuescience.com



### CHASE ® Home Equity Loan
Low rates. No closing costs. No app fee. Apply online - Ltd. time offer
www.ChaseHomeEquity.com/Loan

direction emerged from extensive research to understand how consumers view Chase and what they want from a financial institution. As new technologies emerge, people's lifestyles and expectations change significantly, the research showed.

The campaign demonstrates that Chase is the bank to keep up with the needs and desires of people with busy, dynamic lifestyles.

The advertising launch -- more than $70 million in the first quarter alone, including Internet, national and local media -- uses iconic music and black-and-white images accented by Chase blue. It spotlights themes that matter to most consumers:

-- Access - Making it easy for customers to manage their financial lives, however and wherever they choose, using branches, ATMs, credit and debit cards, mobile and telephone banking and online banking.

-- Protection - Using industry-leading tools to protect customers against fraud and identity theft and keep their finances safe, secure, and on track.

-- Advocacy - Helping customers avoid financial problems and fees by providing a "heads up" before customers make a mistake and giving advice to help save time and money.

-- Recognition - Rewarding customers' business with points and cash, discounts and special offers.

-- Value - Providing competitive products and services with great service and innovative features.

Chase's emphasis on recognition and advocacy will help it stand out from competitors.

"This is new space in banking," said Eileen Serra, a Chase Card Services executive. "Our focus clearly differentiates Chase from our competitors and will allow us to deepen our relationships with customers because we are keeping up with them and their changing expectations."

**Local Banks Directory**
Find Banks in your local area - ATM, checking & banking services
Banks.YellowPages.com

**Chase checking accounts**
Open a checking account today. Find - Chase checking accounts
www.AllCheckingAccount

**Free Checking Account**
The Road to Financial Freedom Get Started On The Road Here.
OnlineCheckingGuru.com

**Foreclosed Homes For Sale**
Find Homes - 50% Below Market Value. Search Now For Free!
www.foreclosure.com

Chase's new approach includes creating a consistent image across credit card, branch banking, commercial banking, home lending, business banking, auto finance, and student lending.

The first new Chase television ads will air Monday, Jan. 14 during the "Today Show" on NBC and on "Good Morning America" on ABC, both starting at 7 a.m. EST. Ads will appear on ABC, CBS and NBC nationally, as well as on various cable networks, including the Food Network, HGTV and The History Channel. Online ads will be seen beginning Jan. 14 on high-impact sites such as Yahoo.com and MSN.com. Print ads will begin running this Sunday, Jan.13.

The campaign's individual stories show how Chase can empower and make a tangible difference in the areas of fraud protection, 24/7 accessibility, mobile banking, and financial control.

About Chase

Chase is the U.S. consumer and commercial banking brand of JPMorgan Chase & Co. (NYSE: JPM). Chase has more than 154 million credit cards issued and serves consumers and small businesses through nearly 3,100 bank branches, 9,100 ATMs and 280 mortgage offices as well as through relationships with 15,000 auto dealerships and 4,300 schools and universities. It also serves more than 30,000 commercial banking clients, including corporations, municipalities, financial institutions and not-for-profit entities. More information about Chase is available at www.chase.com.

About mcgarrybowen

Founded in 2002, mcgarrybowen is an independent advertising agency that has quickly attained an impressive roster of big, blue chip brands. mcgarrybowen is led by the agency's three principles - John Mcgarry, Chairman and CEO; Gordon Bowen, Chief Creative Officer; Stewart Owen, Chief Strategic Officer. All are highly accomplished agency veterans with over 100 years of combined experience working on a wide array of the world's biggest, most admired brands, and responsible for some of the industry's most memorable campaigns.

(See Attached Fact Sheet) Chase What Matters Campaign Fact Sheet

Launches: Sunday, Jan. 13, 2008 (Print), Monday, Jan. 14, 2008 (TV & Online)

Chase businesses supported: Card Services, Consumer Banking, Home Lending, Commercial Banking, Business Banking, Auto Finance, and Education Finance

Ad Spend: More than $70 million, including Internet, in first quarter of 2008

Prominent TV vehicles: Super Bowl pre-game, Oprah Winfrey's pre-Academy Awards interview special and prime-time programming, including "Grey's Anatomy," "American Idol," "Prison Break," and "Boston Legal"

Other media: Newspapers and magazines, including the March issue of O, The Oprah Magazine, and extensive outdoor and out-of-home, including subway, transit stations, taxis, billboards and trailers at movie theaters

Creative: mcgarrybowen

Initial TV Spots:

-- Secret Agent: Scored to the original track of Johnny Rivers 1966 "Secret Agent Man," the ad shows a debonair, secret agent-like hero going through a series of action-packed adventure to stop another man from using a stolen Chase Card, ending with a jolt to reality where this hero is actually a man at a social event who had been able to act upon a fraud alert received from Chase. Filmed in many locations across New York City, including a dramatic scene at the 59th Street bridge.

-- TV Time: Scored to the original 1989 Queen track of "I Want It All," this spot follows a man shopping for a new television who uses Chase Mobile to check his account balance via a simple text message to determine how much he can truly afford to spend.

-- Rock Climber: This spot shows a woman actively rock climbing when she receives an alert that her checking balance is low. She is easily able to call Chase to transfer funds into her account so she can avoid an overdraft. Original music was composed for the ad.

New campaign shifts brand focus to consumer needs and controls

**Free Checking Account**
The Road to Financial Freedom Get Started
On The Road Here.

Referral Ads by Google
**infoUSA®- Official Site**
12 Databases. $600M Public Co & 4M Customers. 100 Free
Sales Leads!
www.infousa.com
**Financial Compliance**
Solutions for Basel II, Patriot Act Anti Money Laundering
Compliance
www.metricstream.com
**5.11% e-Savings Account**
Open an Account w/ AmTrust Direct & Receive 5.11% APY.
Apply Online!
www.AmTrustDirect.com

**Start Receiving PR-inside.com News Headlines per email.**

PR-Inside.com announces the start of the news alerts free service. Keep being informed and get the last news of any category up to five times daily or immediatly when they go online.
Type any number of key words. We email you the related headlines.
Click here to sign up

**Disclaimer:** (c) 2007 Business Wire. All of the news releases contained herein are protected by copyright and other applicable laws, treaties and conventions. Information contained in the releases is furnished by Business Wire's members, who warrant that they are solely responsible for the content, accuracy and originality of the information contained therein. All reproduction, other than for an individual user's personal reference, is prohibited without prior written permission.

Terms & Conditions | About us | Contact PR-inside.com