# EXHIBIT J

# JPMORGAN CHASE & CO.        ANNUAL REPORT





**JPMorganChase**



| (in millions, except ratios) | 2006 | 2005 |
|---|---|---|
| Total net revenue | $14,825 | $14,830 |
| Net income | 3,213 | 3,427 |
| Return on equity | 22% | 26% |

## RETAIL FINANCIAL SERVICES

Retail Financial Services helps meet the financial needs of consumers and businesses. We provide convenient consumer banking through the nation's fourth-largest branch network and third-largest ATM network. We are a top-five mortgage originator and servicer, the second-largest home equity originator, the largest noncaptive originator of automobile loans and one of the largest student loan originators.

We serve customers through more than 3,000 bank branches, 8,500 ATMs and 270 mortgage offices; and through relationships with more than 15,000 auto dealerships and 4,300 schools and universities. More than 11,000 branch salespeople assist customers with checking and savings accounts; mortgage, home equity and business loans; investments; and insurance across our 17-state footprint from New York to Arizona. More than 1,200 additional mortgage officers provide home loans throughout the country.

### 2006 HIGHLIGHTS

- Increased branch sales force 9%; and increased branch sales production, including credit cards 74% and investments 34%.

- Increased checking accounts 14%, to 10 million, and deposits 12%, to $204 billion.

- Increased Business Banking loan originations 22%, to $5.7 billion.

- Increased active online customer base 35%; generated 187 million online transactions, including bill payment and electronic payment, up 35%.

- Added 438 net new branches, including 339 acquired from The Bank of New York; and 1,194 ATMs, including 400 acquired from The Bank of New York and 500 placed in Walgreens stores throughout Florida, Colorado and Louisiana.

### MAJOR 2006 ACCOMPLISHMENTS

- Expanded our leadership position in the highly attractive New York metropolitan area through the acquisition of The Bank of New York's consumer banking business, which added $12 billion in deposits.

- Purchased and integrated Collegiate Funding Services to expand the education lending business.

- Completed technology conversion in the New York Tri-state area; now serving all Chase-branded branches on the same state-of-the-art platform.

- Completed the Chase rebranding of remaining Bank One branches and ATMs.

- Expanded originations of alternative mortgage products — leveraging distribution capabilities in the Investment Bank — to serve changing consumer needs, while maintaining disciplined underwriting practices.

### 2007 AND BEYOND

- Improve customer cross-selling through continued expansion of the sales force and achieve double-digit growth in branch sales of mortgages, investments and credit cards.

- Invest in 125 to 150 additional branch locations annually, using disciplined and analytical approach to select markets and sites within markets.

- Convert The Bank of New York branches to the Chase technology platform in first half of 2007, refurbish those branches, and upgrade the sales process and customer experience.

- Continue to respond to changing residential lending environment; upgrade and consolidate mortgage origination and servicing technology by year-end 2008 to improve customer experience and increase operating efficiencies.

# EXHIBIT K

JPMORGAN CHASE & CO.                    ANNUAL REPORT





JPMorganChase



| (in millions, except ratios) | 2006 | 2005 |
|---|---|---|
| Total net revenue | $3,800 | $3,488 |
| Net income | 1,010 | 951 |
| Return on equity | 18% | 28% |

## COMMERCIAL BANKING

Commercial Banking serves more than 30,000 clients, including corporations, municipalities, financial institutions and not-for-profit entities. These clients generally have annual revenues ranging from $10 million to $2 billion. Commercial bankers serve clients nationally throughout the retail branch footprint and in offices located in other major markets. We are the #1 commercial bank in our retail branch footprint.

Commercial Banking offers its clients industry knowledge, experience, a dedicated service model, comprehensive solutions and local expertise. The firm's broad platform positions us to deliver extensive product capabilities – including lending, treasury services, investment banking and asset management – to meet our clients' U.S. and international financial needs.

### 2006 HIGHLIGHTS

- #1 commercial bank in market penetration in Chase's retail branch footprint, almost double that of the next leading competitor[a].

- #1 in overall customer satisfaction among large bank providers – 93% of clients surveyed are highly satisfied with our bankers[b].

- #2 asset-based lender in the United States[c].

- Generated record gross investment banking revenues of $716 million.

### MAJOR 2006 ACCOMPLISHMENTS

- Significantly increased cross-selling efforts with 30% growth in gross investment banking revenues and 9% growth in Treasury Services revenues.

- Completed both a major loan conversion, which impacted more than 14,000 clients with approximately $25 billion in loan balances, and several treasury services migrations to target platforms.

- Enhanced discipline in and accountability for the sales process through improved monthly metrics reports, business reviews and coaching.

- Added approximately 2,000 banking relationships, $2.3 billion in loans and $1.2 billion in liability balances from the acquisition of The Bank of New York's middle-market business.

- Created Chase Capital Corporation, which provides our clients with additional financing alternatives including mezzanine and second-lien loans as well as preferred equity.

- Opened five new offices to expand coverage in Des Moines (IA), Charlotte (NC), Orlando (FL), Denver (CO) and Princeton (NJ).

### 2007 AND BEYOND

- Increase prospect conversion through accelerated calling efforts and targeted marketing initiatives.

- Grow U.S. and international revenue by providing clients with more comprehensive solutions leveraging our Treasury & Securities Services, Asset Management and Investment Bank platforms.

- Continue to improve product and service offerings to clients through additional cash management tools, technology enhancements and alternative capital solutions.

- Outperform peers in credit through active portfolio management and superior underwriting standards, while effectively using capital and resources.

- Strengthen our workforce through key talent development, training and diversity initiatives.

- Convert our wholesale New York Tri-state customer base to the target deposit system; complete the migration of customers acquired in The Bank of New York transaction to the firm's platforms.

(a) SRBI Footprint Study 2005
(b) Barlow Research Middle Market Banking 2006, Chase Relationship Audit℠
(c) Loan Pricing Corporation, 2006

# EXHIBIT L

# List of bank mergers in United States

From Wikipedia, the free encyclopedia
(Redirected from Bank mergers)

This is a list of some of the major banking company mergers since 1930 in the U.S.

| Date | Acquirer | Acquired bank | Name of merged entity | Price tag |
|------|----------|---------------|-----------------------|-----------|
| 1930 | Chase National Bank | Equitable Trust | Chase National Bank | |
| 1954 | Chemical Bank & Trust Co. | Corn Exchange Bank & Trust Co. | Chemical Corn exchange Bank & Trust Co. | |
| 1955 | National City Bank of New York | First National Bank of New York | First National City Bank | |
| 1955 | Bank of the Manhattan Co. | Chase National Bank | Chase Manhattan Bank | |
| 1955 | Bankers Trust Co. | Public National Bank & Trust Co. | Bankers Trust Co. | |
| 1961 | Manufacturers Trust Co. | Hanover Bank | Manufacturers Hanover Bank | |
| 1983 | BankAmerica Corp. | Seafirst Corp. (Seattle-First National Bank) | BankAmerica Corp. (Seafirst banks operated as Seafirst until 1998) | |
| 1984 | Chase Manhattan Corp. | Lincoln First Bank | Chase Manhattan Corp. (most of former Lincoln First Bank operated as Chase Lincoln First) | |
| 1985 | Bank of Boston Corp. | Colonial Bank | Bank of Boston Corp. | |
| 1985 | Bank of Boston Corp. | Rhode Island Hospital Trust National Bank | Bank of Boston Corp. | |
| 1985 | Bank of New England Corp. | The Connecticut Bank and Trust Co. | Bank of New England Corp. | |
| 1986 | Sovran Financial Corp. | Suburban Bank | Sovran Financial Corp. | |
| 1986 | Security Pacific Corp. | The Arizona Bank | Security Pacific Corp. | |
| 1986 | Wells Fargo Corp. | Crocker National Bank | Wells Fargo Corp. (combined California bank uses Crocker's charter) | |
| 1987 | Chemical New York Corp. | Texas Commerce Bank | Chemical Banking Corporation (TX banks continued to operate as Texas Commerce) | |
| 1987 | RepublicBank Corp. | Interfirst Corp. | First Republic Bank Corp. | |

| 1987 | Security Pacific Corp. | Rainier National Bank | Security Pacific Corp. (banks in Pacific NW continued to operate as Rainier) | |
| 1987 | Sovran Financial Corp. | Commerce Union Bank | Sovran Financial Corp. | |
| 1987 | U.S. Bancorp | Peoples National Bank of Washington | U.S. Bancorp | |
| 1987 | Fleet Financial Group, Inc. | Norstar Bank | Fleet/Norstar Financial Group, Inc. | |
| 1987 | First Union Corp. | Atlantic National Bank of Florida | First Union | |
| 1988 | Bank of New York | Irving Bank Corp. | Bank of New York | |
| 1988 | Shawmut Corp. | Hartford National Corp. | Shawmut National Corp. | |
| 1988 | Shawmut Corp. | Arlington Trust Co. | Shawmut National Corp. | |
| 1988 | First Bank System, Inc. | Central Bank of Denver | First Bank System, Inc. (Colo. banks never became First Bank due to name conflict) | |
| 1988 | Wells Fargo Corp. | Barclay's Bank of California | Wells Fargo Corp. | |
| 1988 | Security Pacific Corp. | The Hibernia Bank | Security Pacific Corp. | |
| 1988 | Credit Suisse | The First Boston Corporation | CS First Boston (later Credit Suisse First Boston) | |
| 1988 | NCNB Corp. | First Republic Bank Corp. | NCNB Corp. | |
| 1989 | Security Pacific Corp. | Nevada National Bancorporation | Security Pacific Corp. | |
| 1990 | CoreStates Financial Corp. | First Pennsylvania Bank | CoreStates Financial Corp. | |
| 1990 | First Union Corp. | Florida National Bank | First Union Corp. | |
| 1990 | Citizens & Southern | Sovran Corp. | C&S/Sovran Corp. | |
| 1991 | Fleet/Norstar Financial Group, Inc. | Bank of New England | Fleet/Norstar Financial Group, Inc. | |
| 1991 | Chemical Banking Corp. | Manufacturers Hanover Bank | Chemical Banking Corp. | |
| 1991 | NCNB Corp. | C&S/Sovran Corp. | NationsBank Corp. | |
| 1991 | Norwest Corp. | United Bank of Denver | Norwest Corp. | |
| 1991 | Wachovia Corp. | The South Carolina National Bank | Wachovia Corp. | |
| 1991 | Society Corp. | Ameritrust Corp. | Society Corp. | |
| 1992 | BankAmerica Corp. | Security Pacific | BankAmerica Corp. | |
| 1992 | Keycorp | Puget Sound National Bank | Keycorp | |
| 1992 | Barnett Banks, Inc. | First Florida Bank | Barnett Banks, Inc. | |

| 1992 | Comerica, Inc. | Manufacturers Bank | Comerica | |
|------|----------------|---------------------|----------|--|
| 1993 | First Bank System, Inc. | Colorado National Bank | First Bank System, Inc. (CNB remained unchanged until after merger with U.S. Bancorp) | |
| 1993 | Banc One Corp. | The Valley National Bank of Arizona | Banc One Corp. | |
| 1993 | Bank of Boston Corp. | South Shore Bank, Mechanics Bank, First Agricultural | Bank of Boston Corp. | |
| 1993 | First Union Corp. | Dominion Bank | First Union Corp. | |
| 1993 | First Union Corp. | First American Bankcorp | First Union Corp. | |
| 1993 | NationsBank Corp. | Maryland National Bank | NationsBank Corp. | |
| 1993 | NationsBank Corp. | American Security Bank | NationsBank Corp. | |
| 1994 | Society Corp. | Keycorp | Keycorp | |
| 1994 | BankAmerica Corp. | Continental Illinois National Bank | BankAmerica Corp. | |
| 1995 | Chemical Banking Corp. | Chase Manhattan Corp. | Chase Manhattan Corp. | |
| 1995 | First Chicago Corp. | NBD Bancorp, Inc. | First Chicago NBD Corp. | |
| 1995 | Southern National Corp. | BB&T Financial Corp. | BB&T Corp. | |
| 1995 | Fleet Financial Group, Inc. | Shawmut National Corporation | Fleet Financial Group, Inc. | |
| 1996 | Wells Fargo Corp. | First Interstate Bancorp | Wells Fargo Corp. | |
| 1996 | CoreStates Financial Corp. | Meridian Bancorp, Inc. | CoreStates Financial Corp. | |
| 1996 | Bank of Boston Corp. | BayBanks, Inc. | BankBoston Corp. | |
| 1996 | First Union Corp. | First Fidelity Bancorporation | First Union Corp. | |
| 1996 | First Union Corp. | Center Financial Corporation(CenterBank) | First Union Corp. | |
| 1996 | Fleet Financial Group, Inc. | National Westminster Bancorp | Fleet Financial Group, Inc. | |
| 1997 | First Bank System, Inc. | U.S. Bancorp | U.S. Bancorp | |
| 1997 | NationsBank Corp. | Boatmen's Bancshares, Inc. | NationsBank Corp. | |
| 1997 | Washington Mutual, Inc. | Great Western Financial Corporation | Washington Mutual, Inc. | |
| 1997 | First Union Corp. | Signet Banking Corp. | First Union Corp. | |
| 1998 | NationsBank Corp. | Barnett Banks, Inc. | NationsBank Corp. | |
| 1998 | First Union Corp. | CoreStates Financial Corp. | First Union Corp. | |
| 1998 | NationsBank Corp. | BankAmerica Corp. | Bank of America Corp. | |

| 1998 | Golden State Bancorp, Inc. | First Nationwide Holdings, Inc. | Golden State Bancorp, Inc. | |
|------|---------------------------|-------------------------------|---------------------------|---|
| 1998 | Norwest Corp. | Wells Fargo & Co. | Wells Fargo & Co. | |
| 1998 | Star Banc Corp. | Firstar Holdings Corp. | Firstar Corp. | |
| 1998 | Banc One Corp. | First Chicago NBD Corp. | Bank One Corp. | |
| 1998 | Travelers Group | Citicorp | Citigroup | |
| 1998 | SunTrust Banks, Inc. | Crestar Financial Corp. | SunTrust Banks, Inc. | |
| 1998 | Washington Mutual, Inc. | H.F. Ahmanson & Co. | Washington Mutual, Inc. | |
| 1999 | Fleet Financial Corp. | BankBoston Corp. | FleetBoston Financial Corp. | |
| 1999 | Deutsche Bank AG | Bankers Trust Corp. | Deutsche Bank AG | |
| 1999 | HSBC Holdings plc | Republic New York Corporation | HSBC Bank USA | |
| 1999 | Firstar Corp. | Mercantile Bancorporation, Inc. | Firstar Corp. | |
| 1999 | AmSouth Bancorporation | First American National Bank | AmSouth Bancorporation | $6.3 Billion |
| 2000 | Chase Manhattan Corp. | J.P. Morgan & Co. Inc. | J.P. Morgan Chase & Co. | |
| 2000 | Wells Fargo & Co. | First Security Corp. | Wells Fargo & Co. | |
| 2001 | Firstar Corp. | U.S. Bancorp | U.S. Bancorp | |
| 2001 | First Union Corp. | Wachovia Corp. | Wachovia Corp. | |
| 2001 | Fifth Third Bancorp | Old Kent Financial Corp. | Fifth Third Bancorp | |
| 2001 | FleetBoston Financial Corp. | Summit Bancorp | FleetBoston Financial Corp. | |
| 2002 | Citigroup Inc. | Golden State Bancorp, Inc. | Citigroup Inc. | |
| 2002 | Washington Mutual | Dime Bancorp, Inc. | Washington Mutual | |
| 2003 | BB&T Corp. | First Virginia Banks, Inc. | BB&T Corp. | |
| 2003 | M&T Bank | Allfirst Bank | M&T Bank | |
| 2004 | New Haven Savings Bank | Savings Bank of Manchester, Tolland Bank | NewAlliance Bank | |
| 2004 | Bank of America Corp. | FleetBoston Financial Corp. | Bank of America Corp. | $47 billion |
| 2004 | J.P. Morgan Chase & Co. | Bank One | JPMorgan Chase & Co. | |
| 2004 | Banco Popular | Quaker City Bank | Banco Popular | |
| 2004 | Regions Financial Corporation | Union Planters Corporation | Regions Financial Corporation | $5.9 Billion |
| 2004 | SunTrust | National Commerce Financial | SunTrust | $6.98 Billion[1] |

| 2004 | Wachovia | SouthTrust | Wachovia | $14.3 Billion |
| 2005 | Capital One Financial Corporation | Hibernia National Bank | Capital One Financial Corporation | |
| 2005 | Bank of America | MBNA Corporation | Bank of America Card Services | $35 Billion |
| 2006 | Wachovia | Westcorp Inc. | Wachovia | $3.91 Billion[2] |
| 2006 | NewAlliance Bank | Cornerstone Bank | NewAlliance Bank | |
| 2006 | Capital One Financial Corporation | North Fork Bank | Capital One Financial Corporation | |
| 2006 | Wachovia | Golden West Financial | Wachovia | $25 Billion |
| 2006 | Regions Financial Corporation | AmSouth Bancorporation | Regions Financial Corporation | $10 Billion |
| 2007 | Citizens Banking Corporation | Republic Bancorp | Citizens Republic Bancorp | $1.048 Billion |
| 2007 | Banco Bilbao Vizcaya Argentaria | Compass Bancshares | Banco Bilbao Vizcaya Argentaria | $9.8 Billion |
| 2007 | Bank of America | LaSalle Bank | Bank of America | $21 Billion |
| 2007 | State Street Corporation | Investors Financial Services Corporation | State Street Corporation | $4.2 Billion |
| 2007 | Bank of New York Company, Inc. | Mellon Financial Corporation | Bank of New York Mellon | $18.3 Billion |
| 2007 | Wachovia | World Savings Bank | Wachovia | $25 Billion |
| 2007 | Wachovia | A. G. Edwards | Wachovia | $6.8 Billion |

# References

1. ^ SunTrust to buy National Commerce Financial (http://atlanta.bizjournals.com/atlanta/stories/2004/05/03/daily60.html) . Atlanta Business Chronicle (9 May 2004).
2. ^ Wachovia (12 September 2005). "WACHOVIA CORPORATION TO ACQUIRE WESTCORP AND WFS FINANCIAL INC IN $3.91 BILLION TRANSACTION (http://www.wachovia.com/inside/page/0,,134_307_348_1270_7455%5E1245,00.html)". Press release.

- Stephen A. Rhoades, "Bank Mergers and Industrywide Structure, 1980-1994," Washington: Board of Governors of the Federal Reserve System, January 1996. (Staff study 169 (http://www.federalreserve.gov/pubs/staffstudies/1990-99/ss169.pdf) )
- Steven J. Pilloff, "Bank Merger Activity in the United States, 1994-2003," Washington: Board of Governors of the Federal Reserve System, May 2004. (Staff study 176 (http://www.federalreserve.gov/pubs/staffstudies/2000-present/ss176.pdf) )
- Institute of Mergers, Acquisitions and Alliances (MANDA) M&A (http://www.manda-institute.org) An academic research institute on mergers & acquisitions, including bank mergers

Case 1:08-cv-00297     Document 14-7     Filed 01/16/2008     Page 13 of 60

Retrieved from "http://en.wikipedia.org/wiki/List_of_bank_mergers_in_United_States"

Categories: Lists of banks | Mergers and acquisitions | Corporation-related lists

- This page was last modified 22:36, 15 November 2007.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.) Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.

# EXHIBIT M

**JPMorgan** ⬤

# JPMorgan Chase to Acquire The Bank of New York's Consumer, Small-business and Middle-market Banking Businesses in Exchange for Corporate Trust Operations

*Chase to add 338 branches serving 600,000 households; will gain deposits of $15 billion*

*Deal to significantly strengthen Chase's leadership in New York City/Tri-State region*

*Deal to increase small-business and commercial banking franchises, adding 100,000 small-business and 2,000 middle-market clients*

**New York, April 8, 2006** - JPMorgan Chase (NYSE: JPM) today announced an agreement to acquire The Bank of New York Company's (NYSE: BK) consumer, small-business and middle-market banking businesses in exchange for JPMorgan Chase's corporate trust business plus a cash payment of $150 million. The Bank of New York businesses being acquired are valued at a premium of $2.30 billion; the JPMorgan Chase corporate trust business being sold is valued at a premium of $2.15 billion. JPMorgan Chase may also make a future payment to The Bank of New York of up to $50 million tied to certain new account openings at Chase.

The Bank of New York business, which includes 338 bank branches serving 600,000 households and over 100,000 businesses, will increase Chase's core consumer, small-business and middle-market banking businesses in the highly attractive New York City/Tri-State market.

The transaction has been approved by both companies' boards of directors and is subject to regulatory approvals. It is expected to close in late third quarter or the fourth quarter of 2006.

With the addition of The Bank of New York's branches, Chase will expand the largest branch network in New York City, will create the largest branch presence both on Long Island and in New York City's northern suburbs, and will triple its bank locations in New Jersey. In total, the combined business will have more than 750 branch locations and 2,000 ATMs in the New York City/Tri-State area alone.

In the transaction, Chase will also receive consumer, small-business and middle-market loan balances of about $8 billion. And Chase will gain about 2,000 Bank of New York middle-market clients, who will gain access to a full suite of cash management, trade finance and commercial banking services.

JPMorgan Chase CEO Jamie Dimon said, "This is a great addition to our New York City/Tri-State franchise. We fully intend to remain the winner here." He added, "The transaction reflects our disciplined strategy of investing capital in core businesses where we can leverage scale and expertise for competitive advantage. In addition to being a great strategic fit, the deal is compelling financially."

Charlie Scharf, head of Chase's Retail business, added, "This unique opportunity creates an unparalleled platform to deliver a wider array of products to customers in the region. The fit is terrific, and it would have taken many years for either of us alone to forge such a powerful network. The Bank

of New York branches bring us a proud history, dedicated employees, loyal customers, and terrific locations, especially in the commuter suburbs. Now, we will begin planning the integration of the new business, which is a top priority."

Commenting on the sale of the corporate trust business, Dimon said, "We are proud of the outstanding corporate trust business we've built, and we are confident it will thrive as part of The Bank of New York, which will continue to invest in it as a core business."

Dimon affirmed JPMorgan Chase's commitment to its other processing and securities services businesses: "Our securities processing and cash management franchises are an important and profitable part of our company. These core businesses have meaningful links with our other main business lines and are critical to servicing client needs across the firm. We will continue to make strategic investments to support their technology, product innovation and best-in-class client service."

Heidi Miller, head of the firm's Treasury & Securities Services business, added, "We will now concentrate even more on the growth of our securities processing franchise and its connectivity with our treasury services businesses as we aim to be the global provider of choice to all sectors of the market. Our platform, people, product functionality and firmwide partnerships will enable us to achieve this goal."

Customers of both companies should continue banking as usual. Chase expects to convert The Bank of New York's consumer, small-business and middle-market banking businesses in the New York City/Tri-State area to the Chase brand and technology platform in 2007. Bank of New York customers should be able to access Chase's extensive ATM network in late 2006.

JPMorgan Chase expects to recognize an after-tax gain on the sale of the corporate trust business estimated at approximately $600 million to $700 million upon the deal's closing.

JPMorgan Chase will host a conference call for investors on Monday, April 10, at 10:30 a.m. to review the acquisition of Bank of New York's consumer, small-business and middle-market banking businesses. Investors can call (800) 819-9193 (domestic) / (913) 981-4911 (international) or listen via live audio webcast. The live audio webcast and presentation slides will be available on www.jpmorganchase.com under Investor Relations, Investor Presentations. A replay of the conference call will be available beginning at 1:30 p.m. (Eastern time) on April 10, 2006, through midnight, April 17, 2006, at (888) 203-1112 (domestic) or (719) 457-0820 (international); access code 4461532. The replay also will be available on www.jpmorganchase.com.

**About JPMorgan Chase**
JPMorgan Chase is a leading global financial services firm with assets of $1.2 trillion and operations in more than 50 countries. The firm is a leader in financial services for consumers and businesses, investment banking, financial transaction processing, asset and wealth management, and private equity. A component of the Dow Jones Industrial Average, JPMorgan Chase has its corporate headquarters in New York and its U.S. consumer and commercial banking headquarters in Chicago. Under the JPMorgan, Chase, and Bank One brands, the firm serves millions of consumers in the United States and many of the world's most prominent corporate, institutional and government clients. Information about the firm is available at www.jpmorganchase.com.

This press release contains forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Such statements are based upon the current beliefs and expectations of JPMorgan Chase's management and are subject to significant risks and uncertainties. Actual results may differ from those set forth in the

forward-looking statements. Factors that could cause this difference-many of which are beyond the firm's control-include the following: changes in local, national or international economic or market conditions that affect the retail banking business or the corporate trust business; changes in the financial performance of the business JPMorgan Chase is purchasing or the business it is selling; regulatory or legal issues, such as unanticipated difficulties in securing the regulatory or other approvals or consents required in connection with the transactions; difficulties or delays in converting the businesses between the parties' information systems, or any inability to integrate the business being purchased as fully, or in as timely or cost-efficient a manner, as is expected; and costs associated with the transaction, or employee or customer attrition, are greater than expected. Additional factors that could cause JPMorgan Chase's results to differ materially from those described in the forward-looking statements are discussed in Part 1, Item 1A: Risk Factors, and under the heading "Forward-looking Statements" on the Firm's Annual Report on Form 10-K for the year ended December 31, 2005. There is no assurance that any list of risks and uncertainties or risk factors is complete. The Annual Report is on file with the Securities and Exchange Commission and available at the Securities and Exchange Commission's Internet site (http://www.sec.gov).

⊞ INDEX UP ⊞

Copyright © 2008 JPMorgan Chase & Co. All rights reserved.

# EXHIBIT N

**The New York Times**
nytimes.com

PRINTER-FRIENDLY FORMAT
SPONSORED BY


January 12, 2008

# Chase Buys Some of Lender's Assets

### By JULIA WERDIGIER

LONDON — Northern Rock, one of Europe's biggest casualties of the credit crisis, sold some of its mortgage portfolio to JPMorgan Chase on Friday as part of its plan to repay about £25 billion ($49 billion) in emergency funding.

The troubled British mortgage lender, rescued last September by the Bank of England after customers started to withdraw their savings, said JPMorgan agreed to pay £2.25 billion for the mortgages. The portfolio represents about 2 percent of the bank's assets and includes special home loans to individuals age 60 and older across Britain.

JPMorgan paid 2.25 percent more than the assets' balance sheet value. Northern Rock said it would use the proceeds to help repay the central bank loan.

But with only about a month to go before a European Union deadline is likely to force the government to stop state aid to the bank, Northern Rock will either have to speed up asset sales, find a buyer for itself or face being nationalized.

Friday's sale "is a small step but in the right direction," said Mike Trippitt, an analyst at Oriel Securities in London. "There is value in the business but it won't be realized by a fire sale or nationalization."

The Virgin Group, controlled by Richard Branson, and Olivant Advisers, an investment group led by the former banking executive Luqman Arnold, each handed in a bid for Northern Rock and are in talks with the bank and the government's adviser, Goldman Sachs, to seal a purchase of the bank.

But the bids require financing from the credit markets, which remain tight, prompting the chancellor of the Exchequer, Alistair Darling, to say Thursday that it may not be possible for companies to finance a rescue of Northern Rock and that the government's taking ownership of the bank remains an option. Any buyer may also have to pay for Northern Rock's employee pension plan, which could cost as much as £200 million.

In addition, the hedge funds SRM Global Advisers and RAB Capital, which together hold more than 17 percent of Northern Rock shares, have previously voiced concern about the government or management selling Northern Rock on the cheap or shedding valuable assets without their consent.

The funds requested a shareholder meeting for next Tuesday to vote on whether asset sales of 5 percent or more should require shareholder approval. Northern Rock has urged shareholders to vote down the proposal, saying it would limit management's flexibility and could jeopardize takeover discussions with the potential buyers.

Case 1:08-cv-00297    Document 14-7    Filed 01/16/2008    Page 20 of 60

A spokesman for RAB Capital declined to comment on the asset sale to JPMorgan.

Northern Rock shareholders are not the only ones requesting a bigger say. In response to shareholder demand, UBS, Switzerland's largest bank, will hold a shareholder meeting on Feb. 27 in Basel during which shareholders will vote on a planned capital increase as part of an agreed $11.8 billion investment by Singapore Investment and an unnamed Middle Eastern investor.

The investment, agreed to by senior management in a matter of days, is needed to help UBS digest about $15 billion of write-downs related to the deteriorating value of some of its subprime-linked holdings.

Some shareholders applauded the move, and UBS shares rose on the day of the announcement. But others, including the activist shareholder Ethos, have criticized the bank for making a deal without informing existing shareholders or giving them the opportunity to participate in any rights issue.

Copyright 2008 The New York Times Company

Privacy Policy | Search | Corrections | **RSS** | First Look | Help | Contact Us | Work for Us | Site Map

# EXHIBIT O

Document Description: **Application**        Mail / Create Date: **19-Oct-2007**

Previous Page        [ Next Page ]        You are currently on page _____ of _____

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

## Trademark/Service Mark Application, Principal Register

### Serial Number: 77308911
### Filing Date: 10/19/2007

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77308911 |
| **MARK INFORMATION** | |
| **\*MARK** | CHASE WHAT MATTERS |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | CHASE WHAT MATTERS |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | JPMorgan Chase & Co. |
| **\*STREET** | 270 Park Avenue |
| **\*CITY** | New York |
| **\*STATE** (Required for U.S. applicants) | New York |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants only) | 10017 |
| **EMAIL ADDRESS** | dbreitman@goodwinprocter.com |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | CORPORATION |
| **STATE/COUNTRY OF INCORPORATION** | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 036 |
| *DESCRIPTION | Banking and related financial services |
| FILING BASIS | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Dana Breitman |
| ATTORNEY DOCKET NUMBER | 100144137950 |
| FIRM NAME | Goodwin Procter LLP |
| STREET | 599 Lexington Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10022 |
| PHONE | 212-813-8800 |
| FAX | 212-355-3333 |
| EMAIL ADDRESS | dbreitman@goodwinprocter.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Dana Breitman |
| FIRM NAME | Goodwin Procter LLP |
| STREET | 599 Lexington Avenue |
| CITY | New York |
| STATE | New York |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 10022 |
| PHONE | 212-813-8800 |
| FAX | 212-355-3333 |
| EMAIL ADDRESS | dbreitman@goodwinprocter.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 325 |
| *TOTAL FEE PAID | 325 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATORY FILE | \\TICRS2\EXPORT14\773\089\77308911\xml1\APP0003.JPG |
| SIGNATORY'S NAME | Anthony J. Horan |
| SIGNATORY'S POSITION | Corporate Secretary |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 09/30/2008)

# Trademark/Service Mark Application, Principal Register

## Serial Number: 77308911
## Filing Date: 10/19/2007

## To the Commissioner for Trademarks:

**MARK:** CHASE WHAT MATTERS (Standard Characters, see mark)
The literal element of the mark consists of CHASE WHAT MATTERS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, JPMorgan Chase & Co., a corporation of Delaware, having an address of 270 Park Avenue, New York, New York, United States, 10017, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

International Class 036: Banking and related financial services
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).

The applicant hereby appoints Dana Breitman of Goodwin Procter LLP, 599 Lexington Avenue, New York, New York, United States, 10022 to submit this application on behalf of the applicant. The attorney docket/reference number is 100144137950.

## Correspondence Information: Dana Breitman

> 599 Lexington Avenue
>
> New York, New York 10022
>
> 212-813-8800(phone)
>
> 212-355-3333(fax)
>
> dbreitman@goodwinprocter.com (authorized)

A fee payment in the amount of $325 has been submitted with the application, representing payment for 1 class(es).

### Declaration

Signatory's Signature: signatory file
Signatory's Name: Anthony J. Horan
Signatory's Position: Corporate Secretary

RAM Sale Number: 2199
RAM Accounting Date: 10/22/2007

Serial Number: 77308911
Internet Transmission Date: Fri Oct 19 17:19:20 EDT 2007
TEAS Stamp: USPTO/BAS-38.117.238.71-2007101917192098
0455-77308911-4007bdf362b4c141456ec49a61
1f9aca6-DA-2199-20071019171249082446

TDR Home

This document may be displayed as a PDF file containing images without text. You may view online or save the entire document by clicking on the file download icon in the upper right corner of this page.
[required PDF viewer]
FAQ: Are you seeing only the first page of this PDF document?

*If you need help:*

- ***General trademark information***: *Please e-mail* <u>*TrademarkAssistanceCenter@uspto.gov*</u>, *or telephone either 571-272-9250 or 1-800-786-9199.*
- ***Technical help***: *For instructions on how to use TDR, or help in resolving **technical** glitches, please e-mail* <u>*TDR@uspto.gov*</u>. *If outside of the normal business hours of the USPTO, please e-mail* <u>*Electronic Business Support*</u>, *or call 1-800-786-9199.*
- ***Questions about USPTO programs***: *Please e-mail* <u>*USPTO Contact Center (UCC)*</u>.

**NOTE**: *Within any e-mail, please include your telephone number so we can talk to you directly, if necessary. Also, include the relevant serial number or registration number, if existing.*

# EXHIBIT P

| To: | JPMorgan Chase & Co. (dbreitman@goodwinprocter.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77308911 - CHASE WHAT MATTERS - 100144137950 |
| Sent: | 12/28/07 12:23:45 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |

UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO:**    77/308911

**MARK:** CHASE WHAT MATTERS          *77308911*

**CORRESPONDENT ADDRESS**:

    DANA BREITMAN

    GOODWIN PROCTER LLP

    599 LEXINGTON AVE

    NEW YORK, NY 10022-6030

**RESPOND TO THIS ACTION**:

    http://www.uspto.gov/teas/eTEASpageD.htm

**GENERAL TRADEMARK INFORMATION**:

    http://www.uspto.gov/main/trademarks.htm

**APPLICANT**:    JPMorgan Chase & Co.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:

    100144137950

**CORRESPONDENT E-MAIL ADDRESS**:

    dbreitman@goodwinprocter.com

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: 12/28/2007

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

## Section 2(d) - Likelihood of Confusion Refusal

Registration of the proposed mark is refused because of a likelihood of confusion with the marks in U.S. Registration Nos. 2989714 and 3360523.

Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §§1207.01 *et seq.*  See the enclosed registrations.

Taking into account the relevant *du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis.  First, the marks are compared for similarities in appearance, sound, connotation and commercial impression.  *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973).  Second, the goods or services are compared to determine whether they are similar or related or whether the activities surrounding their marketing are such that confusion as to origin is likely.  *In re National Novice Hockey League, Inc.*, 222 USPQ 638 (TTAB 1984); *In re August Storck KG*, 218 USPQ 823 (TTAB 1983); *In re Int'l Tel. and Tel. Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Prods. Co. v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); TMEP §§1207.01 *et seq.*

Applicant is seeking registration of the mark CHASE WHAT MATTERS for "Banking and related financial services."

The registered marks are:

WHAT REALLY MATTERS for "banking services, personal and corporate trust services, funds investment, investment advice, and investment consultation services;" and

DELIVERING WHAT MATTERS MOST for "Financial services, namely, student loans."

Applicant's mark, CHASE WHAT MATTERS, is similar to the registered mark, WHAT REALLY MATTERS. The marks both contain the words "WHAT" and "MATTERS," which have the same sound, spelling, and meaning in the marks. Applicant's mark, CHASE WHAT MATTERS, is also similar to the registered mark, DELIVERING WHAT MATTERS MOST. The marks both contain the wording "WHAT MATTER," which has the same sound, spelling and meaning in the marks. Marks may be confusingly similar in appearance where there are similar terms or phrases or similar parts of terms or phrases appearing in both applicant's and registrant's mark. *See e.g., Crocker Nat'l Bank v. Canadian Imperial Bank of Commerce*, 228 USPQ 689 (TTAB 1986), *aff'd* 1 USPQ2d 1813 (Fed. Cir. 1987) (COMMCASH and COMMUNICASH); *In re Phillips-Van Heusen Corp.*, 228 USPQ 949 (TTAB 1986) (21 CLUB and "21" CLUB (stylized)); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) (CONFIRM and CONFIRMCELLS); *In re Collegian Sportswear Inc.*, 224 USPQ 174 (TTAB 1984) (COLLEGIAN OF CALIFORNIA and COLLEGIENNE); *In re Pellerin Milnor Corp.*, 221 USPQ 558 (TTAB 1983) (MILTRON and MILLTRONICS); *In re BASF A.G.*, 189 USPQ 424

(TTAB 1975) (LUTEXAL and LUTEX); TMEP §§1207.01(b)(ii) and (b)(iii). Despite their differences, applicant's mark and the registered marks create similar commercial impressions.

Applicant's services, namely "Banking and related financial services," are similar to registrants' services, namely "banking services, personal and corporate trust services, funds investment, investment advice, and investment consultation services;" and "Financial services, namely, student loans." Likelihood of confusion is determined on the basis of the services as they are identified in the application and the registration. *Hewlett-Packard Co. v. Packard Press Inc.,* 281 F.3d 1261, 62 USPQ2d 1001 (Fed. Cir. 2002); *In re Shell Oil Co.,* 992 F.2d 1204, 26 USPQ2d 1687, 1690 n.4 (Fed. Cir. 1993); *J & J Snack Foods Corp. v. McDonald's Corp.,* 932 F.2d 1460, 18 USPQ2d 1889 (Fed. Cir. 1991); *Octocom Systems Inc. v. Houston Computer Services Inc.,* 918 F.2d 937, 16 USPQ2d 1783 (Fed. Cir. 1990). Since the identification of the applicant's services is very broad, it is presumed that the application encompasses all services of the type described, including those in the registrants' more specific identification, that they move in all normal channels of trade and that they are available to all potential customers. TMEP §1207.01(a)(iii).

Accordingly, registration is refused under §2(d) of the Trademark Act based upon a likelihood of confusion.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

**Earlier-filed Pending Applications**

Information regarding pending Application Serial Nos. 78871466 and 78673655 is enclosed. The filing dates of the referenced applications precede applicant's filing date. There may be a likelihood of confusion under Trademark Act Section 2(d) between applicant's mark and the referenced marks. If one or more of the referenced applications registers, registration may be refused in this case under Section 2(d). 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, upon entry of a response to this Office action, action on this case may be suspended pending final disposition of the earlier-filed applications.

If applicant believes that there is no potential conflict between this application and the earlier-filed applications, then applicant may present arguments relevant to the issue in a response to this Office action. The election not to submit arguments at this time in no way limits applicant's right to address this issue at a later point.

If applicant chooses to respond to the refusals to register, then applicant must also respond to the following requirements.

**Recitation of Services**

Applicant submitted the following identification with the application.

International Class 036: Banking **_and related financial services_**.

The above **_bolded and italicized_** wording in the identification of services needs clarification because it does not identify the services with enough

specificity and it is too broad because it may identify services in multiple International Classes.  Applicant must amend this wording to specify the

common commercial or generic name for the services.  If there is no common commercial or generic name for the services, then applicant must

describe the nature of the services as well as their main purpose, channels of trade, and the intended consumer(s).  TMEP §§1402.01 and 1402.03.

**If accurate, applicant may adopt the following formulation for use in drafting an acceptable identification.**

International Class 036: Banking **and {indicate specific "related financial services," e.g. related financing services}.**

For assistance with identifying and classifying goods and/or services in trademark applications, please see the online searchable *Manual of Acceptable Identifications of Goods and Services* at http://tess2.uspto.gov/netahtml/tidm.html.

Please note that, while the identification of services may be amended to clarify or limit the services, adding to the services or broadening the scope of the services is not permitted. 37 C.F.R. §2.71(a); TMEP §1402.06. Therefore, applicant may not amend the identification to include services that are not within the scope of the services set forth in the present identification.

**Combined Applications**

If applicant prosecutes this application as a combined, or multiple-class application, applicant must comply with each of the following for those goods and/or services based on an intent to use the mark in commerce under Trademark Act Section 1(b):

(1)  Applicant must list the goods and/or services by international class with the classes listed in ascending numerical order; and

(2)  Applicant must submit a filing fee for each international class of goods and/or services not covered by the fee already paid (current fee information should be confirmed at http://www.uspto.gov).

37 C.F.R. §2.86(a)(2); TMEP §§810 and 1403.01.

**Claim of Ownership**

If applicant is the owner of U.S. Registration Nos. 1521765, 3219221, 3352010, and others, then applicant must submit a claim of ownership.  37

C.F.R. §2.36; TMEP §812.  The following standard format is suggested:

Applicant is the owner of U.S. Registration Nos. 1521765, 3219221, 3352010, and others.

/Laura A. Hammel/

Trademark Examining Attorney

Law Office 116

(571) 272-8260

**RESPOND TO THIS ACTION:** If there are any questions about the Office action, please contact the assigned examining attorney. A response to this Office action should be filed using the form available at http://www.uspto.gov/teas/eTEASpageD.htm. If notification of this Office action was received via e-mail, no response using this form may be filed for 72 hours after receipt of the notification. **Do not attempt to respond by e-mail as the USPTO does not accept e-mailed responses.**

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

**Print: Dec 28, 2007**                                        **78447070**

**DESIGN MARK**

**Serial Number**
78447070

**Status**
REGISTERED

**Word Mark**
DELIVERING WHAT MATTERS MOST

**Standard Character Mark**
Yes

**Registration Number**
2989714

**Date Registered**
2005/08/30

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Student Loan Funding Resources, LLC LTD LIAB CO OHIO One West Fourth
Street, Suite 300 Cincinnati OHIO 45202

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: Financial
services, namely, student loans.  First Use: 2000/04/01.  First Use In
Commerce: 2000/06/01.

**Filing Date**
2004/07/07

**Examining Attorney**
CARRUTHERS, ALICE SUE

**Attorney of Record**
Eric D. Reicin

-1-

# Delivering What Matters Most

**Print: Dec 28, 2007**          **78673655**          **Issue: Jan 1, 2008**

## DESIGN MARK

**Serial Number**
78673655

**Status**
SU - REGISTRATION REVIEW COMPLETE

**Word Mark**
THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS

**Standard Character Mark**
Yes

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Northern Trust Corporation CORPORATION DELAWARE 50 South LaSalle
Street Chicago ILLINOIS 60675

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: banking
services, personal and corporate trust services, funds investment,
investment advice, and investment consultation services.  First Use:
2005/08/01.  First Use In Commerce: 2006/01/07.

**Filing Date**
2005/07/19

**Examining Attorney**
MILLER, MONIQUE

**Attorney of Record**
Scott J. Slavick

# THE FREEDOM TO FOCUS ON
# WHAT REALLY MATTERS

**Print: Dec 28, 2007**                                 **78673661**

**DESIGN MARK**

**Serial Number**
78673661

**Status**
REGISTERED

**Word Mark**
WHAT REALLY MATTERS

**Standard Character Mark**
Yes

**Registration Number**
3360523

**Date Registered**
2007/12/25

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Northern Trust Corporation CORPORATION DELAWARE 50 South LaSalle
Street Chicago ILLINOIS 60675

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: banking
services, personal and corporate trust services, funds investment,
investment advice, and investment consultation services.  First Use:
2005/08/01.  First Use In Commerce: 2006/01/07.

**Filing Date**
2005/07/19

**Examining Attorney**
HERMAN RUSS

**Attorney of Record**
Scott J. Slavick

-1-

# WHAT REALLY MATTERS

**Print: Dec 28, 2007**                               **78871466**

## DESIGN MARK

**Serial Number**
78871466

**Status**
FIRST EXTENSION - GRANTED

**Word Mark**
WHAT WE DO MATTERS

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
EYGN Limited CORPORATION BAHAMAS One Montague Place East Bay Street
Nassau BAHAMAS

**Goods/Services**
Class Status -- ACTIVE.  IC 009.  US  021 023 026 036 038.  G & S:
Pre-recorded audio and audio-video recordings in the fields of
accounting, business, account auditing, tax preparation, business
management, financial management, and information technology; computer
software for use in processing, tracking, calculating, measuring and
analyzing information in the fields of accounting, business, account
auditing, tax preparation, business management, financial management
and information technology.

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050.
G & S: Books, manuals, newsletters, journals, brochures and printed
reports on the subjects of accounting, business, account auditing, tax
preparation, business management, financial management, and
information technology.

**Goods/Services**
Class Status -- ACTIVE.  IC 035.  US  100 101 102.  G & S: Tax
consultation, tax preparation, accounting, business auditing, and
business consultation services; business consultation in the field of
intellectual property; health care utilization and review services;
health care cost review and cost containment; business merger and
acquisition services, namely, identifying merger candidates and

-1-

**Print: Dec 28, 2007**                              **78871466**

buyers, and negotiating financing; forensic accounting; legislative analysis, namely, tracking and monitoring federal and state legislation in the fields of accounting, business, account auditing and tax; business consultation in the nature of environmental advisory services, namely, helping clients reduce the risk and cost of managing environmental issues through assessments of management procedures and physical operations.

### Goods/Services
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: Corporate finance services, namely, corporate financial consulting, corporate asset valuation, financial valuation of real and personal property, financial analysis and consultation, namely, restructuring of bankrupt companies; and insurance consultation, namely, insurance regulatory support and advisory services.

### Goods/Services
Class Status -- ACTIVE.  IC 041.  US  100 101 107.  G & S: Educational services, namely, conducting classes and seminars in the fields of accounting, business, account auditing, tax preparation, business management, financial management, and use of computer software.

### Goods/Services
Class Status -- ACTIVE.  IC 042.  US  100 101.  G & S: Legal services, namely, litigation management consulting, data analysis, damage quantification, litigation prevention and early case assessment; conducting electronic discovery services via global computer networks for lawyers and corporations; expert witness services and expert witness testimony in the field of damages analysis, fraud investigation and contract disputes; bankruptcy litigation support services, namely, debtor solvency analysis, plan confirmation matters, substantive consolidation and equitable subordination; information technology consulting services; computer consultation in the field of computer security.

### Filing Date
2006/04/27

### Examining Attorney
BROWNE, DAYNA

### Attorney of Record
Susan Upton Douglass, Esq.

# WHAT WE DO MATTERS

**Print: Dec 28, 2007**                    **73689936**

**TYPED DRAWING**

**Serial Number**
73689936

**Status**
SECTION 8 & 15-ACCEPTED AND ACKNOWLEDGED

**Word Mark**
CHASE

**Standard Character Mark**
No

**Registration Number**
1521765

**Date Registered**
1989/01/24

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
JPMORGAN CHASE & CO. CORPORATION DELAWARE 270 PARK AVENUE NEW YORK NEW
YORK 10017

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  038.  G & S: PERIODICAL BANK
REPORTS, PERIODICAL ECONOMIC AND FINANCIAL BULLETINS, EMPLOYEE
NEWSLETTERS ISSUED PERIODICALLY, FINANCIAL LEAFLETS, PAMPHLETS AND
BOOKLETS, ISSUED FROM TIME TO TIME.  First Use: 1975/01/00.  First Use
In Commerce: 1975/01/00.

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  102.  G & S: BANKING SERVICES-
NAMELY, FINANCING, CREDIT AND LOAN SERVICES, COMPOUND INTEREST
ACCOUNTS, CHECKING ACCOUNTS, SPECIAL CHECKING ACCOUNTS, FOREIGN
EXCHANGE, LETTERS OF CREDIT AND TRAVELERS' CHECKS, COMMERCIAL SAVINGS
AND TRUST DEPARTMENT SERVICES, AND SAVINGS BANK CENTERS.  First Use:
1975/01/00.  First Use In Commerce: 1975/01/00.

**Prior Registration(s)**
1393993;1396880;AND OTHERS

**Print: Dec 28, 2007**                                73689936

**Filing Date**
1987/10/16

**Examining Attorney**
HAMILTON MICHAEL D.

**Attorney of Record**
STEWART J. BELLUS

**Print: Dec 28, 2007**                    **76277073**

## DESIGN MARK

**Serial Number**
76277073

**Status**
REGISTERED

**Word Mark**
JPMORGAN CHASE

**Standard Character Mark**
No

**Registration Number**
3219221

**Date Registered**
2007/03/20

**Type of Mark**
SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(1) TYPED DRAWING

**Owner**
JPMORGAN CHASE & CO. CORPORATION DELAWARE 270 PARK AVENUE NEW YORK NEW
YORK 10017

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: BANKING AND
FINANCIAL SERVICES, NAMELY, INVESTMENT BANKING; PRIVATE EQUITY
INVESTING; ASSET MANAGEMENT; PRIVATE BANKING; OPERATING SERVICES,
NAMELY STOCK CUSTODIAL SERVICES, PAYMENTS AND TREASURY SERVICES,
NAMELY CORPORATE MONEY MANAGEMENT, AND INSTITUTIONAL TRUST SERVICES;
RETAIL BANKING SERVICES, NAMELY, DEPOSIT ACCOUNTS, HOME MORTGAGE
LENDING AND SERVICING, CREDIT CARD SERVICES, AUTO LENDING AND BANKING,
AND FINANCIAL BANKING SERVICES TO SMALL AND MIDDLE MARKET BUSINESSES;
FINANCIAL BANKING SUPPORT IN THE FORM OF LOANS FOR COMMUNITY
DEVELOPMENT; AND ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY,
ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON
THE INTERNET.  First Use: 2001/01/08.  First Use In Commerce:
2001/01/08.

**Prior Registration(s)**
0717319;1077598;2651489;AND OTHERS

-1-

**Print: Dec 28, 2007**                          **76277073**

**Filing Date**
2001/06/27

**Examining Attorney**
KEAM, ALEX

**Attorney of Record**
STEWART J. BELLUS

JPMORGAN CHASE

**Print: Dec 28, 2007**                    **78707242**

## DESIGN MARK

**Serial Number**
78707242

**Status**
REGISTERED

**Word Mark**
CHASE

**Standard Character Mark**
No

**Registration Number**
3352010

**Date Registered**
2007/12/11

**Type of Mark**
TRADEMARK; SERVICE MARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(3) DESIGN PLUS WORDS, LETTERS AND/OR NUMBERS

**Owner**
JPMorgan Chase & Co. CORPORATION DELAWARE 270 Park Avenue New York NEW YORK 10017

**Goods/Services**
Class Status -- ACTIVE.  IC 016.  US  002 005 022 023 029 037 038 050. G & S: PRINTED MATTER IN THE NATURE OF PUBLICATIONS, NAMELY, MONTHLY AND PERIODIC NEWSLETTERS IN THE FIELDS OF BANKING AND FINANCIAL SERVICES.  First Use: 2005/03/01.  First Use In Commerce: 2005/03/01.

**Goods/Services**
Class Status -- ACTIVE.  IC 036.  US  100 101 102.  G & S: BANKING AND FINANCIAL SERVICES, NAMELY, RETAIL BANKING SERVICES INCLUDING DEPOSIT ACCOUNTS, HOME MORTGAGE LENDING AND SERVICING, CREDIT CARD SERVICES, AUTO LENDING AND BANKING, EDUCATION FINANCE, NAMELY, STUDENT LOAN SERVICES AND PROVIDING AND SERVICING LOANS FOR THE PURPOSE OF FINANCING EDUCATIONAL EXPENSES, INSURANCE AGENCY SERVICES, INVESTMENT ADVICE, STOCK BROKERAGE SERVICES, AND FINANCIAL BANKING SERVICES TO SMALL BUSINESSES; FINANCIAL BANKING SUPPORT IN THE FORM OF LOANS FOR COMMUNITY DEVELOPMENT; AND ELECTRONIC COMMERCE PAYMENT SERVICES, NAMELY, ESTABLISHING FUNDED ACCOUNTS USED TO PURCHASE GOODS AND SERVICES ON THE INTERNET.  First Use: 2005/03/01.  First Use In

**Print: Dec 28, 2007**                          **78707242**

Commerce: 2005/03/01.

**Prior Registration(s)**
0717319;0718714;1521765;AND OTHERS

**Description of Mark**
The mark consists of THE WORD "CHASE" AND A UNIQUE OCTAGON DESIGN.

**Colors Claimed**
Color is not claimed as a feature of the mark.

**Filing Date**
2005/09/06

**Examining Attorney**
ALTREE, NICHOLAS

**Attorney of Record**
STEWART J BELLUS

| To: | JPMorgan Chase & Co. (dbreitman@goodwinprocter.com) |
|---|---|
| Subject: | TRADEMARK APPLICATION NO. 77308911 - CHASE WHAT MATTERS - 100144137950 |
| Sent: | 12/28/07 12:23:47 PM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE
## USPTO OFFICE ACTION HAS ISSUED ON 12/28/2007 FOR APPLICATION SERIAL NO. 77308911

Please follow the instructions below to continue the prosecution of your application:

**VIEW      OFFICE      ACTION:**      Click      on      this      link
**http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77308911&doc_type=OOA&mail_date=20071**
(or   copy   and   paste   this   URL   into   the   address   field   of   your   browser),   or   visit
**http://tmportal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office action.

**PLEASE NOTE:** The Office action may not be immediately available but will be viewable within 24 hours of this notification.

**RESPONSE MAY BE REQUIRED:** You should carefully review the Office action to determine (1) if a response is required; (2) how to respond; and (3) the applicable **response time period**. Your response deadline will be calculated from 12/28/2007.

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.  Instead, the USPTO recommends that you respond online using the Trademark Electronic Application System response form at http://www.uspto.gov/teas/eTEASpageD.htm.**

**HELP:** For *technical* assistance in accessing the Office action, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office action.

# WARNING
**1. The USPTO will NOT send a separate e-mail with the Office action attached.**

**2. Failure to file any required response by the applicable deadline will result in the ABANDONMENT of your application.**

# EXHIBIT Q

**The New York Times**
nytimes.com

PRINTER-FRIENDLY FORMAT
SPONSORED BY 

January 9, 2008

ADVERTISING

# Trying to Be Heard Above the Din, and Be Trusted

By ERIC DASH

IN bank advertising, what matters is getting noticed at a time when the airwaves are cluttered, customers are nervous and marketing budgets are being slashed. JPMorgan Chase has that in mind with a sleek new brand campaign aimed at unifying its consumer advertising, streamlining its message and stretching the dollars it spends.

"Chase What Matters," the tagline and theme of the campaign, will be introduced on Sunday with a series of print ads in major newspapers, followed by four television commercials that will be broadcast in rotation on Monday morning's network news programs. Chase executives say that they will spend more than $70 million in the next two and half months.

The campaign, created by Mcgarrybowen in New York, is the first overhaul of Chase's brand advertising since its 2004 merger with Bank One. The ads, in black and white with the Chase name highlighted in blue, strive for a contemporary feel and will be used throughout the bank's wide range of consumer businesses, including credit cards, student loans and retail banking. They also promote the concrete, immediate benefits that bank products and services can provide, like fraud and overdraft alerts.

"A lot of advertising is more aspirational," said Charles W. Scharf, the head of JPMorgan's retail division, who helped lead the rebranding effort. "What we do for customers is what we should be talking about."

Standing out from the pack is hard to do in banking; other than the interest rate, there is little difference between mortgages and home equity loans. Consumers are increasingly anxious about their finances and skeptical of the customer-service sales pitch. And banks, some marketers say, are suffering a crisis of trust on top of the recent credit crisis and housing market slowdown.

"The promise of the bank experience is much like the promise of the airline experience," said Hayes Roth, the chief marketing officer at Landor Associates, a brand strategy firm. "There is a lot of lovely talk — we're here for you — but I don't think anyone believes it."

Chase is also entering a crowded field. The nation's three biggest banks each spend hundreds of millions of dollars annually on advertising. Over the last year, all three have shaken up their strategies and introduced new branding campaigns. And some other big players are expected to announce new campaigns soon.

In February, Bank of America rechristened itself the "Bank of Opportunity" in a campaign aimed at appealing to its broad range of customers, from immigrants and first-time home buyers to the wealthy

clients of its private bank.

Under a new marketing chief, it opened its work to multiple firms after five years of having a single advertising holding company in charge of its marketing communications. BBDO Worldwide in New York, the Omnicom Group firm that created the Bank of Opportunity campaign, remains its lead creative agency.

In April, Citigroup announced a new slogan and branding campaign that replaced its iconic umbrella with a stylized red arc and made a more emotional appeal to customers and employees. The slogan — "Let's Get It Done!" — also serves as a rallying cry for the beleaguered company.

That campaign, the first to unify the brand advertising across the bank's disparate operations, was led by the Seattle office of Publicis, which took over management of bank's consumer advertising from Fallon in Minneapolis. Both are units of the French advertising giant Publicis Groupe.

Chase's new brand campaign is the first time the company will apply the same strategy to all of its consumer businesses. But unlike its main rivals, it is keeping its lead agency for the last four years, Mcgarrybowen. The agency also does the brand advertising for the company's institutional businesses, which operate under the JPMorgan name.

Chase executives are forgoing the brand anthem spots typically used to introduce campaigns, focusing on their products and capabilities instead. But the new ads are intended to create a consistent image.

"Energy is a thread that you will see throughout the work. It's upbeat, it's contemporary, it's modern," said Bill Borrelle, the Mcgarrybowen executive in charge of the Chase account. When "Chase" is used as a verb, he noted, it "has a lot of energy and pursuit behind it." One television spot, in which an ordinary man makes a James Bond-like entrance, highlights Chase's fraud alert service. Other newspaper, magazine and TV ads use rock climbers, diners and a shopper in motion to promote its mobile banking, its ubiquitous cash machines and its customer rewards.

Chase spots also appear on billboards, bus kiosks and taxis and in movie theaters. The Think Tank, or T3, a boutique agency in New York, is assisting Mcgarrybowen and Chase executives with the online campaign.

What unites the campaign is the black-and-white photography, the deep blue Chase name and octagonal logo, and the "Matters" tagline.

Of course, what matters to many Chase customers is better customer service. Bank executives vow to improve that service, but maintain that making it a pillar of their advertising would not work.

"Service is something that needs to be proved," Mr. Scharf said. "It's demonstrated in the branch every day. It's pass-fail."

Copyright 2008 The New York Times Company

Trying to Be Heard Above the Din, and Be Trusted - New York Times    http://www.nytimes.com/2008/01/09/business/media/09adco.html?_...