# EXHIBIT R



# EXHIBIT S

JPMorgan Chase Told by Northern Trust `What Matters' in Lawsuit
2008-01-14 19:31 (New York)

By Andrew Harris
   Jan. 14 (Bloomberg) -- JPMorgan Chase & Co., which yesterday began a marketing campaign using the slogan ``Chase What Matters,'' was sued for trademark infringement and unfair competition by a Chicago bank that employs similar language.

   Northern Trust Corp. two years ago registered and began using the slogan ``What Really Matters'' in connection with its own print and electronic advertisements, it said in a complaint filed in Chicago federal court today.

   ``Chase plans to use its superior economic power to saturate the financial services market with its confusingly similar Chase What Matters mark,'' overwhelming the value and power of the Northern mark, its lawyers said in the complaint.

   Northern Trust, a provider of investment management, asset administration and fiduciary banking services, spent more than $8 million to develop its `What Really Matters' ad campaign, the complaint said. The Chicago-based bank then spent $19 million over the past two years to promote it.

   It is seeking a court order barring Chase from using the competing mark, which Northern Trust's lawyers say is likely to sow confusion among the banking public, and unspecified money damages.

   JPMorgan Chase, based in New York, is the third-biggest U.S. bank.

   ``We have launched a unique marketing campaign for the Chase brand,'' spokesman Tom Kelly said in a telephone interview today. ``We do not believe consumers will be confused.''

   In 2004, Chase acquired Chicago-based Bank One and now occupies that institution's former headquarters, two blocks from the main offices of Northern Trust.

   The case is Northern Trust Corp. v. JPMorgan Chase, in the Northern District of Illinois, Eastern Division (Chicago).

--Editors: Elizabeth Wollman, Sau Chan

To contact the reporter on this story:
Andrew Harris at the federal court in Chicago:
+1-312-427-5474 or aharris16@bloomberg.net.

# EXHIBIT T

