IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>Defendant. | Case No. 08-CV-297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

## NOTICE OF MOTION

To: JPMorgan Chase & Co.
c/o The Corporation Trust
Corporation Trust Center, 1209 Orange Street
Wilmington, DE 19801

PLEASE TAKE NOTICE that on Wednesday, January 23, 2008, at 11:00 a.m., the undersigned shall appear before the Honorable Judge Hart, or any judge sitting in his stead, in Room 2243 of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, to present the attached **Plaintiff's Motion for Expedited Discovery**, a copy of which is attached and hereby served upon you.

Dated: January 16, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
   HILLIARD & GERALDSON LLP

By:   s/ David Hilliard
         David C. Hilliard
         Uli Widmaier
         Teresa D. Tambolas
         Ashly A. Iacullo
         311 South Wacker Drive, Suite 5000
         Chicago, Illinois 60606
         (312) 554-8000

*Attorneys for Plaintiff, Northern Trust Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January 2008, I caused true and correct copy of the foregoing Plaintiff's Notice of Motion and Plaintiff's Motion for Expedited Discovery, to be served, via hand delivery, upon:

>JPMorgan Chase & Co.
>c/o Registered Agent
>The Corporation Trust Company
>Corporation Trust Center
>1209 Orange Street
>Wilmington, DE 19801

By:     s/ Ashly Iacullo
        Ashly A. Iacullo