IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

## PLAINTIFF'S AMENDED NOTICE OF AFFILIATES – DISCLOSURE STATEMENT

Plaintiff, Northern Trust Corporation, submits this amended Disclosure Statement providing notification to the Court of its affiliates pursuant to Local Rule 3.2.

Northern Trust Corporation has no parent corporation, and no publicly held affiliates.

RESPECTFULLY SUBMITTED,

Date: January 17, 2008

By:   s/ Ashly Iacullo
David C. Hilliard
Uli Widmaier
Teresa D. Tambolas
Ashly A. Iacullo
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive, Suite 5000
Chicago, Illinois  60606
Tel: (312) 554-8000
Fax:  (312) 554-8015

*Attorneys for Plaintiff, Northern Trust Corporation*

#254403v1
281264v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of January 2008, I caused true and correct copy of the foregoing Plaintiff's Amended Notice of Affiliates to be personally served upon:

>JPMorgan Chase & Co.
>c/o Registered Agent
>The Corporation Trust Company
>Corporation Trust Center
>1209 Orange Street
>Wilmington, DE 19801

By:   s/ Ashly Iacullo
         Ashly A. Iacullo