**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

| |
|---|
| NAME (Type or print) |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>          s/ |
| FIRM |
| STREET ADDRESS |
| CITY/STATE/ZIP |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)          TELEPHONE NUMBER |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES          NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?          YES          NO |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES          NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?          YES          NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL          APPOINTED COUNSEL |

## **CERTIFICATE OF SERVICE**

I, Craig S. Fochler, an attorney, hereby certify that on January 23, 2008, I electronically filed the foregoing **Attorney Appearance Form** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iaculo (ai@pattishall.com).

/s/  Craig S. Fochler
Craig S. Fochler