UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation | ) ) ) | |
| Plaintiff, | ) ) | Case No. 08-C-297 |
| vs. | ) ) | Hon. William T. Hart, U.S.D.J. |
| JPMORGAN CHASE & CO., a Delaware corporation | ) ) ) | Hon. Judge Arlander Keys, U.S.M.J. |
| Defendant. | ) ) | |

## JPMORGAN CHASE & CO.'S NOTICE OF AFFILIATES

Defendant JPMorgan Chase & Co. ("Chase") submits this Disclosure Statement providing notification to the Court of its affiliates pursuant to Local Rule 3.2 and Federal Rule of Civil Procedure 7.1

Chase has no parent corporation.  There are no entities that own 5 percent or more of Chase's stock.

Dated:  January 23, 2008                Respectfully submitted,


By:    s/ Jennifer L. Gregor
Craig S. Fochler (IL Bar No. 0840858)
Charles R. Mandly, Jr. (IL Bar No. 6185827)
Jennifer L. Gregor (IL Bar No. 6286281)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312/832.4500
312/832.4700 – Fax

***Attorneys for Defendant***
***JPMorgan Chase & Co.***

1