## CERTIFICATE OF SERVICE

    I, Jennifer L. Gregor, an attorney, hereby certify that on January 23, 2008, I electronically filed JPMORGAN CHASE & CO.'S NOTICE OF AFFILIATES with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iaculo (ai@pattishall.com).

                                  /s/  Jennifer L. Gregor
                                      Jennifer L. Gregor