**CERTIFICATE OF SERVICE**

I, Jennifer L. Gregor, an attorney, hereby certify that on January 23, 2008, I electronically filed **Chase's Opposition to Northern Trust's Motion for Expedited Discovery** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iaculo (ai@pattishall.com).

                                                  s/ Jennifer L. Gregor
                                                  Jennifer L. Gregor