UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION,<br>a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO.,<br>a Delaware corporation<br><br>Defendant. | Case No. 08 C 297<br><br>Hon. William T. Hart, U.S.D.J.<br><br>Hon. Arlander Keys, U.S.M.J. |

### DECLARATION OF JENNIFER L. GREGOR

I Jennifer L. Gregor, declare as follows:

1. I am an associate at the law firm of Foley & Lardner LLP, representing Defendant JPMorgan Chase & Co., ("Chase") in the above-captioned matter against Plaintiff Northern Trust Corporation ("Northern Trust").

2. I am legally competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify in this matter, could and would testify to the following facts.

3. This Declaration is being submitted in support of Chase's Memorandum of Law in Opposition to Northern Trust's Application for a Temporary Restraining Order and Motion for Preliminary Injunction (Docket Nos. 12-14).

### Northern Trust

4. Attached hereto as **Exhibit 1** is a true copy of a screenshot of the homepage of the Northern Trust website at www.northerntrust.com (the "Northern Trust Website"), downloaded on January 22, 2008 under my supervision.

1

CHIC_1752002.1

5. Attached hereto as **Exhibit 2** is a true copy of a screenshot of an excerpt from the Northern Trust Website providing a link to "View Our Interactive Feature," and a document that comprises frame-by-frame screenshots from the "Interactive Feature," both of which were prepared on January 22, 2008 under my supervision.

6. Attached hereto as **Exhibit 3** is a true copy of a screenshot of an excerpt from the Northern Trust Website, prepared on January 22, 2008 under my supervision, regarding Northern Trust's "History and Culture."

7. Attached hereto as **Exhibit 4** is a true copy of a screenshot of an excerpt from the Northern Trust Website, prepared on January 22, 2008 under my supervision, regarding Northern Trust's "Internship Program."

8. Attached hereto as **Exhibit 5** is a true copy of a screenshot of an excerpt from the Northern Trust Website, prepared on January 22, 2008 under my supervision, regarding Northern Trust's "GOLD Program."

9. Attached hereto as **Exhibit 6** is a true copy of an article entitled "Technology Investments Create 'Rising Tide,' Lift All Clients," from the *"Northern Trust Insight"* newsletter, downloaded on January 22, 2008 under my supervision from the Northern Trust Website.

10. Attached hereto as **Exhibit 7** is a true copy of the Fall 2005 *"Wealth"* magazine, downloaded from the Northern Trust Website on January 22, 2008 under my supervision.

11. Attached hereto as **Exhibit 8** is a true copy of a presentation entitled, "Northern Trust: Client Centric and Highly Focused," purportedly presented on September 11, 2007 at a Lehman Brothers 2007 Financial Services Conference, and downloaded on January 22, 2008 under my supervision from the link http://www-

CHIC_1752002.1

ac.northerntrust.com/content//media/attachment/data/external_seminar/0709/document/ntrs_lehman_9_11_07.pdf.

12. Attached hereto as **Exhibit 9** is a true copy of a screenshot from the "Legal Terms & Conditions" section of the Northern Trust Website, downloaded under my supervision on January 22, 2008.

### Third Party "WHAT MATTERS" Use

13. Attached hereto as **Group Exhibit 10** are true copies of an excerpt from the website at www.archive.org and an article from Wikipedia at www.wikipedia.org, both of which were obtained under my supervision on January 22, 2008 and both of which explain the archive database available at the website www.archive.org, from which several exhibits to this declaration were obtained.

14. Attached hereto as **Group Exhibit 11** are true copies of United States Trademark Registration No. 2,989,714 for the mark DELIVERING WHAT MATTERS MOST, together with the official United States Patent and Trademark Office ("USPTO") registration status record from the "Trademark Registrations and Applications Retrieval" ("TARR") database, all of which were downloaded on January 22, 2008 from the USPTO website at www.uspto.gov ("USPTO Website") under my supervision.

15. Attached hereto as **Group Exhibit 12** are true copies of United States Trademark Registration No. 2,802,535 for the mark PROTECTING WHAT MATTERS, together with the official USPTO registration status record from the TARR database, all of which were downloaded on January 22, 2008 from the USPTO Website under my supervision.

16. Attached hereto as **Group Exhibit 13** are true copies of United States Trademark Registration No. 3,018,471 for the mark PROTECTING WHAT MATTERS, together with the

3

official USPTO registration status record from the TARR database, all of which were downloaded on January 22, 2008 from the USPTO Website under my supervision.

17. Attached hereto as **Exhibit 14** is a true copy of a 2001 Summary Annual Report from Washington Mutual, Inc. ("WaMu"), downloaded on January 22, 2008 under my supervision from the website www.wamu.com, showing use of WHAT MATTERS.

18. Attached hereto as **Exhibit 15** is a true copy of a screenshot of the website at www.wamuins.com, that was downloaded on January 22, 2008 under my supervision, showing use of PROTECTING WHAT MATTERS.

19. Attached hereto as **Exhibit 16** is a true copy of a screenshot of the website at www.wamuins.com from June 23, 2001, obtained from www.archive.org on January 22, 2008 under my supervision, showing use of PROTECTING WHAT MATTERS HAS NEVER BEEN SIMPLER.

20. Attached hereto as **Exhibit 17** is a true copy of a screenshot of the website at www.sawyersavings.com, that was downloaded on January 22, 2008 under my supervision, showing use of IN TOUCH WITH WHAT MATTERS TO YOU.

21. Attached hereto as **Exhibit 18** is a true copy of a screenshot of the website at www.sawyersavings.com from March 30, 2002, that was downloaded from www.archive.org on January 22, 2008 under my supervision, showing use of IN TOUCH WITH WHAT MATTERS TO YOU.

22. Attached hereto as **Exhibit 19** is a true copy of a screenshot of the website at www.sawyersavings.com/loans/consumer, that was downloaded on January 22, 2008 under my supervision, showing use of IN TOUCH WITH WHAT MATTERS TO YOU.

CHIC_1752002.1

23. Attached hereto as **Exhibit 20** is a true copy of a screenshot of the website at www.sawyersavings.com/loans/consumer from January 15, 2007, that was downloaded on January 22, 2008 under my supervision from www.archive.org, showing use of IN TOUCH WITH WHAT MATTERS TO YOU.

24. Attached hereto as **Exhibit 21** is a true copy of a screenshot of the website at www.highpointbank.com, that was downloaded on January 22, 2008 under my supervision, showing use of HELPING YOU WITH WHAT MATTERS.

25. Attached hereto as **Exhibit 22** is a true copy of a screenshot of the website at www.fcbanking.com/banking/loans/autoloans, that was downloaded on January 22, 2008 under my supervision, showing use of MAKING OUR CUSTOMERS SMILE IS WHAT MATTERS MOST . . . .

26. Attached hereto as **Exhibit 23** is a true copy of a screenshot of the website at fcbanking.com/Banking/Loans/autoloans from August 13, 2006, that was downloaded on January 22, 2008 under my supervision from www.archive.org, showing use of MAKING OUR CUSTOMERS SMILE IS WHAT MATTERS MOST . . . .

27. Attached hereto as **Exhibit 24** is a true copy of a screenshot of the website at www.bankfirtonline.com/mortgageProducts, that was downloaded on January 22, 2008 under my supervision, showing use of PROTECT WHAT MATTERS MOST.

28. Attached hereto as **Exhibit 25** is a true copy of a screenshot of the website at www.bankfirstonline.com/mortgageProducts from June 23, 2006, that was downloaded on January 22, 2008 under my supervision from www.archive.org, showing use of PROTECT WHAT MATTERS MOST.

29.     Attached hereto as **Exhibit 26** is a true copy of a 2004 Annual Report from Merrill Lynch, that was downloaded on January 22, 2008 under my supervision from http://www.ml.com/annualmeetingmaterials/2004/ar/pdfs/annual_report_2004_complete.pdf, showing use of WHAT REALLY MATTERS.

30.     Attached hereto as **Exhibit 27** is a true copy of a screenshot of the website at www.ml.com/annualmeetingmaterials/2004/ar/matters, that was downloaded on January 22, 2008 under my supervision, showing use of WHAT REALLY MATTERS.

31.     Attached hereto as **Exhibit 28** is a true copy of a screenshot of an excerpt from the website at www.cathedralfinancial.com, that was downloaded on January 22, 2008, showing use of WHAT REALLY MATTERS!

32.     Attached hereto as **Group Exhibit 29** are true copies of United States Trademark Registration No. 3,229,518 for the mark INVESTING BASED ON THINGS THAT REALLY MATTER, together with the official USPTO registration status record from the TARR database, all of which were downloaded on January 22, 2008 under my supervision from the USPTO Website.

33.     Attached hereto as **Group Exhibit 30** are true copies of United States Trademark Registration No. 3,066,727 for the mark UNDERSTANDING WHAT MATTERS TO YOU, together with the official USPTO registration status record from the TARR database, all of which were downloaded on January 22, 2008 under my supervision from the USPTO Website.

34.     Attached hereto as **Group Exhibit 31** are true copies of United States Trademark Registration No. 3,066,769 for the mark MANAGING WHAT MATTERS TO YOU, together with the official USPTO registration status record from the TARR database, all of which were downloaded on January 22, 2008 under my supervision from the USPTO Website.

35. Attached hereto as **Exhibit 32** is a true copy of a screenshot of the homepage of the website at www.horstgroup.com, that was downloaded on January 22, 2008 under my supervision, showing use of UNDERSTANDING WHAT MATTERS TO YOU.

36. Attached hereto as **Exhibit 33** is a true copy of a screenshot of homepage the website at www.horstpropertymanagement.com, that was downloaded on January 22, 2008 under my supervision, showing use of MANAGING WHAT MATTERS TO YOU.

37. Attached hereto as **Exhibit 34** is a true copy of a screenshot of a record obtained from the LexisNexis database on January 22, 2008, showing the existence and status of California State Registration Number 00063804 for the mark FOCUSING ON WHAT MATTERS & Design.

38. Attached hereto as **Exhibit 35** is a true copy of a screenshot of the homepage of the website at www.raypeterson.com, downloaded on January 23, 2008, showing use of FOCUSING ON WHAT MATTERS.

39. Attached hereto as **Exhibit 36** is a true copy of a screenshot of a record obtained from the LexisNexis database on January 22, 2008, showing the existence and status of California State Registration Number 059862 for the mark FOCUSED ON WHAT MATTERS TO YOU.

40. Attached hereto as **Exhibit 37** is a true copy of a screenshot of the homepage of the website at www.bradkorb.com, downloaded on January 23, 2008, showing use of FOCUSED ON WHAT MATTERS TO YOU.

41. Attached hereto as **Exhibit 38** is a true copy of a screenshot of the website at www.galleryofwhatmatters.com, that was downloaded on January 22, 2008 under my supervision, showing use of WHAT MATTERS.

CHIC_1752002.1

42. Attached hereto as **Exhibit 39** are true copies of the USPTO registration status record from the TARR database and the corresponding search record from the Trademark Electronic Search System ("TESS") for Application Serial No. 77/175327 for WHAT MATTERS TO YOU, all of which were obtained on January 22, 2008 from the USPTO Website.

43. Attached hereto as **Exhibit 40** is a true copy of an excerpt from the website at www.wescom.org, downloaded under my supervision on January 22, 2008, showing use of PROTECTING WHAT MATTERS TO YOU WITH LIFE INSURANCE.

44. Attached hereto as **Exhibit 41** is a true copy of an excerpt from the website at www.wescom.org from January 11, 2006, downloaded under my supervision on January 22, 2008 from www.archive.org, showing use of PROTECTING WHAT MATTERS TO YOU WITH LIFE INSURANCE.

45. Attached hereto as **Exhibit 42** is a true copy of a screenshot of the homepage of the site at www.schultheis-ins.com, downloaded under my supervision on January 22, 2008, showing use of FOR WHAT MATTERS MOST.

46. Attached hereto as **Exhibit 43** is a true copy of a screenshot of the homepage of the site at www.schultheis-ins.com from December 5, 1998, downloaded under my supervision on January 22, 2008 from www.archive.org, showing use of FOR WHAT MATTERS MOST.

47. Attached hereto as **Exhibit 44** is a true copy of a screenshot of a record obtained from the LexisNexis database on January 22, 2008, showing the existence and status of Illinois State Registration Number 083115 for the mark FOR WHAT MATTERS MOST.

48. Attached hereto as **Exhibit 45** is a true copy of a screenshot of a record obtained from the LexisNexis database on January 22, 2008, showing the existence and status of Illinois State Registration Number 083115 for the mark FOR WHAT MATTERS MOST.

49. Attached hereto as **Exhibit 46** is a true copy of a registration certificate obtained on January 22, 2008 from the website for the Office of the Secretary of State for the State of Indiana (http://www.in.gov/sos/business/trademarks.html), for Indiana State Registration Number 1999-0088 for the mark FOR WHAT MATTERS MOST.

50. Attached hereto as **Exhibit 47** is a true copy of a screenshot of a record obtained from the Kentucky Secretary of State Website (http://apps.sos.ky.gov/business/trademarks/) on January 22, 2008, showing the existence and status of Kentucky State Registration Number 11703 for the mark FOR WHAT MATTERS MOST.

51. Attached hereto as **Exhibit 48** is a true copy of a screenshot of a record obtained from the Kentucky Secretary of State Website (http://apps.sos.ky.gov/business/trademarks/) on January 22, 2008, showing the existence and status of Kentucky State Registration Number 015497 for the mark FOR WHAT MATTERS MOST.

52. Attached hereto as **Exhibit 49** is a true copy of a screenshot of the homepage of the site at www.danielmcneil.com, downloaded under my supervision on January 22, 2008, showing use of INSURING WHAT MATTERS MOST.

53. Attached hereto as **Group Exhibit 50** are true copies of the USPTO registration status record from the TARR database and the corresponding search record from TESS for Application Serial No. 78/672,800 for FOCUS ON WHAT MATTERS, all of which were downloaded under my supervision on January 22, 2008 from the USPTO Website.

54.  Attached hereto as **Exhibit 51** are true copies of excerpts of screenshots from the website at www.smallbusiness.adp.com, downloaded under my supervision on January 22, 2008, showing use of FOCUS ON WHAT MATTERS.

55.  Attached hereto as **Exhibit 52** is a true copy of an excerpt of the website at www.smallbusiness.adp.com from June 18, 2007, downloaded under my supervision from www.archive.org, showing use of FOCUS ON WHAT MATTERS.

56.  Attached hereto as **Group Exhibit 53** are true copies of United States Trademark Registration No. 3,347,860 for the mark MONEY MATTERS, together with the official USPTO registration status record from the TARR database, all of which were downloaded on January 23, 2008 from the USPTO Website.

## USPTO REFUSALS OVERCOME BY NORTHERN TRUST AND CHASE

57.  Attached hereto as **Group Exhibit 54** are true copies of the official USPTO registration status record from the TARR database for Registration No. 2,325,161 for the mark NORTHERN TRUST FUNDSTRATEGY, together with the corresponding search record from the TESS, and a Response to an Office Action in which registration was refused, all of which were downloaded on January 22, 2008 from the USPTO website.

58.  Attached hereto as **Group Exhibit 55** are true copies of the official USPTO registration status record from the TARR database for Registration No. 2,825,528 for the mark PASSPORT, together with the corresponding search record from the TESS, and an Office Action in which registration was refused, all of which were downloaded on January 22, 2008 from the USPTO website.

59.  Attached hereto as **Group Exhibit 56** are true copies of the official USPTO registration status record from the TARR database for Application No. 76,117,271 for the mark BUSINESS PASSPORT, together with the corresponding search record from the TESS, and an

Office Action in which registration was refused, all of which were downloaded on January 22, 2008 from the USPTO website.

60. Attached hereto as **Group Exhibit 57** are true copies of the official USPTO registration status record from the TARR database for Application No. 76,117,266 for the mark PRIVATE PASSPORT, together with the corresponding search record from the TESS, and an Office Action in which registration was refused, all of which were downloaded on January 22, 2008 from the USPTO website.

61. Attached hereto as **Group Exhibit 58** are true copies of the official USPTO registration status record from the TARR database for Application No. 78,924,835 for the mark PROTECTED PORTFOLIO, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

62. Attached hereto as **Group Exhibit 59** are true copies of the official USPTO registration status record from the TARR database for Registration No. 3,340,975 for the mark CHASE EQUILINE, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

63. Attached hereto as **Group Exhibit 60** are true copies of the official USPTO registration status record from the TARR database for Application No. 78,925,528 for the mark CLASSIC BENEFITS, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

CHIC_1752002.1

64. Attached hereto as **Group Exhibit 61** are true copies of the official USPTO registration status record from the TARR database for Registration No. 3,307,203 for the mark EXCLUSIVE EXTRAS, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (filed without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

65. Attached hereto as **Group Exhibit 62** are true copies of the official USPTO registration status record from the TARR database for Application No. 78,790,593 for the mark FEATURE PORTFOLIO, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

66. Attached hereto as **Group Exhibit 63** are true copies of the official USPTO registration status record from the TARR database for Application No. 78,924,744 for the mark IMAGE DEPOSIT DIRECT, together with the corresponding search record from the TESS, and an Office Action in which registration was refused (filed without accompanying attachments), all of which were downloaded on January 22, 2008 from the USPTO website.

I state under the penalty of perjury that the foregoing is true and correct.

Date: January 23, 2008

_____
Jennifer L. Gregor