# EXHIBIT 1



GO TO TOKEN LOGIN | HELP

PASSPORT LOGIN   User ID   Password

Search

Global Economic Research | Locations | Investor Relations | Knowledge Center | Contact Us



having a good life

having a good quarter

**Passport Services**
> **Having Trouble Logging In?**
> Login Support and FAQs
> **Private Passport Help Center**
>> 888-635-5350 (US and Canada)
   312-557-5900
> Enroll in Private Passport
> Business Passport Access

| MARKETS | | As of 22 January 3:30 PM |
|---|---|---|
| INDEX | LAST | CHANGE |
| **DOW** | 11971.19 | -128.11 ▼ |
| **NASDAQ** | 2292.27 | -47.75 ▼ |
| **S&P 500** | 1310.5 | -14.69 ▼ |
| **NIKKEI 225** | 12573.05 | -752.89 ▼ |
| **FTSE 100** | 5740.1 | 161.9 ▲ |

> **PERSONAL FINANCIAL SERVICES**
- Trust and fiduciary services
- Comprehensive investment solutions
- Private and business banking

> **INSTITUTIONAL SERVICES**
- Global asset servicing solutions
- Sophisticated asset management services
- Innovative solutions for investors worldwide

> **ABOUT NORTHERN TRUST**
- Financial reports and investor presentations
- Corporate news and press releases
- Our company history since 1889

Northern Trust is a premier provider of banking, asset management and asset servicing
to affluent families and individuals and leading institutions worldwide.

© 2007 Northern Trust Corporation    Quotes | Careers | Legal Terms & Conditions | IRS Circular 230 Notice | Privacy | Site Map

Market data provided by
  © 2008