# EXHIBIT 2



GO TO TOKEN LOGIN | HELP
PASSPORT LOGIN  User ID  Password
Search

**Personal Financial Services** | Institutional Services | About Northern Trust

Home | Locations | Knowledge Center | Contact Us

### Get in Touch

- Find a location
- Contact a Northern Trust relationship manager
- View Northern Trust locations 

- Trust and Fiduciary
- Investments
- Private and Business Banking
- Financial Planning
- Retirement
- Family Office

### Does your financial strategy give you peace of mind?

Making the most of your life and your money is easier when you rely on the experts at Northern Trust. The personal attention you receive will help you grow and protect your wealth, giving you the peace of mind to focus on what really matters to you.

**The Right Partner:**
Choosing the right financial partner is a critical decision. Learn about our solutions.

> VIEW OUR INTERACTIVE FEATURE

A dedicated team of specialists will get to know you and your specific needs. You will have access to a depth and breadth of capabilities few can match. And all our resources — our integrated team of advisors, our cutting-edge technology, our value-added services — ultimately lead to comprehensive, sophisticated solutions that help you achieve your unique goals and create a meaningful legacy.

**Now Available: Easier Access to Passport**
There is a new way to log into Passport! You no longer have to choose your Passport from a drop-down menu. Instead, you enter your User ID and Password directly on Northerntrust.com and our system will direct you to the Passport you have access to. These changes are focused on making it easier for you to access Passport quickly.

 arrow icon    Learn more about changes to Passport

### Solutions for:

> Building your business today and maximizing assets for the future

> Creating a legacy through charitable giving

> Managing your investments with a personalized, risk-sensitive approach

### Online Services

> Select the online service that is right for you.

### Learn More

- 'Why Delaware?' fact sheet
- Northern Trust Sponsors "Inspiring Impressionism" Exhibition
- Read the latest edition of our *Wealth* magazine



> Northern Trust sponsors PGA TOUR's Los Angeles Event. Visit NorthernTrustOpen.com to learn more.

### Analysis & Research

- Global Economic Research *including daily commentary*
- Download podcasts on topics including timely tax tips and strategies for safeguarding wealth

### Northern Trust News

- Northern Trust Expands Private Banking Team in Marin County
- Northern Trust Enhances Private Client Team in Miami
- Northern Trust Adds Veteran Private Banker to Lending Team in Miami
- Northern Trust Named Outstanding Private Bank

© 2007 Northern Trust Corporation

Quotes | Careers | Legal Terms & Conditions | IRS Circular 230 Notice | Privacy | Site Map



Every generation creates a legacy.

Enterprising people built generations of success.







WHAT ARE YOUR DREAMS?

WHAT DO YOU WANT?

I WANT

Time to enjoy
my life.

We give you the freedom to focus on what really matters.

The peace of mind that comes with making the right decision

Like choosing the right financial partner

# Outstanding Private Bank

Private Banker International

# THE RIGHT FINANCIAL PARTNER

## Outstanding Private Bank
*Private Banker International*

## Serving 22% of Forbes 400 Wealthiest Americans
*Forbes*

# THE RIGHT FINANCIAL PARTNER

## Outstanding Private Bank
*Private Banker International*

## Serving 22% of Forbes 400 Wealthiest Americans
*Forbes*

## One of America's Most Admired Companies
*Fortune*

# THE RIGHT FINANCIAL PARTNER

## Outstanding Private Bank

## Among Highest Ratings for Trustworthiness and Objectivity

# THE RIGHT FINANCIAL PARTNER

Outstanding Private Bank
*Private Banker International*

Serving 22% of Forbes 400 Wealthiest Americans
*Forbes*

One of America's Most Admired Companies
*Fortune*

Among Highest Ratings for Trustworthiness and Objectivity
*Spectrem Research*

World's 8th Largest Investment Management Firm
*Global Investor Magazine*

## SOLUTIONS FOR:

Select a common situation to see how we can help.

SELLING YOUR BUSINESS

PLANNING FOR RETIREMENT

CREATING A LEGACY

A MAJOR LIFE CHANGE

BUILDING WEALTH

ENJOYING YOUR PASSIONS

YOUR SITUATION    Wealth management designed around you.

> REPLAY INTRO                              > CONTACT US