# EXHIBIT 3

Case 1:08-cv-00297     Document 23-4     Filed 01/23/2008     Page 2 of 3



| | |
|---|---|
| Personal Financial Services \| Institutional Services \| **About Northern Trust** | Home \| Locations \| Knowledge Center \| Contact Us |

### History and Culture: Financial Partner

- Northern Trust News
- Investor Relations
- **History and Culture**
  - Heritage
  - ▶ Financial Partner
  - Client Focus
  - Purpose & Strength
- Locations
- Corporate Social Responsibility
- Corporate Procurement
- Careers
- Knowledge Center
- Contact Us

#### Anticipating what you need, answering questions you didn't know you had

We know that picking a financial partner is about more than finances. It's about finding someone you can trust who values relationships. To make your money work intelligently, you need a partner with the right expertise, products and services. As a trusted advisor, your partner should challenge your thinking and make you better at what you do.

#### What really matters to you
Northern Trust understands that choosing a financial partner hinges on what matters most to you. And that's all that matters to us. So we dedicate resources to helping you achieve your goals. And to that end, we give you the freedom to focus on the things that matter most to you.

#### Professional Expertise
Northern Trust has spent more than a century – through every imaginable economic climate – honing our skills in asset management, asset servicing and banking. We've engineered solutions designed to help you or your business make the most of your complex finances. And gained knowledge and experience in everything from dynasty trusts to derivatives, from private equity to pension pooling.

#### Creative Solutions
With Northern Trust, you don't have to spend your time devising solutions, researching investments or creating your plan. That's what we do. Our highly skilled professionals are focused on protecting and growing assets. We implement your plan, continually re-evaluate it and make adjustments over time. We bring you forward-thinking solutions, integrating the latest in technology.

#### Anticipating Change
Instead of reacting to change, we anticipate it. We find new ways to address the entire spectrum of financial needs, whether it's managing personal wealth or large, institutional asset pools. We get to know you and understand you. Then, we pioneer industry-leading services designed to take you to the next level.

**Get in Touch**
- Contact us for more information

**Learn More**
- Read our Annual Report
- Meet our leadership
- View our press releases
- Read our recent earnings releases

**Analysis & Research**
- Global Economic Research *including daily commentary*

**Northern Trust News**
- Northern Trust Lowers Prime Rate
- Northern Trust Corporation to Present at the Citigroup Financial Services Conference in New York City on January 29th
- Northern Trust Selected New Title Sponsor of PGA Tour's Los Angeles Event
- Read our recent earnings releases

© 2007 Northern Trust Corporation     Quotes \| Careers \| Legal Terms & Conditions \| IRS Circular 230 Notice \| Privacy \| Site Map

Market data provided by

REUTERS © 2008