# EXHIBIT 4

![Northern Trust]

GO TO TOKEN LOGIN | HELP
PASSPORT LOGIN  User ID  Password
Search

Personal Financial Services | Institutional Services | About Northern Trust

Home | Locations | Knowledge Center | Contact Us

**Careers: Internship Program**

**Apply academic coursework to a business environment.**

**Who is Northern Trust?**
Northern Trust is one of the world's leading asset management, asset servicing and banking firms. Our exclusive focus is providing asset management and administration solutions to successful individuals, families and institutions. Clients rest easier knowing that with 118 years of experience, Northern Trust has honed its expertise throughout every imaginable economic climate. Everything we do is designed to help our clients succeed — by their definition of success — so they have the freedom to focus on what really matters.

**Northern Trust Internship Eligibility**
Northern Trust summer interns have the opportunity to gain knowledge and real working-world experience from a global financial leader. Internship candidates typically:

- Are full-time students (freshmen, sophomores and juniors) enrolled at a college or university
- Are pursuing an undergraduate degree in most fields of study
- Have a GPA of 3.0 or better (preferred)

**On-The-Job Experience**
Successful completion of this challenging and rewarding internship **will give you an edge in the job market** over other recent graduates. The knowledge and experience gained by working in a professional environment and completing actual business assignments will **increase your comfort and confidence levels** in the workplace and increase your marketability with potential employers.

**Valuable Professional Development and Networking Opportunities**
The internship experience begins with a reception at which each intern will receive a personalized calendar of activities. As an intern, your activities may include:

- Training classes focusing on presentation skills, diversity training and other areas of development
- Meetings with senior management
- Social activities — past activities included a baseball game or formal luncheon
- Professional and social activities specific to the business units — for example, participating in client calls and workshops
- Meetings with a Northern Trust advisor — each intern will be matched with an advisor who can provide guidance and an understanding of the Northern Trust culture
- Presentations by various department leaders
- Intern evaluation of the internship experience at Northern Trust
- Individual performance appraisal
- Networking opportunities

**Internship Locations and Opportunities**
Most assignments are at the corporate headquarters in Chicago, IL. Some interns may be placed in internships at other Northern Trust locations. Internship opportunities typically are available in all lines of business:

- Corporate, Worldwide Operations & Technology (WWOT)
- Northern Trust Global Investments (NTGI)
- Personal Financial Services (PFS)
- Corporate and Institutional Services (C&IS)

Sidebar:

**Northern Trust News**
**Investor Relations**
**History and Culture**
**Locations**
**Corporate Social Responsibility**
**Corporate Procurement**
▶ **Careers**
   Organization
   Culture
   North America
   Europe
   Middle East
   Africa
   Asia Pacific
   ▶ College Recruiting
      GOLD Program
      ▶ Internship Program
**Knowledge Center**
**Contact Us**

**Get in Touch**
› Contact our Careers team
› Submit your resume now

**Learn More**
› Awards and recognition that make us a leading employer
› Northern Trust history and culture
› Our key businesses and corporate departments:
  - Personal Financial Services
  - Northern Trust Global Investments
  - Corporate & Institutional Services
  - Worldwide Operations and Technology

**Apply Now**
To apply for an internship, submit your resume now and be sure to mention in the cover letter that you are applying for the internship program. You may also contact our career team via e-mail.

© 2007 Northern Trust Corporation       Quotes | Careers | Legal Terms & Conditions | IRS Circular 230 Notice | Privacy | Site Map