# EXHIBIT 5



GO TO TOKEN LOGIN | HELP
PASSPORT LOGIN  User ID  Password
Search

Personal Financial Services | Institutional Services | **About Northern Trust**

Home | Locations | Knowledge Center | Contact Us

- Northern Trust News
- Investor Relations
- History and Culture
- Locations
- Corporate Social Responsibility
- Corporate Procurement
- ▶ **Careers**
    - Organization
    - Culture
    - North America
    - Europe
    - Middle East
    - Africa
    - Asia Pacific
    - ▶ College Recruiting
        - ▶ GOLD Program
        - Internship Program
- Knowledge Center
- Contact Us

### Careers: GOLD Program

#### Global Opportunities in Leadership Development (GOLD) Program

#### Who is Northern Trust?
Northern Trust is one of the world's leading asset management, asset servicing and banking firms. Our exclusive focus is providing asset management and administration solutions to successful individuals, families and institutions. Clients rest easier knowing that with 118 years of experience, Northern Trust has honed its expertise throughout every imaginable economic climate. Everything we do is designed to help our clients succeed — by their definition of success — so they have the freedom to focus on what really matters.

#### What is GOLD?
The **Global Opportunities in Leadership Development** (GOLD) Program is an enterprise-wide career development program **designed for recent graduates seeking structured career development** and professional training from a global financial leader. The fundamental goal of the program is to **cultivate the future leadership of the corporation**.

During the **15–18 month program**, participants will gain valuable knowledge and experience within the Northern Trust business units. The program is designed to balance organizational needs with a **customized approach to individual development**.

#### Eligibility
Participants typically:

- Are successful and highly motivated recent graduates of a four-year undergraduate college or university
- Have a bachelor's degree in liberal arts or business
- Grade point average of 3.0 or better (preferred)

Recent graduates and graduates with up to two years of work experience in the financial services industry will be considered.

#### Four Specific Career Tracks
A unique aspect of the program is that it is **tailored to your talents and interests**.
On-the-job rotations focus on training for a specific career track.

### Get in Touch
- Contact our Careers team
- Submit your resume now

### Learn More
- Awards and recognition that make us a leading employer
- Northern Trust history and culture
- Our key businesses and corporate departments:
    - Personal Financial Services
    - Northern Trust Global Investments
    - Corporate & Institutional Services
    - Worldwide Operations and Technology

During the enrollment process, **individuals select a career track** in one of the following areas:

1. Worldwide Operations & Technology
2. Credit Services
3. Investments
4. Relationship Management

Once you've chosen one of the main career tracks, your personalized **plan will be developed based on your individual career development needs and goals**. You will complete core and elective rotations during a 15–18 month period, which will provide you with the foundation for a successful career with Northern Trust. Download a detailed chart of GOLD Career Track Options.

**Core Rotations**
Each career track requires one or more core rotations. These rotations provide a foundation for your track and each one typically lasts four months.

**Elective Rotations**
Elective rotations round out each individual's experience. These rotations vary in length.

### Learning Experience
The program begins in July with a comprehensive two-week orientation during which senior managers provide participants with an understanding of Northern Trust's business units and their strategies. Experiences throughout the program will include professional skills training, a series of meetings with senior managers, educational seminars, as well as product and technology training courses.

### Apply Now
To apply for the GOLD program, submit your resume online and be sure to mention in the cover letter that you are applying for the GOLD program. You may also contact our career team via e-mail.

### 2007 GOLD Program Members



Front L to R:
John Quinlan, Denee Adams, Tim McHugh, Grace Gallagher, Michael Pierce, Grant Sanders

Middle L to R:
Kaihli Ross, Ashley Evans, Brian Schenk, Juliana Panagas

Top L to R:
Matt LoPresti, Sami Ahmed, Greg Huter, Rex Vargas, Sean McGinnis, Shil Patel

Northern Trust is an equal opportunity employer.

© 2007 Northern Trust Corporation   Quotes | Careers | Legal Terms & Conditions | IRS Circular 230 Notice | Privacy | Site Map