# EXHIBIT 6

Case 1:08-cv-00297   Document 23-7   Filed 01/23/2008   Page 1 of 5

Case 1:08-cv-00297    Document 23-7    Filed 01/23/2008    Page 2 of 5



- **Printable Version**
- **Feedback**
- **Contact Us**
- **Corporate Homepage**

Welcome to the first edition of *Northern Trust Insight*, a newsletter for our pension, foundation and endowment clients and prospective clients.

## Technology Investments Create 'Rising Tide,' Lift All Clients

The need to keep pace with technology advances is felt nowhere more keenly than in the global asset servicing business.

Technology has provided opportunity, and we at Northern Trust have attempted to make something truly meaningful out of that opportunity—in business lines relating to our pension, foundation and endowment clients, as well as in evolving lines of business.

Our longtime efforts to sustain a robust technology infrastructure, as well as processes to fully service our core clients, have led to significant opportunities in areas such as Investment Operations Outsourcing. Simultaneously, our core pension, foundation and endowment clients are benefiting greatly from the upgrades we are making to satisfy the needs of our fast-moving investment manager clients.

Like a rising tide that lifts all boats, our technology investments are benefiting all of our clients.

A good example is fingertip delivery of information on the Web: *Northern Trust Passport*® allows our investment manager clients to stay up-to-the-minute on trades, cash on hand, pricing and other highly time-critical investment factors. This same high-speed delivery of information benefits our pension, foundation and endowment clients, who increasingly require immediate access to information in order to satisfy today's stringent regulatory and oversight requirements.

Another example is our fixed income attribution capability. Like our standard equity attribution, it helps our core custody clients understand both the strategy that their fixed income managers are employing and which components of that strategy are driving portfolio performance. This allows clients to better understand their performance and the reasons behind their returns.

### Value of a single technology platform

At Northern Trust we differentiate ourselves in the marketplace through our personalized approach to client servicing, our relentless pursuit of optimum technology solutions, and our strategic focus on the business lines we serve. One of our ongoing corporate emphases is to maintain a single technology platform—encompassing technology, processing and people—that serves all of our business lines.

Let's take a closer look at pricing, for example: Northern Trust maintains a single pricing repository from which we process assets for the entire corporation. This includes our pension and fund accounting, our investment operations outsourcing and Northern Trust's own investment management business.

Our pricing operations are actually part of a central data repository in which we maintain the data for all of our business lines. Besides affording Northern Trust enormous economies of scale in handling large data volumes, the central data repository has positioned us ahead of the industry.

Not only pricing, but reporting, reconciliation and all of our other core functions are served from a central database. As such, any research, development or modification of our system that serves to benefit one of our business lines, benefits all of our business lines.

### Unprecedented speed, access to data

We understand that our vast improvements in automation and straight-through processing for our core custody clientele—pensions, foundations and endowments—have earned us a first look by many investment managers.

Included today among our valued Investment Operations Outsourcing clients are Julius Baer Investment Management LLC and Insight Investment Management Ltd. Outsourcing agreements with these globally operated companies were announced in 2004 and 2005, respectively, and Insight will be migrating to the Northern Trust platform in 2006. Investment managers such as Julius Baer and Insight—along with many others—require speed of delivery as well as general access to a variety of different types of data. Northern Trust has already upgraded and adapted our system to meet these requirements.

One of the many positive results of our technology upgrades is that our traditional custody clients are now benefiting from speed and access to data on levels they've never before experienced, but levels toward which their needs have been steadily evolving.

All of this lays the foundation for where we are today at Northern Trust: in a position to best serve our clients, no matter what their primary business emphasis.

The bottom line: Northern Trust will always look to improve our service and technology infrastructure. And when we make technology investments, we see every upgrade benefiting each and every business line we serve—ultimately giving our clients the freedom to focus on what really matters.

## *Quarterly Financial Report*
### Records for assets under custody, net income

Northern Trust entered the 2nd Quarter of 2006 with record assets under custody of $3.1 trillion, representing an increase of 19% over the 1st Quarter of 2005. Current assets under

**Insight*file***

management were at $653 billion, 11% higher than one year ago.

With settlement capabilities in 90 markets and clients in 39 countries, the figures confirm that Northern Trust is one of the world's leading financial institutions for both personal and corporate clients. William A. Osborn, Chairman and Chief Executive Officer, commented, "We are very pleased with this quarter's outstanding revenue and earnings growth. These excellent results reflect our continued success serving our existing clients and expanding our business with new clients in our targeted markets."

Northern Trust also reported net income per common share of $.74, which represents an increase of 17% from one year ago. Overall net income was a record $163 million, compared with $139.1 million last year. This performance resulted in a return on average common equity of 18.2% compared with 17.1% in the prior year's quarter.

- Total assets under custody: $3.1 trillion
- Total managed assets: $653 billion
- Overall net income: $163 million

© 2006 Northern Trust Corporation | Legal Terms | IRS Circular 230 Notice | Privacy | Site Map