# EXHIBIT 7

# WEALTH

Exploring the
Value of Private
Foundations

—

Strategic
Investing

—

Tut's Golden
Age Lives On

# Achieving
# Success
How Do **You**
Define It?

Northern Trust

FINANCIAL AND LIFESTYLE PERSPECTIVE FROM NORTHERN TRUST

Letter



FALL 2005

# CONTENTS

6

## FEATURES

6    Defining Success
     In the past, defining success was easier. Success was all about power, comfort, flexibility and, obviously, money. But it is different today. Here, five leaders offer up their definitions.

12   When More Is Not Better
     Investors today have access to more knowledge and data than at any other time in history. But when it comes to your investments, sometimes knowledge can be a dangerous thing. To be successful in the long run, you need the wisdom experience brings.

16   A Foundation for Your Giving?
     Establishing a private foundation can help focus your philanthropy while increasing the amount of control you have over your giving. But setting up a foundation isn't right for everyone. Examining your philanthropic goals will help you make the right choice.

## DEPARTMENTS

2    Market Outlook

4    Information Exchange
     John Skjervem, chief investment officer for Northern Trust's Personal Financial Services Group, shares his views on the market and successful investing.

21   Unraveling the Mysteries of King Tut
     Zahi Hawass, a National Geographic Explorer-in-Residence, gives us the story behind Tutankhamun's unveiling.

25   News & Notes



4



16

Cover Photography by Rolf Bruderer/Masterfile

# Success

It is something we all strive for. But how we define success can be different for each of us.



For some people, success is achieving financial security and knowing their families will be provided for. For others it may be the freedom to follow their dreams or the ability to make a difference in people's lives. In this issue of *Wealth*, we explore different aspects of success, including:

- ***What makes someone successful:*** To explore the idea of success, we talked to five individuals who all have very different definitions of what success is and how success has affected their lives and shaped their perspectives. You can see their insights in *Defining Success.*

- ***Creating a successful investment strategy:*** The internet age has ushered in a time of unprecedented access to information. But while this may make some investors feel confident enough to invest on their own, they may miss a valuable piece of the investment equation the internet can't provide — the wisdom and experience necessary to make sense of this information. In *When More Is Not Better*, we examine the critical aspects of a successful investment plan.

- ***Successfully focusing your philanthropy:*** After achieving financial success, many people want to become more focused on their philanthropic efforts. Often, they assume setting up a private foundation is the best way to achieve their goals. But is a private foundation right for everyone? In *A Foundation for Your Giving?*, we explore the world of private foundations and how to determine if it is the best route for your philanthropic goals.

At Northern Trust we understand that, like definitions of success, people's financial goals and service needs can be very different. That's why we take the time to get to know you and work to find the solutions that meet your needs and help you achieve success — however you define it.

We hope you enjoy the Fall issue of *Wealth*. If you have any comments, suggestions or topics you'd like to see us explore in future issues, let us know at wealth@ntrs.com or by calling 866-296-1526.

William L. Morrison
President, Personal Financial Services
Northern Trust

Published by
**Northern Trust**
50 South LaSalle Street
Chicago, IL 60603
866.296.1526
www.northerntrust.com/wealth
wealth@ntrs.com

The views, opinions and investment information expressed are those of the individuals noted herein, do not necessarily represent the views of Northern or any other person in the Northern organization and are subject to change based on market or other conditions. The material is provided for informational purposes only and should not be construed as investment, tax or legal advice or a recommendation to buy or sell a security. Northern disclaims any responsibility to update such views. Northern does not guarantee that the information supplied is accurate, complete or timely and does not make any warranties with regard to the results obtained from its use. Northern does not guarantee the suitability or potential value of any particular investment or information source. You should consult your investment, tax, legal and accounting professionals before taking any action.

To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax information in this magazine is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Northern Trust banks are members FDIC. © 2005

## Market Outlook



# Fed Optimistic

## Current Climate Favors Equities, Bond Outlook Remains Uncertain

*By Orie L. Dudley Jr.,*
*Chief Investment Officer*

In his recent annual testimony to Congress, Federal Reserve Chairman Alan Greenspan provided an unusually clear roadmap for the financial markets. Although he attached a list of uncertainties and risks, he reinforced the fact that the economy is on solid footing. As a testament to the solid growth outlook, the Fed increased short-term interest rates to 3.5% at its August meeting.

The Fed expects real gross domestic product (GDP) to grow 3.5% for the rest of 2005 and 3.25% to 3.5% for 2006. Healthy labor markets should accompany the economy's growth, with an anticipated unemployment rate of 5% through 2006. The Fed increased its inflation forecast by 25 basis points, to a range of 1.75% to 2% through next year.

Given the current profile for growth, with healthy labor markets and inflation remaining below 2%, many observers are calling this a "Goldilocks" economy — not too hot, not too cold.

### Rates Need to Move Higher

To promote its positive outlook, the Fed will have to continue raising interest rates. Examining the financial conditions, bond market and interest rates, credit spreads, equity markets and currency markets, it's easy to see why the Fed describes the current climate as accommodative. Each factor is more positive now than when the Fed started its current tightening campaign, and each continues to stimulate growth.

Some observers believe the Fed could start loosening monetary policy early next year.

Given the market climate and Greenspan's roadmap, we believe that's highly unlikely. We expect to end the year with the federal funds rate at 4% to 4.25%, and we believe a neutral federal funds rate likely will start with the number four.

### Forecast Includes Uncertainties

The Fed's forecast does contain some uncertainties and risks, including higher unit labor costs. Although the economy has recently gone through an excellent productivity cycle, there has been some slowing of late. Recent data on national accounts income suggest stronger growth, which may support encouraging productivity numbers. But if they don't, unit labor costs may creep higher.

Energy costs also remains an uncertainty. There is considerable political risk associated with the production and cost of oil, and this will increase the variability of oil prices and cause periodic supply interruptions.

Another element of risk is the behavior of long-term interest rates. Encouraged by stable economic growth and financial markets, some investors are reaching for longer time horizons and betting on lower volatility, which has led to low interest rates and narrow risk premiums. This probably is not a permanent situation, and pressure likely will develop on interest rates.

### Bonds Face Hurdles

We are concerned about limited rewards and significant risks in the bond market. The 10-year Treasury yield remains remarkably low, but it faces some hurdles, including continued economic growth, the Fed's continued tightening policy and rising inflation. In addition, the revaluation of China's currency may cause central banks to curtail their purchasing of U.S. dollars.

At the corporate level, businesses remain risk averse, rebuilding liquidity and solvency and taking a cautious approach to investing. Such behavior has been a positive influence on the bond market by contributing to tighter credit spreads. But there's a change underway, as corporations become more aggressive about satisfying their equity investors. This action may conflict with the interests of bond investors.

Given these risks, we believe bond returns, at best, may equal coupon income, or possibly less, if the yield on the 10-year Treasury backs up toward 5%.

### Stocks Poised for a Stronger Second Half

We anticipate a stronger second half for the stock market. Corporate performance remains excellent, as the majority of companies have reported higher-than-expected second-quarter earnings. In addition, estimates for full-year earnings continue to advance.

For 2005, the annual earnings estimate for the S&P 500 Index is greater than $75 per share, a gain of approximately 12% versus the prior year. For 2006, analysts estimate another 10% gain, and on a 12-month forward price/earnings basis, the market currently is selling at an attractive 15.5 times earnings.

Based on this data, the market is fair to slightly undervalued, which is encouraging in light of how well business is performing. Our confidence in these metrics is higher because, in addition to strong earnings, corporations have been achieving record profitability and continue to generate substantial free cash flows.

Furthermore, profitability has generated rapid dividend increases. Share buybacks, which often accompany dividend increases, are prevalent.

Growing mergers and acquisitions activity is also enhancing shareholder value. We expect more mergers and acquisitions as corporations move from their risk-averse, a "rebuild the balance sheet" perspective to a focus on growth.

### Fundamentals Drive Stock Market

We've been particularly pleased with the recent breadth of the equity markets' advance. The S&P 500's year-to-date performance (through the end of July) brings it to a four-year high. At the same time, the S&P MidCap 400 and the S&P SmallCap 600 hit all-time highs.

This breadth and strength — and the underlying fundamentals that support them — give us confidence that our longstanding target for the S&P 500 to reach 1300 by year end appears more probable, as does the market's reaction to recent terrorist attacks. The ability to rally in the face of negative events is a characteristic of a positive equity environment.

### Deficit, Housing Market Pose Challenges

Despite our positive outlook for equities, the financial markets face some risks and uncertainties. In particular, the U.S. current account deficit is now more than 6% of GDP. For a large industrial country, this is unsustainable on a long-term basis (more than 12 months). Three factors likely will lead to resolution:

- A higher national savings rate. The government and corporate sectors are showing improvements on this front, but consumers continue to add debt and maintain minimal savings rates.
- Greater U.S. currency flexibility and less savings in the Far East. We believe the market correctly interpreted as positive the recent revaluation of China's currency, because it represents the beginning of a necessary correction of our current account deficit.
- Faster growth from Japan and Europe. We continue to hear of potential rebounds in Japan, but in Europe GDP growth rates and forecasts continue to decline. There are some encouraging trends, particularly in Germany, where confidence is building in anticipation of the September elections.

If negative trends continue, they most likely will be reflected first in the bond market and interest rates. The dollar will weaken and inflationary pressures will emerge. As a result, interest rates will start to back up. That's why, in addition to focusing on equities, we suggest a slightly higher-than-normal liquidity allocation.

The housing market represents another risk to the financial markets, as real estate investments, driven by second-home purchases and risky financing techniques, are causing values in many regions to get ahead of fundamentals. The mechanism for correcting this problem is an increase in real interest rates. Although the Fed denies it will keep increasing rates to deal with the housing situation, it has acknowledged the need to monitor the situation.

### Risks Validate Equity Overweight

The major risks to our favorable outlook are factors that generally translate into nervousness about interest rates and bond prices. Therefore, we remain comfortable with our overweight in equities and an overweight toward cash. ■

Information Exchange

# Strategic Investing



As the chief investment officer for the Personal Financial Services Group, **John Skjervem** leads Northern Trust's national investment management practice and develops the firm's private client services investment policy. Here John shares with *Wealth* his thoughts on market behavior, volatility and portfolio construction.

John earned an M.B.A. degree with concentrations in Finance and Statistics from the University of Chicago's Graduate School of Business, and received his B.A. degree in Economics from the University of California at Santa Barbara. He holds both the Chartered Financial Analyst (CFA) and Certified Trust and Financial Advisor (CTFA) designations, and is a member of the Los Angeles Society of Financial Analysts.

**This has been a challenging year for investors in many ways. Do you see anything developing in the markets that may change that?**
The first half of 2005 was disappointing for many investors because financial asset returns were essentially flat. However, we think we're going to end the year with positive returns to financial assets — stocks in particular. But our expectations for those returns are mid- to high-single digits.

**Why are returns expected to stay in single digits?**
The stock market will likely track corporate earnings, which in the United States this year should be up 7% to 8% over 2004 levels. But corporate earnings grew 17% in 2004 and 15% in 2003, so the first half of 2005 was largely an adjustment process from the much stronger double-digit earnings growth in the two preceding years.

The United States is increasingly alone in that we currently enjoy a "Goldilocks" scenario comprised of contained inflation, stable long-term interest rates and continued growth in corporate earnings — even though that earnings growth has now moderated. So this is still very much a good news story.

**What do you recommend for people who are looking for returns higher than single digits?**
We're cautious about reaching for returns independent of an overall investment strategy. Chasing higher returns, more often than not, will translate into taking additional risk. Instead of chasing short-term performance, we would rather focus on minimizing volatility through strategic asset allocation and diversification. We see this as a more reliable way to maximize long-term return potential.

We do recommend certain high-return asset classes, but only within the context of an overall diversification plan. For example, in our opinion private equity has and will continue to be the financial asset class with the highest compound annual returns. However, due to its illiquidity and other unique investment dynamics, the private equity investment horizon is realistically five to seven or more years. Accordingly, private equity investments should be made in the context of a client's aggregate portfolio and with a long-term time horizon of several years.

The other asset class frequently cited as a source of higher returns is hedge funds. In our portfolio recommendations, hedge funds play a

different role. We include hedge funds exposure to lower a portfolio's volatility profile — both because hedge funds often respond differently than stocks and bonds to economic events and because of the types of hedging strategies they pursue. As such, hedge funds can represent an important part of our risk management strategy.

**Can you explain why it's important to manage volatility as a way to improve long-term results?**
What really matters is a portfolio's ability to help you achieve your long-term goals. And its terminal value, or the bottom-line three, five, or 10 years from now, is historically more a function of how well you manage volatility than the return profile of any asset class at any point in time. Your portfolio's terminal value is a function of the compound return, which can be influenced significantly by volatility. Our role as portfolio managers — and our broader role as stewards of wealth — is to strive to preserve or maximize terminal value. We believe we can best accomplish this by minimizing volatility.

**What strategies do you use to minimize volatility?**
Asset allocation — expanding your investments to multiple asset classes — is probably the most consistent, reliable way to minimize volatility. We have to do our homework on each of these asset classes in terms of suitability and attractiveness at any point in time, and also take reasonable steps to increase the likelihood that the vehicle we use to get that asset class exposure — individual securities, an exchange-traded fund (ETF), a mutual fund, a private placement — is effective as well. But ultimately it's the intelligent assembly of a portfolio that includes multiple asset classes that should succeed in compressing volatility.

**Does the relatively low value of the U.S. dollar compared to other major currencies make now a particularly good time to invest in non-U.S. equities?**
We don't use currency forecasts as the basis of our international investments because they can be unreliable as the basis of a longer-term investment strategy. The currency element is something we take into consideration, but it's not the basis for the recommendation.

We continue to recommend non-U.S. equity investments based first and foremost on the tenet of diversification. Non-U.S. equities provide investment opportunities that historically have appreciated in a different manner and on a different timeline than domestic equities have. And that's the basis of diversification. Of course, at any point in time there may be company- or country-specific opportunities we might want to take advantage of.

More than half of the world's investment opportunities on the equity side are outside of the United States. Having some exposure to these investments is consistent with carrying out our fiduciary responsibilities of putting our clients' interests first. ∎

"Asset allocation is probably the most consistent, reliable way to minimize volatility."

# Defining
# Success

*American poet Christopher Morley once said, "There is only one success – to be able to spend your life in your own way." But George Bernard Shaw had a different view. "I dread success. To have succeeded is to have finished one's business on earth." The definition of success is a personal thing. Here, five successful people give us their perspective.*





Walking away from one of the only guaranteed-for-life jobs in the country. Learning to think like a player, then a coach, then a manager. Changing the world through public service. Having the money to splurge without regret. Running a major entertainment company.

Success can come in many forms, and the happiness it can inspire isn't necessarily only about being the richest or most famous. We asked five people from different industries about how they gauge success, how they achieved it and how it's changed for them over the years.

## Tom Morris
### Philosopher

When Tom Morris reached what could arguably be called the high point of his career — serving for 15 years as one of the most popular professors at the University of Notre Dame, teaching one-eighth of the student body each year — he did what few academics who had spent a lifetime working their way up the educational ladder would do: He quit.

For roughly five years, Morris had been splitting his time between his Notre Dame job and his part-time lecturing profession, traveling to corporations and businesses around the world to share his take on philosophy and modern life.

"I was living two lives at the same time — the business talks just by word of mouth were generating a huge amount of activity," he says.

So Morris, whose 18th book, "If Harry Potter Ran GE," is due out next year, retired from teaching 10 years ago to become what he calls a "public philosopher," speaking to factory workers, CEOs and other audiences ranging from 10 people to 1,000.

"I really wanted to bring practical wisdom to people of every age," he says. "It's been a completely unexpected adventure to serve as a philosopher in this way."

It was also a huge risk — but to Morris, that's part of the process. "If you're not willing to take risks, you're not going to get the kind of rewards you want in your life," he says. "I gave up the only job in America that is guaranteed for life, my kids' education being paid for … so to speak. I had a couple of nights when I thought, 'Gee, am I doing the right thing? What if six months from now the business world isn't interested in philosophy?'"

But it was. Morris' second-year speaking salary was nearly equal to 20 years of his former teaching salary, and, he says, had a greater payoff. "All I could do while teaching was give my time and energy," says Morris, relaxing just a few hours after taking a walk on the beach outside his Wilmington, N.C. home. "Serving as a pipeline to the wisdom of the ages for people of all ages — it's such a noble



Photography by  Paul Thomas/Getty Images



*"Success should be more tied to happiness, contentment and fulfillment than the money, fame, status that we've tied it to for the past 50 years. Sometimes those are side products of success, but not always."*

— Tom Morris, Public Philosopher

endeavor, and I have so much fun doing it that I've always felt successful at it."

As a philosopher Morris doesn't measure his success by a dollar amount. "Feeling successful is not the same thing as feeling so utterly content you don't want to accomplish more," he says. "We all need to feel fulfillment in what we're doing now and build a better future as well. Success should be more tied to happiness, contentment and fulfillment than the money, fame and status that we've tied it to for the past 50 years. Sometimes those are side effects of success, but not always."

With some of his clients inviting him back as many as 16 times a year for talks, Morris has achieved a considerable level of success.

"It's all about discovering our talents, developing them, and deploying them into the world for the good of other people and ourselves," he says. "I think of success as evolving — setting goals that are right for you and building great relationships. Aristotle believed that without friendships, life isn't worth living. Too much of the success literature in the past 60 years has been only about individual goal setting."

Morris rarely finds himself alone these days — and he couldn't be happier about it. "You grow up at least subliminally equating success with income, but I've really come to understand that what's important is your personal impact on the world," Morris says. "Will you leave the world better than it was when you got here? Stuff like income, that's just ancillary — it's almost inconsequential. It's just another tool for doing good."

### Michelle Nunn
### CEO, the Hands On Network

When Michelle Nunn, the daughter of a senator, graduated from college, she knew she wanted to do something in the public service arena.

So she thought about volunteering. She considered the Peace Corps. And then she heard about a new organization, Hands On Atlanta, a nonprofit organization that helps individuals, families, and corporate and community groups find flexible volunteer opportunities at more than 400 service organizations and schools. Nunn joined the group as intern/director — and a phenomenal career in the public service sector was begun.

"I have found real passion and love for that work," Nunn says. There are now 52 Hands On branches around the country, and although many contribute the organization's phenomenal success to Nunn's leadership, she is quick to give credit to her counterparts.

"The great thing about my work is that it is really a collective enterprise," Nunn says. "Any success I've had is directly attributable to working in a team with hundreds of extraordinary volunteers and staff."

Nunn's not just being humble; her attitude is at the very core of what she hopes to accomplish with Hands On.

"Given the work I do, for me success is being involved in something that is larger than yourself and being given an opportunity to contribute to something meaningful," she says. "Throughout my entire career I feel like I've been striving toward that goal, but it's one you are always working toward. You're on the path to achieving it. I have achieved [success] but I haven't ever reached the horizon. It's a constantly receding horizon."

A horizon, of course, that has seen its share of dawns.

"[There have been] lots of milestones," Nunn says. "We had our first Hands On Atlanta Day in 1991 — our first signature event we created for the city around service. It was all volunteer run: We created 200 different service projects coordinated by volunteers. We gathered that morning when it was still dark, and it was one of those unnerving things that as the sun came up, we weren't sure if anyone would come to the party — but we had more than 2,000 people come. It was a pivotal point for the organization's growth, for us to build something big and have it realized."

That also means taking chances, such as investing in new software, manpower or other tools to get your organization to the next level.

"The not-for-profit world entails taking leaps of faith and risks that sometimes pay off and sometimes don't," she says. "We are doing that now. We're hoping to double the number of affiliates, but there is a degree of calculated risk."

Nunn, who has two children, ages 2½ and 6 months, has also slightly redefined her views on personal success in recent years.

"My definition of success is making a meaningful contribution to the world and having that be something that's at a transformational level," Nunn says. "I'm still striving toward that. I have two children and my success is also measured by having some life balance and being able to have time to spend with them."

Within the next decade, she hopes to step down so that new leadership can take hold of Hands On. As the organization grows, Nunn plans to as well.

"I would envision being in public service but not in same position," Nunn says. "It could be in not-for-profit sector or political or public arena — somewhere I could make a meaningful contribution."

### Jim Lefebvre
### Baseball Legend

In each baseball game, there is a winner and a loser; in each World Series, the best of each league face off, and only one team can walk away with the title. That kind of competition can be fierce, but it's the lifeblood many players thrive on that helps propel



*"Life isn't built around one opportunity — it's many. You have to keep pushing and grinding."*

— Jim Lefebvre, Baseball Legend

them throughout their careers. And it is no new concept to Jim Lefebvre, whose highly successful baseball career began in his childhood backyard.

Although the stakes were higher when Lefebvre later played in the major leagues, he says his principal motivation has stayed the same.

"That competition between brothers about who gets bragging rights at the table meant a lot to us," he says. "The bottom line is bragging rights were just as valuable as the prize for the world championship — the prize just got bigger. The point is the game never changed; the stage did. That competing was special. As a kid, you start to develop

that sense of competition, and all those things were fundamentals to get to different levels in life."

"The one thing that I learned at a very early age was competition," he says. "That's what the big leagues are all about. That's one thing that's so great about baseball — we play every day, and it becomes part of your life, your fiber, what drives you and pushes you."

"We're competing against the best in the biggest stage in the major leagues," he says. "The thing you learn over the years is that it's not all about one game, it's about the season. Some days, you walk on to the field and you'll be successful. Some days, things won't go your way. It's the persistence of going out there every single day

and competing that puts you in a unique situation. Life isn't built around one opportunity — it's many. You have to keep pushing and grinding."

Lefebvre's career is a stellar example of that intense work ethic. The former Seattle Mariners and Chicago Cubs manager played in two World Series and was named 1965 Rookie of the Year while with the Los Angeles Dodgers

"There is a big difference between achievements and achieving," he says. "When you're achieving things, you're successful. When I got into managing, it was about setting goals for the team and working toward those goals. The endless pursuit



*"… for me success is being involved in something that is larger than yourself and being given an opportunity to contribute to something meaningful."*

— Michelle Nunn, CEO, the Hands On Network



*"My success in business allows me to support philanthropic causes and vacation much more. Success now is more related to happiness to me."*
— Gail Ludewig, CEO and president, TotalWorks

of that, day in and day out, that to me is being successful in my life."

Now serving as the director of player development for MLB International, Lefebvre is working to develop baseball in China, Southeast Asia and Europe. "It's been really challenging, but a lot of fun," he says. "We go to these countries and focus in on athleticism and learning to play the game right — it's a very complex program and they're responding dramatically."

As his career has moved forward and changed, Lefebvre says his perception of success has changed.

"When you're player, it's all about batting averages and getting numbers up and doing your job," he says. "Now, in management, it's based on winning. If the team wins, you're successful. When you're a manager, the big picture perspective is more what it's about. As a kid I never thought I'd be a coach or dreamed I'd be a manager. But the most significant factor you can say about teamwork is that we all need it. Being the manager of a Major League Baseball team is no different than being a CEO. The manager has to make every person on the team feel like they're part of the dream. That's when you've really reached success — when the team feels like they're part of it."

### Gail Ludewig
### CEO and president, TotalWorks

For the past 20 years, Gail Ludewig has been happily running her family business, TotalWorks, a Chicago-based publishing production company that has provided services for clients looking to outsource their internal publishing operations since 1927.

Ludewig had spent years carving out a successful career in finance when, in the mid-1980s, she suddenly received a new job offer: Come home and run the family business.

"My father had some plans to change what he was doing," Ludewig says. "He sold the company to two employees and at the last minute, the transaction for the sale of the business fell through." Despite having no experience with the family business outside of a summer job, she took the reigns at TotalWorks.

"I was separated from my first husband so my ability to take a career and business risk and change on one hand was easy — and on one hand, hard — but I decided to do it," Ludewig says.

The change proved both challenging — immediately pitting Ludewig's company against a new competitor and facing a technological overhaul — and rewarding. Not only has the company seen significant financial success in Ludewig's era, employee satisfaction has also soared, with an average employee tenure today of 15 years.

As time passes, Ludewig's focus is shifting to also increasingly include her personal goals. Although she doesn't have a specific date in mind, Ludewig is working to prepare the company for her exit, transferring responsibility and authority whenever she can, constantly aware that her life's work and the work in her life need to be equally weighted.

"I don't think I ever didn't feel successful, since I've always supported myself," she

But at the age most people would be starting to daydream about upcoming retirement leisure activities, Ludewig is using her current career success to gear up for her second career change — which she hopes will begin when she retires in the next 10 years.

"I am attuned to the importance of balance," she says. "My second career will be to work for societal changes. My retirement age is not 80."

Ludewig hopes to dedicate her post-retirement time to working on solutions for issues facing women and girls today; it's a subject matter that she holds as dear as she does the family business she will be retiring from. "The idea of balance [in life is important to me] partly because women are not as closely identified with their work life [as men]," Ludewig says. "Most women don't get asked, 'What do you do?' Happiness and success [are] really more gender-based [in that way]."

"My success in business allows me to support philanthropic causes and vacation much more," she says. "I have high expectations for myself. I always want to improve and do better, but not because of [business] competition."

Although she has, over time, guided TotalWorks through a competitive crisis and seen it through a technological overhaul, Ludewig's perception of her success has less to do with work goals and more to do with personal contentment.

"I don't think I ever didn't feel successful, since I've always supported myself," she says. "I've never wanted for anything. Your financial point is [reaching a] comfort level. It's not an amount. If you want to spend $1,000 on something, you don't have to worry. It's the little extravagances. Success now is more related to happiness to me."

### Debra Lee
### CEO, BET

There have been many days Black Entertainment Television CEO Debra Lee felt successful.

"Having my first child was an amazing experience, the fact that you're able to bring another being into the world," she says. "The day I made my first six-figure salary. The day I became president and COO, that was a huge accomplishment in my life, with the recognition that I had a true leadership role in this company, and that I was its heir-apparent. The day we went public on the New York Stock Exchange."

And now, a month into her job as the new CEO for BET, Lee is already facing the challenge of prioritizing the *next* round of challenges that will take her to a new level of success.

"Bob Johnson, the founder, is in the process of leaving the company, so my immediate challenge is taking over the absolute helm of this company and growing the company in terms of original programming and things I want to provide," she says. "And being an African-American woman, you always feel like there's added pressure, that you have to show that you can do it."

And there's more. "Then I have a son, who's about to graduate from high school in two years, so getting him into a great college is a big challenge," she says. "Looking at my desk right now, it's a challenge to prioritize and to figure out what's important to me."

Lee's responsibilities may all be clamoring to be on the top of her to-do list, but the truth is, the former corporate lawyer, who began working for BET 20 years ago, figured out what was important to her years ago: succeeding. And she accepts nothing less.

"I was raised by parents who really instilled in me a great work ethic and that your goal in life is to be successful, however you define it," she says. "I grew up in the segregated South, but I was able to apply to and get into Brown University because my father pushed me. Then you go to Harvard Law School, and the feeling among the students there is, 'We're the best and the brightest and whatever we do should be something that changes the world.' [The drive to succeed] just sort of snowballed as I progressed in my educational career, and that transferred over into my business career."

Her passion — and a little healthy competition from other stations — has helped BET, the first African-American company to be publicly traded, prosper.

"Overall, [with] any company — especially if you're the CEO — you want it to do well, and to earn its revenue goals, so there is a lot of pressure to succeed all around," Lee says. "Personally, it's helped me. It's nice to have a goal every day and to care about the company that I run and to really want it to succeed. [Doing what I love and care about] really motivates me every day and keeps me working hard."

For Lee, success has come to mean meeting both individual and societal goals. "[Success] for me personally is being able to provide a service, whether it's entertainment or not-for-profit, to have the ability to change other people's lives — not just your own and your family's," Lee says. "When my days are done, I hope I look back on my life and have really had an impact. I'm very fortunate that I can do it through my career, with the cause-related things we do on air and with our charitable causes."

With a demanding job, a 12- and a 16-year-old, and positions on the Eastman Kodak, Marriott International and Washington Gas Company boards, Lee's days are busy. However, in typical fashion, she's already looking ahead and moving full-throttle toward the future — whatever that holds.

"Ten years from now I'll be 60 years old, which I'm very sensitive to," Lee says. "At that point I assume I'll be wrapping my career up, at BET at least, and figuring out what I want to dedicate the rest of my life to. I can't imagine, but I know there will be a new definition of success." ∎



*"[Success] for me personally is being able to provide a service, to have the ability to change other people's lives — not just your own and your family's."*
— Debra Lee, CEO, BET

# When More Is **Not** Better

**Investors today have access to more knowledge and data than at any other time in history.** But when it comes to your investments, sometimes knowledge can be a dangerous thing. To be successful in the long run, you need the wisdom experience brings.

**America is a nation of do-it-yourselfers.** You can find information on how to do everything from home improvement to estate planning to book publishing yourself. We pride ourselves on our independence and our ability to tackle whatever comes our way, and the Internet makes it easy to find information to help us along the way.

The do-it-yourself approach may work fine for some projects — such as changing the washer on your bathroom faucet or helping your daughter buy a bond with her graduation money. But when it comes to developing an investment strategy for achieving your long-term goals, you're better off working with a professional. While the internet has given investors access to instant stock quotes and millions of web sites providing investment advice, this is a situation where access to more information does not necessarily bring you financial success.

"It becomes even more important to have an objective set of eyes today, because now we all have access to stock quotes and financial research instantaneously," says Rudy DePorter, CFP® a senior vice president in Northern Trust's Wealth Strategies Group. "But the important questions still remain: 'So what? What does it all really mean? And more importantly, what does it mean to me?'"

## Finding the Right Team

To answer these questions effectively, you need to work with an experienced team of advisors — including your accountant, attorney, investment advisor, insurance agent and banker — who can help you sift through the wealth of information available and determine what makes sense in your situation. Their experience and understanding of the complex legal and financial strategies available today can help you properly navigate through the shifting financial markets and provide you with the support and direction to get you where you want to go, typically in far less time than it would take you to do it on your own.

A professional can help you make sense of the barrage of investing information and provide the discipline needed to stick with your plan. Without this discipline, you may find yourself making many unplanned trades, which can undermine your portfolio's performance. In fact, one study showed that investors who made the most trades during a year earned 36% less than the market average.*

An experienced professional can evaluate new research, tax law changes and opportunities to focus on what is relevant to



Photography by PicturePress/Getty Images

---

* "Trading Is Hazardous to Your Wealth: The Common Stock Investment Performance of Individual Investors," by Brad M. Barber and Terrance Odean, *The Journal of Finance*, Vol. LV, No. 2, April 2000. Of 66,465 households with accounts at a large discount broker during 1991 to 1996, those that traded most earned an annual return of 11.4 percent, while the market returned 17.9 percent.



Photography by Bruce Ayres/Getty Images

## Five Things You Should Discuss With Your Investment Advisor

In order to provide you with the best possible recommendations with respect to your overall financial picture, your investment advisor needs to know many things — even about areas in which he or she may not be able to provide advice or services. Often, these seemingly unrelated questions could have a bearing on your overall financial picture. With that in mind, here are five things you should be sure to discuss with your investment advisor:

**1.** **Cash flow needs.** How much do you like to keep on hand for emergencies and peace of mind? Are you planning to make a major purchase in the near future? Knowing when you would like to make the purchase and how much money you will need from your portfolio to cover it can help your investment advisor make adjustments to your investments to keep those funds in safer, more liquid investments.

**2.** **Income taxes.** What type of tax planning do you engage in? Who is your tax advisor? Coordinating any tax considerations you face with your investment strategy is a prudent move. It may be possible, for instance, to offset large gains you are facing from other investments by taking losses from your portfolio.

**3.** **Retirement goals.** Do you want to retire early? What types of accounts are your retirement assets held in? How are those accounts invested? It's very important to coordinate the investment strategies of your retirement plans with those of your overall portfolio, otherwise your investments may inadvertently be overweighted in one asset class, making it more difficult for you to achieve your goals.

**4.** **Estate plan.** Do you have an estate plan? Who is your estate planning advisor? Ideally, your investment plan will be integrated with your estate plan to ensure that all of your objectives — for both now and the future — are being coordinated. For instance, proper planning can help ensure that your estate's liquidity needs can be met without having to sell assets you planned to leave to your children or grandchildren.

**5.** **Insurance coverage.** Beyond life insurance, which can play a valuable role in your estate plan, insurance can affect your investment strategy. For instance, your health insurance situation can affect your plans for early retirement — requiring additional liquidity to cover the cost of premiums until you qualify for Medicare — and inadequate liability insurance can pose a threat to your overall wealth.

## Finding the right advisor to help you create a long-term investment strategy could be the most significant investment decision you make.

your situation. Professional advisors typically also have a better grasp of how any changes you make will affect your overall financial strategy.

This big-picture view is important because, ideally, your investment strategy should be integrated with your retirement, estate and overall financial planning strategies. And all of these should be built around your individual goals and time frames, taking into consideration your cash-flow requirements, both now and in the future. Together, these considerations will help you find the right balance between the desire to preserve existing wealth with the need to make it grow to help you achieve your goals.

Finding the right advisor to help you create a long-term investment strategy is not a simple task, but it could be the most significant investment decision you make. It's important to find someone who will take the time to get to know you, your goals and your timeframe. He or she should ask, "Where are you now?" and "Where do you want to go?" and then help you bridge the gap. In the end, the best investment strategy is one that helps you achieve your goals — whether that's to buy a second home or fund your family foundation — within the time frame you set out.

### Creating the Roadmap

To be effective, your advisor must examine your entire financial picture, not just your investment portfolio. DePorter says he views this approach as helping clients create a roadmap for their investment program. This roadmap will include not just investments, but also survivor protection and disability insurance. "You can have an investment base, but if the breadwinner dies or becomes disabled, what happens to the plan?" he says.

At the onset, you and your advisor need to discuss whether your investments are aligned with your goals. For clients who haven't defined specific goals, DePorter says he begins with a discussion of their values, such as their love for their children, and then works to translate those values into specific goals, like providing liquidity to pay for the children's education or preserving wealth to pass along to the next generation.

Mary Doucette, the head of Investment Consulting Services for Northern Trust's Wealth Management Group, tries to establish upfront several important aspects of an investment strategy:

- Do you need liquidity to make a major purchase, such as a vacation home or a business?
- Are you looking for income from your investment portfolio?
- How much can you afford to lose?
- What is your time horizon?

The answers to these questions can help determine your risk tolerance, which plays a vital role in developing an investment strategy. Those who need a steady source of income have a much lower risk tolerance than someone who is setting aside money for a foundation or endowment and has many years for the funds to grow.

The basis for your roadmap will be an overall diversified portfolio with a strategic asset allocation based on your objectives, timeframe and risk tolerance. And while you might be able to develop an investment roadmap yourself, you may not have the time or resources to make tactical adjustments to take advantage of exceptional opportunities that may arise due to changes in the market or general economic conditions. This is where an advisor's experience and wisdom can really pay off. An advisor likely will also have more time to monitor your investment portfolio over time and the expertise to make the adjustments necessary to keep your allocations appropriately balanced.

### Hallmarks of a Successful Plan

No matter where you want to end up, working with an advisor to develop a plan that is focused on helping achieve your goals will increase your chances for success. A successful investment strategy should include an integrated plan that remains focused on your long-term goals and comfort with risk.

Constructing a plan that takes into account all of your needs and circumstances takes time and effort, but an advisor's objective set of eyes can help you transform the wealth of information available today into a comprehensive financial solution. ■

{ You've achieved success. Now you want to give something back. You've been thinking about creating a private foundation. But is that really the best choice for you? }

# A Foundation for
# Your Giving?



A family foundation will allow Anita to leave a charitable legacy for herself and her family and to involve her children in the family's charitable giving.

Private or family foundations have found increased popularity in recent years as an estate planning tool for community support, wealth distribution and tax planning. According to The Foundation Center, the New York-based organization that tracks foundation philanthropy in the United States, there were more than 30,000 family foundations throughout the U.S. in 2003, the most recent year for which figures are available. This is an almost 50% increase from only four years prior. Together, family foundations gave more than $12 billion, more than half of all giving identified by independent foundations.

**Foundations Offer Benefits and Drawbacks**

Establishing a foundation offers many benefits over making direct contributions to charity. For instance, you can establish and fund a private foundation when you experience unusually high income that you want to shelter with money you will eventually give to charity. This allows you to accelerate charitable income tax deductions to a high tax bracket year while controlling the timing of the donated funds. Any value of the contribution over the amount deductible in the current year can

be carried forward and deducted over the following five years. Or, you can fund your foundation using low cost-basis, highly appreciated assets such as publicly traded stocks. And property you transfer to a private foundation during your lifetime eliminates the property and its income from your gift and estate tax base.

A private foundation also gives you control and flexibility over your charitable giving. For example, a private foundation, whether structured as a not-for-profit corporation or a wholly charitable trust, can establish programs within the community for education, scholarships, the arts and more, or it can support existing charitable organizations through grant giving. Distributions to be made after your disability or death will be governed by the terms of the document creating your foundation.

On the other hand, foundations require a substantial commitment of time and money, which means they aren't the best answer for everyone. For some, a donor advised fund or a different type of charitable trust may be more appropriate for achieving their philanthropic and estate planning goals (see page 20 for more on other options).

### Is a Foundation Right for You?

Before deciding which charitable vehicle is right for you, you need to clearly define your goals for giving and the amount of time and energy you want to devote to your philanthropic interests.

A private foundation must annually distribute at least 5% of its net investment assets, whether or not the amount is actually earned. Therefore, private foundations generally involve a substantial commitment of funds, typically $1 million or more. They also require a substantial time commitment by the donor to review grant applications, do site visits to potential recipients and administer the foundation's activities. For this reason, they are best suited for people who intend to give away sizeable sums and want to take a relatively active role in their charitable activities. A private foundation may also be a good option for donors who want future generations to also be active in philanthropic endeavors.

You want to be sure you clearly understand the features and the commitment, both now and in the future, before establishing a foundation. If a private foundation needs to be terminated, the rules are complex and fraught with potential consequences, including a private foundation termination tax.

The best way to determine whether a foundation is the best vehicle for achieving your philanthropic goals is to clearly define those goals and then discuss them with your advisors. Here are some possible situations people have faced in transforming their giving into strategic philanthropy, and the vehicles they discovered that worked best for them.

### Improve Education

Kendra and Danny had always felt strongly about the importance of education. With their children in college and starting their own careers, they felt they could shift their focus to helping other children. Kendra and Danny wanted to become more involved in their giving, and to seek out and support organizations in their community that were already making a difference in children's lives. Kendra and Danny also had a sizeable holding of highly appreciated publicly traded stock, and their investment advisor felt they should consider selling it to diversify their portfolio.

After discussing their plans with their advisors, Kendra and Danny decided to create a private foundation and fund it with the stock, valued at $5 million, in a series of gifts over the next five years. Using the highly appreciated stock allowed Kendra and Danny to take a current income tax deduction and to avoid more than $70,000 of capital gains tax. The corporate trustee Kendra and Danny hired to administer the foundation was able to sell the stock and invest the proceeds in a more diversified portfolio, from which the foundation's grants will be made.

Kendra and Danny wrote a mission statement for their foundation, clearly spelling out their philanthropic goals. They named themselves as co-trustees with full grant-making authority. During the first several years, while they were both still working, they chose to make grants only for the 5% of the foundation's value they were required to distribute each year. After they retired and had more time to devote to reviewing grant applications, they increased the foundation's programs significantly. The foundation's trustee handled all of the tax reporting requirements, managed the investment portfolio and sent out grant checks as directed by Kendra and Danny.

They also specified in their foundation documents that upon their deaths, the foundation will distribute its remaining funds to their alma mater to create an endowed education chair and then terminate.

### Fund a Wing for the Museum

Saul has been an avid photography collector since his youth. Over the years, he amassed a substantial collection of rare photographs. The local art museum had a small photography department and Saul wanted to help it do more. He decided to donate his photography collection to the museum and help the museum build a new wing to house it.

Saul wanted more control over his gift than he felt an outright donation would give him, so he went to his advisors to create a private foundation. However, after talking to Saul about his goals for giving, Saul's advisors recommended against the foundation. Because Saul's philanthropic goals were specific to one organization — his local art museum — creating a supporting organization was a better route to help him achieve his philanthropic goals.

In light of the tax rules governing gifts of art work, Saul's advisors recommended he give the photography collection directly to the museum. This will allow him to take a tax deduction for the full market value, based on a new appraisal. Then Saul and his advisors established a trust to finance a new wing at the art museum to house the photography collection. The trust is overseen by a professional trustee, and the agreement names Saul, the museum's director and the photography curator as co-trustees and members of the advisory board. A portion of the trust will fund construction of the new wing, and the remainder will serve as a permanent endowment to fund future photography acquisitions.

### Get the Children Involved

Anita was an executive in a large publicly traded company. When she left the company, she decided to use some of her company stock to create a charitable legacy for herself and her family. She was also concerned that her children, ages 10 and 15, had a sense of entitlement and lacked fiscal and social responsibility.

Anita met with her advisors, who determined that a family foundation — a private foundation in which the founder or the founder's family plays a significant governing role — would be the best way to help Anita achieve her goals. A family foundation would

---



*Photography by Peter Dazeley/Getty Images*

## Director/Trustee Compensation Under IRS Scrutiny

A private foundation can be set up as either a not-for-profit corporation, managed by a board of directors, or as a wholly charitable trust, managed by trustees. The directors or trustees you name can be paid reasonable compensation for their services but otherwise generally cannot receive benefits from the foundation. This holds true for you and any members of your family who serve as directors or trustees. In the past, donors often compensated younger family members while they "learned the ropes." However, this may not be the best practice today.

Both the IRS and Congress have been focusing attention on excessive compensation. In fact, the Senate Finance Committee has been holding hearings on charitable abuses as it prepares for the first overhaul of tax laws governing charity since 1969. To avoid running afoul of regulators, be certain to err on the conservative side when determining compensation for family member directors or trustees. A good practice would be to compensate family members for actual hours worked, based on a benchmark rate paid by other foundations of similar size (for example, based on the compensation rates published in the Council on Foundations' annual Grantmakers Salary and Benefits Report).

---

## To determine if a foundation is the best vehicle for achieving your philanthropic goals, clearly define those goals and discuss them with your advisors.

allow Anita to create a lasting charitable legacy for her family. At the same time, by getting her children involved in the foundation, she would help them become more fiscally competent and create a sense of social responsibility.

Anita funded the foundation with some of her company stock, receiving a tax-deduction and reducing her concentrated holding. She also received a charitable contribution carryforward for the next five years for the amount of the donation that exceeded 20% of her adjusted gross income, the annual deduction limit for stock donated to a private foundation.

In her foundation documents, Anita named her two children to a junior board, and made each of them responsible for researching and awarding a small grant each year. She also involved the children in creating a mission statement for the family's philanthropic activities. Upon her death, two new foundations will be created from the remaining family foundation assets, with each of her children acting as trustee of their own foundation. This will allow the family's philanthropic activities to continue, even if the children have different philanthropic visions.

### Making the Right Choice

To ascertain if the private foundation is the right solution, first determine what you are trying to accomplish with your philanthropy and why. Are you trying to set up an entity that will continue in perpetuity? Do you want to establish a philanthropic effort that will involve your family, children and grandchildren? Do you want to take ownership of your giving in a way that is much more hands-on than just writing a check? ∎

## Beyond Foundations: Other Options for Giving

Even if a private foundation isn't right for you, there are a number of vehicles for charitable giving that can increase control over your giving and help maximize the effect of every dollar.

In a **donor advised fund**, a sponsoring public charity holds a fund through which you make irrevocable contributions. You as the donor, or a committee you establish, can then recommend to the charity where to direct grants from the fund, although the sponsoring charity retains the right to make the ultimate decision on distributions. These funds generally provide a current income tax deduction for a lifetime contribution, and can be established in less time and with a smaller initial outlay than a foundation typically requires.

A **charitable remainder trust** (CRT) helps you benefit a charity, provide an income stream for yourself, a family member, or another individual, while potentially giving you substantial tax savings. When you establish a CRT, you or your beneficiaries can receive payments from the trust for life, or for a specific term such as 20 years. After a beneficiary's death, the remaining assets are distributed to a chosen charity or charities.

A **charitable lead trust** (CLT) is the reverse of a CRT. With this trust, a charity receives regular payments over a certain number of years. Once the charitable term expires, the remaining assets are distributed directly or in trust to your named beneficiaries. Generally, a CLT is best used as a tool for reducing gift, generation-skipping and estate taxes.

**Endowments** can be set up to carry additional guidelines in their use that go beyond simply signing the check. In some cases, you can retain a stake in how the funds are invested or distributed, and may lend professional or personal expertise to their management.

Whatever your choice, becoming wise in your charitable giving enables you to make a lasting contribution while also obtaining potential tax benefits for you and your heirs.



Photography by Andrew Olney/Masterfile




# Unraveling the Mysteries of King Tut

Since the discovery of his tomb in 1922, Tutankhamun has fascinated the world. Northern Trust is proud to be a National Sponsor of the "Tutankhamun and the Golden Age of the Pharaohs" tour, scheduled to run through 2007. Here, in an excerpt from his book *Tutankhamun and the Golden Age of the Pharaohs*, **Zahi Hawass** details some of the history of the tomb's discovery and examines a few of the controversies surrounding the world's best-known "Boy King."

The first tantalizing traces of Tutankhamun emerged in the winter of 1906, with the discovery of a faience cup inscribed with the king's name. But despite the many fabulous finds made in the Valley of the Kings, both the tomb and the mummy of King Tut remained missing until 1922. That fall, George Edward Stanhope Molyneux Herbert, fifth earl of Carnarvon, agreed to finance archaeologist Howard Carter for one last season. Carter returned with a small team to the Valley of the Kings and began work in only place still unexplored, a triangular area below the tomb of Ramses VI.

### Finding Tutankhamun

On the morning of November 4, 1922, a young boy arrived at the site with jars of water loaded on the back of his donkey. These jars had rounded bases, and had to be set into the sand to stay upright. The boy was making a hole for the first jar when his hand brushed against stone. Investigating further, he found the top of a step cut into the bedrock.

Carter directed his workmen to clear away the sand. Working feverishly, the workmen had uncovered a flight of steps leading to a doorway blocked with stones and plaster. To the excavators' great delight, the name of Tutankhamun appeared, stamped on the lower part of the doorway.

The gilded shrines that surrounded Tutankhamun's mummy were opened and the lid taken off his huge sarcophagus of quartzite in the early months of 1924, then the tomb was shut for almost a year while Carter and the Egyptian government worked out differences

*Reprinted with permission from the book Tutankhamun and the Golden Age of the Pharaohs by Zahi Hawass.*

# Lifestyle





*Tutankhamun and the Golden Age of the Pharaohs* explores the history of the "Boy King" from his life in ancient Egypt to the dramatic 1922 discovery of his tomb and beyond. The exhibit examines new secrets through innovative technology, and a film by National Geographic reveals fresh images of Tutankhamun's body made in search of answers to the actual cause of his death.

over who controlled access to the tombs and ownership of the artifacts.

In 1925, Carter returned to the Valley. The lid of the outermost coffin was lifted and a second coffin was revealed. When the lid of this was removed, a reddish linen drape and floral garlands covering yet another anthropoid container were revealed. After the shroud was stripped away, the astonished team realized that the third and final coffin was of solid gold.

In November 1925, the lid of the inner coffin was raised with great difficulty, and the mummy of Tutankhamun saw the light of day again, more than three thousand years after loving hands had anointed him and said the prayers for the dead. The young king's head was hidden by a magnificent golden mask, the single most famous artifact to emerge from ancient Egypt.

### Examining the Mummy

Unveiling the king was an elaborate process, more difficult than anyone had imagined. A black resin or unguent had been poured liberally over the royal body, and the mummy was stuck to the inside of the coffin, the head of the king held fast inside its golden helmet.

Carter and his staff, accompanied by officials of the Antiquities Service, began to carry out the first examination of the mummy.

Paraffin wax was poured over the linen shroud that was stuck fast to the mummy. After it hardened, Douglas Derry, an anthropologist and a forensic specialist on the team, took a knife and cut through the delicate material. The decayed outer wrappings came away in large pieces; the inner wrappings had been reduced to the consistency of soot.

Unraveling the delicate bandages took four days, as each of the objects wrapped inside was recorded. Finally, Carter and his team removed the mummy in pieces from the coffin: They cut the head off at the neck, used hot knives to extract the skull from the mask, separated the pelvis from the trunk, and detached the arms and legs. They reconstructed the dismembered body in a sand tray, arranging it carefully so that it looked intact.

Derry and Saleh Bey Hamdi, a professor on the Faculty of Medicine in Alexandria, examined the mummy, which was of a young man about 5′6″. Their report concluded, based on the degree of fusion of the epiphyses (the softer parts of the bone from which new bone grows during childhood and adolescence) and the partial eruption of the wisdom teeth, that he had died between the ages of 18 and 22. Carter rewrapped the body and laid it, in its tray of sand, back within the outermost coffin, which

was still inside the sarcophagus. A plate glass lid was laid on top to protect the coffin.

The mummy of Tutankhamun was examined for the second time in 1968 by a team from the University of Liverpool, led by professor of anatomy R.G. Harrison. The body was quite fragile, but Harrison's team managed, with some difficulty, to X-ray the skull. They found that it was empty except for two thick deposits of opaque material, evidently solidified material that had collected during the mummification process, and a fragment of bone. Their X-rays also seem to show a thickened or fuzzy area on the back of the skull. Several theories have been put forth suggesting that one or the other of these skull anomalies constitute evidence that Tutankhamun was murdered by a blow to the head.

However, the X-rays are not very clear, and the bone fragment may well be postmortem — if it were antemortem, it would most likely have gotten stuck in the embalming material and would not be floating around loose. Based on their examination of the bones and teeth, Harrison's team agreed with an age range of 18-22, more likely earlier than later.

The 1968 X-rays also revealed that the sternum and some of the king's frontal ribs are missing. One scholar has suggested that the king was injured in a chariot accident that crushed the front of his rib cage. Another theory holds that Tutankhamun was "pigeon-chested," and that this represents a birth defect.

### Scanning Tutankhamun

I am the head of the Egyptian Mummy Project, designed to inventory and analyze all of the known mummies in Egypt. For this project, National Geographic Society and Siemens, Ltd., have donated to the Supreme Council of Antiquities (SCA) a state-of-the-art CT scanning machine. As part of this project, the SCA approved the scanning of Tutankhamun. The mummy is in such delicate condition that it was decided not to move it, but to do the examination in the Valley of the Kings.

We chose January 5, 2005, as the day to do the scan. We arrived at the Valley of the Kings as

the tourists were leaving for the day. At 5:30 PM we entered the tomb of Tutankhamun and began to prepare to move the mummy out of the tomb. This was to be the first investigation carried out solely by Egyptians.

The team moved the mummy, still in its tray of sand, slowly out of the coffin and sarcophagus. I could see clearly that it was in pieces, some of which lay in the sand like isolated stones. The only well-preserved parts of the mummy were the face, the feet, the legs and the hands. We continued out of the tomb, to the trailer containing the CT machine, and put it inside. When we left the Valley of the Kings, we took with us 1,700 images, stored on the scanner's computer.

### The Results

An Egyptian team spent January and February analyzing the images. On almost every point, the scientists were unanimous.

The team has fixed the king's age at death at about 19. The overall health of the king was good, at least to judge from his bones. He was moderately tall, perhaps about five feet and a half, and slightly built.

The young king does have an extremely elongated skull, something that is particularly evident in the CT scan. His cranial sutures have not prematurely fused, however, allowing the team to rule out a pathological cause for this feature. Instead, they categorize this as a normal anthropological variation, one clearly depicted in Amarna art.

Tutankhamun was not murdered by a blow to the skull. There is no evidence for a partially healed injury to the back of the head. In fact, the team was able to match the bone fragments to their original sources: One is part of the topmost vertebra, and the other comes from the foramen magnum (the large opening at the base of the skull).

The sternum and much of the front rib cage is certainly missing. The CT scan reveals that the ends of the ribs were cut with a sharp instrument. Much of the chest wall is also gone. The scientific team thinks it possible that this area was removed by the ancient embalmers, but insists it cannot be evidence for a massive chest injury, as there is no associated trauma visible.

> The team moved the mummy, still in its tray of sand, slowly out of the coffin and sarcophagus. I could see clearly that it was in pieces, some of which lay in the sand like isolated stones.

— Zahi Hawass, Secretary General of the Supreme Council of Antiquities.

## Lifestyle





The *Tutankhamun and the Golden Age of the Pharaohs* tour collection features more than 130 treasures from King Tut's and other Valley of the Kings tombs and ancient Egyptian sites, some of which have never been viewed before. Museum visitors will be able to explore and experience the world of King Tut and the fascinating times in which he lived.

One of the most interesting theories to emerge from the analysis is that the king might have suffered an accident in which he broke his leg shortly before he died. He has a fracture of the lower left femur, at the level of the epiphyseal plate. There are many other fractures of the limbs, but most were probably caused by Carter's team. This fracture is different because it has ragged rather than sharp edges, and because two thin layers of embalming fluid have entered the fracture. The majority of the team believes that this fracture must have occurred either during the embalming or during the king's life, and more likely the latter.

The scientists note that this type of fracture is seen in young men in their late teens. If the leg was broken during life, it would have occurred a few days at the most before the king's death, as there is no evidence of extensive healing, and the associate skin wound cannot have had time to mend. Derry had noted that the left kneecap was loose, which the current team sees as possible evidence for fur-

ther damage to this area of the body. Although the theorized break would not itself have been life-threatening, infection might have set in.

The body of the king was not prepared hurriedly or sloppily, as has sometimes been suggested. There were several different types of embalming fluid used, and efforts were clearly made to give the young king the best possible care. This is in accordance with the wealth of treasure with which he was surrounded and laid to rest. ■

**About the author:** Zahi Hawass is Secretary General of the Supreme Council of Antiquities and a National Geographic Explorer-in-Residence. He is credited with such major discoveries as the tombs of the Giza pyramid builders and the Valley of the Golden Mummies. In 2000, Hawass received the Distinguished Scholar award from the Association of Egyptian-American Scholars.

Reprinted with permission from the book *Tutankhamun and the Golden Age of the Pharaohs* by Zahi Hawass. Copyright ©2005 National Geographic Society. This official companion book to the exhibition is available where all books are sold.

Northern Trust is proud to be National Sponsor of the "Tutankhamun and the Golden Age of the Pharaohs" tour. The treasures of King Tut can be seen at the following museums:
• Los Angeles County Museum of Art, Los Angeles, California — June 15, 2005 – November 15, 2005
• Museum of Art, Fort Lauderdale, Florida — December 15, 2005 – April 23, 2006
• Field Museum, Chicago, Illinois — May 19, 2006 – January 1, 2007
Tickets for *Tutankhamun and the Golden Age of the Pharaohs* can be ordered on-line at www.kingtut.org.

## News and Notes



**American Red Cross**

# Helping in Katrina's Aftermath

The devastation caused by Hurricane Katrina has deeply affected our entire nation. To support disaster relief efforts, Northern Trust has made a direct corporate contribution to the American Red Cross and other local relief organizations in areas sheltering those displaced. Additionally, we have been matching dollar-for-dollar every gift our employees make to the American Red Cross in the wake of this tragedy.

We continue to reach out to our affected clients, lending whatever support we can give. And we are conducting employee donation drives based on the supply needs expressed by the American Red Cross.

We understand many of our clients and friends would like to contribute to Hurricane Katrina relief efforts as well. To donate directly to the American Red Cross, please visit www.redcross.org or call 1-800-HELP-NOW. To donate to other organizations, please visit www.give.org or call the BBB Wise Giving Alliance at 703-276-0100 to check out the charity you are considering.

## Northern Expands in Atlanta, Moves to New Location

This spring, Northern Trust began providing private banking, cash management and lending services in Atlanta. The new private banking services will be headed up by Shellee B. Spagnoletto. In conjunction with the addition of private banking, the Atlanta bank also moved to a new location at 3282 Northside Parkway.

## Northern Trust to Sponsor *Andy Warhol/Supernova* Exhibition



© Andy Warhol Foundation/CORBIS

Northern Trust has become the National Sponsor of the upcoming exhibition, *Andy Warhol/Supernova,* premiering November 13, 2005, at the Walker Art Center in Minneapolis.

*Andy Warhol/Supernova* will bring together more than 20 examples of the artist's early silkscreen paintings juxtaposing his iconic serial images of Marilyn Monroe, Elizabeth Taylor and Elvis Presley with the artist's evocative and at times disturbing appropriations of car crashes, electric chairs and other disasters. Focusing exclusively on the period between 1962 and 1964, the exhibition takes as its starting point the moment in Warhol's career when he shifted his practice from handpainting to mechanical reproductions of silkscreens.

After its debut in Minneapolis, where it runs until February 26, 2006, the exhibition travels to the Museum of Contemporary Art in Chicago (March 18–June 18, 2006) and the Art Gallery of Ontario in Toronto (July 8–October 1, 2006).

# Northern Trust Opens Private Bank in Boston

Northern Trust Personal Financial Services has expanded its private client services in the Northeast with the opening of a new private bank in Boston, located at One International Place, Suite 1600. The new location will serve affluent individuals, families and family offices in Boston and Massachusetts with a full spectrum of services, including financial consulting, private banking, trust and estate planning and investment management services.

Lee J. Woolley, formerly senior vice president and director of the Midwest Wealth Strategies Group, has been named president of Northern Trust Bank of Massachusetts.

The Grand Opening celebration for the new Boston location will be held October 24. For more information, call 617-235-1800.

