# EXHIBIT 9

Home | Locations | Knowledge Center | Contact Us

PLEASE READ THESE LEGAL TERMS AND CONDITIONS CAREFULLY. BY ACCESSING THIS SITE AND ANY PAGES HEREOF, YOU AGREE TO BE BOUND BY THE LEGAL TERMS AND CONDITIONS SET FORTH BELOW. IF YOU DO NOT AGREE TO THESE LEGAL TERMS AND CONDITIONS, DO NOT ACCESS THIS SITE, OR ANY PAGES HEREOF. These Legal Terms and Conditions set forth the entire agreement between the parties relating to the use of this site. Northern Trust Corporation ("Northern Trust," "we," "us," or "our") can revise these Legal Terms and Conditions at any time by updating this posting.

### Copyright and Service Mark/Trademark
The content of this site, including but not limiteFd to the text and images and their arrangement, are copyright ©1998, 1999, 2000, 2001, 2002, 2003, 2004 by Northern Trust Corporation. All rights reserved.

You may not copy the material on this site, upload, post, publish, transmit or distribute it in any way (whether electronically or otherwise) or create other works based on it, without our prior written consent. Copies made incidentally in the ordinary course of your use of this site (such as in cache memory) and a reasonable number of printed copies for your own internal use are permitted, provided you do not delete or change any copyright, trademark or other notices. Title to and all intellectual property rights in the material on this site remain in Northern Trust Corporation and its affiliates or licensors. Northern Trust, Northern Trust Bank, Market Signals, Northern Trust Master Source, Northern Trust Passport, Northern Trust Principles that Endure and the Anchor Design, Smart Box, The Wealth Management Group and Treasury Times are registered service marks or trademarks of Northern Trust. Northern Trust may also claim service mark or trademark rights in other marks contained in these pages.

### Disclaimers
NEITHER NORTHERN TRUST CORPORATION NOR ANY OF ITS SUBSIDIARIES MAKES ANY REPRESENTATION ABOUT THE SUITABILITY OF THE CONTENT OF THIS SITE FOR ANY PURPOSE. ALL CONTENT IS PROVIDED "AS IS" WITHOUT ANY WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED. WE DISCLAIM ANY WARRANTIES AND REPRESENTATIONS WITH REGARD TO THE CONTENT, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE, AND NON-INFRINGEMENT.

We shall not be subject to any obligations of confidentiality regarding information submitted through this site or any page hereof except as otherwise agreed to by us in writing with the person(s) or entity(ies) having a direct relationship with us or as otherwise required by law.

Although we attempt to keep the information on this site accurate, complete, and current, we do not warrant that the content herein is accurate, complete, or current. We make no commitment to update the content herein. It is your responsibility to verify any information before relying on it. The content of this site may include technical inaccuracies or typographical errors. From time to time changes are made to the content herein. We may make changes in the products and/or the services described herein at any time. We provide you this information with the understanding that we are not rendering accounting, legal or tax advice. Please consult your legal or tax advisor concerning such matters.

page for terms and conditions - Northern Trust

Case 1:08-cv-00297     Document 23-10     Filed 01/23/2008     Page 3 of 5

We provide you this information with the understanding that we are not rendering accounting, legal or tax advice. Please consult your legal or tax advisor concerning such matters.

## Limitation of Liability

NORTHERN TRUST CORPORATION AND ITS SUBSIDIARIES WILL NOT BE LIABLE UNDER ANY CIRCUMSTANCES FOR ANY DAMAGES OR INJURY, INCLUDING BUT NOT LIMITED TO THOSE CAUSED BY ANY FAILURE OF PERFORMANCE, ERROR, OMISSION, INTERRUPTION, DEFECT, DELAY IN OPERATION OF TRANSMISSION, COMPUTER VIRUS, OR SYSTEM FAILURE. IN NO EVENT SHALL NORTHERN TRUST CORPORATION OR ANY OF ITS SUBSIDIARIES BE LIABLE FOR ANY SPECIAL, INDIRECT, INCIDENTAL, OR CONSEQUENTIAL DAMAGES OR ANY DAMAGES WHATSOEVER, INCLUDING BUT NOT LIMITED TO LOSS OF USE, DATA, OR PROFITS, ARISING OUT OF OR RELATING TO THE USE OF THIS SITE OR THE COPYING OR DISPLAY OF INFORMATION ACCESSED THROUGH THIS SITE, WHETHER OR NOT NORTHERN TRUST CORPORATION OR ANY SUBSIDIARY WAS ADVISED OF OR AWARE OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING DISCLAIMER OF LIABILITY IS EFFECTIVE WITHOUT REGARD TO THE FORM OF ANY ACTON, INCLUDING BUT NOT LIMITED TO CONTRACT, NEGLIGENCE, TORT, STRICT LIABILITY OR ANY OTHER THEORY. WITHOUT LIMITING THE FOREGOING, NORTHERN TRUST CORPORATION AND ITS SUBSIDIARIES SHALL NOT BE LIABLE FOR ANY LOSSES OR DAMAGES INCURRED AS A RESULT OF ANY INFORMATION OR CONFIDENTIAL INFORMATION SUBMITTED TO IT THROUGH THIS SITE OR ANY PAGE HEREOF OR FOR ITS TRANSMISSION OF INFORMATION OR CONFIDENTIAL INFORMATION TO ANY PERSON(S) OR ENTITY(IES) AS A RESULT OF A REQUEST FOR SUCH TRANSMISSION REASONABLY BELIEVED BY NORTHERN TRUST CORPORATION OR A SUBSIDIARY TO HAVE BEEN MADE BY SUCH PERSON OR ENTITY. THE ABOVE LIMITATIONS OR EXCLUSIONS MAY NOT APPLY TO YOU TO THE EXTENT THAT APPLICABLE LAW DOES NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES.

## Links To Third Party Sites

Some of the sites listed as links herein will let you leave our server and are not under our control. Access to any other Internet site linked to Northern's web sites is at the user's own risk and Northern is not responsible for the accuracy or reliability of any information, data, opinions, advice or statements made on these linked sites. We do not make any representations whatsoever concerning the content of those sites. The fact that we have provided a link to a site is NOT an endorsement, authorization, sponsorship, or affiliation by us with respect to such site, its owners, or its providers; we are providing these links only as a convenience to you. We have not tested any information, software, products or services found on these sites and therefore cannot make any representations whatsoever with respect thereto. There are risks in using any information, software, products or services found on the Internet; and we caution you to make sure that you completely understand these risks before retrieving, using, relying upon, or purchasing anything via the Internet.

## Jurisdiction

These Terms and Conditions will be governed by and be interpreted pursuant to the laws of the State of Illinois, United States of America, notwithstanding any principles of conflicts of law. The state or federal courts located in Cook County, Illinois, shall have exclusive jurisdiction over any cause of action arising out of or related to the content or use of this site.

## Entire Agreement

If any part of these Terms and Conditions is unlawful, void, or unenforceable, that part will be deemed severable and will not affect the validity and enforceability of any remaining provisions.

## Privacy Principles

We recognize and respect the privacy expectations of our consumer customers and provide an explanation of these principles at http://www.northerntrust.com/privacy.html. Please read our Consumer Privacy Principles. Please also be aware that the Consumer Privacy Principles do not limit or modify and are governed by these Terms and Conditions.

http://www.northerntrust.com/pws/jsp/display2.jsp?XML=pages/nt/0603/1142615779970_33.xml&pageTimeout=864 (2 of 4) [1/22/2008 11:58:21 PM]

This site also contains certain information Northern Trust has filed or incorporated by reference in its 1934 Act reports with the Securities and Exchange Commission ("SEC") (such information, the "Disclosure Materials"). Northern Trust expressly disclaims any duty to update any of the information set forth in the Disclosure Materials, including but not limited to statements that may be considered forward-looking. The Disclosure Materials -- and individual statements therein -- should be read in conjunction with Northern Trust's reports filed with the SEC, including disclosures therein of uncertainties that may affect Northern Trust's future results. Northern Trust's 1934 Act SEC reports include but are not limited to SEC Forms 10Q, 10K and 8K, as listed on our SEC Filings page.

### Location of Products and Services

Our products and services are offered only in jurisdictions where they may be lawfully offered for sale; and are subject to the terms of the applicable agreement. NOT ALL PRODUCTS OR SERVICES MENTIONED HEREIN ARE AVAILABLE IN ALL JURISDICTIONS.

### General Disclaimers

Northern Trust Corporation and its subsidiaries are equal opportunity employers. The information contained in any article or graph within the Research Desk section hereof is based on sources which we believe to be reliable, but we cannot warrant its accuracy or completeness. Such information is subject to change and is not intended to influence our investment decisions.

The Northern Trust Company, Northern Trust, NA, and Northern Trust Bank, FSB are Equal Housing Lenders and Members FDIC.

### Non-deposit Investment Products

> **Northern Funds, Northern Institutional Funds and other non-deposit investment products referenced in this site or any page hereof are not bank deposits or obligations of, or guaranteed or endorsed or otherwise supported by, The Northern Trust Company, its parent company or any affiliate, are not federally insured or guaranteed by the United States Government, Federal Deposit Insurance Corporation, Federal Reserve Board or any other governmental agency, and are subject to investment risks, including possible loss of the principal amount invested.**

Shares of Northern Funds and Northern Institutional Funds are offered only by a current prospectus and are intended solely for persons to whom shares of U.S. registered funds may be sold. Nothing contained in this site or any page hereof constitutes an offer to sell or a solicitation of an offer to buy any security, nor shall any such security be offered or sold to any person, in any jurisdiction in which such offer, solicitation, purchase, or sale would be unlawful under the securities laws of such jurisdiction.

For more complete information about Northern Institutional Funds, including investment policies, risk considerations, charges and expenses, a prospectus may be obtained by calling 1-800-637-1380. For more complete information about Northern Funds, including investment policies, risk considerations, charges and expenses, a prospectus may be obtained by calling 1- 800-595-9111 or by downloading a prospectus from Northern Funds' web site at http://www.northernfunds.com. An investor should read the prospectus carefully before investing or sending money.

Northern Trust Investments, Inc. and/or its affiliates provide investment advisory and other services to Northern Funds and Northern Institutional Funds and receive compensation for such services. Northern Funds Distributors, LLC, an independent third-party distributor and member of the FINRA,

is the distributor of the Northern Funds and Northern Institutional Funds.

The Northern Money Market Funds and Northern Institutional Money Market Portfolios are neither insured nor guaranteed by the FDIC or any governmental agency. Although they seek to maintain a stable net asset value of $1.00 per share, it is possible to lose money by investing in money market funds. Eligibility for particular investment products and services is subject to Northern Trust's final determination and acceptance.

## USA Patriot Act

Pursuant to the USA PATRIOT Act and final rules issued by the U.S. Department of the Treasury, Northern Trust has prepared a Global Certification for use by any financial institution that believes it requires a Patriot Act Certification from a Northern Trust entity, for example, an overseas branch of The Northern Trust Company. Northern Trust Global Certification Regarding Correspondent Accounts for Northern Entities

© 2007 Northern Trust Corporation

Quotes | Careers | Legal Terms & Conditions | IRS Circular 230 Notice | Privacy | Site Map