# EXHIBIT 10



Web | **Moving Images** | **Texts** | **Audio** | **Software** | **Education** | **Patron Info** | **About IA**

**Home** | Wayback Machine | Blog | Researcher Access | FreeCache | SFLan | Petabox | Heritrix | Open Source Media | BookMobile

Search: [          ]  [Wayback Machine ▾] [  ] [GO!]  Advanced Search        [Upload]  Anonymous User (login or join us)

## About the Wayback Machine

Browse through 85 billion web pages archived from 1996 to a few months ago. To start surfing the Wayback, type in the web address of a site or page where you would like to start, and press enter. Then select from the archived dates available. The resulting pages point to other archived pages at as close a date as possible. Keyword searching is not currently supported.

http://archive.bibalex.org, the Internet archive at the New Library of Alexandria, Egypt, mirrors the Wayback Machine. Try your search there when you have trouble connecting to the Wayback servers.

Wayback Machine Hardware

## The Wayback Machine

http:// [                    ]   [ Take Me Back ]

Advanced Search

### Around the World in 2 Billion Pages

Thanks to a generous grant from the Mellon Foundation, Internet Archive completed a 2 billion page web crawl in 2007. This is the largest web crawl attempted by Internet Archvie. The project was designed to take a global snapshot of the Web.

Please browse through the resulting collection.

Special thanks to the memory institutions who contributed URLs to the crawl. The crawl began with 18,000 websites from over 60 countries.

### Web Archiving Services



ARCHIVING THE INTERNET FOR FUTURE GENERATIONS
COLLECT IT, MANAGE IT, SEARCH IT...ARCHIVE-IT

Archive-It allows institutions to build and preserve their own web archive of born digital content, through a user friendly web application, without requiring any technical expertise or hosting facilities. Subscribers can harvest, catalog, and archive their collections, and then search and browse the collections when complete. Collections are hosted at the Internet Archive data center, and accessible to the public with full text search.

Web Collaborations with the Smithsonian and the Library of Congress

Terms, Privacy, Copyright

Contact Us

Frequent Asked Questions

## Contributors

Aaron Parkening
Aaron Stewart
Abagail Thorne-Lyman
Adam Tuttle
Adrian Scott
Adrian Blakey
Adrianne Hurndell
Alan Rath
Alan Wen
Alexis Rossi
Alicia Coryell
Alzbeta Smith
Amber Shipley
Amy Vecchione
Andy Jenks
Andy Jewell
Ann Stramer
Anna Naruta
Anne-miek Hamelinck
Anthony Kwok
Avi Hangad
Bhagat Khalsa
Boaz Reisman
Bob Kaehms
Brewster Kahle
Brian Freyburger
Bruce Gilliat
Bryant Durrell
Camron Assadi

With the rapid growth of the Internet and the World Wide Web, millions of people have grown accustomed to using these tools as resources to acquire information; and the availability of electronic information is taken for granted. However, it is a fallacy that if something is on the web, it will be there forever. The average lifespan of a web page is 44 -75 days. There's an urgent need for people to understand that that web is who we are. It's our culture and our social fabric, and we don't want to lose any of it. What is here today might be gone tomorrow.

Archive-It is designed to fit the needs of many types of organizations and individuals. The over 50 partners include: state archives, university libraries, federal institutions, state libraries, non government non profits, museums, historians, and independent researchers.

Contact the Archive-It team for more details about subscribing to this service and to learn more about our Curated and Domain Crawl services. Contract Crawls are for large topic, event or domain collections run by Internet Archive crawl engineers at an institutions' request.

## Web Collections


**Asian Tsunami Web Archive**
This Web archive is a collection of over 1500 sites relating to the December 2004 Tsunami disaster in Asia. A shapshot of these sites has been taken once a week starting from the first week of January 2005 in order to build an archived record of this world shattering event.
View the collection


**Hurricanes Katrina and Rita**
The Internet Archive and many individual contributors worked together to put together a comprehensive list of websites to create a historical record of the devastation caused by Hurricane Katrina and the massive relief effort which followed. This collection has over 25 million unique pages, all text searchable, from over 1500 sites. The web archive commenced on September 4th.
View the collection


**National Archives**
The UK Central Government Web Archive is a selective collection of UK Government websites, archived from August 2003, which has been collected by the Internet Archive on behalf of the National Archives of the United Kingdom. history.
View the collection


**Election 2002**
The Library of Congress, in collaboration with WebArchivist.org of the State University of New York Institute of Technology and the Internet Archive, created the Election 2002 Web Archive. A selective collection of nearly 4,000 sites archived between July 1, 2002 and November 30, 2002, the collection includes congressional and gubernatorial candidates, political party, government, advocacy, blogs, public opinion, and miscellaneous Web sites related to the 2002 United States elections.
View the collection

**September 11th**

Catherine Baggott
Catherine Kulkarni
Charles O'Connell
Cheryl Johnson
Chris Becker
Chris Stuart
Claire Salih
Colleen Smith
Cyndy Riley
Cynthia Lohr
Dale Wilhelm
Dan Chow
Daria DePaolis
Darian Patchin
Darryl Daugherty
Dave Marvit
Dave Sherfesee
David Allison
David Harrison
David Hoffer
David Sherfesee
Deanna Weber
Debra Perlson
Devin Vagt
Dia Cheney
Dorian Patchin
Doug Hansen
Dylan Murphy
Eileen Webb
Eliot Savarese
Elizabeth Chase
Ellen Shing
Elliot Sarvarese
Emily Rane
Ezra Ekman
Geoffrey Mack
Glee Harrah Cady
Greger Orelind
Guolin Cheng
Hal Varian
Harry Winand
Helen Chan
Hoa Nguyen
Hunter Brown
Igor Ranitovic


The tragic events of September 11, 2001, prompted web creators around the world to respond. This special collection of archived web sites preserves this unique moment in our history.
⊙View the collection


**Election 2000**
The United States Elections of 2000 were perhaps the most controversial elections in the nation's history. Use this collection to revisit the historic elections of 2000.
⊙View the collection


**Web Pioneers**
The early years of the internet are a testament to the internet's diversity and ingenuity. This special collection highlights a handful of sites that played a role in the early internet.
⊙View the collection

## Archive That!

Don't see your site in the Wayback Machine? Submit an URL for inclusion.
We will archive the site you have submitted and you will be able to view it in the wayback machine within 6 months.
Please note: sites that are database driven, generate dynamic web pages or have robots.txt exclusions can not be archived.

You must be a registered user to submit a site to Archive That. Please login or register as a new user.

## Take The Wayback Machine With You

Put the Wayback Machine right in your browser!

The Wayback Machine Bookmarklet

Drag this link to your browser's toolbar: Wayback

When you visit a page that you want to find an old version of, just click the toolbar link.
You will be transported to any historic versions at the Wayback Machine.

Thanks to gyford.com

**Wayback Machine Forum** ✉ **RSS**                                    **New Post**

| Subject | Poster | Replies | Views | Date |
|---------|--------|---------|-------|------|

Iman Sadreddin
Ivan Pulleyn
Ivan Rodrigo Garay
Jad DeFanti
Jae Hahn
Jamie Lewandowski
Jamie Muth
Jamie White
Jared Stika
Jared Waxman
Jason Binder
Jason Broughton
Jason Gollan
Jason Maxham
Jay Burlingham
Jeff MacDonald
Jeff McConathy
Jeffrey Bartolotta
Jennifer Burke
Jennifer Deane
Jennifer Gill
Jill Brady
Joe Kacmarcik
John Mrozik
John Smith
John Tan
Jonathan A. Leblang
Jonathan Baker
Jonathan Goodman
Joseph Oliver
Joshua Simons
Joshua Winsor
Joy Nazzari
Juan Bonilla
Judith Bush
Julie Smuckler
Karen Genest
Kathleen Egge
Kathryn Tchobanoglous
Keith Hudson
Kelly Dragoo
Kelly Humphrey
Kelly Ransom
Khalid El-Gazzar
Kimberly Testa

| | | | | |
|---|---|---|---|---|
| Website removal. | diesel12 | 1 | 314 | January 18, 2008 05:16:32pm |
| Re: Website removal. | gojomo | 1 | 16 | January 22, 2008 12:24:11pm |
| Re: Website removal. | diesel12 | 0 | 4 | January 22, 2008 12:30:13pm |
| How to remove fraudulent website in archive? | MonsterFM | 1 | 268 | January 18, 2008 01:29:07am |
| Re: How to remove fraudulent website in archive? | gojomo | 1 | 6 | January 22, 2008 12:30:01pm |
| Re: How to remove fraudulent website in archive? | MonsterFM | 0 | 0 | January 22, 2008 12:53:48pm |
| Disappearing Web Page Images | eRugIT | 0 | 216 | January 16, 2008 01:35:53pm |
| Removing bad listings/pages | Public Development | 1 | 372 | January 14, 2008 08:26:04am |
| Re: Removing bad listings/pages | Diana Hamilton | 3 | 187 | January 14, 2008 08:58:32am |
| Re: Removing bad listings/pages | Public Development | 1 | 151 | January 14, 2008 10:25:06am |
| Re: Removing bad listings/pages | Diana Hamilton | 1 | 137 | January 14, 2008 10:47:00am |
| Re: Removing bad listings/pages | Public Development | 1 | 149 | January 14, 2008 10:53:55am |
| Re: Removing bad listings/pages | Diana Hamilton | 1 | 135 | January 14, 2008 11:14:54am |
| Re: Removing bad listings/pages | Public Development | 0 | 150 | January 14, 2008 11:17:09am |
| Re: Removing bad listings/pages | REMOVE MY SITE | 0 | 116 | January 17, 2008 03:01:01am |
| Re: Removing bad listings/pages | REMOVE MY SITE | 0 | 135 | January 17, 2008 03:01:49am |
| No found links | nixspatin | 1 | 191 | January 14, 2008 05:53:21am |
| Re: No found links | Diana Hamilton | 1 | 107 | January 15, 2008 |

Kirsten Foot
Kolin Ohi
Kristen Olson
Kristen Zwart
Kurt Bollacher
Laura Cambell
Laura Oppenheimer
Lawrence Lessig
Lilly Buchwitz
Marc Engel
Marc Najork
Marek Ryniejski
Mark Dirsa
Mark Garrell
Marta Hutz
Mary C. (Cassy) Ammen
Mary Lou Jepsen
Matthew Work
Melissa Ryan
Melody Kean Haller
Mia Yamamoto
Michael Burner
Michael Kepe
Michele Kimpton
Mike Fleisher
Minghua Lu
Mira Han
Niall O'Driscoll
Nicholas Chaffee
Patrick Brannigan
Patrick Tufts
Paul Sauer
Paula Keezer
Pei-Yuan Wei
Philip Green
Phillip Ludwig
radio lira uganda
Raphael Crawford-Marks
Rick Davis
Robert Norris
Rommel Ruelos
Ron Shalhoup
Ronna Tanenbaum
Scott Hassan
Sean Walsh

| | | | | 12:22:52pm |
|---|---|---|---|---|
| Re: No found links | nixspatin | 1 | 104 | January 15, 2008 01:03:35pm |
| Re: No found links | Diana Hamilton | 0 | 108 | January 15, 2008 02:20:06pm |
| no way!! | thelukmacfiles | 1 | 347 | January 13, 2008 08:42:28am |
| Re: yes way? | Diana Hamilton | 0 | 187 | January 13, 2008 11:16:16am |
| 2008 archiving | xgmx | 1 | 580 | January 08, 2008 06:54:06pm |
| Re: 2008 archiving | Robin_1990 | 1 | 274 | January 09, 2008 07:02:11pm |
| Re: 2008 archiving | xgmx | 1 | 220 | January 10, 2008 04:06:46am |
| Re: 2008 archiving | Face_ | 0 | 232 | January 10, 2008 07:10:04am |
| website questions | Nurmagomedov.Blogspot.Com | 1 | 594 | December 31, 2007 09:12:20am |
| Re: website questions | Diana Hamilton | 0 | 419 | December 31, 2007 09:15:39am |
| How can i archive my web site? | Juan Cruz | 1 | 4035 | December 26, 2007 11:20:56am |
| Re: How can i archive my web site? | ARossi | 0 | 2968 | May 18, 2007 01:29:22pm |
| 'Path Index Error' img restorable? | HokeyLoki | 0 | 526 | December 22, 2007 08:42:27pm |
| dates of archiving | tourismus | 0 | 697 | December 16, 2007 02:47:23pm |
| Please help re: Flash Files | jsla | 0 | 734 | December 11, 2007 10:48:09am |
| Vampirefreaks.com/darkxbeauty | Kilikblackrose | 0 | 990 | December 10, 2007 11:41:17pm |
| Nobel Price for Cultur? | philosophe | 0 | 646 | December 10, 2007 11:47:15am |

Seth Morris
Shaun Delp
Shaun Fogarty
Sondra Cholach
Sondra Halperin
Stacey Oborne
Steve Nichols
Steve Renaker
Steven Herrera
Steven Schneider
Terry Gambarotto
Tim Pozar
Tom Corley
Veronica Collins
Virginia Gonzalez
Voloe Scott
Walter Bell
Willem Spiegel
Youssef Eldakar
Yu-Shen Ng
Z Smith
Zainub Ashraf

Top Level Contributors

| | | | | |
|---|---|---|---|---|
| Can you get onto sites that you must log in to? | shootimissed | 1 | 1079 | December 06, 2007 08:25:54am |
| Re: Can you get onto sites that you must log in to? | gojomo | 0 | 561 | December 20, 2007 10:14:53pm |
| Why is my website no longer archived? | Jerome Beau | 2 | 1399 | December 06, 2007 02:36:43am |
| Re: Why is my website no longer archived? | gojomo | 1 | 727 | December 13, 2007 10:55:17pm |
| Re: Why is my website no longer archived? | Werner von Wallenrod | 1 | 546 | December 18, 2007 01:01:25pm |
| Re: Why is my website no longer archived? | gojomo | 2 | 493 | December 20, 2007 10:11:58pm |
| Re: Why is my website no longer archived? | Werner von Wallenrod | 1 | 458 | December 21, 2007 07:53:45am |
| Re: Why is my website no longer archived? | webacres | 0 | 432 | December 27, 2007 06:26:15am |
| Re: Why is my website no longer archived? | Jerome Beau | 0 | 69 | January 17, 2008 03:09:41pm |
| Re: Why is my website no longer archived? | MAJED IN | 1 | 70 | January 17, 2008 02:50:16pm |
| Re: Why is my website no longer archived? | Jerome Beau | 1 | 67 | January 17, 2008 03:05:01pm |
| Re: Why is my website no longer archived? | MAJED IN | 0 | 84 | January 18, 2008 07:07:28am |
| 403 Forbidden error | djk20 | 2 | 1220 | December 02, 2007 05:07:25pm |
| Re: 403 Forbidden error | djk20 | 0 | 790 | December 04, 2007 09:05:52pm |
| Re: 403 Forbidden error | LifeOfBrian | 0 | 234 | January 10, 2008 01:20:36am |
| Data Retrieval Error | rajatd | 2 | 959 | November 30, 2007 12:01:18am |
| Re: Data Retrieval Error | Face_ | 0 | 755 | December 01, 2007 03:51:20am |
| Re: Data Retrieval Error | whiskey951 | 0 | 569 | December 09, 2007 |

| | | | | |
|---|---|---|---|---|
| | | | | 01:16:01pm |
| Failed Connection | tomas543 | 2 | 1176 | November 27, 2007 09:18:42am |
| Re: Failed Connection | Face_ | 0 | 843 | November 27, 2007 01:47:28pm |
| Re: Failed Connection | rajatd | 1 | 747 | November 29, 2007 01:30:10am |
| Re: Failed Connection | Face_ | 0 | 671 | December 01, 2007 03:53:09am |
| To delete site, are there options besides robots.txt?? | CarolT | 1 | 1248 | November 23, 2007 11:39:21am |
| Removing a site.. | Ravi C | 1 | 1253 | November 24, 2007 08:18:15am |
| Re: Removing a site.. | CarolT | 1 | 911 | November 24, 2007 09:09:33am |
| Re: Removing a site.. | Ravi C | 0 | 818 | November 25, 2007 07:44:28am |
| please arhiv this | JohnSmith987 | 1 | 1580 | November 16, 2007 11:39:43am |
| Re: please arhiv this | gojomo | 1 | 1084 | November 16, 2007 11:43:37am |
| Re: please arhiv this | Ravi C | 0 | 712 | November 25, 2007 08:10:45am |
| There is a file I can get... can you help me?? | pvr | 1 | 1265 | November 15, 2007 04:08:44am |
| Re: There is a file I can get... can you help me?? | Ravi C | 1 | 903 | November 15, 2007 12:56:28pm |
| Re: There is a file I can get... can you help me?? | pvr | 0 | 962 | November 15, 2007 10:50:07pm |
| Content of archived pages | SamGeek | 1 | 1197 | November 14, 2007 02:49:58am |
| Re: Content of archived pages | gojomo | 0 | 991 | November 14, 2007 05:32:45pm |
| Is it possible to "backdate" photos on a web site? | warriorpoetguy7 | 1 | 1269 | November 12, 2007 01:02:56pm |

| | | | | |
|---|---|---|---|---|
| Re: Is it possible to 'backdate' photos on a web site? | gojomo | 0 | 1097 | November 13, 2007 11:35:42am |
| Why I cannot use Wayback Machine in my localhost? | frintstone | 1 | 1218 | November 08, 2007 08:09:03pm |
| Re: Why I cannot use Wayback Machine in my localhost? | gojomo | 0 | 1008 | November 09, 2007 08:51:39am |
| Thailandholidayhomes.co.uk is older than webarchive says | krook | 1 | 1365 | November 08, 2007 12:31:25pm |
| Re: Thailandholidayhomes.co.uk is older than webarchive says | gojomo | 0 | 1007 | November 08, 2007 12:32:14pm |
| Three mobile internet blocks The Wayback Machine | digital.wilderness | 1 | 1395 | November 06, 2007 01:21:56am |
| Re: Three mobile internet blocks The Wayback Machine | gojomo | 2 | 1016 | November 08, 2007 12:27:37pm |
| Re: Three mobile internet blocks The Wayback Machine | digital.wilderness | 0 | 1055 | November 08, 2007 10:13:10pm |
| Re: Three mobile internet blocks The Wayback Machine | ravenx99 | 0 | 919 | November 12, 2007 07:13:12am |
| Wayback Machine updates, transient service interruptions possible | gojomo | 1 | 1464 | November 02, 2007 05:10:26pm |
| Re: Wayback Machine updates, transient service interruptions possible | Brad | 0 | 1003 | November 05, 2007 12:22:56pm |
| Dj Eridson... All my music | eridson | 0 | 1540 | October 26, 2007 03:33:18pm |
| Drudge report | Beth Wellington | 1 | 1607 | October 25, 2007 03:03:08pm |
| Re: Drudge report | gojomo | 0 | 1306 | October 26, 2007 02:50:36pm |
| A "Path Index Error": fix/find img? Please, thanks! | HokeyLoki | 0 | 1343 | October 22, 2007 04:48:22am |
| Please Remove my old Site | Evan H | 0 | 2296 | October 21, 2007 08:15:41pm |
| Viewing Japanese content | Face_ | 1 | 2238 | October 15, 2007 07:00:21am |
| Re: Viewing Japanese content | warmspringbreeze | 0 | 1565 | October 19, 2007 |

| | | | | |
|---|---|---|---|---|
| | | | | 02:34:17am |
| adbaaz hijacks sites | airmale | 0 | 2157 | October 12, 2007 02:58:12pm |
| Please archive new web site | www.eBALDAI.eu | 0 | 1900 | October 07, 2007 07:07:55am |
| Good Way Back Examples needed | DarlaM | 0 | 1770 | October 05, 2007 04:48:24pm |
| List of Closed down sites | dannbkk | 1 | 4723 | September 20, 2007 01:10:26am |
| Re: List of Closed down sites | spillnett | 1 | 2196 | September 20, 2007 02:07:06pm |
| Re: List of Closed down sites | spillnett | 1 | 1799 | September 20, 2007 02:11:29pm |
| Re: List of Closed down sites | spillnett | 1 | 1929 | September 20, 2007 02:13:48pm |
| Re: List of Closed down sites | CarbonDated | 1 | 616 | December 04, 2007 01:31:41am |
| Re: List of Closed down sites | Birdland | 0 | 250 | January 05, 2008 08:54:53pm |
| domain name changed ownership, old site down | energyflow | 1 | 2236 | September 16, 2007 06:08:50am |
| Re: domain name changed ownership, old site down | CnCKennels | 1 | 1836 | September 19, 2007 06:26:11am |
| Re: domain name changed ownership, old site down | energyflow | 1 | 1758 | September 20, 2007 03:13:21pm |
| Re: domain name changed ownership, old site down | seanwal111111 | 1 | 884 | November 09, 2007 02:22:10pm |
| Re: domain name changed ownership, old site down | energyflow | 0 | 840 | November 10, 2007 07:03:15pm |
| Old website now only displays porn | jasbar | 1 | 4268 | September 11, 2007 07:38:55pm |
| Re: Old website now only displays porn | jalman1 | 1 | 2700 | September 11, 2007 08:44:08pm |
| Re: Old website now only displays porn | seanwal111111 | 0 | 1008 | November 09, 2007 02:44:52pm |

| | | | | |
|---|---|---|---|---|
| Internet cafe software | rclark | 0 | 2151 | September 10, 2007 09:43:50pm |
| Lost image? | Spaingy | 1 | 2601 | September 08, 2007 11:36:53am |
| Google or old ISP? | agent | 0 | 2356 | September 08, 2007 12:34:47pm |
| I'm Looking for a Movie | OliverCarlos | 1 | 2617 | September 06, 2007 11:03:37pm |
| Re: I'm Looking for a Movie | BGA | 0 | 2168 | September 07, 2007 12:25:46pm |
| wayback machine offline?? | nowshining | 5 | 5406 | September 02, 2007 03:51:48pm |
| Re: wayback machine offline?? | nowshining | 1 | 2641 | September 02, 2007 03:56:14pm |
| Re: wayback machine offline?? | Max E Verde | 0 | 2281 | September 02, 2007 04:01:05pm |
| Re: wayback machine offline?? | alexanderpilot | 1 | 2302 | September 02, 2007 08:38:45pm |
| Re: wayback machine offline?? | Lena63 | 0 | 2237 | September 03, 2007 03:03:56am |
| Re: wayback machine offline?? | AltSolution | 1 | 2264 | September 03, 2007 05:09:55am |
| Re: wayback machine offline?? | seohioguy | 0 | 2061 | September 03, 2007 01:58:55pm |
| Re: wayback machine offline?? | bradb2007 | 5 | 2279 | September 03, 2007 02:25:07pm |
| Re: wayback machine offline?? | Steven33 | 0 | 2186 | September 03, 2007 07:28:35pm |
| Re: wayback machine offline?? | Steven33 | 0 | 1906 | September 03, 2007 07:30:21pm |
| Re: wayback machine offline?? | Steven33 | 1 | 2118 | September 03, 2007 07:30:21pm |
| Re: wayback machine offline?? | Steven33 | 1 | 2283 | September 03, 2007 07:36:12pm |
| Re: wayback machine offline?? | YakYak | 1 | 913 | November 09, 2007 |

| | | | | |
|---|---|---|---|---|
| | | | | 02:09:00am |
| Re: wayback machine offline?? | Knewitall | 1 | 792 | November 20, 2007 01:07:09am |
| Re: wayback machine offline?? | Birdland | 0 | 216 | January 05, 2008 05:57:27pm |
| Re: wayback machine offline?? | glenn | 1 | 2133 | September 03, 2007 10:54:08pm |
| Re: wayback machine offline?? | hrisi | 1 | 2046 | September 04, 2007 02:00:55am |
| Re: wayback machine offline?? | eightturn | 3 | 2059 | September 04, 2007 04:37:38am |
| Re: wayback machine offline?? | vCard | 0 | 1998 | September 04, 2007 04:47:24am |
| Re: wayback machine offline?? | vCard | 0 | 1959 | September 04, 2007 04:48:30am |
| Re: wayback machine offline?? | eightturn | 0 | 2061 | September 04, 2007 05:00:38am |
| Re: wayback machine offline?? | flashgear | 0 | 891 | November 06, 2007 01:46:05am |
| Re: wayback machine offline?? | naaier | 1 | 2056 | September 04, 2007 02:45:09pm |
| Re: wayback machine offline?? | Face_ | 1 | 1797 | September 07, 2007 10:11:35am |
| Re: wayback machine offline?? | Claude Almansi | 0 | 1725 | September 13, 2007 02:30:37am |
| BUG: Binary files corrupted/truncated on download | .NetRolller 3D | 1 | 2312 | August 28, 2007 11:55:30am |
| Re: BUG: Binary files corrupted/truncated on download | Smogger | 1 | 585 | November 27, 2007 09:54:41pm |
| Re: BUG: Binary files corrupted/truncated on download | Smogger | 0 | 594 | November 28, 2007 12:05:28am |
| old robots.txt in archive preventing viewing? | compn | 0 | 2420 | August 26, 2007 07:48:12am |
| How long does the archive contain data of the page | cidet | 1 | 2544 | August 23, 2007 05:23:31am |

| | | | | |
|---|---|---|---|---|
| Re: How long does the archive contain data of the page | nowshining | 4 | 2090 | September 02, 2007 04:28:52pm |
| Re: How long does the archive contain data of the page | YakYak | 0 | 933 | November 09, 2007 12:02:30am |
| Re: How long does the archive contain data of the page | Knewitall | 0 | 750 | November 20, 2007 01:04:57am |
| Re: How long does the archive contain data of the page | Birdland | 1 | 223 | January 05, 2008 04:28:17pm |
| Re: How long does the archive contain data of the page | adisonedu | 0 | 121 | January 12, 2008 02:07:26pm |
| Re: How long does the archive contain data of the page | adisonedu | 0 | 128 | January 12, 2008 02:06:13pm |
| Small changes mark a site as "updated" | b^4 | 1 | 2397 | August 18, 2007 05:19:54am |
| Re: Small changes mark a site as 'updated' | b^4 | 1 | 2126 | August 18, 2007 05:32:06am |
| Re: Small changes mark a site as 'updated' | CarbonDated | 0 | 524 | December 04, 2007 01:16:11am |
| Date of archiving | tourismus | 0 | 2379 | August 16, 2007 10:16:31am |
| How often will this site update the archives? | I want a millionaire | 1 | 2647 | August 13, 2007 01:50:20pm |
| Re: How often will this site update the archives? | gojomo | 0 | 2266 | August 13, 2007 01:50:34pm |
| Casino Royale Review | Casino Royale Review | 1 | 2605 | August 13, 2007 01:49:56pm |
| Re: Casino Royale Review | gojomo | 0 | 2223 | August 13, 2007 01:53:16pm |
| **View more forum posts** | | | | |

Terms of Use (10 Mar 2001)

# Internet Archive

From Wikipedia, the free encyclopedia

The **Internet Archive** (**IA**) is a non-profit organization dedicated to maintaining an on-line library and archive of Web and multimedia resources. Located at the Presidio in San Francisco, California, this archive includes "snapshots of the World Wide Web" (archived copies of pages, taken at various points in time), software, movies, books, and audio recordings. To ensure the stability and endurance of the archive, IA is mirrored at the Bibliotheca Alexandrina in Egypt, the only library in the world with a mirror.[1] The IA makes the collections available at no cost to researchers, historians, and scholars. It is a member of the American Library Association and is officially recognized by the State of California as a library.[2]

|  |  |
|---|---|
| **Internet Archive** | |
|  | |
| **Formation** | 1996 |
| **Type** | on-line library |
| **Website** | www.archive.org (http://www.archive.org/) |



Internet Archive headquarters is in the Presidio, a former US military base in San Francisco.

## Contents

- 1 History
- 2 Wayback Machine
- 3 Archive-It
- 4 Media collections
    - 4.1 Moving image collection
    - 4.2 Audio collection
    - 4.3 Texts collection
- 5 Open Library
- 6 Controversies
    - 6.1 Scientology sites
    - 6.2 Archived web pages as evidence
        - 6.2.1 United States civil litigation
            - 6.2.1.1 Telewizja Polska
            - 6.2.1.2 Healthcare Advocates, Inc.
        - 6.2.2 Patent law
    - 6.3 Grateful Dead
    - 6.4 Automatically entered contracts
- 7 See also
    - 7.1 Similar projects
    - 7.2 Other
- 8 References
- 9 External links

# History

The Internet Archive was founded by Brewster Kahle in 1996.

According to its website:

> *Most societies place importance on preserving artifacts of their culture and heritage. Without such artifacts,*

*civilization has no memory and no mechanism to learn from its successes and failures. Our culture now produces more and more artifacts in digital form. The Archive's mission is to help preserve those artifacts and create an Internet library for researchers, historians, and scholars. The Archive collaborates with institutions including the Library of Congress and the Smithsonian.*

Because of its goal of preserving human knowledge and artifacts, and making its collection available to all, proponents of the Internet Archive have likened it to the Library of Alexandria.

## Wayback Machine

The **Wayback Machine (http://www.archive.org/web/web.php)** is the Internet Archive's archive of snapshots of the Web, and is maintained with content from Alexa Internet. This service allows users to see archived versions of web pages across time—what the Archive calls a "three dimensional index."



Snapshots become available 6 to 12 after

As of 2006 the Wayback Machine contained almost 2 petabytes of data and was growing at a rate of 20 terabytes per month, a two-thirds increase over the 12 terabytes/month growth rate reported in 2003. Its growth rate eclipses the amount of text contained in the world's largest libraries, including the Library of Congress. The data is stored on Petabox rack systems manufactured by Capricorn Technologies.[3]

Examples from the Wayback Machine's archives:

- Apple Computer (http://web.archive.org/web/*/www.apple.com)
- Amazon (http://web.archive.org/web/*/www.amazon.com)
- Microsoft (http://web.archive.org/web/*/www.microsoft.com)
- BBC News (http://web.archive.org/web/*/news.bbc.co.uk)
- Google (http://web.archive.org/web/*/www.google.com)
- Open Directory (http://web.archive.org/web/*/dmoz.org)
- Wikipedia (http://web.archive.org/web/*/www.wikipedia.org)

The name *Wayback Machine* is a reference to a segment from *The Rocky and Bullwinkle Show* in which Mr. Peabody, a bow tie-wearing dog with a professorial air, and his human "pet boy" assistant Sherman use a time machine called the "WABAC machine" to witness famous events in history.[4]

## Archive-It

Users who want to permanently archive material and immediately cite an archived version can use the Archive-It system (http://www.archive-it.org/), a for-fee subscription service, instead.[5] Data collected with Archive-It is periodically indexed into the general Wayback Machine. As of December 2007, Archive-It had created over 230 million URLs for 466 public collections, including government bodies, universities, and cultural institutions. Some of the organizations participating in Archive-It include the Electronic Literature Organization, the State Archives of North Carolina, the Texas State Library and Archives Commission, Stanford University, the National Library of Australia, the Research Libraries Group (RLG), and many others (http://www.archive-it.org/public/all_collections/).

## Media collections

In addition to web archives, the Internet Archive maintains extensive collections of digital media that are either public domain or licensed under a license that allows redistribution, such as the Creative Commons License. The media are organized into collections by media type (moving images, audio, text, *etc.*), and into sub-collections by various criteria.

Each of main collection includes an "Open Source" sub-collection where general contributions by the public can be stored.

## Moving image collection

Aside from feature films, IA's Moving Image collection includes: newsreels; classic cartoons; pro- and anti-war propaganda; Skip Elsheimer's "A.V. Geeks" collection; and ephemeral material from Prelinger Archives, such as advertising, educational and industrial films and amateur and home movie collections.

IA's *Brick Films* collection contains stop-motion animation filmed with LEGO bricks, some of which are 'remakes' of feature films. The *Election 2004* collection is a non-partisan public resource for sharing video materials related to the 2004 United States Presidential Election. The *Independent News* collection includes sub-collections such as the Internet Archive's *World At War competition from 2001*, in which contestants created short films demonstrating "why access to history matters." Among their most-downloaded video files are eyewitness recordings of the devastating 2004 Indian Ocean earthquake. The September 11th Television Archive (http://www.archive.org/details/sept_11_tv_archive) contains archival footage from the world's major television networks as the attacks of September 11th, 2001 unfolded on live television.

Some of the films available on the Internet Archive are:

- *Battleship Potemkin*
- *The Birth of a Nation*
- *Columbia Revolt*
- *D.O.A.* (1950)
- *Danger Lights*
- *Das Cabinet des Dr. Caligari*
- *Dating Do's and Don'ts*
- *Detour*
- *Duck and Cover*
- *Escape From Sobibor*
- *Hemp For Victory*
- *Ikiru*
- *The Kid*
- *Le voyage dans la Lune*
- *Lying Lips*
- *M (film)*
- *The Man Who Knew Too Much*
- *Night of the Living Dead*
- *Nosferatu*
- *The Power of Nightmares*
- *Rashomon*
- *Reefer Madness*
- *Sex Madness*
- *Triumph of the Will*
- *Design for Dreaming*
- *Un Chien Andalou*
- All seven episodes of *Why We Fight*
- *The Negro Soldier* (1943)

## Audio collection

The audio collection includes music, audio books, news broadcasts, old time radio shows and a wide variety of other audio files. The Live Music Archive sub-collection includes 40,000 concert recordings from independent artists, as well as more established artists and musical ensembles with permissive rules about recording their concerts such as the Grateful Dead.

## Texts collection

The texts collection includes texts from Project Gutenberg as well as texts from various libraries around the world and a collection of papers and memoranda from the Arpanet.

# Open Library

The Internet Archive is a member of the Open Content Alliance, and operates the Open Library (http://www.openlibrary.org/) where more than 200,000 scanned public domain books are made available in an easily browsable and printable format.[6][7] Their "Scribe" book imaging system was used to digitize most of these books.[8] The software that runs it is free/open source software—Scribe Software (http://sourceforge.net/projects/scribesw/).

# Controversies

## Scientology sites

> *See also: Scientology versus the Internet*

In late 2002, the Internet Archive removed various sites critical of Scientology from the Wayback Machine.[9] The error message stated that this was in response to a "request by the site owner."[10] It was later clarified that lawyers from the Church of Scientology had demanded the removal, on unknown legal grounds, and that the actual site owners did *not* want their material removed.[11]

## Archived web pages as evidence

### United States civil litigation

#### Telewizja Polska

In an October 2004 case called "Telewizja Polska SA v. Echostar Satellite", a litigant attempted to use the Wayback Machine archives as a source of admissible evidence, perhaps for the first time. Telewizja Polska is the provider of TVP Polonia and EchoStar operates the Dish Network. Prior to the trial proceedings, EchoStar indicated that it intended to offer Wayback Machine snapshots as proof of the past content of Telewizja Polska's website. Telewizja Polska brought a motion in limine to suppress the snapshots on the grounds of hearsay and unauthenticated source, but Magistrate Judge Arlander Keys rejected Telewizja Polska's assertion of hearsay and denied TVP's motion in limine to exclude the evidence at trial.[12] However, at the actual trial, district Court Judge Ronald Guzman, the trial judge, overruled Magistrate Keys' findings, and held that neither the affidavit of the Internet Archive employee nor the underlying pages (*i.e.*, the Telewizja Polska website) were admissible as evidence. Judge Guzman reasoned that the employee's affidavit contained both hearsay and inconclusive supporting statements, and the purported webpage printouts themselves were not self-authenticating.[13]

#### Healthcare Advocates, Inc.

In 2003, **Healthcare Advocates, Inc.** were defendants in a trademark violation lawsuit wherein the prosecution attempted to use archived web material accessed via the Internet Archive. When they lost that suit, the company turned around and attempted to sue the Internet Archive for violating the Digital Millennium Copyright Act (DMCA) and the Computer Fraud and Abuse Act. They claimed that since they had installed a robots.txt file on their website, it should have been avoided by the Internet Archive's web crawlers but was not.[14] The initial lawsuit was filed on June 26, 2003, and they added the robots.txt file on July 8, 2003, so pages should have been removed retroactively. The lawsuit with Healthcare Advocates was settled out of court.[15]

Robots.txt is used as part of the Robots Exclusion Standard, a voluntary protocol the Internet Archive respects that disallows bots from indexing certain pages delineated by the creator as off-limits. As a result, the Internet Archive has removed a number of websites that are now inaccessible through the Wayback Machine. This is sometimes due to a

new domain owner placing a robots.txt file that disallows indexing of the site. The administrators claim to be working on a system that will allow access to that previous material while excluding material created after the point the domain switched hands. Currently, the Internet Archive applies robots.txt rules retroactively; if a site blocks the Internet Archive, like Healthcare Advocates, any previously archived pages from the domain are also removed. In cases of blocked sites, only the robots.txt file is archived. This practice would appear to be detrimental to researchers looking for information that was available in the past.

However, the Internet Archive also states that, "sometimes a web site owner will contact us directly and ask us to stop crawling or archiving a site. We comply with these requests." [1] (http://web.archive.org/collections/web/faqs.html#exclusions) They also say, "The Internet Archive is not interested in preserving or offering access to Web sites or other Internet documents of persons who do not want their materials in the collection." [2] (http://www.archive.org/about/faqs.php#2)

### Patent law

The United States patent office and, provided some additional requirements are met (e.g. providing an authoritative statement of the archivist), the European Patent Office will accept date stamps from the Internet Archive as evidence of when a given web page was accessible to the public. These dates are used to determine if a web page is available as prior art for instance in examining a patent application.

### Grateful Dead

In November 2005, free downloads of Grateful Dead concerts were removed from the site. John Perry Barlow identified Bob Weir, Mickey Hart, and Bill Kreutzmann as the instigators of the change, according to a *New York Times* article.[16] Phil Lesh commented on the change in a November 30, 2005, posting to his personal website:

> *It was brought to my attention that all of the Grateful Dead shows were taken down from Archive.org right before Thanksgiving. I was not part of this decision making process and was not notified that the shows were to be pulled. I do feel that the music is the Grateful Dead's legacy and I hope that one way or another all of it is available for those who want it.*[17]

A November 30 forum post from Brewster Kahle summarized what appeared to be the compromise reached among the band members. Audience recordings could be downloaded or streamed, but soundboard recordings were to be available for streaming only. Concerts have since been re-added.[18]

### Automatically entered contracts

On December 12, 2005, activist Suzanne Shell demanded Internet Archive pay her US$100,000 for archiving her website profane-justice.org between 1999 and 2004.[19] Internet Archive filed a declaratory judgment action in the United States District Court for the Northern District of California on January 20, 2006, seeking a judicial determination that Internet Archive did not violate Shell's copyright. Shell responded and brought a countersuit against Internet Archive for archiving her site, which she alleges is in violation of her terms of service.[20] On February 13, 2007, a judge for the United States District Court for the District of Colorado dismissed all counterclaims except breach of contract.[19] The Internet Archive did not move to dismiss copyright infringement claims Shell asserted arising out of its copying activities, which will also go forward.[21] On April 25, 2007, Internet Archive and Suzanne Shell jointly announced the settlement of their lawsuit. The Internet Archive said, "Internet Archive has no interest in including materials in the Wayback Machine of persons who do not wish to have their Web content archived. We recognize that Ms. Shell has a valid and enforceable copyright in her Web site and we regret that the inclusion of her Web site in the

Wayback Machine resulted in this litigation. We are happy to have this case behind us." Ms. Shell said, "I respect the historical value of Internet Archive's goal. I never intended to interfere with that goal nor cause it any harm."[22]

# See also

## Similar projects

- Library of Congress Digital Library project
- National Digital Information Infrastructure and Preservation Program
- Ourmedia - Internet Archive project that freely hosts public image, text, audio, and video submissions
- Project Gutenberg
- WebCite

## Other

- Digital preservation
- Heritrix
- Link rot
- Web archiving
- Web crawler

# References

1. ^ The Internet Archive at the New Library of Alexandria (http://archive.bibalex.org/)
2. ^ " Internet Archive officially a library" (http://www.archive.org/iathreads/post-view.php?id=121377), May 2, 2007.
3. ^ Kanellos, Michael. "Big storage on the cheap (http://news.zdnet.com/2100-9584_22-5808754.html)", CNET News.com, July 29, 2005. Retrieved on 2007-07-29.
4. ^ Green, Heather. "A Library as Big as the World (http://www.businessweek.com/technology/content/feb2002/tc20020228_1080.htm)", BusinessWeek, February 28, 2002. Retrieved on 2007-07-29.
5. ^ Stefanie Olsen, "Preserving the Web one group at a time" (http://www.news.com/8301-10784_3-6067173-7.html), CNet News.com, May 1, 2006
6. ^ Gonsalves, Antone. "Internet Archive Claims Progress Against Google Library Initiative (http://www.informationweek.com/story/showArticle.jhtml?articleID=196701339)", InformationWeek, December 20, 2006. Retrieved on 2007-01-05.
7. ^ "The Open Library Makes Its Online Debut (http://chronicle.com/wiredcampus/index.php?id=2235?=atwc)", Chronicle of Higher Education, The Wired Campus, July 19, 2007. Retrieved on 2007-07-30.
8. ^ Olsen, Stefanie. "An open-source rival to Google's book project (http://news.com.com/An+open-source+rival+to+Googles+book+project/2100-1025_3-5915690.html?tag=ne.gall.related)", CNET News.com, October 26, 2005. Retrieved on 2007-07-29.
9. ^ Bowman, Lisa M. "Net archive silences Scientology critic (http://news.com.com/2100-1023-959236.html)", CNET News.com, September 24, 2002. Retrieved on 2007-01-04.
10. ^ Jeff (23 September 2002). exclusions from the Wayback Machine (http://www.archive.org/iathreads/post-view.php?id=778) (Blog). *Wayback Machine Forum*. Internet Archive. Retrieved on 2007-01-04. *Author and Date indicate initiation of forum thread*
11. ^ Miller, Ernest (24 September). Sherman, Set the Wayback Machine for Scientology (http://research.yale.edu/lawmeme/modules.php?name=News&file=article&sid=350) (Blog). *LawMeme*. Yale Law School. Retrieved on 2007-01-04. *The posting is billed as a 'feature' and lacks an associated year designation; comments by other contributors appear after the 'feature'*
12. ^ Gelman, Lauren (17 November 2004). "Internet Archive's Web Page Snapshots Held Admissible as Evidence (http://cyberlaw.stanford.edu/packets002728.shtml)". *Packets* **2** (3). Retrieved on 2007-01-04.
13. ^ Howell, Beryl A. (February 2006). "Proving Web History: How to use the Internet Archive

(http://www.strozllc.com/docs/pdf/PROVING_WEB_HISTORY_Jrl_of_Internet_Law_Feb%202006.pdf)" (PDF). *Journal of Internet Law*: 3–9. Retrieved on 2007-01-04.

14. ^ Dye, Jessica (2005). "Website Sued for Controversial Trip into Internet Past". *EContent* **28 (11)**: 8–9.
15. ^ Bangeman, Eric (31 August 2006). "Internet Archive Settles Suit Over Wayback Machine (http://arstechnica.com/news.ars/post/20060831-7634.html)". *ars technica*. Retrieved on 2007-11-29.
16. ^ Jeff Leeds; Jesse Fox Mayshark. "Wrath of Deadheads stalls a Web crackdown (http://www.iht.com/bin/print_ipub.php?file=/articles/2005/12/01/business/deadheads.php)", International Herald Tribune (republication of article from New York Times), December 1, 2005. Retrieved on 2007-01-04.
17. ^ Phil Lesh (30 November 2005). An Announcement from Phil Lesh (http://www.phillesh.net/philzonepages/friends_stuff/hotline-051130.html) (Blog). *Hotline*. PhilLesh.net. Retrieved on 2007-01-05.
18. ^ Brewster Kahle; Matt Vernon (1 December 2005). Good News and an Apology: GD on the Internet Archive (http://www.archive.org/iathreads/post-view.php?id=49553) (Blog). *Live Music Archive Forum*. Internet Archive. Retrieved on 2007-01-05. *Authors and date indicate the first posting in the forum thread*
19. ^ *a b* Lewis T. Babcock (13 February 2007). *Internet Archive v. Shell (http://blog.ericgoldman.org/archives/waybackshell.pdf)* (PDF), Civil Action No. 06cv01726LTBCBS.
20. ^ Claburn, Thomas. "Colorado Woman Sues To Hold Web Crawlers To Contracts (http://www.informationweek.com/industries/showArticle.jhtml?articleID=198001674)", InformationWeek, March 16, 2007. Retrieved on 2007-07-29.
21. ^ Samson, Martin. Internet Archive v. Suzanne Shell. (http://www.phillipsnizer.com/library/cases/lib_case456.cfm) via Phillips Nizer LLP
22. ^ Internet Archive and Suzanne Shell Settle Lawsuit (http://www.archive.org/iathreads/post-view.php?id=119669), April 25, 2007.

# External links

- The Internet Archive: Wayback Machine (http://www.archive.org/)
- The International Internet Preservation Consortium (IIPC) (http://netpreserve.org/)
- BLOG - What's New at the Internet Archive (http://internetarchive.wordpress.com/)
- Library of Congress, Web Capture (http://www.loc.gov/webcapture/)
- National Digital Information Infrastructure and Preservation Program (http://www.digitalpreservation.gov/)
- The Open Library (http://openlibrary.org/)
- Pictures and descriptions of the Wayback Machine hardware in 2003 (prior to the Petabox), with cost information (http://www.archive.org/web/hardware.php)
- Form 990-PF for Internet Archive (2003) (http://jnana.wikinerds.org/index.php/Form_990-PF_for_Internet_Archive_(2003))
- Archive-It 1.5 Press Release (http://www.archive-it.org/press/release1.5.html) and Archive-It FAQ (http://www.archive-it.org/faq.php)
- Warrick (http://warrick.cs.odu.edu/) – a tool for recovering websites from the Internet Archive and search engine caches
- Video interview with Internet Archive founder Brewster Kahle (http://www.elektrischer-reporter.de/index.php/site/film/13/) (short intro in German language, the interview is in English with German subtitles)
- The European Archive in Amsterdam (http://www.europarchive.org/)

  * *Wikipedia:Using the Wayback Machine - A guide to the Internet Archive's Wayback machine.*

- EAD Central (http://archivopedia.com/_mgxroot/page_10753.html) - Search for finding aids, historical documents, photos, and more
- September 11th Television Archive (http://www.archive.org/details/sept_11_tv_archive) - archive.org
- PublicDomainReprints.org - an experiment that prints public domain books from the Internet Archive (http://www.publicdomainreprints.org/)

Retrieved from "http://en.wikipedia.org/wiki/Internet_Archive"

Categories: All articles with unsourced statements | Articles with unsourced statements since February 2007 | 1996 establishments | Archives | Digital libraries | Film archives | Foundations | Internet history | Online archives | Public libraries in California | Sound archives | Web archives

- This page was last modified 14:47, 18 January 2008.
- All text is available under the terms of the GNU Free Documentation License. (See **Copyrights** for details.)
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a U.S. registered 501(c)(3) tax-deductible nonprofit charity.