# EXHIBIT 11

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,989,714
Registered Aug. 30, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

# Delivering What Matters Most

STUDENT LOAN FUNDING RESOURCES, LLC (OHIO LTD LIAB CO)
ONE WEST FOURTH STREET, SUITE 300
CINCINNATI, OH 45202

FOR: FINANCIAL SERVICES, NAMELY, STUDENT LOANS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 4-1-2000; IN COMMERCE 6-1-2000.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-447,070, FILED 7-7-2004.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:44:45 ET

Serial Number: 78447070 Assignment Information        Trademark Document Retrieval

Registration Number: 2989714

Mark

Delivering What Matters Most

(words only): DELIVERING WHAT MATTERS MOST

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2005-08-30

Filing Date: 2004-07-07

Transformed into a National Application: No

Registration Date: 2005-08-30

Register: Principal

Law Office Assigned: LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 650 -Publication And Issue Section

Date In Location: 2005-08-30

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Student Loan Funding Resources, LLC

Address:
Student Loan Funding Resources, LLC
One West Fourth Street, Suite 300

Cincinnati, OH 45202
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Ohio

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Financial services, namely, student loans
**Basis:** 1(a)
**First Use Date:** 2000-04-01
**First Use in Commerce Date:** 2000-06-01

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2005-08-30 - Registered - Principal Register

2005-06-07 - Published for opposition

2005-05-18 - Notice of publication

2005-02-22 - Law Office Publication Review Completed

2005-02-17 - Assigned To LIE

2005-02-10 - Approved for Pub - Principal Register (Initial exam)

2005-02-09 - Assigned To Examiner

2004-07-13 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Eric D. Reicin

**Correspondent**
ERIC D. REICIN
SALLIE MAE, INC.
11600 SALLIE MAE DR
RESTON VA 20193
Phone Number: 703-810-3000
Fax Number: 703-810-7500