# EXHIBIT 12

Case 1:08-cv-00297    Document 23-13    Filed 01/23/2008    Page 1 of 4

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 2,802,535
Registered Jan. 6, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## PROTECTING WHAT MATTERS

WASHINGTON MUTUAL, INC. (WASHINGTON CORPORATION)
1201 THIRD AVENUE, 17TH FLOOR
SEATTLE, WA 98101

FOR: INSURANCE SERVICES, NAMELY, INSURANCE BROKERAGE AND AGENCIES IN THE FIELDS OF PROPERTY AND CASUALTY, HOME, RENTERS, MORTGAGE, EARTHQUAKE, FLOOD, LIFE, LONG TERM HEALTH INSURANCE, PET INSURANCE, BOAT INSURANCE, ACCIDENTAL DEATH, ACCIDENTAL DISMEMBERMENT AND CREDIT AND DISABILITY INSURANCE AND ANNUITIES; INSURANCE BROKERAGE AND AGENCIES IN THE FIELD OF HOME WARRANTIES; PROVIDING AN INTERACTIVE WEBSITE CONTAINING INFORMATION AND SERVICES RELATING TO THE FOREGOING, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 8-31-2000; IN COMMERCE 8-31-2000.

SER. NO. 78-219,101, FILED 2-26-2003.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:46:12 ET

**Serial Number:** 78219101  Assignment Information          Trademark Document Retrieval

**Registration Number:** 2802535

**Mark (words only):** PROTECTING WHAT MATTERS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-01-06

**Filing Date:** 2003-02-26

**Transformed into a National Application:** No

**Registration Date:** 2004-01-06

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-01-12

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Washington Mutual, Inc.

**Address:**
Washington Mutual, Inc.
1201 Third Avenue, 17th Floor
Seattle, WA 98101
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Washington
**Phone Number:** (206) 264-6485
**Fax Number:** (206) 583-8500 (Attn: Lyn

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Insurance services, namely, insurance brokerage and agencies in the fields of property and casualty, home, renters, mortgage, earthquake, flood, life, long term health insurance, pet insurance, boat insurance, accidental death, accidental dismemberment and credit and disability insurance and annuities; insurance brokerage and agencies in the field of home warranties; providing an interactive website containing information and services relating to the foregoing
**Basis:** 1(a)
**First Use Date:** 2000-08-31
**First Use in Commerce Date:** 2000-08-31

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2004-01-06 - Registered - Principal Register

2003-10-14 - Published for opposition

2003-09-24 - Notice of publication

2003-08-14 - Approved for Pub - Principal Register (Initial exam)

2003-08-14 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lynne E. Graybeal

**Correspondent**
Lynne E. Graybeal
Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle WA USA 98101
Phone Number: (206) 583-8888
Fax Number: (206) 583-8500 (Attn: Lyn