# EXHIBIT 13

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,018,471
Registered Nov. 22, 2005

## SERVICE MARK
### PRINCIPAL REGISTER

## PROTECTING WHAT MATTERS

WASHINGTON MUTUAL, INC. (WASHINGTON CORPORATION)
1201 THIRD AVENUE, 17TH FLOOR
SEATTLE, WA 98101

FOR: INSURANCE SERVICES, NAMELY, INSURANCE BROKERAGE AND AGENCIES IN THE FIELDS OF MEDICAL INSURANCE; HOME WARRANTY SERVICES; PROVIDING INTERACTIVE WEBSITES CONTAINING INFORMATION RELATED TO THE FOREGOING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 12-0-2000; IN COMMERCE 12-0-2000.

SN 78-258,972, FILED 6-5-2003.

SAMUEL E. SHARPER JR., EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:47:36 ET

**Serial Number:** 78258972 Assignment Information         Trademark Document Retrieval

**Registration Number:** 3018471

**Mark (words only):** PROTECTING WHAT MATTERS

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2005-11-22

**Filing Date:** 2003-06-05

**Transformed into a National Application:** No

**Registration Date:** 2005-11-22

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 108

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2005-10-11

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Washington Mutual, Inc.

**Address:**
Washington Mutual, Inc.
1301 Second Avenue WMC 3501
Seattle, WA 98101
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Washington
**Phone Number:** (206) 264-6485
**Fax Number:** (206) 583-8500 (Attn: Lyn

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Insurance services, namely, insurance brokerage and agencies in the fields of medical insurance; home warranty services; providing interactive websites containing information related to the foregoing services
**Basis:** 1(a)
**First Use Date:** 2000-12-00
**First Use in Commerce Date:** 2000-12-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-26 - Applicant/Correspondence Changes (Non-Responsive) Entered

2007-12-26 - TEAS Change Of Owner Address Received

2005-11-22 - Registered - Principal Register

2005-10-04 - Law Office Registration Review Completed

2005-09-30 - Assigned To LIE

2005-09-28 - Allowed for Registration - Principal Register (SOU accepted)

2005-07-22 - Statement of use processing complete

2005-07-22 - Extension 3 granted

2005-07-13 - Amendment to Use filed

2005-07-13 - Extension 3 filed

2005-07-13 - TEAS Extension Received

2005-07-13 - TEAS Statement of Use Received

2005-02-01 - Extension 2 granted

2005-01-13 - Extension 2 filed

2005-01-13 - TEAS Extension Received

2004-08-02 - Extension 1 granted

2004-07-13 - Extension 1 filed

2004-07-13 - TEAS Extension Received

2004-01-13 - Notice of allowance - mailed

2003-10-21 - Published for opposition

2003-10-01 - Notice of publication

2003-08-19 - Approved for Pub - Principal Register (Initial exam)

2003-08-18 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Lynne E. Graybeal

**Correspondent**
Lynne E. Graybeal
Perkins Coie LLP
1201 Third Avenue
Suite 4800
Seattle WA 98101
Phone Number: 206-359-8000
Fax Number: 206-359-9000 (Attn: Lynne