# EXHIBIT 14

what matters?

# 2001 SUMMARY ANNUAL REPORT

Washington Mutual, Inc.





is it just a house...

or is it home?





are we talking rich...

or riches?





is it perfect...

or the perfect mess?

# so what matters?

EXPERIENCES WITH REAL PEOPLE
GETTING MORE THAN YOU EXPECT
LEAVING A PLACE BETTER THAN YOU FOUND IT
CREATING LASTING VALUE

we're driven to deliver
what matters

we're Washington Mutual

# our performance

FIVE-YEAR HIGHLIGHTS

*Dollars in millions, except per share amounts*

|  | 2001 | 2000 | 1999 | 1998 | 1997 |
|---|---|---|---|---|---|
| **For the Year** | | | | | |
| Net income | $ 3,114 | $ 1,899 | $ 1,817 | $ 1,487 | $ 885 |
| Net interest income | 6,876 | 4,311 | 4,452 | 4,292 | 3,916 |
| **Per Common Share** | | | | | |
| Net income for the year (diluted) | $ 3.59 | $ 2.36 | $ 2.11 | $ 1.71 | $ 1.01 |
| Book value at December 31[1] | 16.45 | 12.84 | 10.78 | 10.71 | 9.20 |
| **At Year End** | | | | | |
| Assets | $242,506 | $194,716 | $186,514 | $165,493 | $143,522 |
| Loans held for sale | 23,842 | 3,404 | 794 | 1,827 | 1,141 |
| Loans held in portfolio | 132,991 | 119,626 | 113,746 | 107,612 | 97,550 |
| Deposits | 107,182 | 79,574 | 81,130 | 85,492 | 83,429 |
| Stockholders' equity | 14,063 | 10,166 | 9,053 | 9,344 | 7,601 |
| **Financial Ratios** | | | | | |
| **For the Year** | | | | | |
| Return on average assets | 1.38% | 1.01% | 1.04% | 0.96% | 0.63% |
| Return on average common stockholders' equity | 23.53 | 21.15 | 19.66 | 16.67 | 11.95 |
| Net interest margin | 3.32 | 2.38 | 2.63 | 2.88 | 2.91 |
| **At Year End** | | | | | |
| Nonperforming assets as a percentage of total assets | 0.98% | 0.52% | 0.53% | 0.69% | 0.89% |
| Stockholders' equity to total assets | 5.80 | 5.22 | 4.85 | 5.65 | 5.30 |

[1] Does not include 18,000,000 shares of common stock issued to an escrow for the benefit of the general and limited partners of Keystone Holdings and the FSLIC Resolution Fund and their transferees

 

From truly Free Checking to special mortgage down-payment assistance programs to our industry-leading commitment to low- and moderate-income communities, Washington Mutual is focused on delivering on a promise: to bring great value and friendly service to middle-market consumers across America.

We take this promise seriously and are committed to industry-leading innovation and efficiency, which will allow us to serve more and more everyday people who need us the most. Call it our higher purpose.

WE DO THINGS DIFFERENTLY    While our competitors nickel and dime non-customers (actually, they nickel and dime their customers too!) with unreasonable ATM surcharges, we don't. Our network of over 1,900 ATMs is completely surcharge-free. As a result of this novel concept, 68 percent of new checking account customers surveyed cited surcharge-free ATMs as a primary reason they switched to Washington Mutual. It's just one example of how being reasonable can work well for everyone.

WE TAKE OUR RESPONSIBILITIES SERIOUSLY    We believe every creditworthy borrower should be able to own their own home. Unfortunately, some unscrupulous lenders prey on people, especially those with less-than-perfect credit, which is why we created our nationally recognized Responsible Mortgage Lending Principles. These principles are all about doing the right thing for borrowers and underscore that we're serious about serving people from all walks of life.

WE LISTEN    Find your bank or mortgage company cold, impersonal or even a bit arrogant? We're the alternative. A friendly, helpful attitude is the single-most important customer service tool in our business.

At Washington Mutual, we listen to what consumers want and it's reflected in our products, our innovative approaches to delivering financial services and most importantly, our attitude. Perhaps that's why the Satmetrix Corporation named Washington Mutual the "best in class" in customer service among financial services companies in an independent national survey of consumers in 2001. Of course, we know that we can always improve, so we'll keep listening.

everyone deserves
a good deal

AT WASHINGTON MUTUAL, WE BELIEVE A CUSTOMER'S WORTH
IS MEASURED BY MORE THAN JUST THEIR NET WORTH.

growth with a purpose

WE MOVE FAST AND WORK HARD TO BRING
WHAT WE HAVE TO OFFER TO MORE AND MORE PEOPLE.



Our employees are passionate about bringing our brand of doing business to even more people. Last year alone, we grew our household base by over 3.3 million and broke records in account growth and loan volume through a proven "buy and build" strategy.

GROWTH THROUGH ACQUISITIONS   Last year was an unprecedented period for acquisitions at Washington Mutual. In all, we completed or announced five transactions in 2001. We significantly strengthened our presence in Texas with the addition of Houston-based Bank United Corp., and announced our retail banking entry into the greater New York market through the acquisition of Dime Bancorp, Inc.

We also love the mortgage business – and it shows. With the acquisitions of Fleet Mortgage Corp. and the mortgage operations of The PNC Financial Services Group, and with the acquisition of Dime's North American Mortgage Company subsidiary and the purchase of certain operating assets of HomeSide Lending, Inc. early in 2002, Washington Mutual is well positioned to be among the nation's leading home lenders for years to come.

DELIVERING GROWTH THROUGH INNOVATION   Based on its successful debut in Las Vegas in 2000, our innovative Occasio™ retail store concept was extended into two new markets: Phoenix and Atlanta, where we anticipate opening up to 80 additional offices in 2002 and 2003. Occasio provides an attractive vehicle for entering large metropolitan markets across the U.S., and is a critical part of our plans to extend our national franchise. It is already playing an important role in expanding our presence in our existing markets.

CHARTING NEW TERRITORIES   Sure, we're probably best known for what we do in consumer financial services, but we also made plans in 2001 to expand our banking services for small business customers. Through the use of our expansive consumer banking network, we have a lot of places – over 1,300 of them – where we can provide the same kind of alternative to small business customers as we do to consumers throughout the country.

We're bringing a similar focus to becoming the nation's top multi-family lender. Washington Mutual was recently ranked as a leading national originator of multi-family loans and also leads the nation in the number of multi-family loans serviced. Both of these growing areas – small business banking and multi-family lending – offer the opportunity to diversify our business and take a lead position in these respective industries nationally.







# a passion for what we do

WE LOVE OUR JOBS AND WE'RE COMMITTED TO FINDING NEW
AND BETTER WAYS OF SERVING OUR CUSTOMERS. OUR COMMITMENT TO INNOVATION
IS REFLECTED IN THE PRODUCTS WE OFFER AND IN THE WAY WE DELIVER THEM.

a passion for what we do

Innovation doesn't just happen. It is a result of listening to customers, always considering fresh approaches to meeting their needs and being committed to implementing new ideas. Here's just a sampling of what we accomplished in 2001 by doing what comes naturally to us.

OPTIS™   Although our customers may never see it, our new automated mortgage origination platform, Optis, will offer more than meets the eye. Optis is designed to automate most of the steps in the mortgage process, which will allow loan approvals and closings to be completed faster than ever. We believe this increased productivity, coupled with greater precision, will allow more consumers, brokers and Realtors to do business with us whenever and wherever they choose.

OCCASIO™   Occasio retail stores bring a refreshing and unexpected approach to retail banking. Eighteen months in the making, Occasio provides tangible evidence that listening to what customers say they want in a bank can reap potential dividends in the future. The initial results of the stores have been promising, generating above-average growth in checking accounts and new customers.

And what do customers think? Customer satisfaction ratings of the stores are well above industry averages. Some people like the concierge who greets them at the door. Others like the children's play area. Still others like the relaxing feeling they get from working with staff members dressed in casual khaki slacks and cotton shirts. Whatever the reasons, Occasio is changing the way people look at banking.

HOME LOAN CENTER OF THE FUTURE   Building on the success of our Occasio banking concept, the design and functionality of our Home Loan Center of the Future puts friendly, personalized service at the heart of the customer experience.

The home loan centers will feature greeters near the door, a retail store area stocked with helpful books, and high-speed Internet access to provide online home tours and fast links to loan calculators and research tools.

Scheduled for rollout later in 2002, the new centers will feature a casual atmosphere and will be conveniently located in high-traffic shopping areas. They'll even feature "Wa-Brew" – our own brand of coffee – provided free, of course.

But innovation is about more than new technology and stores that don't look like your grand-father's bank. At Washington Mutual, innovation is also reflected in the new products we introduce each year. Two of the most exciting products launched in 2001 were our Platinum Account and the On The House™ home equity line of credit.

PLATINUM ACCOUNT    Washington Mutual's newest checking account – The Platinum Account – combines a money market rate of interest with the convenience of a checking account. The Platinum Account is targeted at households with multiple account relationships with us. In return for maintaining a specified minimum balance in the account, or combined accounts with Washington Mutual (including CDs, savings, home equity loan or line of credit, and other loan or deposit accounts), customers can enjoy the benefits of the Platinum Account free of monthly fees.

Introduced in the second half of 2001, the popular account contributed to the $27.61 billion in deposit growth generated in 2001.

ON THE HOUSE™    Imagine strolling the aisles of your local home improvement store to buy supplies for your latest project and being able to whip out a card that automatically accesses your home equity line of credit. By creating the On The House home equity line of credit, Washington Mutual was one of the first in the country to offer the convenience of a credit card with the security and potential tax advantages of a home equity line of credit.

WE'RE ALSO A GREAT PLACE TO WORK    Of course, all of these innovations would not have been possible without the hard work and dedication of our talented employees. We strive to provide a progressive environment that attracts people who thrive in a dynamic, fun, fast-paced (a.k.a. unbank-like) workplace. From there, we value high performance and develop and reward people for their individual contributions to our company's success.

We've worked hard to create and maintain a rich and rewarding work environment that has garnered national recognition for being a great place to work and an employer of choice for women and minorities.

we're like you

WE KNOW THE KNOCK ON BANKERS.
STUFFED SHIRTS AND EVEN STUFFIER PERSONALITIES, RIGHT?
THAT'S NOT US.













we're like you

While we take our responsibilities to our customers seriously, we don't take ourselves too seriously. We're human, caring and fair – radical concepts in financial services these days. The truth is, we're a reflection of our customers. Like them, we want a good deal and a pleasant experience when we shop – hey, we even worry about *our* waistlines too!

WE'RE FRIENDLY    Because we serve everyday people like us, we think we should talk with them in a manner they can appreciate. Case in point: our ATMs. Instead of the usual "machine-speak" people get from a competitor's ATM, our cash machines are friendly and informal. So, don't be surprised if you're greeted by "Hi! How can I help you?" the next time you visit one of our cash machines. While kinder, gentler ATMs may not change the world, they might just change the way people think about Washington Mutual.

WE HAVE A SENSE OF HUMOR    Humor plays a key role in showing our more human side and establishing that Washington Mutual is clearly different from our competitors. Our award-winning advertising is not only considered among the most effective in our industry, but of any industry. It also played an important role in net customer growth in 2001.

Research shows that awareness of Washington Mutual's advertising in our major markets reached an all-time high last year, and that the company was No. 1 in national brand awareness among mortgage lenders in 2001.

WE SPEAK THE LANGUAGE    We also understand that banks and mortgage companies can be intimidating to people, particularly those who may not call English their first language. That's why our bilingual employees put their skills to work by teaching financial education classes for consumers in a variety of languages. In addition, multi-language product brochures, advertisements and loan applications help ensure that everyone understands that what we have to offer transcends a person's native tongue.













we live here too

WE MAY WORK IN OFFICES, BUT WE LIVE IN YOUR COMMUNITY.
OUR KIDS ATTEND THE SAME SCHOOLS AS YOURS AND, LIKE YOU,
WE THINK OWNING A HOME IS A DREAM COME TRUE.



we live here too

By far the most significant way we are strengthening our communities is through our historic ten-year, $375 billion commitment to the low- to moderate-income communities we serve. Announced late in 2001, this pledge represents a continuing commitment to doing the right thing. We're confident it will also prove to be a profitable endeavor for Washington Mutual.

WE'RE ACTIVELY INVOLVED    Monetary support is an important way of supporting our communities. In fact, Washington Mutual gave more than $50 million back to our neighborhoods in 2001. But there's more to giving back than money alone.

Almost every day, you'll find our employees refurbishing houses, mowing lawns and clipping hedges; traveling to schools to tutor or teach kids about the value of saving money; and providing technical and professional assistance to non-profit organizations in their communities. We take community involvement seriously – in fact, we provide four hours of paid time off every month to our employees so they can volunteer in their local areas.

Through our CAN! (or Committed Active Neighbors) volunteer program, Washington Mutual employees last year donated nearly 200,000 hours of their time at more than 2,200 local events and celebrations throughout the country.

In 2001, our employee volunteer programs were nationally recognized to be among the best of the nation's publicly held companies when Washington Mutual was honored with the Points of Light Foundation award for excellence in corporate community service.

NEIGHBORWORKS WEEK    One of the most visible – and fun – ways our employees rolled up their sleeves in 2001 was through NeighborWorks Week activities, an affordable housing initiative established by the non-profit Neighborhood Reinvestment Corporation. With our support as the first-ever national sponsor of NeighborWorks Week, we assisted an estimated 22,000 families and improved 3,500 homes, making it the largest housing and community revitalization campaign in the event's 18-year history.

HELPING TEACHERS    Next to parents, teachers have the greatest influence on student achievement. In support of teachers and improving student learning, last fall we established the Washington Mutual Teacher Scholarship Fund to assist nearly 1,000 teachers in their efforts to earn National Board Certification.

**CUMULATIVE TOTAL RETURN COMPARISON**

If you had invested $100 in Washington Mutual Common Stock at the time Washington Mutual first became a publicly traded company on March 11, 1983, and in each of the S&P 500 Composite Index and the S&P Financial Index (and reinvested all dividends), the value of your investment in Washington Mutual Common Stock would have grown to $4,464 at the end of 2001, compared with $1,396 for the S&P Financial Index and $1,269 for the S&P 500 Composite Index.



$ 4,464

$ 1,396
$ 1,269

*March 11, 1983*                                    *December 31, 2001*

— Washington Mutual Common Stock
— S&P 500 Index
— S&P Financial Index

SOURCE: STANDARD & POOR'S COMPUSTAT



Kerry Killinger
Chairman, President, and Chief Executive Officer

TO OUR SHAREHOLDERS

Washington Mutual's 2001 performance clearly demonstrated the financial strength of our company and the hard work of our 42,000-plus talented employees. Though it was a tumultuous year in many respects, especially for our country and the economy, the low interest rate environment, coupled with the strength of Washington Mutual's business model, led to another record year of profitability. Exceptional revenue and earnings per share (EPS) growth, record loan volume and account openings and – the challenge of a weakening economy notwithstanding – continued sound credit quality were just a few of the highlights of the year. Consequently, we met or exceeded our key financial goals and delivered a shareholder return that exceeded that of our peer group and the market overall.

We are equally proud of the fact that we made significant progress toward our longer-term goal: to be the nation's leading financial services company for middle-market consumers. In addition to achieving significant internal growth in 2001, we took steps to solidify our top-tier national banking and lending franchises by completing several acquisitions. The acquisition of the mortgage operations of The PNC Financial Services Group, Inc. and Fleet Mortgage Corp., a unit of Fleet Boston Financial Corp., further strengthened our position among the top mortgage lenders and servicers in the nation. We also expanded our retail presence in Texas and strengthened our Specialty Finance business with the acquisition of Bank United Corp., and announced plans to bring our brand of banking to the greater New York area with the acquisition of Dime Bancorp, Inc., a transaction that was completed early in 2002. Dime's North American Mortgage Company subsidiary also added significantly to our mortgage operation. In early 2002, we acquired certain operating assets of HomeSide Lending, Inc., the U.S. mortgage unit of the National Australia Bank Limited.

We have only begun to realize the synergy of bringing these franchises together under the Washington Mutual name, already one of the most recognized brands in our business. Our management team firmly believes that the combination of our customer-centric philosophy, unique strategy and business model, growing brand recognition, innovative ways of serving consumers and ability to successfully integrate acquired companies will be a powerful source of further growth and profitability in the future.

I will discuss our efforts to accelerate our momentum in these areas and the specific progress we made implementing our strategies and achieving our goals, but first let's recap the highlights of 2001.

### HIGHLIGHTS OF 2001

The Washington Mutual team accomplished the following in 2001:

- Reported record earnings of $3.11 billion, or $3.59 per diluted common share, an increase of 52 percent on a per-share basis, from $1.90 billion, or $2.36 per diluted common share in 2000.

- Achieved a 23.53 percent return on average common equity (ROCE), also a record, exceeding our long-term target of more than 20 percent ROCE.

- Produced record loan volume of $174.04 billion, compared with $66.27 billion in 2000, including record volume in single-family residential (SFR) and non-SFR categories.

- Increased noninterest income by 32 percent from the prior year.

- Grew net interest income by 59 percent over the 2000 level, largely due to a much-improved net interest margin resulting from the 475 basis point decrease in short-term interest rates during 2001.

- Added more than one million net new checking accounts.

- Expanded our innovative and highly successful Occasio™ retail store concept into two new growing markets – Phoenix and Atlanta.

- Completed and integrated the acquisitions of Bank United Corp. and the residential mortgage business of The PNC Financial Services Group, Inc., and announced and completed the acquisition of Fleet Mortgage Corp.

- Announced a merger with Dime Bancorp, Inc. (completed in January 2002), creating a retail banking platform for future growth in the greater New York metropolitan area, the nation's largest urban market.

- Signed an agreement to acquire certain operating assets of HomeSide Lending, Inc., the U.S. mortgage unit of the National Australia Bank Limited.

- Pledged the largest-ever community commitment of $375 billion over the next ten years, further solidifying our commitment to low- to moderate-income communities across the nation.

### ALL LONG-TERM TARGETS MET OR EXCEEDED IN 2001

The accomplishments of 2001 reflect the successful implementation of our strategies, which are designed to achieve our long-term financial targets. These targets, covering the years 2000–2004, not only provide a framework for our actions, they serve as benchmarks each year and demonstrate our progress over time. In 2001, we met or exceeded all of our stated financial targets and delivered a superior total return to our shareholders.

FIVE-YEAR FINANCIAL TARGETS: 2000–2004 (AVERAGE)

|  | Target | 2001 Performance |
|---|---|---|
| Return on average common equity | > 20.00% | 23.53% |
| Annual growth in EPS | > 13.00 | 52.12 |
| Ratio of nonperforming assets to total assets | < 1.00 | 0.98 |
| Efficiency ratio[1] | < 45.00 | 43.90 |
| Common equity to total assets ratio[2] | > 5.00 | 5.89 |

[1] Excludes amortization of goodwill and other intangible assets, includes pre-tax extraordinary item
[2] Excludes unrealized net loss on available-for-sale securities and derivatives

The company's ROCE increased to 23.53 percent in 2001, compared with 21.15 percent in 2000, and again exceeded our stated target of more than 20 percent ROCE. Earnings per share grew 52 percent in 2001, and this brought Washington Mutual's five-year EPS compounded annual growth rate to 20 percent, significantly higher than our stated goal of 13 percent growth

on average over the target five-year period. The ratio of nonperforming assets to total assets was 0.98 percent at the end of 2001, compared with 0.52 percent at year-end 2000. This was within our stated long-term target but up from last year, reflecting the weakened state of the economy. With respect to our operating efficiency ratio, our stated target is for the ratio to be less than 45.00 percent by 2004. In 2001, our efficiency ratio was 43.90 percent, compared with 47.97 percent in 2000. Finally, the common equity to total assets ratio was 5.89 percent at December 31, 2001, compared with 5.24 percent at December 31, 2000. Based on this excellent financial performance, the Board of Directors increased the cash dividend on common stock by one cent in each consecutive quarter of 2001, and declared a 3-for-2 stock split in April.

Our financial targets are typically used to measure shareholder value creation over time, but the ultimate measure of shareholder value creation is total return. Washington Mutual's five-year total shareholder return through the end of 2001 (assuming the reinvestment of dividends) averaged 14.04 percent per year. This performance ranked in the top quartile of the nation's largest banks and outpaced the Standard & Poor's 500 and Standard & Poor's Financial indices. Looking over an even longer period of time, an investment of $100 in Washington Mutual stock in 1991 today is worth $639, including reinvested dividends, compared to $542 for the Standard & Poor's Financial Index and $338 for the Standard & Poor's 500 Index. That represents a compound annual growth rate of 20.36 percent for Washington Mutual over the ten-year period. As we make further progress on strengthening our unique business model, we are committed to continuing to drive value creation and deliver our stated targets in the years ahead.

## CONTINUED SUCCESSFUL IMPLEMENTATION OF STRATEGIES

### A UNIQUE BUSINESS MODEL

Washington Mutual is unique within the financial services industry. Our philosophy is to select a few business segments in which to build leading market shares and profitable scale. Through the combination of acquisitions and strong internal growth, our focus on middle-market consumers and small- to mid-sized businesses and execution of our business strategies, the company has delivered superior shareholder value over time.

While each business unit has its specific strategies for growth, they share in common an approach to delivering financial products and services – Washington Mutual's brand promise to provide great value with friendly service to all our customers. Our Banking and Financial Services Group attracts hundreds of thousands of new customers each year primarily through our Free Checking account product. Over time, we extend the average number of relationships with our banking customers to five products or services, thereby delivering growth in banking fee income, loans and deposits. Our Home Loans and Insurance Services Group uniquely combines the strengths of a mortgage banker and portfolio lender. As a mortgage banker, we sell in the secondary market most of the fixed-rate loans we originate, while retaining the servicing and more importantly, the customer relationship. As a portfolio lender, we retain the higher-margin and most of the adjustable-rate loans we originate for our own portfolio. The group's broad array of products and full complement of retail, broker and correspondent distribution channels enables Washington Mutual to be there for its customers with the products and service they require. This "Power of Yes" approach, combined with our "buy and build" strategy, has placed Washington Mutual among America's leading home lenders. Finally, our still relatively small Specialty Finance Group generates higher margin loans, with an emphasis on multi-family lending where we are the No. 2 originator in the country.

CREATING A POWERFUL NATIONAL BRAND

Our strategy is to create a powerful national franchise for the Washington Mutual brand, focusing especially on our two leading consumer financial services industry segments – consumer banking and home loans.

*Banking and Financial Services*

In 2001, Washington Mutual was the No. 1 recognized banking brand in the major metropolitan markets we served. Our average household penetration rate was 22 percent for all markets served. Our mission is to be the bank of choice for middle-market consumers and small- to mid-sized businesses nationwide. Our growth strategies include:

- Attracting new customers through our unique flagship product, Free Checking, and then cross-selling value-added products and services.

- Continuously asking consumers what new products and services they want from their bank. As a result of this research, Washington Mutual introduced The Platinum Account in 2001, which contributed a significant portion to the year's internal deposit growth.

- Continuing to roll out our Occasio retail stores to penetrate attractive new markets and solidify our presence in existing ones.

- Identifying acquisitions that meet Washington Mutual's rigorous parameters.

In 2001, we successfully implemented these growth strategies. We increased the number of households served by 16 percent, added more than one million net new checking accounts, grew our consumer loan portfolio by $2.47 billion, or 31 percent over 2000, and the company as a whole increased deposits by $27.61 billion, or 35 percent. We expanded our market presence in Nevada, Arizona and Georgia, through new Occasio "stores." Occasio, Latin for "favorable opportunity," is our revolutionary concept for delivering financial products and services to consumers and small businesses. Our innovative stores are based on concepts used by cutting-edge retailers, with an open, welcoming environment and top-notch customer service to attract new customers. In 2001, we opened over 60 Occasio stores across the country, including those in our new consumer banking markets of Las Vegas, Phoenix and Atlanta. All new financial centers now use the Occasio platform. The stores have, thus far, performed well ahead of expectations. Early in 2001, we expanded our market presence in Texas through the acquisition of Bank United, and with the closing of the Dime Bancorp acquisition early this year, we now have a retail banking presence in the New York metropolitan market. These markets – and others – are prime candidates for further expansion through Occasio.

*Home Loans and Insurance Services*
Our goal is to be the nation's leading mortgage provider and we expect to accomplish this through the combination of a diversified business model, additional scale, optimizing the number of relationships with each of our customers and driving innovation. In 2001, we made excellent progress toward this goal. Our "buy and build" strategy, highlighted by the acquisitions of the mortgage operations of The PNC Financial Services Group, Inc. and Fleet Mortgage in 2001, and continuing with the acquisition of Dime's North American Mortgage Company subsidiary and

certain operating assets of HomeSide Lending completed early this year, led to significant growth in our business. In addition, we are at the top in mortgage brand recognition nationwide. In retrospect, the acquisitions completed in 2001 proved to be exceedingly timely as customer preferences shifted to fixed-rate mortgages in 2001, a strength of the acquired franchises. Loan volume totaled a record $155.79 billion, up 197 percent from $52.39 billion in 2000, and our residential loan servicing portfolio (which includes owned loans with retained servicing) grew significantly, from $186.84 billion in 2000 to $496.70 billion in 2001. Insurance income generated by this business line increased 104 percent to a record level of $100 million.

Our strategy for the mortgage business combines the strengths of portfolio lending with mortgage banking. This strategy generates three income-producing components: spread income from loans held in portfolio; noninterest income generated from gains from current production of mortgage loans and mortgage-backed securities (MBS); and fee income from loan servicing.

In 2001, Washington Mutual significantly added to its mortgage banking capability with the addition of the companies we acquired. As previously noted, these companies brought with them additional capability for the origination of fixed-rate residential mortgages, which was advantageous given the interest rate environment. The acquisitions also significantly added to our loan servicing portfolio and related mortgage servicing rights (MSRs), which grew from $1.02 billion at the end of 2000 to $6.24 billion at December 31, 2001.

Lower long-term interest rates spurred record refinancing activity and loan prepayments during the year, which resulted in an impairment to the value of MSRs of $1.75 billion. However, the lower interest rates also enabled the company to generate record gain from mortgage loans, primarily fixed-rate mortgages, of $963 million, up from $262 million the previous year. The strong gain from mortgages, additional gain from the sale of securities, higher net interest income and the liquidation of hedging instruments helped mitigate the adverse effect on the value of MSRs.

We expect that in a rising interest rate environment – just the opposite of what we experienced in 2001 – homeowner preference will shift to adjustable-rate mortgages (ARMs). In this kind of environment, our portfolio lending capabilities will facilitate higher growth in the balance sheet, which would help mitigate the effect of compression in the net interest margin. In addition, rising interest rates will tend to increase the value of MSRs and produce higher fee income from loan servicing.

*Specialty Finance*

Our Specialty Finance Group is a primary driver of higher-margin commercial real estate loans. The group provides real estate secured financing, primarily for multi-family properties, but also provides other commercial real estate lending and residential builder construction financing as part of its secured financing activities. The group also offers mortgage banker financing and conducts a consumer finance business through Washington Mutual Finance.

Although multi-family and SFR builder construction loan volume increased 53 percent for the year as a result of the Bank United acquisition, as the year progressed we intentionally limited growth in the other commercial real estate portfolios, including healthcare loans, as a result of the weakening economy. We anticipate modest loan growth in 2002, assuming an improved economy, due to our increased focus on multi-family lending.

FINANCIAL STRATEGIES

Washington Mutual's financial strategies provide the framework and discipline to support implementation of our business initiatives, while delivering superior results over time. These strategies are to:

- Reduce interest rate risk over time by gradually remixing the balance sheet with assets offering higher margins and by diversifying revenues.

- Effectively deploy capital through asset growth, selective acquisitions and share repurchase to consistently produce at least a 20 percent return on common equity.

- Maintain above-average credit quality by carefully managing credit risk throughout the economic cycle.

- Improve operating efficiency.

*Reduce interest rate risk*

Our long-term goal is to reduce the impact of interest rate volatility by remixing the balance sheet with a higher proportion of higher yielding and less rate-sensitive consumer and specialty mortgage loans, and commercial loans. By the end of 2001, residential loans and mortgage-backed securities represented 69 percent of total loans and MBS, down from 81 percent two years ago, demonstrating progress toward our goal. The second part of the strategy is to

continue to diversify revenue sources by growing checking accounts and related fee-based serv-
ices, as well as income from insurance and securities commissions and our mortgage banking
operations (gain on mortgages and loan servicing).

*Effectively deploy capital, consistent with a 20 percent ROCE*
Washington Mutual generates substantial capital from core operations and we are committed
to fully deploying this capital over the course of the business cycle. Our three options for capital
deployment are balance sheet growth, acquisitions that meet our criteria and share repurchase.
In the 2001 interest rate environment, organic balance sheet growth slowed because of customer
preference for fixed-rate mortgages, which, as noted, we tend to sell on the secondary market.
However, when interest rates begin to rise, customer preferences will likely shift to ARMs, which
the company prefers to retain in portfolio. We are always looking for potential acquisitions that
meet our criteria and were fortunate to identify several in 2001. Acquisitions must be projected to
be accretive to EPS within a reasonable time period, be consistent with our business strategies,
present no undue operational risk and pose minimal material risk to our asset quality. Finally, at
appropriate valuation levels, share repurchase presents an excellent alternative for capital deploy-
ment. During 2001, we repurchased a total of 7.3 million shares at an average price of $31.65.

*Maintain above-average credit quality*
Washington Mutual's credit quality remains sound and consistent with our expectations given the
economic slowdown in 2001. As already noted, our nonperforming assets to total assets ratio was
0.98 percent at the end of 2001, up significantly from a year ago, reflecting the progressively
weakening economy during the year, but within our long-term target of less than 1.00 percent.
Our senior credit officers and their teams are experienced and knowledgeable in their specific
businesses and anticipated from the outset of 2001 that even greater diligence and discipline
would be required during the year. Because of the composition of our loan portfolio, of which
approximately 70 percent represents single-family residential loans, our loan loss reserve gener-
ally has a higher correlation with anticipated loan charge-offs than with growth in nonperforming
assets. SFR loans historically have had much lower charge-off rates than commercial loans.

*Improve operating efficiency*

It is our strategy to build scale and market share and invest in technology in our key businesses to gain efficiencies that enhance both customer service and productivity. Through a combination of internal growth and acquisitions over the last few years – 2001 being an excellent example – Washington Mutual has significantly increased scale and today is one of the most efficient companies among the nation's largest financial institutions. In 2002, our focus will be on integrating the acquisitions announced or completed in 2001 and further leveraging the synergies we have envisioned for the longer term.

### COMMUNITY COMMITMENT

Our team is driven to be the nation's leading financial services company for middle-market consumers, so it is only fitting that our efforts to make our communities better places to live and work reflect a similar commitment. Grassroots community involvement has been a tradition throughout Washington Mutual's history, and 2001 was no exception. Our company announced a new pledge of $375 billion in support of low- to moderate-income communities over the next ten years. In addition, Washington Mutual provided direct financial support to nonprofit organizations – more than $50 million in grants, sponsorships and in-kind services and equipment that made a difference in our communities. While financial contributions certainly are an important part of helping our communities, so is the personal involvement of our employees. I am equally proud of the fact that our employees volunteered nearly 200,000 hours to schools, affordable housing organizations and other community partners during work time. They volunteered thousands of additional hours of their own personal time. In short, Washington Mutual and our employees continue to be leaders in making a difference in the communities where we live, work and do business.

LOOKING AHEAD

We expect to deliver another strong year of profitability and view 2002 as a great opportunity to concentrate on gaining efficiencies in our two largest businesses – Banking and Financial Services and Home Loans and Insurance Services. Our focus will center on bringing together our recently acquired franchises and ensuring a successful transition for the new employees who are now a part of the Washington Mutual family. However, we will not forget the importance of continuing the strong internal growth our team has produced in recent years. We also will continue to closely monitor the national economy and exercise caution in our credit quality decisions.

Our management team is committed to building a world-class company and powerful national brand franchise. We believe that all world-class companies have in common the following characteristics: above-average EPS growth; market leadership in key businesses; superior growth in new customers, as well as high levels of customer satisfaction and retention; and strong intangible assets, including a powerful brand, a track record of successful acquisition integration and management depth and breadth. The entire Washington Mutual team is aligned and focused on further strengthening these qualities within our company so that we can continue to deliver superior long-term return as a much larger company. I thank our employees and you, our shareholders, for your continued commitment and support.

Sincerely,

*Kerry Killinger*

Kerry Killinger
Chairman, President and Chief Executive Officer

*For a more complete discussion of Washington Mutual, Inc., investors are strongly encouraged to read the company's Annual Report on Form 10-K for the year ended December 31, 2001, which accompanies this Summary Annual Report.*

CONSOLIDATED STATEMENTS OF INCOME

*Dollars in millions, except per share amounts*

| *Year ended December 31* | *2001* | *2000* | *1999* |
|---|---|---|---|
| *Interest Income* | | | |
| Loans | $11,233 | $ 9,388 | $ 8,348 |
| Available-for-sale securities | 3,573 | 2,811 | 2,481 |
| Held-to-maturity securities | – | 1,319 | 1,050 |
| Other interest and dividend income | 259 | 265 | 183 |
| Total interest income | 15,065 | 13,783 | 12,062 |
| *Interest Expense* | | | |
| Deposits | 3,094 | 3,290 | 3,170 |
| Borrowings | 5,095 | 6,182 | 4,440 |
| Total interest expense | 8,189 | 9,472 | 7,610 |
| Net interest income | 6,876 | 4,311 | 4,452 |
| Provision for loan and lease losses | 575 | 185 | 167 |
| Net interest income after provision for loan and lease losses | 6,301 | 4,126 | 4,285 |
| *Noninterest Income* | | | |
| Depositor and other retail banking fees | 1,290 | 976 | 764 |
| Securities fees and commissions | 303 | 318 | 271 |
| Insurance income | 100 | 49 | 43 |
| Single-family residential mortgage banking (expense) income | (309) | 433 | 237 |
| Portfolio loan related income | 193 | 82 | 73 |
| Gain (loss) from other securities | 768 | (3) | (12) |
| Other income | 282 | 129 | 133 |
| Total noninterest income | 2,627 | 1,984 | 1,509 |
| *Noninterest Expense* | | | |
| Compensation and benefits | 1,924 | 1,348 | 1,223 |
| Occupancy and equipment | 804 | 604 | 575 |
| Telecommunications and outsourced information services | 441 | 323 | 276 |
| Professional fees | 201 | 101 | 70 |
| Advertising and promotion | 185 | 132 | 111 |
| Depositor and other retail banking losses | 144 | 105 | 107 |
| Amortization of goodwill and other intangible assets | 172 | 106 | 98 |
| Other expense | 746 | 407 | 450 |
| Total noninterest expense | 4,617 | 3,126 | 2,910 |
| Income before income taxes and extraordinary item | 4,311 | 2,984 | 2,884 |
| Income taxes | 1,579 | 1,085 | 1,067 |
| Income before extraordinary item | 2,732 | 1,899 | 1,817 |
| Extraordinary item – gain on extinguishment of debt, net of taxes of $239 million | 382 | – | – |
| Net Income | $ 3,114 | $ 1,899 | $ 1,817 |
| Net Income Attributable to Common Stock | $ 3,107 | $ 1,899 | $ 1,817 |
| Basic earnings per common share: | | | |
| Income before extraordinary item | $ 3.20 | $ 2.37 | $ 2.12 |
| Extraordinary item | 0.45 | – | – |
| Net income | 3.65 | 2.37 | 2.12 |
| Diluted earnings per common share: | | | |
| Income before extraordinary item | 3.15 | 2.36 | 2.11 |
| Extraordinary item | 0.44 | – | – |
| Net income | 3.59 | 2.36 | 2.11 |
| Dividends declared per common share | 0.90 | 0.76 | 0.65 |
| Basic weighted average common shares outstanding | 850.2 | 801.3 | 859.0 |
| Diluted weighted average common shares outstanding | 864.7 | 804.7 | 861.8 |

For a complete set of Consolidated Financial Statements, please refer to the Washington Mutual, Inc. Annual Report on Form 10-K for the year ended December 31, 2001.

CONSOLIDATED STATEMENTS OF FINANCIAL CONDITION

*Dollars in millions*

| December 31 | 2001 | 2000 |
|---|---:|---:|
| *Assets* | | |
| Cash and cash equivalents | $ 6,044 | $ 2,622 |
| Available-for-sale securities, total amortized cost of $58,783 and $42,288: | | |
| Encumbered | 38,649 | 23,576 |
| Unencumbered | 19,700 | 18,583 |
| | 58,349 | 42,159 |
| Held-to-maturity securities, total fair value of zero and $16,486: | | |
| Encumbered | – | 9,566 |
| Unencumbered | – | 6,999 |
| | – | 16,565 |
| Loans held for sale | 23,842 | 3,404 |
| Loans held in portfolio | 132,991 | 119,626 |
| Allowance for loan and lease losses | (1,404) | (1,014) |
| Total loans held in portfolio, net of allowance for loan and lease losses | 131,587 | 118,612 |
| Mortgage servicing rights | 6,241 | 1,017 |
| Investment in Federal Home Loan Banks ("FHLBs") | 3,873 | 3,260 |
| Goodwill and other intangible assets | 2,330 | 1,084 |
| Other assets | 10,240 | 5,993 |
| Total assets | $242,506 | $194,716 |
| *Liabilities* | | |
| Deposits: | | |
| Noninterest-bearing deposits | $ 22,441 | $ 8,755 |
| Interest-bearing deposits | 84,741 | 70,819 |
| Total deposits | 107,182 | 79,574 |
| Federal funds purchased and commercial paper | 4,690 | 4,115 |
| Securities sold under agreements to repurchase | 39,447 | 29,756 |
| Advances from FHLBs | 61,182 | 57,855 |
| Other borrowings | 12,576 | 9,930 |
| Other liabilities | 3,264 | 3,320 |
| Total liabilities | 228,341 | 184,550 |
| Redeemable preferred stock | 102 | – |
| *Stockholders' Equity* | | |
| Common stock, no par value: 1,600,000,000 shares authorized, 873,089,120 and 809,783,580 shares issued and outstanding | – | – |
| Capital surplus – common stock | 3,178 | 1,425 |
| Accumulated other comprehensive loss | (243) | (54) |
| Retained earnings | 11,128 | 8,795 |
| Total stockholders' equity | 14,063 | 10,166 |
| Total liabilities, redeemable preferred stock, and stockholders' equity | $242,506 | $194,716 |

For a complete set of Consolidated Financial Statements, please refer to the Washington Mutual, Inc. Annual Report on Form 10-K for the year ended December 31, 2001.

Executive Committee



**Kerry K. Killinger**
*Chairman, President and Chief Executive Officer*

**Craig J. Chapman**
*President, Specialty Finance Group*

**Fay L. Chapman**
*Senior Executive Vice President and General Counsel*

**Jack A. Cornick**
*Executive Vice President and Interim President, Banking and Financial Services Group (not pictured)*

**Daryl D. David**
*Executive Vice President, Human Resources*

**Craig S. Davis**
*President, Home Loans and Insurance Services Group*

**William W. Ehrlich**
*Executive Vice President, Corporate Relations*

  

  

**Steven P. Freimuth**
*Senior Executive Vice President, Corporate Services*

**Jeremy V. Gross**
*Executive Vice President and Chief Information Officer*

**William A. Longbrake**
*Vice Chair, Enterprise Risk Management and Chief
Financial Officer*

**Deanna W. Oppenheimer**
*President, Banking and Financial Services Group*

**Craig E. Tall**
*Vice Chair, Corporate Development and Specialty
Finance Group*

**James G. Vanasek**
*Executive Vice President and Chief Credit Risk Officer*

Board of Directors

**Kerry K. Killinger**
*Chairman, President and Chief Executive Officer,*
Washington Mutual, Inc.

**Douglas P. Beighle**
*Retired Senior Vice President,*
The Boeing Company

**David Bonderman**
*Managing Director,* Texas Pacific Group

**J. Taylor Crandall**
*Managing Partner,* Oak Hill Capital Management

**Anne V. Farrell**
*President and Chief Executive Officer,*
The Seattle Foundation

**Stephen E. Frank**
*Retired Chairman, President and Chief Executive Officer,*
Southern California Edison Co.

**William P. Gerberding**
*President Emeritus,* University of Washington

**Enrique Hernandez, Jr.**
*President and Chief Executive Officer,*
Inter-Con Security Systems, Inc.

**Phillip D. Matthews**
*Chairman,* Worldwide Restaurant Concepts, Inc.

**Michael K. Murphy**
*Chairman,* CPM Development Corp.

**Margaret Osmer-McQuade**
*President,* Qualitas International

**Mary E. Pugh**
*President and Chief Executive Officer,*
Pugh Capital Management, Inc.

**William G. Reed, Jr.**
*Non-Executive Chairman of the Board,*
SAFECO Corporation

**Elizabeth A. Sanders**
*Principal,* The Sanders Partnership

**William D. Schulte**
*Retired Vice Chairman,*
KPMG Peat Marwick LLP

**James H. Stever**
*Retired Executive Vice President, Public Policy*
U S WEST, Inc.

**Willis B. Wood, Jr.**
*Retired Chairman and Chief Executive Officer,*
Pacific Enterprises

*Company Profile*

With a history dating back to 1889, Washington Mutual, Inc. is a national financial services company that provides a diversified line of products and services to consumers and small to mid-sized businesses. The company operated more than 2,300 consumer banking, mortgage banking, commercial banking, consumer finance and financial services offices throughout the nation at the end of 2001.

*Common Stock*

Washington Mutual, Inc.'s common stock trades on The New York Stock Exchange under the symbol WM.

*Annual Meeting*

The 2002 Annual Meeting of Shareholders will be held at 2:00 p.m. at The Paramount Theatre in Seattle on April 16, 2002.

*Investor Materials on www.wamu.com*

Washington Mutual makes a variety of information and financial publications available on its Web site at www.wamu.com. Copies of recent news releases may also be obtained by fax by calling Business Wire's News on Demand Plus System at 800.329.6236. Financial publications, including the company's Annual Report on Form 10-K, may be obtained by writing or calling:

Washington Mutual, Inc.
Investor Relations
1201 Third Avenue, WMT2140
Seattle, Washington 98101
206.461.3187

*Dividend Reinvestment and Stock Purchase Plan*

Washington Mutual, Inc.'s Dividend Reinvestment and Stock Purchase Plan allows registered shareholders to reinvest cash dividends and contribute additional cash to purchase Washington Mutual, Inc. common stock on an occasional or monthly basis. The plan is administered by Mellon Investor Services LLC. For more information or to obtain a Plan brochure, see Shareholder Services below.

*Shareholder Services*

For information on the Dividend Reinvestment and Stock Purchase Plan or for assistance with stock ownership questions, contact the Stock Transfer and Exchange Agent:

Mellon Investor Services LLC
85 Challenger Road
Ridgefield, New Jersey 07660
800.234.5835
www.melloninvestor.com

For questions regarding mergers and acquisitions, shareholders should call Mellon's Reorganization Department at 800.777.3674.

*Investor Relations Contacts*

JoAnn DeGrande, Manager, 206.461.3186
Ruthanne King, Senior Financial Analyst, 206.461.6421
Iris Glaze, Shareholder Relations Manager, 206.461.4744

*Photo Credits*

Photography by Jeff Corwin, except: page 29, Martin Cox; page 30, Moya Photografx (top left), Martin Cox (top right, middle right and bottom), Alan Monthner (middle left); page 32, Tina Burch/Los Angeles Daily News; executive photographs Chris Conroy.

©2002 Washington Mutual, Inc.

DESIGN  METHODOLOGIE, INC.  |  PRINTING  COLORGRAPHICS · SEATTLE