# EXHIBIT 15

What's New | Resource Center | Claims | Proof of Insurance | Site Map | About Us | Contact Us

 **WaMu Insurance Services**

search this site

| Homeowners ▸ | Renters ▸ | Vehicle ▸ | Life ▸ | Personal Umbrella ▸ | Commercial ▸ | Other ▸ |

 

**GET A QUOTE**

Type of insurance:
Single family

State:
AK   GO

*Products not available in grayed out states.*

**Welcome**

### Making life simpler for less

Chances are, you're searching for policies that deliver a mix of smart coverage and good value. That's exactly what you'll get with us. In fact, we offer some of the most competitive rates you'll find anywhere.

### A history of helping

For more than 30 years, we've given hundreds of thousands of people the peace of mind that comes with our protection. We'd like to do the same for you.

### Experience that counts

People insure what matters most in their lives. We understand that, which is why our years of experience in providing insurance, handling claims and working with customers, helps to ensure the superior service you'll always receive from us.

### The attention you deserve

Our experienced Insurance Specialists are available by phone and e-mail to answer any questions you might have. Feel free to contact us.

### There's no time to waste

You want a fast response and we know how to deliver it with quotes provided in minutes, and quote requests in hours.

**WHAT'S NEW**

 You can get a free, no-obligation quote for personal auto insurance

 Healthcare Discount Plan: Instant savings on prescription drugs and more... FREE for 2 months! Enroll now and save $$$

 Disaster Mortgage Insurance now available. Enroll online

Renters Insurance now available. Learn more and enroll online





wamuins.com | WM Investment Inc. | wamu.com | WaMu Home Loans | FAQs | Privacy | Terms & Conditions | Home | Top ^

Unless otherwise indicated, all trademarks appearing on this webpage are trademarks and registered trademarks of Washington Mutual, Inc. © 2000. State Licenses.