# EXHIBIT 16



**Protecting what matters has never been simpler**

If you're looking for policies and services designed to fit your unique needs, you've come to the right place. We have a proud heritage of delivering the competitive rates, flexible options and personal attention every customer deserves.

**It's easy to learn more** ◀

Because insurance is offered on a state-by-state basis, simply select your state below and we will provide you with all the information and quotes for the products we offer in your specific area. States where we are not licensed are unavailable.

**Please select your state**

-- SELECT --    Go!

States where we are not licensed are unavailable.