# EXHIBIT 17





- Home
- Savings Products
- Loan Products
- Business Products
- Insurance
- Investments
- Anytime Banking
- Community
- About Us

# Welcome To Sawyer Savings Bank

We are committed to providing the tools and resources
to make it easier to manage your life or grow a business.

**Please visit or call one of our three convenient locations.**

| Saugerties Main Office | Marlboro Branch | Highland Branch |
| --- | --- | --- |
| 845.246.7000 | 845.236.7800 | 845.691.7200 |

800.486.9266



**Sawyer has Earned a 5-Star Superior Rating**

**from BauerFinancial For 13 Years**



Member FDIC
Copyright © 2007 · Sawyer Savings Bank · Home Page Productions
Privacy Policy

