# EXHIBIT 18

SAWYER SAVINGS

Click Here for @HomeBanking

# WELCOME

IN TOUCH with what matters to you

- Home
- Savings Products
- Loan Products
- Business Products
- Insurance
- Investments
- Anytime Banking
- About Us

## Sawyer Savings Bank

**is committed to providing the tools and resources to make it easier to manage your life or grow a business.**

**Please visit or call one of our three convenient locations.**

| Saugerties Main Office | Milton Branch | Highland Branch |
|---|---|---|
| 845.246.7000 | 845.795.5900 | 845.691.7200 |

**800.486.9266**

**Sawyer has Earned a 5-Star Superior Rating for More than 30 Years**

Member FDIC

Copyright © 2001 · Sawyer Savings Bank · Home Page Productions .

