# EXHIBIT 20



Serving Local Communities Since 1871

 **LOAN PRODUCTS** 



- Home
- Savings Products
- Loan Products
- Business Products
- Insurance
- Investments
- Anytime Banking
- Community
- About Us



## Consumer Loans

Thinking about buying a car? Wishing you could redo your kitchen? At Sawyer Savings Bank, we're here to help you choose a loan that suits your needs! With prompt, local service and decisions, we're "In Touch with what Matters to You!"

**HOME EQUITY LOAN**
We offer either a fixed rate loan or Home Equity Line of Credit. You can get up to 90% of the value of your home! (Appraised Value x 90% minus First Mortgage Amount = Available Loan Amount)

**AUTO LOANS**

**SECURED & UNSECURED PERSONAL LOANS**

**OVERDRAFT PROTECTION**
Overdraft protection is available with our NOW Checking, Basic Checking and Business Checking accounts. Avoid the embarrassment of returned checks and the fees that go with them by applying for Sawyer Savings Bank's overdraft protection today!

Call (845) 246-7000 or toll free (800) 486-9266 to speak to our Financial Consultants for more information about Sawyer Savings Consumer Loans or **E-Mail** us at info@sawyersavings.com!

**Click Here** for our loan calculator



Member FDIC
Copyright © 2006 · Sawyer Savings Bank · Home Page Productions