# EXHIBIT 21




**my business matters.**

| PERSONAL FINANCE | BUSINESS | TRUST & INVESTMENT | INSURANCE |


ONLINE LOG-IN


eNEWS SIGN-UP

**ABOUT US**
Information
Bank History
Locations
Careers
Community Focus
News Room

**CONTACT US**
PO Box 2270
High Point, NC 27261
p 336.881.3400
f 336.881.3310

**ATM LOCATIONS**

Investment and Insurance products are:

Not FDIC insured - May lose value - Not Bank guaranteed

Investment products offered by UVEST Financial Services, a registered broker-dealer, member NASD and SIPC. UVEST and High Point Bank are independent entities.

Insurance products offered through non-bank affiliates and are underwritten by unaffilated insurance companies

High Point Bank and Trust Company, member FDIC, Equal Housing Lender

**PERSONAL FINANCE**

BANKING
Personal Checking | Savings | Credit Card | Other

LENDING
Mortgage Loans | Consumer Loans | Home Equity | Vehicle Loans

INSURANCE
Life | Auto | Home | Health

RETIREMENT PLANNING
IRA | Money Market Accounts | Securities | Investing for Retirement

INVESTING
CD's | Money Market Accounts | Securities | U.S. Saving Bonds | Investment Services

ONLINE SERVICES
Banking | Bill Pay | e-Statements | Online Forms


High Point Bank now offers HSAs

**BUSINESS**

BANKING
Business Checking Accounts | Non Profit Accounts| Business Money Market Accounts

FINANCIAL SERVICES
Business Advantage Credit Card | VISA Business Check Card | Online Banking | Telephone Banking | Merchant Card | Direct Payroll Deposit | Wire Transfer | Treasury Tax and Loan

BUSINESS LENDING
Lines of Credit | Term Loans | Single Pay Notes | Real Estate Loans | Commercial Loans

INSURANCE
Property | Worker's Compensation | Automobile | General and other Liability | Bonds

ONLINE SERVICES
Convenient, Secure 24 Hour Account Access | Online Banking | Online Bill Pay | e-Statements | Cash Management

**INSURANCE**

Life and Health
Home and Auto
Business Policies
Bonds

**TRUST & INVESTMENT**

Personal Trust Administration
Retirement Services
Investment Management
Custodial Services
Estate Planning & Administration
UVEST Brokerage Services

**CUSTOMER SERVICES**

Order Checks
Change Address
Online Forms
Real Estate Available for Sale



Santa Photos


