# EXHIBIT 22



First Commonwealth Financial > Banking & Loans > Personal Banking > Automobile Loans - Microsoft Internet Explorer provided by

Address http://www.fcbanking.com/Banking/Loans/autoloans.html

Online Banking | ATMs & Branches | Contact Us | Home

About Us | Community Commitment | Investor Relations | Careers

## FIRST Commonwealth.

**Planning & Tools**   **Banking & Loans**   **Insurance**   **Wealth Management**

Personal Banking | Small Business Banking | Corporate Banking | More...

**Checking**
→ Checking Account
→ Free Gift
→ Senior Accent Club
→ Cards
→ Bank by Phone
→ Online Banking

**Savings**
→ Savings Account
→ Tower Savers
→ Certificates of Deposit
→ Coverdell Education Savings Account
→ Individual Retirement Accounts

**Loans**
→ Home Equity Loans
→ Home Equity Lines of Credit
→ Personal Loans
→ Mortgage Loans
→ Educational Loans
→ **Automobile Loans**

### Personal Banking

**Making our customers smile is what matters most...**

### Automobile Loans

That new car you've wanted could be closer than you think with a First Commonwealth Auto Loan. We offer competitive rates and the terms to best meet your individual situation. Fixed and variable rate loans are available to help you find that car you've always wanted.

Let us help you determine how much car you can afford with our easy-to-use online calculators.

**My Accounts Login**

Access your accounts from here.

Access my...   go

**Quicklinks**

Here's the fastest way to get to our most popular web pages.

I want to find...   go

Need checks? Reorder online! Fast, safe and convenient.
Details

FCB MEMBER FDIC   Equal Housing Lender   Equal Opportunity Lender

Site Map | Regulatory Notices | Terms & Conditions | Privacy Policy

© 2008 First Commonwealth Financial Corporation
601 Philadelphia St  Indiana, PA 15701