# EXHIBIT 23

Case 1:08-cv-00297   Document 23-24   Filed 01/23/2008   Page 1 of 2



# Personal Banking



Making our customers smile is what matters most...

## Automobile Loans

That new car you've wanted could be closer than you think with a First Commonwealth Auto Loan. We offer competitive rates and the terms to best meet your individual situation. Fixed and variable rate loans are available to help you find that car you've always wanted.

Let us help you determine how much car you can afford with our easy-to-use online calculators.





Online banking... convenience when you need it.

Details

FCB MEMBER FDIC    Equal Housing Lender    Equal Opportunity Lender    Site Map | Regulatory Notices | Terms & Conditions | Privacy Policy

© 2006 First Commonwealth Financial Corporation
601 Philadelphia St  Indiana, PA 15701
Tel: 1.800.711.BANK (2265)


