# EXHIBIT 24



## Mortgage Products

Fixed-Rate Mortgages • A.R.M. • F.H.A. • V.A. • N.I.F.A. • R.D. •
Combination First and Second Mortgages • Construction Financing Loans
Bridge Loans • Balloon Loans • Refinancing Loans

If you are looking to buy a home or refinance your home, BankFirst can help make it happen. Our helpful qualified expert Mortgage Loan Officers can tailor a mortgage to fit your individual needs. Our competitively priced loans and financing options can have you in your dream house sooner than you think. You can also refinance for a lower interest rate, consolidate your first and second mortgages, or just take out cash.

Best of all, it only takes a few minutes to get started and that can be the difference between buying a home and missing out on an opportunity.

Choose a Mortgage and Contact Us Today!

- **Fixed Rate Mortgages**
  Fixed Rate Mortgages offer a fixed interest rate for the life of the loan. This protects you against rising interest payments. Enjoy predictable and manageable payments.

- **A.R. M. (Adjustable Rate Mortgages)**
  ARMs offer the lowest initial payments. Payments fluctuate with future interest rate changes. ARMs can be converted to a fixed rate loan during the early years of the loan.

- **F.H.A. (Federal Housing Administration Loans)**
  A government-backed program ideal for many first-time and low-to-moderate income homebuyers who can't afford a big down payment. Loans are insured by the federal government to promote homeownership. FHA offers flexibility, convenience and affordability.

- **V.A. (Veterans Administration Home Loan)**
  VA loans are for veterans of the armed forces, active-duty personnel, reservists and their

**Online Banking**
○ Personal Online Banking
○ Business Online Banking
Access ID:
[ LOG IN ]

**Personal First Time User**

Home
Online Banking
Personal Products
Business Products
Mortgage Products
Services
Prime Time Club

**Protect Yourself From Identity Theft**



**Protect What Matters Most**

Embrace Life's Rewards
But Be Ready for It's Risks
Click here for Details





spouses. VA loans are insured by the federal government and offer some of the easiest qualifying requirements of any home loan. VA offers flexible qualifying guidelines, 100% financing for qualified borrowers and payment stability with a fixed interest rate.

- **N.I.F.A. (Nebraska Investment Finance Authority)**
  This is a first time homebuyers program that is available in Nebraska. This program offers buyers below market rates. N.I.F.A. loans can be underwritten as conventional, F.H.A. or V.A. loans. Exceptions such as income guidelines and purchase price limits apply.

- **R.D. (Rural Development Loans)**
  Guaranteed by the USDA this loan can help you get into a home with no down payment and you can even borrow the closing costs. R.D. loans are subject to income guidelines and population restrictions.

- **Combination First and Second Mortgages**
  Avoid paying private mortgage insurance and let BankFirst accommodate you with a combination first and second mortgage.

- **Construction Financing Loans**
  BankFirst offers construction loans that will get you from blueprint to reality. Concentrate on building your dream home and let BankFirst guide you through the construction financing and into permanent financing.

- **Bridge Loans**
  If you're waiting to close on your new home because your current home hasn't sold yet, you may need a bridge loan. BankFirst offers you competitive rates.

- **Balloon Loans**
  Fixed rate payments for a set term of the loan. The balance remaining at the end of the specified term (the balloon) is then due. Renegotiate your current mortgage at the end of the balloon.

- **Refinancing Loans**
  Are you finding it necessary to reduce a monthly mortgage payment? Consider refinancing your loan into a payment schedule more suitable to fit your individual needs.

Back to top

Home | Online Banking | Personal Products | Business Products | Mortgage Products
Locate Us | Calculators | Privacy Policy