# EXHIBIT 27

