# EXHIBIT 28

# Cathedral Financial Group, Inc.

Home | Contact | Quotes | Calculators | Articles

**ABOUT US**
- Welcome
- Our Firm
- Our People
- Event Calendar
- Our Services
- What Really Matters!
- Our Community
- Community Events!
- Company Location

**REQUEST A QUOTE**
- Annuity
- Life Insurance
- Long-term Care
- 401(k) Plan

**OTHER RESOURCES**
- Useful Links
- Refer this Site
- Bookmark this Site
- Set as Home Page

**FINANCIAL NEWS**
- Headlines

### What Really Matters!

Station:   **KKGN**, **960AM**

Date and time:   **Sunday, 6:00 - 7:00 PM**



*Fiscal Conservatism.*
*Social and Environmental Justice!*

"**What Really Matters!**" is our weekly hour-long show on the radio. Timothy and various guests discuss relevant financial and community topics that affect everyday people. The show gratefully acknowledges the vocal talents of announcers Mike Pondsmith and Tom Donaghey.

Each week guests from various non-profit organizations and socially and environmentally responsible businesses join us for a lively and interesting discussion on various issues that these groups seek to address. On-going guests include Eric Smith, estate attorney and Jon Allen of TruMark Financial Insurance Company.

If you would like to hear one of our past featured guests, feel free to e-mail us for a copy of the interview.

1. San Francisco Habitat for Humanity, Executive Director Phil Kilbridge
2. Oakland Public Library, Executive Director Carmen Martinez
3. Project Second Chance, Director Susan Lynn
4. Like Minded People, Owner Jamie Phillips
5. Eco-Haul, Owner Chris Sparks
6. Give Something Back, Co-owner Mike Hannigan
7. Home CARES Equipment Recyclers, Susan Murphy
8. Covenant House, Director of Development and Community Relationships Sean Sullivan
9. First Place Fund for Youth, Executive Director Sam Cobbs and Earnest East, Emancipated Youth!
10. International Institute for East Bay, Managing Attorney Susan Bowyer
11. Dreamcatchers Youth Shelter, Program Director Nika St. Claire
12. Bay Area Youth Centers, Executive Director Josh Leonard
13. Oakland Salvation Army, Captain Suzanne Mondell and Shelton Yee
14. Experience Corps, Oakland Field Manager Jessica Bullen with Volunteer Ron Williams
15. Children's Defense Fund, Policy Director Deena Lahn
16. Survivors International, Executive Director Dr. Uwe Jacobs
17. Sustainable Websites, CEO Ivan Storck.
18 Asian-American Donor Program, Executive Director Carol Gillespie with Spokesperson, Yul Kwon, winner of Survivor: Cook Islands
19. Kate's Caring Gifts, President Kate Amon
20. The WISH Club, Jennifer Verstrepen
21. United Way of the Bay Area, Director of Public Relations Maria Stokes
22. A Better Way, Special Projects Coordinator Mary Triston, MSW
23. Bay Area Green Business Program, Regional Program Manager Ceil Scandone with Attorney Donald Simon from Wendel, Rosen, Black & Dean, LLP
24. Alameda and Oakland Magazine, Publishers Rob and Tracy McKean
25. SustainLane, Business Development Manager Kate Butchart
26. Green Key Real Estate, President Chris Bartle
27. Safe haven for Little People, President Karen Justice-Guard
28. Brilliant Earth, co-CEO's Beth Gerstein and Eric Grossberg
29. Books for the Barrios, CEO Nancy Harrington

30. Meals by Marlene, Owner and Personal Chef Marlene Dotterer
31. Boy Scouts of America, SFBAC Scout Executive William Dalton and Eagle Scout Jeremy Jeans
32. Apollo Alliance, Western Regional Field Director Carla Din
33. Sierra Club, Regional Staff Director Carl Zichella
34. California Nurses Association, President Zenei Cortez
35. International Institute of the East Bay, Managing Atty. Susan Bowyer on immigration
36. Greenopia, Project Director Ferris Kawar
37. Urban Releaf, Executive Director Kemba Shakur and Community Outreach Coordinator Ashley DuVal
38. Colorful Coffins, Founder Jane Hillhouse
39. Citizens For The World, President Wendy Nguyen and Director of Technology James Chen
40. Calvert, SVP Geoffrey Ashton
41. Building California Construction Careers, Program Coordinator Laura Boatman and Outreach Coordinator Joyce Guy-Harris
42. Africa Jack, President Jack Miller
43. Build It Green, CEO Brian Gitt
44. Ella Baker Center, President Van Jones, Esq., and Policy Director Ian Kim
45. Grid Alternatives, Outreach Coordinator Utuma Belfrey
46. Environment California, Global Warming Advocate Jason Barbose
47. Flooring Alternatives, CEO Mari Strain
48. Urban Habitat, Social Equity Caucus Coordinator Connie Galambos
49. Medecins Sans Frontieres, Deputy Policy Director Michael Neuman
50. California Alliance For Retired Americans, Nan Brasmer
51. The Cheeseboard Collective, CFO Michael McGee
52. Give Something Back, HR Director Alma Azarcon
53. Aidell's Sausage, Assistant Controller Danielle Johnson
54. Chef, Entrepreneur, and Social Visionary Larry Bain;
55. CMG Mortgage, Mortgage Planner and Broker Jim Simon
56. Bay Area Youth Running Program, Executive Director Patricia Norman
57. Juma Ventures, Executive Director Marc Spencer
58. Islamic Center of the East Bay, President Mohammad Chaudhry
59. SEIU-UHW West, Nurse Doug Jones
60. Covenant House, Director of Development and Community Relationships Sean Sullivan with "Cory" and "Vinnie"
61. Boy Scouts of America, President Rick Cronk
62. Incanto Restaurant and Boccalone, Owner Mark Pastore
63. Chabot Space and Science Center, Environmental Education Coordinator Eric Havel and Volunteer Rhode Ki
64. Mike Robbins, Inc., Coach and Motivational Speaker Mike Robbins
65. Endangered Species International, President Pierre Fidenci
66. Justice Designs, Website and Graphic Designer Jason Justice
67. California Capital Group, Managing General Partner Phil Tagami
68. East Bay Alliance for a Sustainable Economy, Community Benefits Program Director Kate O'Hara
69. The Painted Turtle Camp, Medical Director Dr. Ben Meisel, FAAP
70. Biofuels4Schools, Executive Director Lindsay Hasset
71. National Environmental Education Foundation, Senior Director Leyla McCurdy

Cathedral Financial Group an Oakland-based financial advisor

**Tuesday, January 22, 2008**    Timothy R. Yee is a REGISTERED PRINCIPAL offering securities through SII Investments, Inc., Member **FINRA** & **SIPC** and a registered investment adviser. Cathedral Financial Group, Inc. and SII Investments, Inc. are separate companies.

Cathedral Financial Group, Inc.
8080 Capwell Drive, Suite 202
Oakland, CA 94621

Phone:  510-638-6331
Fax: 510-638-6332