# EXHIBIT 29

Int. Cl.: 36

Prior U.S. Cls.: 100, 101 and 102

**United States Patent and Trademark Office**

Reg. No. 3,229,518
Registered Apr. 17, 2007

## SERVICE MARK
### PRINCIPAL REGISTER

INVESTING BASED ON THINGS
THAT REALLY MATTER

WINSLOW MANAGEMENT COMPANY, LLC (DELAWARE LTD LIAB CO)
99 HIGH STREET - 12TH FLOOR
BOSTON, MA 02110

FOR: INVESTMENT MANAGEMENT SERVICES; FINANCIAL PORTFOLIO MANAGEMENT SERVICES; ASSET MANAGEMENT SERVICES; MUTUAL FUND SERVICES, NAMELY, MUTUAL FUND INVESTMENTS , IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-0-2005; IN COMMERCE 9-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-885,574, FILED 5-17-2006.

ANDREA K. NADELMAN, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:52:53 ET

Serial Number: 78885574 Assignment Information    Trademark Document Retrieval

Registration Number: 3229518

Mark

INVESTING BASED ON THINGS THAT REALLY MATTER

(words only): INVESTING BASED ON THINGS THAT REALLY MATTER

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2007-04-17

Filing Date: 2006-05-17

Transformed into a National Application: No

Registration Date: 2007-04-17

Register: Principal

Law Office Assigned: LAW OFFICE 110

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-04-17

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Winslow Management Company, LLC

Address:
Winslow Management Company, LLC
99 High Street - 12th Floor

Boston, MA 02110
United States
**Legal Entity Type:** Ltd Liab Co
**State or Country Where Organized:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
investment management services; financial portfolio management services; asset management services; mutual fund services, namely, mutual fund investments
**Basis:** 1(a)
**First Use Date:** 2005-09-00
**First Use in Commerce Date:** 2005-09-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-04-17 - Registered - Principal Register

2007-01-30 - Published for opposition

2007-01-10 - Notice of publication

2006-12-07 - Law Office Publication Review Completed

2006-12-07 - Assigned To LIE

2006-11-20 - Approved for Pub - Principal Register (Initial exam)

2006-11-20 - Teas/Email Correspondence Entered

2006-11-19 - Communication received from applicant

2006-11-19 - TEAS Response to Office Action Received

2006-10-23 - Non-final action mailed

2006-10-20 - Non-Final Action Written

2006-10-19 - Assigned To Examiner

2006-05-23 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Douglas R. Wolf

**Correspondent**
DOUGLAS R. WOLF
WOLF, GREENFIELD & SACKS, P.C.
600 ATLANTIC AVE
BOSTON, MA 02210-2211
Phone Number: 617-646-8000
Fax Number: 617-646-8646