# EXHIBIT 30

Int. Cl.: 36

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,066,727
Registered Mar. 7, 2006

## SERVICE MARK
### PRINCIPAL REGISTER

Understanding what
matters to you

HORST GROUP (PENNSYLVANIA CORPORATION)
320 GRANITE RUN DRIVE
P.O. BOX 3330
LANCASTER, PA 176043330

FOR: REAL ESTATE PROPERTY MANAGEMENT, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 3-0-2005; IN COMMERCE 3-0-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-398,889, FILED 4-8-2004.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:53:53 ET

**Serial Number:** 78398889 Assignment Information        Trademark Document Retrieval

**Registration Number:** 3066727

**Mark**

Understanding what matters to you

**(words only):** UNDERSTANDING WHAT MATTERS TO YOU

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2006-03-07

**Filing Date:** 2004-04-08

**Transformed into a National Application:** No

**Registration Date:** 2006-03-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 114

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2006-01-27

---

### LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Horst Group

**Address:**
Horst Group
320 Granite Run Drive P.O. Box 3330

Lancaster, PA 176043330  
United States  
**Legal Entity Type:** Corporation  
**State or Country of Incorporation:** Pennsylvania  
**Phone Number:** 717-581-9800  
**Fax Number:** 717-581-9816  

## GOODS AND/OR SERVICES

**International Class:** 036  
**Class Status:** Active  
Real estate property management  
**Basis:** 1(a)  
**First Use Date:** 2005-03-00  
**First Use in Commerce Date:** 2005-03-00  

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-03-07 - Registered - Principal Register

2006-01-26 - Law Office Registration Review Completed

2006-01-20 - Assigned To LIE

2006-01-17 - Allowed for Registration - Principal Register (SOU accepted)

2005-12-12 - Statement of use processing complete

2005-11-22 - Amendment to Use filed

2005-11-22 - TEAS Statement of Use Received

2005-10-19 - Attorney Revoked And/Or Appointed

2005-10-19 - TEAS Revoke/Appoint Attorney Received

2005-10-19 - Attorney Revoked And/Or Appointed

2005-10-19 - TEAS Revoke/Appoint Attorney Received

2005-05-24 - Notice of allowance - mailed

2005-03-01 - Published for opposition

2005-02-09 - Notice of publication

2004-11-12 - Law Office Publication Review Completed

2004-11-01 - Assigned To LIE

2004-11-01 - Assigned To LIE

2004-10-15 - Approved for Pub - Principal Register (Initial exam)

2004-10-15 - Examiners amendment e-mailed

2004-10-15 - Examiners Amendment -Written

2004-10-14 - Assigned To Examiner

2004-04-19 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Paul J. Kennedy, Mindy Ellis Schwartz, Tracey S. Pachman, Nathan W. Dean, Cara M. Kearney, Vincent V. Carissimi

**Correspondent**
Paul J. Kennedy
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia PA 19103-2799
Phone Number: 2159814194
Fax Number: 2159814750