# EXHIBIT 32



**HORST**

*Understanding What Matters To You®*

Horst Group ✓
Horst Construction
Horst Insurance
Horst Property Management

About Us    Partners    Contact Us    Employment

Connecting with our customers. Knowing their needs and exploring their ideas. Delivering products and services that they value.

The Horst Group, in our fifth generation, consists of three core businesses: Construction, Property Management, and Insurance.

**Construction**
The tradition began in 1880 when Joseph Horst began building churches, barns and homes. Today Horst provides construction management, engineering oversite, general construction, excavating, masonry and painting.

**Insurance**
From retail businesses to large, complex international corporations, our insurance and risk management programs are designed with an emphasis on value.

**Property Management**
We provide measurable benefits to businesses, organizations and investors through commercial and residential management, senior housing and building



residential management, senior housing and building services. We own and operate Columbia Cottage, assisted-living communities, in Southcentral and Eastern Pennsylvania.

**QUICK LINKS**

Horst Construction

Horst Insurance

Horst Property Management

Contact Us

**LATEST NEWS**

Horst Group recently held two events to support United Disabilities Services, their charity of choice since 2003. Horst Group's annual Horst Grille and "Generous Jeans Week" netted $1,230 for UDS. The Horst Group management then decided to match their employees' generous contributions to bring the grand total to $2,500. Learn More

**Horst Group**
(driving directions)
320 Granite Run Drive
PO Box 3330
Lancaster, PA 17604-3330

**Phone: 717-581-9800**
Fax: 717-581-9816

**Employee Intranet Login**
© 2007 Horst Group, Inc. All Rights Reserved
Privacy Policy

BEST PLACES to work in **PA**

SITE BY SCHEFFEY