# EXHIBIT 33




**Horst Group**
**Horst Construction**
**Horst Insurance**

# Welcome to Horst Property Management



With more than 35 years of experience, Horst Property Management provides measurable benefits to businesses, organizations and investors.

We do all this by connecting with our customers, knowing their needs and exploring their ideas, and delivering products and services that they value.

**OUR SERVICES**

| | |
|---|---|
| Association Management | Senior Housing |
| Commercial Management | Residential Management |



**QUICK LINKS**
Association Management
Senior Housing
Commercial Management
Residential Management
Contact Us

Columbia Cottage Assisted-Living

Communities

**Horst Property Management**
(driving directions)
320 Granite Run Drive
PO Box 3330
Lancaster, PA 17604-3330

**Phone: 717-581-9850**
Fax: 717-581-9815

**Employee Intranet Login**
*© 2007 Horst Group, Inc. All Rights Reserved*
Privacy Policy

