# EXHIBIT 34

Case 1:08-cv-00297   Document 23-35   Filed 01/23/2008   Page 1 of 3



Source: **Legal** > **Area of Law - By Topic** > **Trademark Law** > **Find Registered Trademarks & Filings** > **U.S. State Trademarks** > **CA State Trademarks**
Terms: **(63805) or (59,862) or (what matters)**  (Edit Search | Suggest Terms for My Search)

Select for FOCUS™ or Delivery

*© 2007 CT Corsearch FOCUSING ON WHAT MATTERS (WORDS AND DESIGN)*

© 2007, CT Corsearch. All Rights Reserved.
California Trademarks

Get Trademark Design

**Trademark Name:** FOCUSING ON **WHAT MATTERS**

(WORDS AND DESIGN)

**Serial Number:** 78536498

**Official Status:** REGISTERED

**Status Date:** August 07, 2007

**Goods/Services:**
PROVIDING REAL ESTATE SERVICES IN THE STATE OF CALIFORNIA

**International Class:**
 36 (INSURANCE, BANKING, AND FINANCIAL SERVICES) - PRIMARY CLASS

**U.S. Class:**
101 (ADVERTISING AND BUSINESS SERVICES) - SECONDARY CLASS
102 (INSURANCE AND FINANCIAL SERVICES )

**State of Registration:** CALIFORNIA

**Registration Number: 00063805**

**Registration Date:** August 07, 2007

**Active/Inactive:** ACTIVE

**First Use Date:** May, 2005

**Mark Type:** SERVICE MARK

**Word Count:** 4

**Description of Mark:** THE WORDS "FOCUSING ON **WHAT MATTERS**" IN A CLASSIC BLOCK FONT, USUALLY PLACED BELOW AN ICON WITH A CROSSHEIR

*********************** OWNERSHIP INFORMATION ***********************

Search - 3 Results - (63805) or (59,862) or (what matters)   Page 2 of 2
Case 1:08-cv-00297   Document 23-35   Filed 01/23/2008   Page 3 of 3

**Owner:** THE PETERSON TEAM, INC. (CALIFORNIA CORPORATION)
    11660 EVERGOLD STREET
    SAN DIEGO, CA 92131
    AS OF August 07, 2007

**Registrant:** THE PETERSON TEAM, INC. (CALIFORNIA CORPORATION)
    11660 EVERGOLD STREET
    SAN DIEGO, CA 92131
    AS OF August 07, 2007

Source: Legal > Area of Law - By Topic > Trademark Law > Find Registered Trademarks & Filings > U.S. State Trademarks > CA State Trademarks
Terms: **(63805) or (59,862) or (what matters)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 12:59 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help



About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

http://www.lexis.com/research/retrieve?_m=cd44f7835d16b8d5dfd79a14df62f740&searchType=&docnu...   1/22/2008