# EXHIBIT 35





Thank you for visiting **RayPeterson.com**!

**A Message From Ray:**

Few decisions you will make in life rival the importance of buying or selling a home. To me, a home signifies both a strong financial investment, as well as the center of a person or family's life. When planning your next move, call me and discover why more and more Scripps Ranch families are choosing to list with me!

Regards,









Villa Sotheby's International Realty
1555 Camino Del Mar #315B
Del Mar, CA. 92014

The Peterson Team, Inc. © 2007 | Privacy Statement