# EXHIBIT 36



Source: **Legal** > **Area of Law - By Topic** > **Trademark Law** > **Find Registered Trademarks & Filings** > **U.S. State Trademarks** > **CA State Trademarks**
Terms: **(63805) or (59,862) or (what matters)**  (Edit Search | Suggest Terms for My Search)

Select for FOCUS™ or Delivery

© 2005 CT CORSEARCH, FOCUSED ON WHAT MATTERS TO YOU (WORDS ONLY)

© 2005, CT Corsearch. All Rights Reserved.
California Trademarks

**Trademark Name:** FOCUSED ON **WHAT MATTERS** TO YOU

(WORDS ONLY)

**Serial Number:** 74800168

**Official Status:** REGISTERED

**Status Date:** November 04, 2004

**Goods/Services:**
REAL ESTATE SERVICES

**International Class:**
 36 (INSURANCE, BANKING, AND FINANCIAL SERVICES) - PRIMARY CLASS

**U.S. Class:**
101 (ADVERTISING AND BUSINESS SERVICES) - SECONDARY CLASS
102 (INSURANCE AND FINANCIAL SERVICES )

**State of Registration:** CALIFORNIA

**Registration Number:** 059862

**Registration Date:** November 04, 2004

**Active/Inactive:** ACTIVE

**First Use Date:** May, 2000

**Mark Type:** SERVICE MARK

**Word Count:** 6

*********************** OWNERSHIP INFORMATION ***********************

**Owner:** BRAD KORB
       3813 WEST MAGNOLIA STREET
       BURBANK, CA 91505
       AS OF November 04, 2004

**Registrant:** BRAD KORB
3813 WEST MAGNOLIA STREET
BURBANK, CA 91505
AS OF November 04, 2004

Source: Legal > Area of Law - By Topic > Trademark Law > Find Registered Trademarks & Filings > U.S. State Trademarks > $ CA State Trademarks
Terms: **(63805) or (59,862) or (what matters)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 12:57 PM EST

Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help

  About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.