# EXHIBIT 37



- Home
- Meet Brad
- Properties for Sale
- MLS Search
- Relocation Information
- Special Reports
- Local Events
- Financing
- I Want to Sell a Property
- I Want to Buy a Property
- Thinking About a Career In Real Estate
- Use Brad's Truck
- Brad's Commercial
- Job Opportunities
- Burbank Bulletin
- Cabrini Villas
- Churches & Synagogues
- Hallston / Highridge
- Burbank Hills Estates
- Burbank North Estates
- Burbank Rancho
- Burbank Hills
- Magnolia Park
- Condos / Townhouses
- Mid-Town Burbank
- Media District
- Burbank Income
- Burbank Commercial
- Contact Brad



## Welcome to Brad Korb's Burbank, Glendale & North Hollywood Real Estate Website!

**Meet Brad Korb, an individual who knows the importance of maintaining focus.** He believes that true success comes from making goals for what matters most in life. And whether he's with his family, interacting with his community or helping his real estate clients, Brad enjoys successful results because of his unique ability to visualize a goal and make a plan for accomplishing it.

This determined approach is what continues to take Brad's career as a real estate professional to new levels of success. For more than two decades, he's focused his attention on helping families reach their goals of buying or selling a home in Burbank, Glendale, or North Hollywood.

**Brad Korb** has created this informative web site filled with valuable information on the **Burbank, Glendale and North Hollywood areas** and the varied communities that lie in and around its borders. Browse through his **online listings** where you can take a virtual tour of his properties.

Along with these features are Brad's complimentary **buying and selling guides** that can help you with your next home sale or purchase. He has even created an online **community calendar** where you can find out what's happening in your community. Brad will be constantly posting his featured homes on this site, so bookmark this page now and check

**Buyer's Alert**
Make sure you're first to hear when properties come on the market
**Click here** to receive e-mail updates.

**Brad's Truck**
In Need of Moving Vehicle? You can use Brad's Truck for Free
**Click here** for more details.

back often. You can always **e-mail** or call him for a list of properties available in your price range.

  

**Sign Brad's Guest Book!**

**Click here to read about Brad on the cover of**

**Broker Agent Magazine!**

---

**Click Here to View Video**

## As Seen on TV...

## Brad's Television Commercial

| **Ad Gallery** |
|---|

Burbank, North Hollywood and Glendale Real Estate and homes for sale in California, luxury homes

Free home information - Brad Korb, REALTOR®



*~Your one-stop resource for ~*

**Burbank Real Estate** - **North Hollywood Real Estate** - **Glendale Real Estate** - **Tujunga Real Estate**

**Home** | **Meet Brad** | **Listings** | **Search** | **Relocating** | **Special Reports** | **Local Events** | **Financing**
**I Want to Sell** | **I Want to Buy** | **Careers** | **Brad's Truck** | **Brad's Commercial** | **Cabrini** | **Churches** | **Email**

---

**Brad Korb**
RE/MAX In Action
Burbank
Burbank, CA 91505
Office: (818) 953-5300
Fax: (818) 953-5309
Email: **Brad@BradKorb.com**



©2006 Hobbs/Herder Advertising (kml)

**Computer Camp Website Positioning**

Specializing in Real estate technology training and Website Positioning.

# Brad Korb's Burbank Real Estate Site Map

- **About Burbank:** Moving to Burbank, North Hollywood, Glendale or the surrounding communities? See what Burbank and its environment has to offer you.

- **Schools:** If you are looking at Burbank real estate, you will want to click here to know which schools are the best for your family.

- **Featured Listings:** Find your perfect Burbank home for sale from this list of our finest listings.

- **MLS Listing Search:** When looking at homes for sale in Burbank CA, you will want to see the entire MLS inventory.

- **Burbank Homebuyers:** If you want the best representation for Burbank real estate search, look at our professional representation.

- **Burbank Homesellers:** Take a look at our marketing plans for selling your Burbank home professionally.

- **Relocation:** Whether moving to Burbank, North Hollywood, Glendale or the surrounding area, you'll want to get Brad Korb's information on Burbank homes for sale and area information.

- **Calculators:** This is a great link to calculate your Burbank home mortgage and payment information.

- **Brad Korb's Resume:** See Brad Korb's credentials to understand why you should entrust your Burbank real estate needs with a professional.

- **Contact Me:** Click here to e-mail me. I'd love to assist you with your Burbank home.

Burbank Houses For Sale, Burbank California Real Estate, North Hollywood Real Estate, Real Estate Burbank California

**Real Estate Directory**



<< Prev | Ring Hub | Join | Next >>

© 2007 WebRing Inc.