# EXHIBIT 38



FIND AN AGENT          E-CARD

**Welcome.**
Feel free to look around.

Copyright © 2007 Safeco Insurance Companies. All Rights Reserved. Safeco, the Safeco logo, and "Wild Ride" are trademarks of Safeco Corporation. Privacy Policy          Sound