# EXHIBIT 39

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 15:58:15 ET

**Serial Number:** 77175327 Assignment Information          Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# WHAT MATTERS TO YOU

**(words only):** WHAT MATTERS TO YOU

**Standard Character claim:** Yes

**Current Status:** A non-final action has been mailed. This is a letter from the examining attorney requesting additional information and/or making an initial refusal. However, no final determination as to the registrability of the mark has been made.

**Date of Status:** 2007-08-22

**Filing Date:** 2007-05-08

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 103

**Attorney Assigned:**
CATALDO CAROLYN PENDLETON Employee Location

**Current Location:** L3X -TMEG Law Office 103 - Examining Attorney Assigned

**Date In Location:** 2007-08-22

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Safeco Insurance Company of America

**Address:**

Safeco Insurance Company of America
4333 Brooklyn Avenue N.E.
Seattle, WA 98185
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Washington

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
INSURANCE SERVICES
**Basis:** 1(a)
**First Use Date:** 2007-05-07
**First Use in Commerce Date:** 2007-05-07

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-08-22 - Notification Of Non-Final Action E-Mailed

2007-08-22 - Non-final action e-mailed

2007-08-22 - Non-Final Action Written

2007-08-21 - Assigned To Examiner

2007-05-11 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Martha Gayle Barber

**Correspondent**
MARTHA GAYLE BARBER
ALSTON & BIRD LLP

101 S TRYON ST STE 4000
CHARLOTTE, NC 28280-4000
Phone Number: 704.444.1000
Fax Number: 704.444.1111



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 22 04:11:06 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

# WHAT MATTERS TO YOU

| | |
|---|---|
| **Word Mark** | WHAT MATTERS TO YOU |
| **Goods and Services** | IC 036. US 100 101 102. G & S: INSURANCE SERVICES. FIRST USE: 20070507. FIRST USE IN COMMERCE: 20070507 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77175327 |
| **Filing Date** | May 8, 2007 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Owner** | (APPLICANT) Safeco Insurance Company of America CORPORATION WASHINGTON 4333 Brooklyn Avenue N.E. Seattle WASHINGTON 98185 |
| **Attorney of Record** | Martha Gayle Barber |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |