# EXHIBIT 40




# Life Insurance

## Protecting What Matters to You with Life Insurance

Insurance protects the important things in life against an unplanned loss. The financial security of those left behind after a death may easily be the most important of all the things for which we need protection. This is where life insurance comes into your picture. You can protect your family against such a loss for less than you might imagine, and, as with many of your important financial plans, Wescom can help.

With Wescom Insurance Services, you can provide the financial basics for your family - home, food, clothing, and security into the future - even in the event of a death. You can even make sure that your children can afford college.

If you are a business owner, Wescom Insurance Services can help you provide the cash that enables your business to make the transition to the next generation.

You can even establish life insurance that can provide income tax-free money to take care of your important obligations when the help is needed most. Start exploring your life insurance options today.

- Get easy, quick coverage.
- Get an instant quote for Term Insurance.
- Apply for Universal Life coverage.
- Explore your life insurance options.
- Find out how much life insurance you need.
- Life Insurance Purchasing Tips.

**Navigation:** Insurance Home · Auto Insurance · Homeowner's Insurance · Life Insurance · Health Insurance · Long-Term Care · Disability Income Protection · FAQ · About Us · Contact Us · Sitemap

Insurance services offered through Wescom Insurance Services
CA Ins Lic #0E89948, a wholly owned subsidiary of Wescom Credit Union.