# EXHIBIT 42



# Our Locations/Contact Us

Thank you for your interest in the **Schultheis Insurance Agency**! Please feel free to browse through our website and learn a little about us. If you would prefer to speak with one of our representatives please contact us, or you can click the Comment icon below and fill out a card to request more information about a specific insurance topic.

*Serving your Insurance needs for over 63 years!*



Since 1944

- Our Mission
- Our Services
- Our Partners
- Our Locations

**Quick Tip:** To learn more about Schultheis and our commitment to serving your insurance needs, click on Mission.

?? Help   !! Comment

Privacy Policy

