# EXHIBIT 43



Thank you for your interest in the **Schultheis Insurance Agency**! Please feel free to browse through this interactive presentation and learn a little about us. If you would prefer to speak with one of our representatives please contact us, or you can click the Comment icon below and fill out a card to request more information about a specific insurance topic.

- Our Mission
- Our Services
- Our Partners
- Our Locations

