# EXHIBIT 44

Case 1:08-cv-00297     Document 23-45     Filed 01/23/2008     Page 1 of 3



Source: **Legal** > **Area of Law - By Topic** > **Trademark Law** > **Find Registered Trademarks & Filings** > **U.S. State Trademarks** > **IL State Trademarks**

Terms: **(schultheis insurance)** (**Edit Search** | **Suggest Terms for My Search**)

Select for FOCUS™ or Delivery

© 2004 CT CORSEARCH, FOR WHAT MATTERS MOST (WORDS ONLY)

© 2004, CT Corsearch. All Rights Reserved.
Illinois Trademarks

**Trademark Name:** FOR WHAT MATTERS MOST

(WORDS ONLY)

**Serial Number:** 45000601

**Official Status:** REGISTERED

**Status Date:** JANUARY 15, 1999

**Goods/Services:**
INSURANCE SERVICES

**International Class:**
36 (INSURANCE, BANKING, AND FINANCIAL SERVICES) - PRIMARY CLASS

**U.S. Class:**
102 (INSURANCE AND FINANCIAL SERVICES ) - SECONDARY CLASS

**State of Registration:** ILLINOIS

**Registration Number:** 083115

**Registration Date:** JANUARY 15, 1999

**Active/Inactive:** ACTIVE

**First Use Date:** JUNE 1, 1997

**Word Count:** 4

*********************** OWNERSHIP INFORMATION ***********************

**Owner:** SCHULTHEIS INSURANCE
  32 NORTH WEINBACH
  EVANSVILLE, IN 47714
  AS OF JANUARY 15, 1999

**Registrant:** SCHULTHEIS INSURANCE
  32 NORTH WEINBACH
  EVANSVILLE, IN 47714

AS OF JANUARY 15, 1999

Source: Legal **>** Area of Law - By Topic **>** Trademark Law **>** Find Registered Trademarks & Filings **>** U.S. State Trademarks **>** $ **IL State Trademarks** [i]
Terms: **(schultheis insurance)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 1:02 PM EST

Search | Research Tasks | Get a Document | *Shepard's*® | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help



About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.