# EXHIBIT 45

Case 1:08-cv-00297    Document 23-46    Filed 01/23/2008    Page 1 of 3



© 2004 CT CORSEARCH, FOR WHAT MATTERS MOST (WORDS ONLY)

© 2004, CT Corsearch. All Rights Reserved.
Illinois Trademarks

**Trademark Name:** FOR WHAT MATTERS MOST

(WORDS ONLY)

**Serial Number:** 45000601

**Official Status:** REGISTERED

**Status Date:** JANUARY 15, 1999

**Goods/Services:**
INSURANCE SERVICES

**International Class:**
 36 (INSURANCE, BANKING, AND FINANCIAL SERVICES) - PRIMARY CLASS

**U.S. Class:**
102 (INSURANCE AND FINANCIAL SERVICES ) - SECONDARY CLASS

**State of Registration:** ILLINOIS

**Registration Number:** 083115

**Registration Date:** JANUARY 15, 1999

**Active/Inactive:** ACTIVE

**First Use Date:** JUNE 1, 1997

**Word Count:** 4

*********************** OWNERSHIP INFORMATION ***********************

**Owner:** SCHULTHEIS INSURANCE
    32 NORTH WEINBACH
    EVANSVILLE, IN 47714
    AS OF JANUARY 15, 1999

**Registrant:** SCHULTHEIS INSURANCE
    32 NORTH WEINBACH
    EVANSVILLE, IN 47714

AS OF JANUARY 15, 1999

Source: Legal > Area of Law - By Topic > Trademark Law > Find Registered Trademarks & Filings > U.S. State Trademarks > 💲 IL State Trademarks ⓘ
Terms: **(schultheis insurance)** (Edit Search | Suggest Terms for My Search)
View: Full
Date/Time: Tuesday, January 22, 2008 - 1:02 PM EST

Search | Research Tasks | Get a Document | *Shepard's®* | Alerts | Total Litigator | Counsel Selector
History | Delivery Manager | Dossier | Switch Client | Preferences | Sign Off | Help



About LexisNexis | Terms & Conditions | Contact Us
Copyright © 2008 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.