# EXHIBIT 46

# State of Indiana
## Office of the Secretary of State
## CERTIFICATE OF TRADEMARK REGISTRATION

I, Todd Rokita, Secretary of State of Indiana, hereby certify that in accordance with the application filed in this office on behalf of the following:

SCHULTHEIS INSURANCE                    Partnership
32 N. WEINBACH
EVANSVILLE, IN     47714

The TRADEMARK described below has been duly registered in this office pursuant to Indiana Code 24-2-1-1 et seq.

**FOR WHAT MATTERS MOST**

This mark is used in connection with the following: **INSURANCE**

DISCLAIMER:

Class of Merchandise: **55**                     FILE No.: **1999-0088**
Date of Registration: **03/23/1999**             Date of Expiration: **03/22/2009**
Date of first use in the United States: **06/01/1997**   Date of first use in Indiana: **06/01/1997**



In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, on January 22, 2008

Todd Rokita                                       Secretary of State