# EXHIBIT 47

Case 1:08-cv-00297    Document 23-48    Filed 01/23/2008    Page 1 of 3



Kentucky.gov

KY Agencies | KY Services | Search this site for [Go]

# BUSINESS SERVICES
## KENTUCKY SECRETARY OF STATE
### Trey Grayson

- Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

Kentucky Secretary of State > Business Services > Trademarks/Service Marks > **Search Trademarks/Service Marks**

**Business Services Home**

**Business Filings**

**Business Records**

**UCC**

**Trademarks/Service Marks**

FAQs
Fees
Forms
Online Services
Kentucky Revised Statutes
Links

**Online Business Services**

**Links**

**Certificate #:11703**

**Service Mark:** For What Matters Most
**Description:** The words above stylized
Int. Class:   36
**Goods and Services:** Insurance

| Registrant | Usage |
|---|---|
| Schultheis Insurance<br>32 N. Weinbach<br>Evansville, IN. 47714<br>State of Incorporation: IN<br>Owner Entity: Partnership | First Use In Ky:  06/01/1997<br>First Use Anywhere:  06/01/1997 |
| Registration | History |
| Registration Date:  1/27/1999<br>Expiration Date:  1/27/2004<br>Certificate Type:  Registration<br>Mark Status:  Live | There are 2 documents under this group number. Click here to see others. |
| | Design |
| | Image is unavailable.<br>7665.jpg<br>Mark Drawing Code:  Words in special script / font / color |

This is an unofficial record. Contact the office for further inquiries.

Johnna Ballinger
(502) 564-2848 ext.442                         Search Again



Contact Us | Site Map

Privacy | Disclaimer | Individuals with Disabilities

Copyright © 2005 Commonwealth of Kentucky
All rights reserved.