# EXHIBIT 48



**Kentucky.gov**

KY Agencies | KY Services | Search `this site` for [        ] Go

# BUSINESS SERVICES
## KENTUCKY SECRETARY OF STATE
### Trey Grayson

■ Administrative Services | Business Services | Elections | Executive | Kentucky Land Office | Secretary's Desk

■ Kentucky Secretary of State > Business Services > Trademarks/Service Marks > **Search Trademarks/Service Marks**

**Business Services Home**

**Business Filings**

**Business Records**

**UCC**

**Trademarks/Service Marks**

FAQs

Fees

Forms

Online Services

Kentucky Revised Statutes

Links

**Online Business Services**

**Links**

| Certificate #:015497 |
|---|

**Service Mark: For What Matters Most**
**Description:** The words above stylized
Int. Class: 36
**Goods and Services:** Insurance

| Registrant | Usage |
|---|---|
| Schultheis Insurance | First Use In Ky: 06/01/1997 |
| 32 N. Weinbach | First Use Anywhere: 06/01/1997 |
| Evansville, IN. 47714 | |
| State of Incorporation: IN | **History** |
| Owner Entity: Partnership | There are 2 documents under this group number. Click here to see others. |

| Registration | |
|---|---|
| Registration Date: | 1/27/1999 |
| Renewal Date: | 1/27/2004 |
| Expiration Date: | 1/27/2009 |
| Certificate Type: | Renewal |
| Mark Status: | Live |

**Design**

Image is unavailable.
13052.jpg
Mark Drawing Code: Words in special script / font / color

This is an unofficial record. Contact the office for further inquiries.

Johnna Ballinger
(502) 564-2848 ext.442

Search Again

Case 1:08-cv-00297     Document 23-49     Filed 01/23/2008     Page 3 of 3



Contact Us | Site Map

Privacy | Disclaimer | Individuals with Disabilities

Copyright © 2005 Commonwealth of Kentucky
All rights reserved.