# EXHIBIT 49

Home :: Contact Us

# Daniel McNeil, CLU

Life Insurance | Auto Insurance | Homeowners Insurance | Cash for Quotes

## Services

- Auto Insurance
- Life Insurance
- Homeowners Insurance
- Personal Umbrella
- Flood Insurance
- Renters Insurance
- Business Planning
- Commercial Insurance
- Motorcycle Insurance

## Our Agency

Hi, we are Daniel and Megan McNeil, the owners and agents of New Tampa Insurance. Not only is New Tampa our place of business, it is also our home. From coaching soccer to volunteering in our schools we are active in our community. Dan has 14 years of insurance experience helping families just like yours. Megan's background as a former teacher here in New Tampa serves to increase our customers' knowledge of the protection they are buying. We look forward to meeting you soon.

Sincerely,

## Contact Us

Daniel McNeil, CLU
8905 Regents Park Dr. #250
Tampa, Florida 33647
Phone No. 813-973-8680

## Our Mission

The mission of our agency is to analyze and protect against the risks facing our community. Drawing upon our knowledge and experience we strive to protect your family as we would our own. Through education, communication and superior service we help our customers create the best protection plans possible.

## Our Staff

Christine Le and Lois Bauer have been with us from the start. Their dedication to our customers needs is unparalleled. Christine holds her 220 Agents license and is qualified to help you with all of your home and auto needs. Lois, our “homeowners’ specialist”, holds her 440 CSR license and prides herself in making insuring your home as easy and uncomplicated as possible. Kimberly Francis, our newest associate, is a lifelong friend. Her background in sales and customer service are an asset to our team.

Copyright © 2007 Daniel McNeil, CLU. All Rights Reserved.



