# EXHIBIT 50

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 16:01:47 ET

**Serial Number:** 78672800 Assignment Information     Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark**

# FOCUS ON WHAT MATTERS

**(words only):** FOCUS ON WHAT MATTERS

**Standard Character claim:** Yes

**Current Status:** A request for the second extension of time to file a statement of use has been granted.

**Date of Status:** 2007-08-24

**Filing Date:** 2005-07-18

**The Notice of Allowance Date is:** 2006-09-26

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 109

**Attorney Assigned:**
FINK GINA M Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-06-08

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. Automatic Data Processing, Inc.

**Address:**

Automatic Data Processing, Inc.
One ADP Boulevard
Roseland, NJ 07068
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 016
**Class Status:** Active
Printed materials in the field of financial management, namely, newsletters and informational brochures
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-08-24 - Extension 2 granted

2007-08-24 - Extension 2 filed

2007-08-24 - TEAS Extension Received

2007-06-15 - Extension 1 granted

2007-03-06 - Extension 1 filed

2007-03-06 - TEAS Extension Received

2006-09-26 - Notice of allowance - mailed

2006-07-04 - Published for opposition

2006-06-14 - Notice of publication

2006-06-07 - Assignment Of Ownership Not Updated Automatically

2006-05-17 - Law Office Publication Review Completed

2006-05-12 - Assigned To LIE

2006-05-04 - Approved for Pub - Principal Register (Initial exam)

2006-04-28 - Teas/Email Correspondence Entered

2006-04-15 - Communication received from applicant

2006-04-15 - TEAS Response to Office Action Received

2006-01-31 - Applicant amendment prior to exam entered

2006-02-07 - Non-final action e-mailed

2006-02-07 - Non-Final Action Written

2006-02-06 - Assigned To Examiner

2006-01-31 - TEAS Preliminary Amendment Received

2005-07-22 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Susan E. Hollander, Esq.; Paul E. Thomas, Esq.

**Correspondent**
Susan E. Hollander, Esq.; Paul E. Thomas
MANATT, PHELPS & PHILLIPS LLP
1001 PAGE MILL RD BLDG 2
PALO ALTO CA 94304-1020
Phone Number: 650-812-1300
Fax Number: 650-213-0260


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | *e*Biz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 22 04:11:06 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## FOCUS ON WHAT MATTERS

| | |
|---|---|
| **Word Mark** | FOCUS ON WHAT MATTERS |
| **Goods and Services** | IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed materials in the field of financial management, namely, newsletters and informational brochures |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78672800 |
| **Filing Date** | July 18, 2005 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 4, 2006 |
| **Owner** | (APPLICANT) Automatic Data Processing, Inc. CORPORATION DELAWARE One ADP Boulevard Roseland NEW JERSEY 07068 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Susan E. Hollander, Esq.; Paul E. Thomas, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY