# EXHIBIT 51



Accountant Focus Newsletter | Accountants | Small Business Solutions | ADP Page 1 of 3

ADP Small Business Services

Look In Small Business Services For SEARCH

ABOUT ADP · SMALL BUSINESS REPORT · EMPLOYMENT REPORT · INVESTOR RELATIONS · CAREERS · CONTACT US

SBS HOME · WHY OUTSOURCE · PRODUCTS & SERVICES · NEW BUSINESSES · ACCOUNTANTS · PARTNERSHIPS & FRANCHISES · FAQS · CLIENT SUPPORT · EN ESPAÑOL

> Accountants
> Accountant Products & Services
> CPE Center
> Accountant Resources
Accountant Focus Newsletter
Tax Researcher Newsletter
> Tradeshows
> Refer a Client
> Have an ADP Representative Contact Me

# Accountant Focus

Volume 2, No. 3

**FOCUS ON WHAT MATTERS**

## Low-Cost Bottom Line Boosters

What could a 60-day WIP and AR policy do for your firm's bottom line? What about progress billings? Troy Waugh, president of The Rainmaker Academy, offers these low-cost tips for boosting profitability.

Many accounting firms could significantly add to the bottom line with some simple steps that make the most of an understanding of human psychology. All it takes is a little bit of "selling."

"You want to change the way you're doing business with the client," Waugh explains. "That takes some salesmanship."

And it's likely easier than you think.

"I've found that some clients are resistant to change, but far fewer are resistant to change than the accountants think will be resistant."

**Idea #1: Billing Process**
First, set a goal of less than 60 days for WIP and AR. Deliver the bill when you deliver the product. Don't wait: the more time that passes, the more likely it is clients may forget what you've done for them. The problem is particularly likely with large bills.

"If you don't hear from me, you might just put that aside and wait until your cash flow gets better to pay it," Waugh says. "Some people actually use their accountants like a bank. You'd be surprised how many firms we see with four to six months of their revenue tied up in accounts receivable."

## In This Issue

IRS Releases Guidance on Sec. 199 Deduction; Some Gaps Remain

TIPRA Has Wide Ranging Impact on Businesses

ADP Launches National Employment Report

Tell Your Clients About New Roth IRA Option Under TIPRA

Key Culture Elements Are Common among 'Best Places' Firms

Time to Revisit Estate Plans With New Medicaid Changes

IRS Warns Small Businesses That They Are Targeted For Tax Evasion Investigation

Low-Cost Bottom Line Boosters

Sign Up for the Accountant Focus Newsletter

Click here to register

http://www.smallbusiness.adp.com/accountants/newsletter/af_sept06_8.asp 1/22/2008

Tell your clients you are changing your billing practices so you bill as work is performed. Ask for progress payments as the work is completed in portions. Waugh says this billing method also benefits clients because they receive bills in more manageable amounts due. “It ties to their cash flow better,” he says.

**Idea #2: Referrals**
Referrals are a fantastic way to expand the client base and open new doors. And the closing ratio is high: Prospects are often pre-sold and there is less competition. But be choosy in what you accept.

“Decline 50 percent of referrals that come to you,” Waugh advises. “You have a lot of people who want you to do their tax returns for $200 or $300. You can’t make money on those. Most of you know a sole practitioner who would love to have the work.”

Call the source who sends you those small engagements with a thank you and explain your niches and industry specialties.

**Idea #3: Sell More Value**
For your largest clients, Waugh suggests evaluating your services on the value ladder. At the bottom is the provision of a commodity, whether a product or a service, such as completing a tax return. Competition is fierce here and price resistance is intense.

At the top of the ladder, a partnership exists between a CPA and a client. At this level, competition and price resistance are lower. “What accountants can do is move up the ladder from providing a service to being a partner,” Waugh says.

A top-rung service might be sitting down to look at a client’s entire business situation and plan how to reduce next year’s tax bill. Look at a client’s estate and investments. How can you help him pay for the childrens’ college educations? “Clients value these services much more than they value your completion of their tax returns,” Waugh says.

Once you figure out where your relationship with each of your top clients falls on the value ladder, you know where the opportunities are for growth.

Waugh tells the story of accompanying an accountant on a client visit. The client mentioned his company was going to pay a consulting group $500,000 for strategic planning services. After asking questions, the CPA realized his firm had just missed an opportunity.

“He said he didn’t realize how much the client valued strategic planning,” Waugh notes. “His firm could have done the work for $50,000. [It] had three partners who were extremely well-educated and well-qualified to do it.”

Accountant Focus Newsletter | Accountants | Small Business Solutions | ADP Page 3 of 3

©2008 Automatic Data Processing, Inc.

Site Index | Privacy | Legal

http://www.smallbusiness.adp.com/accountants/newsletter/af_sept06_8.asp 1/22/2008



## ADP Web Site - Terms and Conditions of Use

**Automatic Data Processing, Inc., along with its subsidiaries and affiliates ("ADP"), provides the information and services on its World Wide Web site(s) (the "Site") under the following terms and conditions. By accessing and/or using the Site, you indicate your acceptance of these terms and conditions.**

1. **LAWS AND REGULATIONS.** Access to and use of this Site are subject to all applicable international, federal, state and local laws and regulations. User agrees not to use the Site in any way which violates such laws or regulations.
2. **COPYRIGHT AND TRADEMARKS.** The information available on or through this Site is the property of ADP, or its licensors, and is protected by copyright, trademark, and other intellectual property laws. Users may not modify, copy, distribute, transmit, display, publish, sell, license, create derivative works or otherwise use any information available on or through this Site for commercial or public purposes. Users may not use the trademarks, logos and service marks ("Marks") for any purpose including, but not limited to use as "hot links" or meta tags in other pages or sites on the World Wide Web without the written permission of ADP or such third party that may own the Mark. Please click here for a list of ADP Marks. Questions concerning trademark ownership, usage, or infringement should be directed to trademarks@ADP.com.
3. **TAMPERING.** User agrees not to modify, move, add to, delete or otherwise tamper with the information contained in ADP's Web site. User also agrees not to decompile, reverse engineer, disassemble or unlawfully use or reproduce any of the software, copyrighted or trademarked material, trade secrets, or other proprietary information contained in the Site.
4. **THIRD PARTY INFORMATION.** Although ADP monitors the information on the Site, some of the information is supplied by independent third parties. While ADP makes every effort to insure the accuracy of all information on the Site, ADP makes no warranty as to the accuracy of any such information.
5. **LINKS TO THIRD PARTY SITES.** . This Site may contain links that will let you access other Web sites that are not under the control of ADP. The links are only provided as a convenience and ADP does not endorse any of these sites. ADP assumes no responsibility or liability for any material that may accessed on other Web sites reached through this Site, nor does ADP make any representation regarding the quality of any product or service contained at any such site.
6. **LINKS FROM THIRD PARTY SITES.** ADP prohibits unauthorized links to the Site and the framing of any information contained on the site or any portion of the Site. ADP reserves the right to disable any unauthorized links or frames. ADP has no responsibility or liability for any material on other Web sites that may contain links to this Site.
7. **NO WARRANTIES.** Information and documents provided on this Site are provided "as is" without warranty of any kind, either express or implied, including without limitation warranties of merchantability, fitness for a particular purpose, and non-infringement. ADP uses reasonable efforts to include accurate and up-to-date information on this Site; it does not, however, make any warranties or representations as to its accuracy or

completeness. ADP periodically adds, changes, improves, or updates the information and documents on this Site without notice. ADP assumes no liability or responsibility for any errors or omissions in the content of this Site. Your use of this Site is at your own risk.

8. **LIMITATION OF LIABILITY.** UNDER NO CIRCUMSTANCES SHALL ADP BE LIABLE FOR ANY DAMAGES SUFFERED BY YOU, INCLUDING ANY INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES (INCLUDING, WITHOUT LIMITATION, ANY LOST PROFITS OR DAMAGES FOR BUSINESS INTERRUPTION, LOSS OF INFORMATION, PROGRAMS OR OTHER DATA) THAT RESULT FROM ACCESS TO, USE OF, OR INABILITY TO USE THIS SITE OR DUE TO ANY BREACH OF SECURITY ASSOCIATED WITH THE TRANSMISSION OF INFORMATION THROUGH THE INTERNET, EVEN IF ADP WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.
9. **PRIVACY.** Protecting the privacy of our clients and users of our Sites is important to ADP. The ADP Web Site Privacy Statement describes how we use and protect information you provide to us.
10. **SECURITY.** Data transmitted to and from ADP client Sites is encrypted for the user's protection. However, the security of information transmitted through the Internet can never be guaranteed. ADP is not responsible for any interception or interruption of any communications through the Internet or for changes to or losses of data. User is responsible for maintaining the security of any password, user ID, or other form of authentication involved in obtaining access to password protected or secure areas of ADP sites. In order to protect you and your data, ADP may suspend your use of a client site, without notice, pending an investigation, if any breach of security is suspected.
11. **TRANSMISSION OF PERSONAL DATA.** User acknowledges and agrees that by providing ADP with any personal information through the Site, User consents to the transmission of such personal user information over international borders as necessary for processing in accordance with ADP's standard business practices and the ADP Web Site Privacy Statement.
12. **ACCESS TO PASSWORD PROTECTED/SECURE AREAS.** Access to and use of password protected and/or secure area of the Site is restricted to authorized users only. Unauthorized access to such areas is prohibited and may lead to criminal prosecution.
13. **PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT.** Pursuant to the Digital Millennium Copyright Act, ADP has registered an agent with the U.S. Copyright Office. Notices of claimed copyright infringement on the Site should be directed to: Automatic Data Processing, Inc., One ADP Boulevard, MS 325, Roseland, NJ 07068-1728, Attn: John Gevertz.
14. **JURISDICTION/GOVERNING LAW.** These terms and conditions shall be governed and construed in accordance with the laws of the State of New Jersey, USA, and applicable federal laws without regard to conflicts of law principles. User agrees that any and all proceedings relating to this site and the subject matter contained herein shall be maintained in the courts of the state of New Jersey or the federal district courts sitting in New Jersey, which courts shall have exclusive jurisdiction for such purpose.

## ADP Trademarks and Service Marks

**The ADP Logo and ADP The Computing Company are registered trademarks and service marks of ADP of North America, Inc.**

**The following are trademarks and service marks of Automatic Data Processing, Inc., or its subsidiaries or affiliates.**

ABC THE PAYROLL PEOPLE®
ACCOUNTANTPAY®
ACCUPRO®
ACE®

ADP CHECK[SM]
ADP CONNECTION[TM]
ADP GLOBAL PROXY SERVICES[SM]
AG CONSULTING MANAGEMENT & IT CONSULTANTS TO HUMAN RESOURCES AND FINANCE[SM]
ASC®
AUDAPOINT®
AUDATEX®
AUTOMOTIVE SERVICE CONSULTANTS®
AUTOMOTIVE SERVICE CONSULTANTS, INC.®
AUTOPAY®
AUTOSOURCE®
AUTOTAX[SM]
BIG THINKING FOR SMALL BUSINESS[SM]
BROKER PLUS®
CALL PAY®
CARS®
CARSWAY®
CATVIEW[TM]
CLAIMSEDITOR[TM]
CLAIMSFLO®
CODELINK[TM]
COLLISION REPAIR INFOLINK[SM]
CSS HRIZON®
CVR®
DATACOLLECTOR[TM]
DOCUMAX®
EASYHIRE[SM]
EASYPAY[SM]
EASYPAYNET[SM]
EASYPAYWIN[SM]
EDEN®
E-INSPECT[TM]
eTime®
EPAYROLL®
EZBENEFITS[SM]
EZHIRE[SM]
FESNET[TM]
FLEX®
FLEXSOURCING®
FOCUS ON WHAT MATTERS®
FUNDMARKET[TM]
FUNDVOTE.COM[SM]
GLOBAL PROXY[SM]
HAYES-LIGON®
HBA HEALTH BENEFITS AMERICA®

HEALTH BENEFITS AMERICA®  
HOLLANDER®  
HOW TO GET THERE℠  
HR PARTNER™  
HR PERSPECTIVE®  
HR PROFILE™  
ICE®  
INNERCIRCLE™  
INVESTORDELIVERY.COM℠  
IR EXPRESS ™  
ITIME™  
LOANKEY®  
MANAGISTICS®  
MYAUTOGARAGE.COM℠  
MYKPLAN℠  
MYPARTSHOP.COM®  
NETBOA℠  
NETWORKS®  
OMR®  
ONE WORLD ONE SOLUTION℠  
PARTSCAN™  
PAYEXPERT®  
PAYNET®  
PAYNET PLUS®  
PAYROLL ANYWAY℠  
PAYROLL PLUS®  
PAYROLL PERSPECTIVE™  
PAYROLL QUICKVIEW™  
PENPRO®  
PERSONNEL PLUS®  
PHOTOLINK®  
PIONEER™  
POSTEDGE℠  
POWERLINK™  
POWERSHOP℠  
PPD®  
PROXY EDGE®  
PROXY PLUS®  
PROXYVOTE.COM℠  
QED®  
Q-NET™  
QUICKVIEW™  
RCS®  
REORGPLUS®  
REPORTSEVERYWHERE™

SALVAGESOURCE™
SDMS™
SECUREHIRE℠
SECURING YOUR FUTURE®
SHARELINK®
SHOPLINK™
SHOPVIEW™
SIMPLY PERSONNEL®
SMALL BUSINESS SERVICES℠
SOFTPAY™
SOLUTION PROFILER℠
STAFF MANAGE PAY AND RETAIN℠
STELLIX®
STREETLINK®
T®
THE BIG PICTURE™
TIME:CARE®
TIME$AVER®
TOTAL INFORMATION PRICING SYSTEM®
TOTAL TAX℠
TOTAL TAX PLUS℠
TOTAL TIME®
TOTALPAY℠
TOTALSOURCE®
TIPS®
TRADING ASSISTANT®
U.I. FORUM®
UNLEASH THE POWER®
UPGRADE LAB℠
VALUPARTS.COM®
VIRTUAL REPAIR NETWORK℠
VOICEPAY℠
WE'RE THE BUSINESS BEHIND BUSINESS℠
WHERE EXPERTISE MEETS INNOVATION℠
WHERE SOLUTIONS ARE NO ACCIDENT℠
WIN-EMR™

Questions concerning trademark ownership, usage, or infringement should be directed to Sharon Hollis at shollis@ADP.com.

©2008 Automatic Data Processing, Inc.