# EXHIBIT 52



# Accountant Focus

**Volume 2, No. 3**

**FOCUS ON WHAT MATTERS**

**Low-Cost Bottom Line Boosters**

What could a 60-day WIP and AR policy do for your firm?s bottom line? What about progress billings? Troy Waugh, president of The Rainmaker Academy, offers these low-cost tips for boosting profitability.

Many accounting firms could significantly add to the bottom line with some simple steps that make the most of an understanding of human psychology. All it takes is a little bit of ?selling.?

?You want to change the way you?re doing business with the client,? Waugh explains. ?That takes some salesmanship.?

And it?s likely easier than you think.

?I?ve found that some clients are resistant to change, but far fewer are resistant to change than the accountants think will be resistant.?

**Idea #1: Billing Process**
First, set a goal of less than 60 days for WIP and AR. Deliver the bill when you deliver the product. Don?t wait: the more time that passes, the more likely it is clients may forget what you?ve done for them. The problem is particularly likely with large bills.

?If you don?t hear from me, you might just put that aside and wait until your cash flow gets better to pay it,? Waugh says. ?Some people actually use their accountants like a bank. You?d be surprised how many firms we see with four to six months of their revenue tied up in accounts receivable.?

## In This Issue

IRS Releases Guidance on Sec. 199 Deduction; Some Gaps Remain

TIPRA Has Wide Ranging Impact on Businesses

ADP Launches National Employment Report

Tell Your Clients About New Roth IRA Option Under TIPRA

Key Culture Elements Are Common among ?Best Places? Firms

Time to Revisit Estate Plans With New Medicaid Changes

IRS Warns Small Businesses That They Are Targeted For Tax Evasion Investigation

Low-Cost Bottom Line Boosters

## Sign Up for the Accountant Focus Newsletter

Click here to register

Tell your clients you are changing your billing practices so you bill as work is performed. Ask for progress payments as the work is completed in portions. Waugh says this billing method also benefits clients because they receive bills in more manageable amounts due. ?It ties to their cash flow better,? he says.

**Idea #2: Referrals**
Referrals are a fantastic way to expand the client base and open new doors. And the closing ratio is high: Prospects are often pre-sold and there is less competition. But be choosy in what you accept.

?Decline 50 percent of referrals that come to you,? Waugh advises. ?You have a lot of people who want you to do their tax returns for $200 or $300. You can?t make money on those. Most of you know a sole practitioner who would love to have the work.?

Call the source who sends you those small engagements with a thank you and explain your niches and industry specialties.

**Idea #3: Sell More Value**
For your largest clients, Waugh suggests evaluating your services on the value ladder. At the bottom is the provision of a commodity, whether a product or a service, such as completing a tax return. Competition is fierce here and price resistance is intense.

At the top of the ladder, a partnership exists between a CPA and a client. At this level, competition and price resistance are lower. ?What accountants can do is move up the ladder from providing a service to being a partner,? Waugh says.

A top-rung service might be sitting down to look at a client?s entire business situation and plan how to reduce next year?s tax bill. Look at a client?s estate and investments. How can you help him pay for the childrens? college educations? ?Clients value these services much more than they value your completion of their tax returns,? Waugh says.

Once you figure out where your relationship with each of your top clients falls on the value ladder, you know where the opportunities are for growth.

Waugh tells the story of accompanying an accountant on a client visit. The client mentioned his company was going to pay a consulting group $500,000 for strategic planning services. After asking questions, the CPA realized his firm had just missed an opportunity.

?He said he didn?t realize how much the client valued strategic planning,? Waugh notes. ?His firm could have done the work for $50,000. [It] had three partners who were extremely well-educated and well-qualified to do it.?

©2007 Automatic Data Processing, Inc.

Site Index | Privacy | Legal