**EXHIBIT 53**

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-23 03:28:56 ET

Serial Number: 77146272 Assignment Information          Trademark Document Retrieval

Registration Number: 3347860

Mark

# MONEY MATTERS

(words only): MONEY MATTERS

Standard Character claim: Yes

Current Status: Registered.

Date of Status: 2007-12-04

Filing Date: 2007-04-02

Transformed into a National Application: No

Registration Date: 2007-12-04

Register: Principal

Law Office Assigned: LAW OFFICE 111

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

Current Location: 650 -Publication And Issue Section

Date In Location: 2007-12-04

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JPMorgan Chase & Co.

**Address:**
JPMorgan Chase & Co.
270 Park Avenue
New York, NY 10017
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 041
**Class Status:** Active
Education services, namely, providing classes, seminars and workshops in the field of finance, banking and personal investing
**Basis:** 1(a)
**First Use Date:** 2006-06-00
**First Use in Commerce Date:** 2006-06-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-12-04 - Registered - Principal Register

2007-09-18 - Published for opposition

2007-08-29 - Notice of publication

2007-08-10 - Law Office Publication Review Completed

2007-08-10 - Assigned To LIE

2007-06-26 - Approved for Pub - Principal Register (Initial exam)

2007-06-25 - Assigned To Examiner

2007-04-05 - New Application Entered In Tram

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Dana Breitman

**Correspondent**
DANA BREITMAN
GOODWIN PROCTER LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: 212-813-8800
Fax Number: 212-355-3333