# EXHIBIT 54

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 20:06:21 ET

**Serial Number:** 75367074    Assignment Information          Trademark Document Retrieval

**Registration Number:** 2325161

**Mark (words only):** NORTHERN TRUST FUNDSTRATEGY

**Standard Character claim:** No

**Current Status:** Registration canceled under Section 8.

**Date of Status:** 2006-12-09

**Filing Date:** 1997-10-02

**Transformed into a National Application:** No

**Registration Date:** 2000-03-07

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 112

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 40S -Scanning On Demand

**Date In Location:** 2006-05-10

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. NORTHERN TRUST CORPORATION

**Address:**
NORTHERN TRUST CORPORATION
50 South LaSalle Street
Chicago, IL 60675
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Section 8 - Cancelled
computer software, namely, software that generates financial reports that monitor and analyze investment performance
**Basis:** 1(a)
**First Use Date:** 1994-07-00
**First Use in Commerce Date:** 1994-07-00

## ADDITIONAL INFORMATION

**Disclaimer:** "TRUST FUNDSTRATEGY"

**Prior Registration Number(s):**
1559253
1861993
2013572
2104616
2116759
2125051
2174920

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2006-12-09 - Canceled Section 8 (6-year)

2006-05-10 - Case File In TICRS

2000-03-07 - Registered - Principal Register

1999-12-14 - Published for opposition

1999-11-12 - Notice of publication

1999-09-23 - Approved for Pub - Principal Register (Initial exam)

1999-09-21 - Examiner's amendment mailed

1999-09-21 - Previous allowance count withdrawn

1999-09-18 - Approved for Pub - Principal Register (Initial exam)

1999-09-14 - Examiner's amendment mailed

1999-04-28 - Assigned To Examiner

1999-03-05 - Communication received from applicant

1998-08-24 - Non-final action mailed

1998-07-01 - Assigned To Examiner

1998-06-29 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
PHILIP A JONES

**Correspondent**
PHILIP A JONES
BRINKS HOFER GILSON & LIONE
PO BOX 10395
CHICAGO IL 60610

Trademark Electronic Search System (TESS)

Case 1:08-cv-00297    Document 23-55    Filed 01/23/2008    Page 5 of 9



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 22 04:11:06 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | NORTHERN TRUST FUNDSTRATEGY |
| **Goods and Services** | (CANCELLED) IC 009. US 021 023 026 036 038. G & S: computer software, namely, software that generates financial reports that monitor and analyze investment performance. FIRST USE: 19940700. FIRST USE IN COMMERCE: 19940700 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75367074 |
| **Filing Date** | October 2, 1997 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 14, 1999 |
| **Registration Number** | 2325161 |
| **Registration Date** | March 7, 2000 |
| **Owner** | (REGISTRANT) NORTHERN TRUST CORPORATION CORPORATION DELAWARE 50 South LaSalle Street Chicago ILLINOIS 60675 |
| **Attorney of Record** | PHILIP A JONES |
| **Prior Registrations** | 1559253;1861993;2013572;2104616;2116759;2125051;2174920;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "TRUST FUNDSTRATEGY" APART FROM THE MARK AS SHOWN |

file:///G|/Jennifer%20Gregor/NT-Chase%20Documents%20...jections/Northern%20Trust%20Fundstrategy-%20TESS.htm (1 of 2) [1/22/2008 7:42:38 PM]

| | |
|---|---|
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Cancellation Date** | December 9, 2006 |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | *e***BUSINESS** | **HELP** | **PRIVACY POLICY** |

Serial Number: 75/367074
Mark: NORTHERN TRUST FUNDSTRATEGY
**Please Place on Upper Right Corner**
**of Response to Office Action ONLY**

I hereby certify that this correspo_____ng deposited with the United States Postal Service as first class mail in an envelope addressed to the Assistant Commissioner of Trademarks, 2900 Crystal Drive, Arlington, Virginia 22202-3513

---
February 24, 1999
Date of Deposit

Howard S. Michael
Name of Applicant, Assignee or Registered Representative

---
Signature

February 24, 1999
Date of Signature

Our Case No. 1655/146

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:

Northern Trust Corporation

Serial No.   75/367,074

Filing Date:   October 2, 1997

Mark:

NORTHERN TRUST FUNDSTRATEGY

Jeffrey Dalton Martin
Trademark Attorney

Law Office No.: 107

### RESPONSE TO OFFICE ACTION NO. 1 DATED AUGUST 24, 1998

BOX RESPONSES – NO FEE
To the Assistant Commissioner
For Trademarks
2900 Crystal Drive
Arlington, VA  22202-3513

Dear Sir:

The Office Action of August 24, 1998 has been received and its contents carefully noted. The Examining Attorney has requested Applicant to adopt a more specific

identification of goods to be used in connection with Applicant's NORTHERN TRUST FUNDSTRATEGY mark. Moreover, the Examining Attorney has requested Applicant to disclaim the terms "trust" and "fund strategy." Lastly, the Examining Attorney has refused registration under Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d).

In response, as requested, Applicant respectfully adopts a more specific identification of goods provided in connection with the NORTHERN TRUST FUNDSTRATEGY mark. In addition, no claim is made to the exclusive right to use "trust" and "fund strategy" apart from the mark as shown. Lastly, Applicant respectfully submits that the Examining Attorney should withdraw the Section 2(d) refusal because Applicant is the parent company of the registrant of each of the cited registrations.

### I. Applicant Amends its Identification of Goods

Applicant amends the identification of goods to read as follows: **Computer software, namely software that generates financial reports that monitor and analyze investment performance in International Class 009**.

### II. Disclaimer of "Trust" and "Fund Strategy"

As requested by the Examining Attorney, Applicant submits a disclaimer of "trust" and "fund strategy." No claim is made to the exclusive right to use "trust" and "fund strategy" apart from the mark as shown.

### III. Section 2(d) Refusal

The Examining Attorney has refused registration of Applicant's mark under Section 2(d) of the Lanham Act, 15 U.S.C. § 1052(d). Applicant respectfully submits, however, that Applicant is the parent company of the registrant of each of the cited registrations. Therefore, the Section 2(d) refusal is unwarranted.

### IV. Conclusion

Based on the Foregoing, Applicant respectfully requests the Examining Attorney to approve the mark for publication in the *Official Gazette*.

Respectfully submitted,

NORTHERN TRUST CORPORATION

By: _____
Philip A. Jones
Howard S. Michael
Attorneys for Applicant

Date: February 24, 1999

BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610
(312) 321-4200