# EXHIBIT 55

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 20:07:05 ET

**Serial Number:** 76112643   Assignment Information         Trademark Document Retrieval

**Registration Number:** 2825528

**Mark (words only):** PASSPORT

**Standard Character claim:** No

**Current Status:** Registered.

**Date of Status:** 2004-03-23

**Filing Date:** 2000-08-18

**Transformed into a National Application:** No

**Registration Date:** 2004-03-23

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 113

If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at **TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 900 -File Repository (Franconia)

**Date In Location:** 2004-03-29

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. NORTHERN TRUST CORPORATION

**Address:**
NORTHERN TRUST CORPORATION
50 SOUTH LASALLE STREET
CHICAGO, IL 60675
United States
**Legal Entity Type:** Corporation

**State or Country of Incorporation:** Illinois

## GOODS AND/OR SERVICES

**International Class:** 009
**Class Status:** Active
Computer database management software in the fields of banking, finance, and investments for use in management information reporting and funds movement; and computer manuals distributed therewith
**Basis:** 1(a)
**First Use Date:** 1994-04-00
**First Use in Commerce Date:** 1994-04-00

## ADDITIONAL INFORMATION

**Prior Registration Number(s):**
2125051

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2004-03-23 - Registered - Principal Register

2004-01-22 - Allowed for Registration - Principal Register (SOU accepted)

2004-01-22 - Assigned To Examiner

2004-01-20 - Statement of use processing complete

2003-12-11 - Amendment to Use filed

2003-12-11 - PAPER RECEIVED

2003-10-28 - Notice of allowance - mailed

2003-08-05 - Published for opposition

2003-07-16 - Notice of publication

2003-06-02 - Approved for Pub - Principal Register (Initial exam)

2003-05-16 - Case File In TICRS

2002-10-18 - Assigned To Examiner

2002-04-24 - Letter of suspension mailed

2002-04-01 - Communication received from applicant

2001-11-09 - Final refusal mailed

2001-08-24 - Communication received from applicant

2001-02-27 - Non-final action mailed

2001-02-09 - Assigned To Examiner

2001-02-05 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Scott J. Slavick

**Correspondent**
SCOTT J. SLAVICK
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610



### United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Tue Jan 22 04:11:06 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | PASSPORT |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer database management software in the fields of banking, finance, and investments for use in management information reporting and funds movement; and computer manuals distributed therewith. FIRST USE: 19940400. FIRST USE IN COMMERCE: 19940400 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76112643 |
| **Filing Date** | August 18, 2000 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 5, 2003 |
| **Registration Number** | **2825528** |
| **Registration Date** | March 23, 2004 |
| **Owner** | (REGISTRANT) NORTHERN TRUST CORPORATION CORPORATION ILLINOIS 50 SOUTH LASALLE STREET CHICAGO ILLINOIS 60675 |
| **Attorney of Record** | Scott J. Slavick |
| **Prior Registrations** | 2125051 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY |



# UNITED STATES PATENT AND TRADEMARK OFFICE

| SERIAL NO. | APPLICANT | PAPER NO. |
|---|---|---|
| **MARK** | | |
| **ADDRESS** | **ACTION NO.** | ADDRESS:<br>Commissioner for Trademarks<br>2900 Crystal Drive<br>Arlington, VA 22202-3513<br>www.uspto.gov |
| | **MAILING DATE** | |
| | **REF. NO.** | If no fees are enclosed, the address should include the words "Box Responses - No Fee." |
| FORM PTO-1525 (5-90)    U.S. DEPT. OF COMM. PAT. & TM OFFICE | | Please provide in all correspondence:<br>1. Filing Date, serial number, mark and Applicant's name.<br>2. Mailing date of this Office action.<br>3. Examining Attorney's name and Law Office number.<br>4. Your telephone number and ZIP code. |

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the <u>Trademark Law Office No.</u>, <u>Serial No.</u>, and <u>Mark</u> in the upper right corner of your response.*

RE: Serial Number: 76/112643 **PASSPORT**

The assigned examining attorney has reviewed the referenced application and determined the following.

## Likelihood of Confusion

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified goods, so resembles the mark in U.S. Registration No. 2278616 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the enclosed registration.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance, sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG*, 218 USPQ 823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

76/112643                              -2-

The applicant seeks to register the mark PASSPORT for "computer database management software in the fields of banking, finance, and investments for use in management information reporting and funds movement, and computer manuals for use therewith" in International Class 9; the already-registered mark is PASSPORT for "computer software for data warehousing applications, namely, software for extraction, transformation and migration of data and for management of information regarding data files and databases, in International Class 9.

    a.    **Comparison of marks.**

The applicant's mark, PASSPORT, and the registrant's mark, PASSPORT, are identical in appearance, sound and connotation. Thus, the marks are confusingly similar in their overall commercial impression.

    b.    **Comparison of goods.**

The goods of the parties need not be identical or directly competitive to find a likelihood of confusion. They need only be related in some manner, or the conditions surrounding their marketing be such, that they could be encountered by the same purchasers under circumstances that could give rise to the mistaken belief that the goods come from a common source. *In re Martin's Famous Pastry Shoppe, Inc.*, 748 F.2d 1565, 223 USPQ 1289 (Fed. Cir. 1984); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985); *In re Rexel Inc.*, 223 USPQ 830 (TTAB 1984); *Guardian Products Co., Inc. v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); *In re International Telephone & Telegraph Corp.*, 197 USPQ 910 (TTAB 1978).

In this case, the applicant's goods, computer database management software, are nearly identical to registrant's goods, computer software for data warehousing application for management of information regarding data files and databases. Moreover, the applicant and registrant goods move in the same channels of trade and are available to the same class of purchasers. Accordingly, registration is refused under Section 2(d).

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informality.

**Identification of Goods**

The wording "*for use therewith*" should be amended to "distributed therewith", in order to ensure proper classification in International Class 9.

Please note that, while an application may be amended to clarify or limit the identification, additions to the identification are not permitted. 37 C.F.R. Section 2.71(a); TMEP section 804.09. Therefore, the applicant may not amend to include any goods that are not within the scope of goods set forth in the present identification.

**Questions or Assistance**

If the applicant has any questions or needs assistance in responding to this Office action, please telephone the assigned examining attorney.

/Tawanda Van Horn/
Tawanda Van Horn
Trademark Examining Attorney
Law Office 113
(703) 308-9113 ext. 142

\*\*\* User: tvanhorn    \*\*\*  Serial Number: 75100367  \*\*\*  2/22/01 9:39:14 AM  \*\*\*

# PASSPORT

Mark
    PASSPORT

Goods and Services
    IC 009. US 021 023 026 036 038. G & S: computer software for data warehousing applications, namely, software for extraction, transformation and migration of data and for management of information regarding data files and databases. FIRST USE: 19931200. FIRST USE IN COMMERCE: 19931200

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    75100367

Filing Date
    May 8, 1996

Publication for Opposition Date
    March 2, 1999

Registration Number
    2278616

Registration Date
    September 21, 1999

Owner Name and Address
    (REGISTRANT) Carleton Corporation CORPORATION MASSACHUSETTS 3 New England Executive Park Burlington MASSACHUSETTS 01803

Assignment Recorded
    ASSIGNMENT RECORDED

Type of Mark
    TRADEMARK

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    THOMAS P STORER


\*\* Search: 6 \*\*\* Document Number: 62 \*\*\*