**EXHIBIT 56**

Thank you for your request. Here are the latest results from the **TARR web server.**

This page was generated by the TARR system on 2008-01-22 20:07:55 ET

**Serial Number:** 76117271  Assignment Information        Trademark Document Retrieval

**Registration Number:** (NOT AVAILABLE)

**Mark (words only):** BUSINESS PASSPORT

**Standard Character claim:** No

**Current Status:** Opposition period completed, a Notice of Allowance has been issued.

**Date of Status:** 2007-10-23

**Filing Date:** 2000-08-25

**The Notice of Allowance Date is:** 2007-10-23

**Transformed into a National Application:** No

**Registration Date:** (DATE NOT AVAILABLE)

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 110

**Attorney Assigned:**
SONNEBORN TRICIA L  Employee Location

**Current Location:** 700 -Intent To Use Section

**Date In Location:** 2007-10-23

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

---

1. NORTHERN TRUST CORPORATION

**Address:**
NORTHERN TRUST CORPORATION
50 SOUTH LASALLE STREET
CHICAGO, IL 60675

United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
providing on-line banking services, namely, bank account and lock box information, and providing treasury management services via a global computer network
**Basis:** 1(b)
**First Use Date:** (DATE NOT AVAILABLE)
**First Use in Commerce Date:** (DATE NOT AVAILABLE)

## ADDITIONAL INFORMATION

**Disclaimer:** "BUSINESS"

**Prior Registration Number(s):**
2125051
2421048

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-23 - Notice of allowance - mailed

2007-07-31 - Published for opposition

2007-07-11 - Notice of publication

2007-06-25 - Law Office Publication Review Completed

2007-06-25 - Approved for Pub - Principal Register (Initial exam)

2007-06-21 - Amendment From Applicant Entered

2007-06-07 - Communication received from applicant

2007-06-20 - Assigned To LIE

2007-06-07 - PAPER RECEIVED

2006-12-04 - Final refusal mailed

2006-12-01 - Final Refusal Written

2006-10-30 - LIE Checked Susp - To Atty For Action

2006-03-30 - Report Completed Suspension Check Case Still Suspended

2005-09-24 - Report Completed Suspension Check Case Still Suspended

2005-03-07 - Report Completed Suspension Check Case Still Suspended

2004-09-03 - Report Completed Suspension Check Case Still Suspended

2004-01-21 - Case File In TICRS

2001-10-12 - Letter of suspension mailed

2001-08-21 - Communication received from applicant

2001-02-23 - Non-final action mailed

2001-02-05 - Assigned To Examiner

## ATTORNEY/CORRESPONDENT INFORMATION

**Attorney of Record**
Scott J. Slavick

**Correspondent**
SCOTT J. SLAVICK
BRINKS HOFER GILSON & LIONE
P.O. BOX 10395
CHICAGO, ILLINOIS 60610



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Jan 22 04:11:06 EST 2008

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

Please logout when you are done to release system resources allocated for you.

### Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

### Typed Drawing

| | |
|---|---|
| **Word Mark** | BUSINESS PASSPORT |
| **Goods and Services** | IC 036. US 100 101 102. G & S: providing on-line banking services, namely, bank account and lock box information, and providing treasury management services via a global computer network |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 76117271 |
| **Filing Date** | August 25, 2000 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | July 31, 2007 |
| **Owner** | (APPLICANT) NORTHERN TRUST CORPORATION CORPORATION DELAWARE 50 SOUTH LASALLE STREET CHICAGO ILLINOIS 60675 |
| **Attorney of Record** | Scott J. Slavick |
| **Prior Registrations** | 2125051;2421048 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BUSINESS" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY |

## UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| **SERIAL NO.** 76/117271    **APPLICANT** NORTHERN TRUST CORPORATION | **PAPER NO.** |
| **MARK** BUSINESS PASSPORT | **ADDRESS:**<br>Commissioner for Trademarks<br>2900 Crystal Drive<br>Arlington, VA 22202-3513<br>www.uspto.gov |
| **ADDRESS**<br>SCOTT J. SLAVICK<br>BRINKS HOFER GILSON & LIONE<br>P.O. BOX 10395<br>CHICAGO, ILLINOIS 60610    **ACTION NO.** 01    **MAILING DATE** 02/23/01    **REF. NO.** 1625/785 | If no fees are enclosed, the address should include the words "Box Responses - No Fee."<br><br>Please provide in all correspondence:<br>1. Filing Date, serial number, mark and Applicant's name.<br>2. Mailing date of this Office action.<br>3. Examining Attorney's name and Law Office number.<br>4. Your telephone number and ZIP code. |
| FORM PTO-1525 (5-90)    U.S. DEPT. OF COMM. PAT. & TM OFFICE | |

**A PROPER RESPONSE TO THIS OFFICE ACTION MUST BE RECEIVED WITHIN 6 MONTHS FROM THE DATE OF THIS ACTION IN ORDER TO AVOID *ABANDONMENT*.** *For your convenience and to ensure proper handling of your response, a label has been enclosed. Please attach it to the upper right corner of your response. If the label is not enclosed, print or type the <u>Trademark Law Office No.</u>, <u>Serial No.</u>, and <u>Mark</u> in the upper right corner of your response.*

RE: Serial Number: 76/117271      BUSINESS PASSPORT

The assigned examining attorney has reviewed the referenced application and determined the following.

**Statutory Refusal- Confusingly Similar Mark**

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d), because the applicant's mark, when used on or in connection with the identified services so resembles the mark in U.S. Registration No. 2309392 as to be likely to cause confusion, to cause mistake, or to deceive. TMEP section 1207. See the enclosed registration.

The examining attorney must analyze each case in two steps to determine whether there is a likelihood of confusion. First, the examining attorney must look at the marks themselves for similarities in appearance, sound, connotation and commercial impression. *In re E. I. DuPont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (CCPA 1973). Second, the examining attorney must compare the goods or services to determine if they are related or if the activities surrounding their marketing are such that confusion as to origin is likely. *In re August Storck KG*, 218 USPQ 823 (TTAB 1983); *In re International Telephone and Telegraph Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Products Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978).

1. **Comparison of the Trademarks**

The applicant seeks to register BUSINESS PASSPORT while the registrant owns and uses the mark PASSPORT PLUS. While the examining attorney cannot ignore a disclaimed portion of a mark and must view marks in their entireties, one feature of a mark may be more significant in creating a commercial impression. *Tektronix, Inc. v. Daktronics, Inc.*, 534 F.2d 915, 189 USPQ 693 (CCPA 1976); *In re El Torito Restaurants Inc.*, 9 USPQ2d 2002 (TTAB 1988); *In re Equitable Bancorporation*, 229 USPQ 709 (TTAB 1986). Disclaimed matter is typically less significant or less dominant. Here, the dominant feature of the applicant's mark is PASSPORT, which is nearly the identical mark owned and used by the registrant. The marks sound alike, are spelled alike and they both have the same commercial impression.

The test of likelihood of confusion is not whether the marks can be distinguished when subjected to a side-by-side comparison. The issue is whether the marks create the same overall impression. *Visual Information Institute, Inc. v. Vicon Industries Inc.*, 209 USPQ 179 (TTAB 1980). The focus is on the recollection of the average purchaser who normally retains a general rather than specific impression of trade and service marks. *Chemetron Corp. v. Morris Coupling & Clamp Co.*, 203 USPQ 537 (TTAB 1979); *Sealed Air Corp. v. Scott Paper Co.*, 190 USPQ 106 (TTAB 1975); TMEP section 1207.01(b).

If the marks of the respective parties are identical or highly similar, the examining attorney must consider the commercial relationship between the goods or services of the respective parties carefully to determine whether there is a likelihood of confusion. *In re Concordia International Forwarding Corp.*, 222 USPQ 355 (TTAB 1983).

2. **Relatedness of the Services**

If the services of the respective parties are closely related, the degree of similarity between marks required to support a finding of likelihood of confusion is not as great as would apply with diverse goods or services. *ECI Division of E Systems, Inc. v. Environmental Communications Inc.*, 207 USPQ 443 (TTAB 1980).

The applicant seeks to register its mark for "providing access through the internet to bank accounts, lock boxes, and treasury management," while the registrant uses its mark on, *inter alia*, "banking services." Given the identical nature of the services and the similar commercial impression of the marks themselves, there is no doubt that consumers encountering both trademarks will assume that the banking services come from the same source.

**Application Not Entitled to Register- Two Earlier-filed Pending Applications**

The examining attorney encloses information regarding pending Application Serial Nos. 75-837451 and 76-079632. The filing dates of the referenced applications precede the applicant's filing date. There may be a likelihood of confusion between the marks under Trademark Act Section 2(d), 15 U.S.C. Section 1052(d). If either of the referenced applications matures into a registration, the examining attorney may refuse registration in this case under Section 2(d). 37 C.F.R. Section 2.83; TMEP section 1208.01.

76/117266                              -3-

**Opportunity to Respond**

Although the examining attorney has refused registration, the applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following requirements.

**Requirements**

*1.     Recitation of Services - Indefinite*

The recitation of services is unacceptable as indefinite and too broad because it does not adequately specify the nature of the services rendered. The applicant may adopt the following recitation, if accurate:

Class 036:    "providing on-line banking services, namely, bank account and lock box information, and providing treasury management services via a global computer network."

TMEP section 1301.05.

Please note that the applicant may amend to list only services that are within the scope of the services recited in the identification, additions to the recitation of services are not permitted. 37 C.F.R. Section 2.71(b); TMEP section 804.08(c) and 1301.05.

*2.     Disclaimer*

The applicant must disclaim "BUSINESS" apart from the mark as shown because the word is merely descriptive of a feature of the services. Trademark Act Section 6, 15 U.S.C. Section 1056; TMEP sections 1213 and 1213.02(a).

A properly worded disclaimer should read as follows:

No claim is made to the exclusive right to use BUSINESS apart from the mark as shown.

A disclaimer does not remove the disclaimed matter from the mark. It is simply a statement that the applicant does *not* claim exclusive rights in the disclaimed wording or design apart from the mark as shown in the drawing.

*3.     Claim of Ownership of Prior Registration*

In addition to registration number 2125051, the applicant must submit the following claim of ownership, see attached:

The applicant is the owner of U.S. Registration Nos. 2125051 and 2421048.

37 C.F.R. Section 2.36; TMEP section 812.

76/117266                              -4-

No set form is required for response to this Office action. The applicant must respond to each point raised. The applicant should simply set forth the required changes or statements and request that the Office enter them. In all correspondence to the Patent and Trademark Office, the applicant should list the name and law office of the examining attorney, the serial number of this application, the mailing date of this Office action, and the applicant's telephone number.

If the applicant has any questions or needs assistance in responding to this action, please telephone the examining attorney.

*/s/ Tricia Sonneborn*
Tricia Sonneborn
Examining Attorney Law Office 110
(703) 308-9110 ext.138

# PASSPORT PLUS

Mark
    PASSPORT PLUS

Pseudo Mark
    PASS PORT PLUS

Goods and Services
    IC 035. US 100 101 102. G & S: Promoting the goods and services of others by providing discounts for travel, health care, insurance and groceries to bank customers. FIRST USE: 19980722. FIRST USE IN COMMERCE: 19980722

    IC 036. US 100 101 102. G & S: Banking Services. FIRST USE: 19980722. FIRST USE IN COMMERCE: 19980722

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    75652904

Filing Date
    March 6, 1999

Publication for Opposition Date
    October 26, 1999

Registration Number
    2309392

Registration Date
    January 18, 2000

Owner Name and Address
    (REGISTRANT) BANKATLANTIC BANKCORP, INC. CORPORATION FLORIDA 1750 EAST SUNRISE BLVD. FORT LAUDERDALE FLORIDA 33304

Type of Mark
    SERVICE MARK

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    Dale Paul DiMaggio

*** Search: 11 *** Document Number: 1 ***

# PASSPORT

Mark
    PASSPORT

Pseudo Mark
    PASS PORT

Goods and Services
    IC  036.  US 100 101 102.  G & S: For-- investment management, namely the
    management and investment of individual client accounts for securities
    such as stocks, bonds, mutual funds, certificates of deposit and money
    market accounts

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    75837451

Filing Date
    November 1, 1999

Filed ITU
    FILED AS ITU

Owner Name and Address
    (APPLICANT) RAYMOND JAMES &ASSOCIATES, INC CORPORATION FLORIDA 880
    Carillon Parkway St. Petersburg FLORIDA 33716

Type of Mark
    SERVICE MARK

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    ARTHUR W. FISHER, III

\*\*\* Search: 4 \*\*\* Document Number: 81 \*\*\*

# CORPORATE PASSPORT

Mark
    CORPORATE PASSPORT

Goods and Services
    IC 035. US 100 101 102. G & S: Dissemination of advertising matter for others, business appraisals; business information, business investigations; commercial information; economic forecasting, office machines and equipment rental, business research, statistical information; advertising and promotion services and information services relating thereto; provision of the aforesaid services on-line from a computer database or the Internet; compilation of advertisements for use as web pages on the Internet

    IC 036. US 100 101 102. G & S: Financial analysis, financial consultancy; fiscal assessments; stock exchange quotations; electronic funds transfers, financial and stock market information; information on bonds, warrant bonds, commercial sales, exchange and investment trusts, tax estimates; information services relating to finance and insurance provided on-line from a computer database or the Internet

    IC 038. US 100 101 104. G & S: Telecommunication services, broadcasting services; computer aided transmission of messages, information and images, electronic mail; news agency services; telegraph services, wire services; telecommunication of information (including web pages), computer programs and any other data; provision of telecommunications access and links to computer databases and the Internet

    IC 042. US 100 101. G & S: Providing access to and leasing access to computer databases; computer programming; computer rental, computer software design, updating of computer software; news reporting services; rental of computer software, rental of message sending apparatus

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    76079632

Filing Date
    June 28, 2000

Filed ITU
    FILED AS ITU

Owner Name and Address
    (APPLICANT) REUTERS LIMITED CORPORATION UNITED KINGDOM 85 Fleet Street London EC4P 4AJ UNITED KINGDOM

Type of Mark
    SERVICE MARK

*** Search: 4 *** Document Number: 56 ***                                    (cont)

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    Stephen D. Kahn

*** User: tcasekogrn Case 1:08-cv-00297  Serial Number: 76079632  Filed 01/23/2008  Page 14 of 15

*** Search: 4 *** Document Number: 56 ***

# NORTHERN TRUST PASSPORT FOR TREASURY 

Mark
    NORTHERN TRUST PASSPORT FOR TREASURY

Goods and Services
    IC 036. US 100 101 102. G & S: providing on-line banking services, namely, bank account and lock box information, and providing treasury management services via a global computer network. FIRST USE: 19981116. FIRST USE IN COMMERCE: 19981116

Mark Drawing Code
    (1) TYPED DRAWING

Serial Number
    75821181

Filing Date
    October 13, 1999

Publication for Opposition Date
    October 24, 2000

Registration Number
    2421048

Registration Date
    January 16, 2001

Owner Name and Address
    (REGISTRANT) NORTHERN TRUST CORPORATION CORPORATION DELAWARE 50 South LaSalle Street Chicago ILLINOIS 60675

Prior Registration(s)
    1001355;1309341;1626282;2125051;AND OTHERS

Type of Mark
    SERVICE MARK

Register
    PRINCIPAL

Live Dead Indicator
    LIVE

Attorney of Record
    Philip A. Jones