# EXHIBIT 61

**Thank you for your request. Here are the latest results from the TARR web server.**

**This page was generated by the TARR system on** 2008-01-22 20:12:38 ET

**Serial Number:** 78924809 Assignment Information Trademark Document Retrieval

**Registration Number:** 3307203

**Mark**

EXCLUSIVE EXTRAS

**(words only):** EXCLUSIVE EXTRAS

**Standard Character claim:** Yes

**Current Status:** Registered.

**Date of Status:** 2007-10-09

**Filing Date:** 2006-07-07

**Transformed into a National Application:** No

**Registration Date:** 2007-10-09

**Register:** Principal

**Law Office Assigned:** LAW OFFICE 101

**If you are the applicant or applicant's attorney and have questions about this file, please contact the Trademark Assistance Center at TrademarkAssistanceCenter@uspto.gov**

**Current Location:** 650 -Publication And Issue Section

**Date In Location:** 2007-10-09

---

## LAST APPLICANT(S)/OWNER(S) OF RECORD

1. JPMorgan Chase & Co.

**Address:**
JPMorgan Chase & Co.
270 Park Avenue
New York, NY 10017
United States
**Legal Entity Type:** Corporation
**State or Country of Incorporation:** Delaware

## GOODS AND/OR SERVICES

**International Class:** 036
**Class Status:** Active
Banking services; credit card services
**Basis:** 1(a)
**First Use Date:** 2005-06-00
**First Use in Commerce Date:** 2005-06-00

## ADDITIONAL INFORMATION

(NOT AVAILABLE)

## MADRID PROTOCOL INFORMATION

(NOT AVAILABLE)

## PROSECUTION HISTORY

**NOTE: To view any document referenced below, click on the link to "Trademark Document Retrieval" shown near the top of this page.**

2007-10-09 - Registered - Principal Register

2007-07-24 - Published for opposition

2007-07-04 - Notice of publication

2007-06-19 - Law Office Publication Review Completed

2007-06-13 - Approved for Pub - Principal Register (Initial exam)

2007-05-24 - Teas/Email Correspondence Entered

2007-05-24 - Communication received from applicant

2007-05-24 - Assigned To LIE

2007-05-08 - TEAS Response to Office Action Received

2006-12-08 - Non-final action e-mailed

2006-12-08 - Non-Final Action Written

2006-12-06 - Assigned To Examiner

2006-07-12 - New Application Entered In Tram

---

## ATTORNEY/CORRESPONDENT INFORMATION

---

**Attorney of Record**
Dana Breitman

**Correspondent**
DANA BREITMAN
GOODWIN PROCTER LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030
Phone Number: 212-813-8800
Fax Number: 212-355-3333

---

Trademark Electronic Search System (TESS)

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Jan 22 04:11:06 EST 2008*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status ***( Use the "Back" button of the Internet Browser to return to TESS)***

# EXCLUSIVE EXTRAS

| | |
|---|---|
| **Word Mark** | EXCLUSIVE EXTRAS |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking services; credit card services. FIRST USE: 20050600. FIRST USE IN COMMERCE: 20050600 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78924809 |
| **Filing Date** | July 7, 2006 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 24, 2007 |
| **Registration Number** | **3307203** |
| **Registration Date** | October 9, 2007 |
| **Owner** | (REGISTRANT) JPMorgan Chase & Co. CORPORATION DELAWARE 270 Park Avenue New York NEW YORK 10017 |
| **Attorney of Record** | Dana Breitman |
| **Type of Mark** | SERVICE MARK |

file:///G|/Jennifer%20Gregor/NT-Chase%20Documents%2...rcoming%20Rejections/Exclusive%20Extras-%20TESS.htm (1 of 2) [1/22/2008 7:35:31 PM]

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**To:** JPMorgan Chase & Co. (dbreitman@goodwinprocter.com)

**Subject:** TRADEMARK APPLICATION NO. 78924809 - EXCLUSIVE EXTRAS - 100144.13795

**Sent:** 12/8/06 6:25:05 PM

**Sent As:** ECOM101@USPTO.GOV

**Attachments:** Attachment - 1
Attachment - 2
Attachment - 3
Attachment - 4
Attachment - 5
Attachment - 6
Attachment - 7
Attachment - 8
Attachment - 9
Attachment - 10
Attachment - 11
Attachment - 12
Attachment - 13
Attachment - 14
Attachment - 15
Attachment - 16

# UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**: 78/924809

**APPLICANT**: JPMorgan Chase & Co.

*78924809*

**CORRESPONDENT ADDRESS**:
DANA BREITMAN
GOODWIN PROCTER LLP
599 LEXINGTON AVE
NEW YORK, NY 10022-6030

**RETURN ADDRESS**:
Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

**MARK**: EXCLUSIVE EXTRAS

**CORRESPONDENT'S REFERENCE/DOCKET NO**: 100144.13795

**CORRESPONDENT EMAIL ADDRESS**:
dbreitman@goodwinprocter.com

Please provide in all correspondence:

1. Filing date, serial number, mark and applicant's name.
2. Date of this Office Action.
3. Examining Attorney's name and Law Office number.
4. Your telephone number and e-mail address.

# OFFICE ACTION

**RESPONSE TIME LIMIT**: TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE MAILING OR E-MAILING DATE.

**MAILING/E-MAILING DATE INFORMATION**: If the mailing or e-mailing date of this Office action does not appear above, this information can be obtained by visiting the USPTO website at http://tarr.uspto.gov/, inserting the application serial number, and viewing the prosecution history for the mailing date of the most recently issued Office communication.

Serial Number 78/924809

The assigned trademark examining attorney has reviewed the referenced application and has determined the following:

**Section 2(d) Refusal to Register:**
Registration of the proposed mark is refused because of a likelihood of confusion with the mark in U.S. Registration No. 2781818. Trademark Act Section 2(d), 15 U.S.C. §1052(d); TMEP §§1207.01 *et seq*. See the enclosed registration.

Taking into account the relevant *du Pont* factors, a likelihood of confusion determination in this case involves a two-part analysis. First, the marks are compared for similarities in appearance, sound, connotation and commercial impression. *In re E .I. du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973). Second, the goods or services are compared to determine whether they are similar or related or whether the activities surrounding their marketing are such that confusion as to origin is likely. *In re National Novice Hockey League, Inc.*, 222 USPQ 638 (TTAB 1984); *In re August Storck KG*, 218 USPQ 823 (TTAB 1983); *In re Int'l Tel. and Tel. Corp.*, 197 USPQ 910 (TTAB 1978); *Guardian Prods. Co., v. Scott Paper Co.*, 200 USPQ 738 (TTAB 1978); TMEP §§1207.01 *et seq*.

Similarity of Marks:
The applicant's mark is EXCLUSIVE EXTRAS. The registrant's mark is EXCLUSIVE. The only difference between the marks is that the applicant's mark includes the word EXTRAS. This difference, however, is not enough to alter the overall commercial impression of the marks.

The mere addition of a term to a registered mark does not obviate the similarity between the marks nor does it overcome a likelihood of confusion under Section 2(d). *In re Chatam International Inc*., 380 F.3d 1340, 71 USPQ2d 1944 (Fed. Cir. 2004) ("GASPAR'S ALE and "JOSE GASPAR GOLD"); *Coca-Cola Bottling Co. v. Joseph E. Seagram & Sons, Inc.*, 526 F.2d 556, 188 USPQ 105 (C.C.P.A. 1975) ("BENGAL" and "BENGAL LANCER"); *Lilly Pulitzer, Inc. v. Lilli Ann Corp.*, 376 F.2d 324, 153 USPQ 406 (C.C.P.A. 1967) ("THE LILLY" and "LILLI ANN"); *In re El Torito Rests. Inc.*, 9 USPQ2d 2002 (TTAB 1988) ("MACHO" and "MACHO COMBOS"); *In re United States Shoe Corp.*, 229 USPQ 707 (TTAB 1985) ("CAREER IMAGE" and "CREST CAREER IMAGES"); *In re Corning Glass Works*, 229 USPQ 65 (TTAB 1985) ("CONFIRM" and "CONFIRMCELLS"); *In re Riddle*, 225 USPQ 630 (TTAB 1985) ("ACCUTUNE" and "RICHARD PETTY'S ACCU TUNE"); *In re Cosvetic Laboratories, Inc.*, 202 USPQ 842 (TTAB 1979) ("HEAD START" and "HEAD START COSVETIC"); TMEP §1207.01(b)(iii).

Because the applicant has merely added the term EXTRAS to a registered mark, the overall commercial impression of the marks is the same.

Relatedness of Goods/Services:
The applicant's services are, "Banking services; credit card services." The registrant's services are, "Prepaid telephone calling card and debit card services." The applicant's services are related to the registrant's services because both are likely to travel through the same channels of trade to the same classes of purchasers.

Attached are copies of printouts from the USPTO X-Search database, which show third-party registrations of marks used in connection with the same or similar goods and/or services as those of applicant and registrant in this case. These printouts have probative value to the extent that they serve to suggest that the goods and/or services listed therein, namely banking services, credit card services and debit card services, are of a kind that may emanate from a single source. *See In re Infinity Broad. Corp.*, 60 USPQ2d 1214, 1217-1218 (TTAB 2001); *In re Albert Trostel & Sons Co.*, 29 USPQ2d 1783, 1785-86 (TTAB 1993); *In re Mucky Duck Mustard Co., Inc*., 6 USPQ2d 1467, 1470 at n.6 (TTAB 1988).

Accordingly, because confusion as to source is likely, registration is refused under Trademark Act Section 2(d) based on a likelihood of confusion.

Although the trademark examining attorney has refused registration, applicant may respond to the refusal to register by submitting evidence and arguments in support of registration.

If applicant has questions about its application or needs assistance in responding to this Office action, please telephone the assigned trademark examining attorney directly at the number below.

/Colleen Dombrow/

Trademark Attorney

Law Office 101

Direct Dial: (571) 272-8262

Facsimile: (571) 273-9101

**HOW TO RESPOND TO THIS OFFICE ACTION:**

- ONLINE RESPONSE: You may respond using the Office's Trademark Electronic Application System (TEAS) Response to Office action form available on our website at http://www.uspto.gov/teas/index.html. If the Office action issued via e-mail, you must wait 72 hours after receipt of the Office action to respond via TEAS. **NOTE: Do not respond by e-mail. THE USPTO WILL NOT ACCEPT AN E-MAILED**

  **RESPONSE**.

- REGULAR MAIL RESPONSE: To respond by regular mail, your response should be sent to the mailing return address above, and include the serial number, law office number, and examining attorney's name. **NOTE: The filing date of the response will be the *date of receipt in the Office*,** not the postmarked date. To ensure your response is timely, use a certificate of mailing. 37 C.F.R. §2.197.

**STATUS OF APPLICATION:** To check the status of your application, visit the Office's Trademark Applications and Registrations Retrieval (TARR) system at http://tarr.uspto.gov.

**VIEW APPLICATION DOCUMENTS ONLINE:** Documents in the electronic file for pending applications can be viewed and downloaded online at http://portal.uspto.gov/external/portal/tow.

**GENERAL TRADEMARK INFORMATION:** For general information about trademarks, please visit the Office's website at http://www.uspto.gov/main/trademarks.htm

**FOR INQUIRIES OR QUESTIONS ABOUT THIS OFFICE ACTION, PLEASE CONTACT THE ASSIGNED EXAMINING ATTORNEY SPECIFIED ABOVE.**