UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO., a Delaware corporation<br><br>Defendant. | Case No. 08 C 297<br><br>Hon. William T. Hart, U.S.D.J.<br><br>Hon. Arlander Keys, U.S.M.J. |

## DECLARATION OF ELIZABETH DEATON

I, Elizabeth Deaton, declare as follows:

1. I am employed as a legal assistant at the law firm of Foley & Lardner LLP, representing Defendant JPMorgan Chase & Co. ("Chase") in the above-captioned matter initiated by Plaintiff Northern Trust Corporation ("Northern Trust").

2. I am legally competent to make this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify in this matter, could and would testify to the following facts.

3. This Declaration is being submitted in support of Chase's Memorandum of Law in Opposition to Northern Trust's Application for a Temporary Restraining Order and Motion for Preliminary Injunction (Docket Nos. 12-14).

4. On Tuesday, January 22, 2008, I visited the branch location at Northern Trust's headquarters at 50 South LaSalle Street, Chicago, Illinois 60603, and the branch location at 201 East Huron Street, Chicago, Illinois 60611.

1

CHIC_1752227.1

5. The banking facilities at both locations included a reception area, teller counters, and customer assistance stations. Along one wall of each location there were racks with brochures and other materials available for customers.

6. During my visit to both banking facilities, I did not observe any advertising or promotional displays (or any other kind of display) featuring or otherwise using the phrases "WHAT REALLY MATTERS" or "THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS."

7. I also reviewed the brochures and other materials available on the wall racks of both locations. None of these materials that I obtained display or otherwise use the phrases "WHAT REALLY MATTERS" or "THE FREEDOM TO FOCUS ON WHAT REALLY MATTERS."

I state under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 22, 2008

Chicago, Illinois

_Elizabeth Deaton_
Elizabeth Deaton

CHIC_1752227.1