## CERTIFICATE OF SERVICE

    I, Jennifer L. Gregor, an attorney, hereby certify that on January 23, 2008, I electronically filed **DEFENDANT JPMORGAN CHASE & CO.'s OPPOSITION TO PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iacullo (ai@pattishall.com).

                                                    s/ Jennifer L. Gregor
                                                    Jennifer L. Gregor

CHIC_1750845.4