# EXHIBIT 4

Case 1:08-cv-00297 Document 28-5 Filed 01/23/2008 Page 1 of 2

