# EXHIBIT 9

Case 1:08-cv-00297   Document 28-10   Filed 01/23/2008   Page 1 of 2

