# EXHIBIT 11

# Filing Placeholder for DVD Containing Examples of Recent Chase Television Advertising to be filed with the Clerk of Court and Served on Counsel of Record