# EXHIBIT 12

# Filing Placeholder for DVD Containing Examples of Recent Northern Trust Television Advertising to be filed with the Clerk of Court and Served on Counsel of Record