# EXHIBIT 13

# MONEY MATTERS
## All About Basic Banking

## Why use a bank?

**Keeping your money in a bank is safe and convenient.** A bank account can also allow you to earn interest and is a positive factor in your credit score—helping you earn money and access to loans.

Banks allow you to transfer money by check, telephone, automated teller machine (ATM) or computer. Plus, you can safely and automatically "direct deposit" your paychecks. The Federal Deposit Insurance Corporation (FDIC) provides up to a $100,000 basic insured amount on deposits at institutions that are members—so you can be sure your money is safe in the bank.

### CHECKING ACCOUNTS

**Checks are a convenient way to pay bills and keep a record of proof of their payment.** Checking accounts can be interest or non-interest bearing. Checking accounts also offer debit cards, which let you access your money at any ATM or make purchases as you would with a credit card (except the money comes from your checking account). Most banks even allow you to bank online and pay bills online when you have a checking account—saving you time and postage.

### SAVINGS ACCOUNTS

This type of account allows you to earn interest on your savings, withdraw money at ATMs, and transfer funds to or from your checking account (some limitations on number of withdrawals may apply).

### Basic banking tips

**Writing checks**
- Use ink, never pencil.
- Never sign blank checks.
- Write your account number with the company whose bill you are paying in the memo section to ensure proper processing.
- Immediately write the information in your check register to help you track your account.

**Keeping your debit card safe**
- Immediately sign the back of your new card.
- Only use ATMs at safe locations.
- Memorize your personal identification number (PIN) and keep it secure and secret.
- Don't let people watch you enter your PIN.
- Put your money away safely after using the ATM.

### OPENING AND USING ACCOUNTS

**Before you open a checking or savings account, ask the banker these important questions:**
- Is there a minimum balance to open or maintain the account?
- Is there a monthly service, per-check or per-transaction fee?
- What are the ATM fees?
- Does the account pay interest?
- Is there an overdraft protection charge?
- Are free online banking and bill pay available?

**Opening an account is easy. When you visit the bank, simply bring along:**
- Photo ID with signature
- Secondary ID with signature
- Social Security (or taxpayer ID) number
- Proof of address

### QUICK CONTACT INFORMATION

Board of Governors of the Federal Reserve System:
   202.452.3000
   www.FederalReserveEducation.org
The Federal Reserve Board:
   www.federalreserve.gov/consumers.htm

### CONTACT US

**For more information, talk to your Chase At Work representative.**

Or visit your nearest Chase branch to talk to a banker.





JPMorgan Chase Bank, N.A. Member FDIC
© 2006 JPMorgan Chase & Co.
MM-Basic Banking

# MONEY MATTERS
# Preventing and Combating Identity Theft

## What identity theft is

**Clever thieves can counterfeit your financial identity by stealing your personal information.** They can make credit card purchases, write bogus checks, withdraw your savings and more—all in your name and without your knowledge.

The number of identity theft victims is increasing every year.

### How your identity can be stolen

**Virtually any document that has the following personal information on it is susceptible to theft:**
Social Security number, driver's license number, date of birth or credit score

**These items may contain information a thief could use to steal your identity:**
Your wallet, purse, credit cards, banking statements, mail, preapproved credit offers, employer files, Web records—even your trash

### HOW THIEVES USE YOUR IDENTIFICATION

**With your personal information and credit card number**, thieves can change your credit card address, so while they run up card charges, you don't receive the bills and don't know about the fraudulent activity.

They can also establish wireless service, credit cards or other loans in your name. Opening a bank account in your name requires your Social Security number and two additional forms of identification—and with that account, thieves can then obtain fake checks and debit cards, and use them to destroy your credit.

## PROTECTING YOURSELF FROM IDENTITY THIEVES

- Use secure mailboxes, not an "open" box.
- Don't preprint checks with personal information like driver's license or phone number.
- Store new and cancelled checks safely.
- Beware of telephone and e-mail requests for personal information. This is known as "phishing" and can contribute to fraudulent use of your accounts.
- Securely dispose of transaction receipts and financial mail. This is where your shredder comes in.
- Guard personal identification numbers (PINs).
- Anticipate regular bills in case a thief diverts your mailing address.
- Periodically review your credit report.

## RECLAIMING YOUR IDENTITY

**What to do to stop thieves and rebuild your credit:**
- Contact your financial institution.
- Call the three credit bureaus (see quick contact information below) and place a fraud alert.
- Request a free copy of your credit report to check for unauthorized transactions.
- Close any invalid accounts.
- Contact the police, file a report and keep it to substantiate claims.
- Check your mail for statements from fraudulent accounts in your name.
- Contact your post office for any change of address requests and report them.
- Review all of your accounts, transactions and creditors, including checking, savings, phone, credit card and utility accounts.
- Issue a stop payment for missing checks or close the account.
- Report any fraudulent investment to the Securities and Exchange Commission.
- For Social Security number misuse contact the Social Security Department.
- For driver's license or ID card misuse contact the local Department of Motor Vehicles.

## QUICK CONTACT INFORMATION

Securities and Exchange Commission:
**1.800.732.0330**

Federal Trade Commission Identity Theft Hotline:
**1.877.438.4338** or **www.consumer.gov/idtheft/**

Credit Bureaus:
Equifax: **1.800.685.1111** or **www.equifax.com**
Experian (formerly TRW): **1.888.397.3742** or **www.experian.com**
TransUnion: **1.800.888.4213** or **www.transunion.com**

Check Verification Services:
TeleCheck: **1.800.710.9898**
Certegy: **1.800.437.5120**

United States Postal Service:
**www.usps.gov/websites/depart/inspect**

Social Security Fraud Hotline: **1.800.269.0271**

## CONTACT US

**For more information, talk to your Chase At Work representative.**

Or visit your nearest Chase branch to talk to a banker.

**CHASE AT WORK**
CHASE



JPMorgan Chase Bank, N.A. Member FDIC
© 2006 JPMorgan Chase & Co.
MM-Identity Theft

# MONEY MATTERS
## Check-Writing Basics

## A checking account: your financial foundation

**A checking account is the first step to building a financial life.** When you have a checking account, you have the ability to pay bills, keep your money safe and use automated teller machines (ATMs).

### THE BASICS OF A CHECKING ACCOUNT

**When your money is in a checking account at a bank, it is insured by the FDIC** (if the bank is a member of the FDIC). Also, checks and ATM cards are safer to carry than cash—because your personal identification number (PIN) or signature is needed to use them.

**To safeguard your account:**
- Never tell anyone your PIN
- Never sign a blank check
- Shred your statements and ATM receipts when you no longer need them

Plus, if you choose to have your paychecks directly deposited to your checking account, you'll have access to your money sooner. Direct deposit is easy to set up, free, and it will save you many trips to the bank. And you won't misplace your paycheck and it can't be stolen from you.

### BALANCING YOUR CHECKING ACCOUNT

**Periodically, you will receive a statement of your account.** You can use your statement to check against your check register and make sure your account is in order and avoid overdrafts.

### Here's how to balance your account:

**Step 1:** Using the worksheet on the back of your statement, write the ending balance shown on your statement.

**Step 2:** Add all deposits not shown on the statement.

**Step 3:** Subtract all outstanding checks and banking transactions not shown on the statement.

**Step 4:** After you figure in all the additions and subtractions, the amount should match the current balance in your register.

**Fill out vital information on every check you write using ink, never pencil.**
- The calendar date when you wrote the check
- The name of the business or person who will receive your check
- The amount of the check in words and numbers
- The memo explaining what the check is for, or to note the account number of the bill you are paying
- Always sign your check

### CONTACT US

**For more information, see the All About Basic Banking Money Matters information sheet or talk to your Chase At Work representative.**

Or visit your nearest Chase branch to talk to a banker.





JPMorgan Chase Bank, N.A. Member FDIC
© 2006 JPMorgan Chase & Co.
MM-Check-Writing Basics