# EXHIBIT 14

JPMorgan Chase: Philanthropy Matters



| Home | Contact us | Privacy/security | | | Site map |

Philanthropy Matters

# Philanthropy Matters

Welcome to the Philanthropy Matters series, a way for JPMorgan Chase to celebrate a few of the thousands of not-for-profit organizations we support to help create better conditions in the communities in which we have a presence. We hope you will be inspired to help them or others of your choice with money or volunteer time.

- A Matter of Faith: A church that never gave up (83KB PDF file)
- The Art of Learning: A new look at education (71KB PDF file)
- The Heartland of Chicago: A story for all America (40KB PDF file)
- From Trash to Treasure: Everything old is new again. (48KB PDF file)

**Our philosophy**
Philanthropy is an investment in society, seeking a better future for communities and the people who live in them. At one level, it meets basic human needs: feeding the hungry, housing the homeless, caring for those who cannot care for themselves. At another, it helps people strive for happy and rewarding lives.

For many, that means a good education, a fulfilling job, a comfortable home, a safe neighborhood, a rich cultural environment, and the promise of a better tomorrow. Clearly, those aspirations can best be met in thriving communities, which is why the best companies are closely connected with the communities they serve.

JPMorgan Chase believes there are two ways we can best help people achieve their aspirations: enlightened business practices and focused philanthropy. On the banking side, we help people get an education, own a home, grow a business, care for their loved ones. To make philanthropic dollars work as hard and as smart as business dollars, we have forged partnerships with thousands of not-for-profit organizations across America to help revitalize communities, strengthen public education, and make the arts accessible to all.

Not-for-profit organizations play a vital role in society beyond the functions of government and business. They nourish the heart and soul of the community and are passionately devoted to the causes they serve. They have our gratitude and support. We hope you feel they deserve yours.

*Philanthropy Matters: First in a series*

# From Trash to Treasure
## Everything old is new again.

All over America, company storerooms are piled high with outmoded computers. Maybe it is a nostalgic attachment. Maybe it is a delusion that someday, somehow, they're going to be needed again. Maybe it is because they can't find anybody to take them away.

In 1995, in The Bronx, a not-for-profit group calling itself PerScholas saw that used equipment could be refurbished into excellent, low-cost computers that would give schools and families in poorer neighborhoods technological benefits enjoyed in more affluent areas. With a vision and a passion to drive them, they raised some startup money for computer tools and data-removal software. They found a used truck and space in an old factory, and set out to make their dream a reality.

**Three goals plus one**
PerScholas (meaning "for schools") had three goals. First, collect old computers, recondition them, and supply low-cost equipment to schools, families and other not-for-profits. Second, dispose of unusable equipment in an environmentally responsible way. Third, create jobs in their economically depressed South Bronx community.

They soon added a fourth: train local residents to be computer technicians, launching careers in a high-wage industry that can lift an entire family out of poverty.

The Humanitarian Resource Institute reports that, since 1995, PerScholas has provided computers to 40,000 families, trained 700 technicians, recycled 30,000 computer systems, and employed 500 people. Last year alone, it placed 8,000 computer systems in the homes of low-income families, selling them for $245. To create these units, 60 fulltime employees recycled 1100 tons of equipment donated by 65 companies.

**Sharing the vision**
PerScholas's influence is wide. It has provided equipment to students and families in 28 states, and shares its knowledge with not-for-profits around the country that hope to duplicate its success. It recently replicated its training and distribution facilities in Miami, where low-cost computers – and jobs – are needed.

Your help is needed, too. If you represent a NY-area organization with a stock of unused computer equipment, please donate it to PerScholas (and perhaps some dollars to help defray costs). If you are an individual, please give as generously as you can. To reach PerScholas, call 800 964 0522, or visit them at **www.perscholas.org**.

JPMorganChase

In this series of ads, JPMorgan Chase celebrates a few of the thousands of not-for-profit organizations we support to help create better conditions in the communities in which we have a presence. We hope you will be inspired to help them or others of your choice with money or volunteer time.

© 2004 JPMorgan Chase & Co. All rights reserved.