# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Northern Trust Corporation

                  Plaintiff,

v.                                          Case No.: 1:08−cv−00297
                                                 Honorable William T. Hart

JPMorgan Chase & Co.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 23, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing held. Plaintiff's motion for temporary restraining order [12] is denied. Plaintiff's motion for expedited discovery [15] is granted. Response to outstanding discovery except admissions is due by 2/6/2008. Defendant can initiate discovery and plaintiff's response will be due two weeks thereafter. Status hearing set for 3/12/2008 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.