

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED** JAN 2 3 2008 NH
Jan 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NORTHERN TRUST CORPORATION,<br>a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE & CO.,<br>a Delaware corporation,<br><br>Defendant. | Case No. 08-C-297<br><br>Hon. William T. Hart, U.S.D.J.<br><br>Hon. Arlander Keys, U.S.M.J. |

### DEFENDANT'S NOTICE OF FILING PHYSICAL COPIES
### OF EXHIBITS 11 AND 12 TO THE DECLARATION OF DAVID A. CLIFTON

**PLEASE TAKE NOTICE** that defendant, JPMorgan Chase & Co., filed and served concurrently herewith physical copies of each of the following:

- Exhibit 11 to the Declaration of David A. Clifton constituting a DVD storing certain Chase television commercials; and,

//

//

//

//

//

CHIC_1752625.1

- Exhibit 12 to the Declaration of David A. Clifton constituting a DVD storing certain Northern Trust Corporation television commercials.

Dated: January 23, 2008

Respectfully submitted,

By: _____
Craig S. Fochler (IL Bar No. 0840858)
Charles R. Mandly, Jr. (IL Bar No. 6185827)
Jennifer L. Gregor (IL Bar No. 6286281)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312/832.4500
312/832.4700 – Fax

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

OF COUNSEL

Ira J. Levy
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, New York, 10022
212/459-8800
212/355-3333 – Fax
ilevy@goodwinproctor.com

## CERTIFICATE OF SERVICE

I, Jennifer L. Gregor, an attorney, hereby certify that on January 23, 2008, I caused a copy of **DEFENDANT'S NOTICE OF FILING PHYSICAL COPIES OF EXHIBITS 11 AND 12 TO THE DECLARATION OF DAVID A. CLIFTON**, together with copies of **EXHIBITS 11 and 12**, to be served by hand upon plaintiff's counsel, David Craig Hilliard, Hans Ulrich Widmaier, Teresa Dillon Tambolas, and Ashly Ann Iaculo, all of Pattishall, McAuliffe, *et al*, 311 South Wacker Drive, Suite 5000, Chicago, IL 60606.

_____
Jennifer L. Gregor

CHIC_1752625.1