# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, ) <br> a Delaware Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JPMORGAN CHASE & CO., ) <br> a Delaware corporation ) <br> ) <br> Defendant. ) | Case No. 08 C 297 <br><br> Hon. William T. Hart, U.S.D.J. <br><br> Hon. Arlander Keys, U.S.M.J. |

## JOINT MOTION FOR EXTENSION OF THE TIMES FOR EACH PARTY TO RESPOND TO THE OTHER'S EXPEDITED DISCOVERY REQUESTS

Plaintiff, Northern Trust Corporation ("Northern Trust"), and defendant, JPMorgan Chase & Co. ("Chase"), move this Court for an order extending the dates by which the parties must respond to the outstanding expedited discovery requests, which were propounded for the purpose of obtaining discovery for the parties' upcoming preliminary injunction hearing. Specifically, the parties seek a two-week extension such that Chase's responses to Northern Trust's interrogatories and requests for production would be due on February 20, 2008, and Northern Trust's responses to Chase's interrogatories and requests for production would be due on February 25, 2008.

After the January 23, 2008 hearing in this case, the Court issued an Order stating, in relevant part, that:

> [Defendant's] Response to outstanding discovery except admissions is due by 2/6/08. Defendant can initiate discovery and plaintiff's responses will be due two weeks thereafter. Status hearing set for 3/12/2008 at 11:00 a.m.

*See* January 23, 2008 Order, Docket No. 29. On January 25, 2008, Chase also served interrogatories and document requests, to which Northern Trust's responses are due on February 11, 2008 pursuant to the January 23, 2008 Order.

Counsel for both parties have conferred and have mutually agreed, subject to the Court's approval, to a two-week (fourteen day) extension of the above response dates. This extension would make Chase's responses to Northern Trust's interrogatories and requests for production (Attached to its Motion for Expedited Discovery as Exhibits A and B) due on February 20, 2008, and Northern Trust's responses to Chase's interrogatories and requests for production would be due on February 25, 2008. Such an arrangement will not cause any prejudice or delay since these due dates fall before the parties' next status hearing in this case on March 12, 2008, at which time the parties anticipate that a hearing on Northern Trust's motion for a preliminary injunction can be scheduled.

The parties, therefore, respectfully request that the Court enter an Order allowing Chase and Northern Trust to respond to each other's expedited discovery requests on the foregoing dates.

Dated: February 4, 2008                                         Respectfully submitted,


                                                                By:   s/   Ashly A. Iacullo
                                                                David C. Hilliard
                                                                Uli Widmaier
                                                                Teresa D. Tambolas
                                                                Ashly A. Iacullo
                                                                PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON, LLP
                                                                311 S. Wacker Drive
                                                                Suite 5000
                                                                Chicago, IL 60606
                                                                312/554-8000

312/554-8015 - Fax

*Attorneys for Plaintiff*
*Northern Trust Corporation*

Dated:  February 4, 2008

Respectfully submitted,


By:  ___s/   Jennifer L. Gregor_____
Craig S. Fochler (IL Bar No. 0840858)
cfochler@foley.com
Charles R. Mandly, Jr. (IL Bar No. 6185827)
cmandly@foley.com
Jennifer L. Gregor (IL Bar No. 6286281)
jgregor@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312/832.4500
312/832.4700 – Fax

Ira J. Levy (*pro hac vice*)
ilevy@goodwinprocter.com
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York, 10022
212/813-8800
212/355-3333 – Fax

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

3

## CERTIFICATE OF SERVICE

I, Jennifer L. Gregor, an attorney, hereby certify that on February 4, 2008, I electronically filed the foregoing JOINT MOTION FOR EXTENSION OF THE TIMES FOR EACH PARTY TO RESPOND TO THE OTHER'S EXPEDITED DISCOVERY REQUESTS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iacullo (ai@pattishall.com).

s/ Jennifer L. Gregor
Jennifer L. Gregor