# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, ) <br> a Delaware Corporation ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JPMORGAN CHASE & CO., ) <br> a Delaware corporation ) <br> ) <br> Defendant. ) | Case No. 08 C 297 <br><br> Hon. William T. Hart, U.S.D.J. <br><br> Hon. Arlander Keys, U.S.M.J. |

## NOTICE OF JOINT MOTION FOR THE EXTENSION OF THE TIMES FOR EACH PARTY TO RESPOND TO THE OTHER'S EXPEDITED DISCOVERY REQUESTS

PLEASE TAKE NOTICE that on Wednesday, February 6, 2008, at 11:00 a.m. or as soon thereafter as counsel will be heard, Plaintiff, Northern Trust Corporation, and Defendant, JPMorgan Chase & Co., shall appear before the Hon. William T. Hart or any judge sitting in his stead in the United States District Court for the Northern District of Illinois, Eastern Division, Room 2243, and then and there present the parties' Joint Motion for Extension of the Times for Each Party to Respond to the Other's Expedited Discovery Requests, filed contemporaneously herewith.

Dated: February 4, 2008                             Respectfully submitted,


                                                    By:   s/  Ashly A. Iacullo
                                                    David C. Hilliard
                                                    Uli Widmaier
                                                    Teresa D. Tambolas
                                                    Ashly A. Iacullo
                                                    PATTISHALL, MCAULIFFE, NEWBURY,

CHIC_1802089.2

HILLIARD & GERALDSON, LLP
311 S. Wacker Drive
Suite 5000
Chicago, IL 60606
312/554-8000
312/554-8015

*Attorneys for Plaintiff*
*Northern Trust Corporation*


Dated:  February 4, 2008                          Respectfully submitted,



By:    s/   Jennifer L. Gregor
Craig S. Fochler (IL Bar No. 0840858)
cfochler@foley.com
Charles R. Mandly, Jr. (IL Bar No. 6185827)
cmandly@foley.com
Jennifer L. Gregor (IL Bar No. 6286281)
jgregor@foley.com
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312/832.4500
312/832.4700 – Fax

Ira J. Levy (*pro hac vice*)
ilevy@goodwinprocter.com
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York, 10022
212/813-8800
212/355-3333 – Fax

*Attorneys for Defendant*
*JPMorgan Chase & Co.*

## CERTIFICATE OF SERVICE

      I, Jennifer L. Gregor, an attorney, hereby certify that on February 4, 2008, I electronically filed the foregoing **NOTICE OF JOINT MOTION FOR THE EXTENSION OF THE TIMES FOR EACH PARTY TO RESPOND TO THE OTHER'S EXPEDITED DISCOVERY REQUESTS** with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to David Craig Hilliard (dhilliard@pattishall.com), Hans Ulrich Widmaier (uw@pattishall.com), Teresa Dillon Tambolas (ttambolas@pattishall.com), and Ashly Ann Iacullo (ai@pattishall.com).

                                                s/ Jennifer L. Gregor
                                                Jennifer L. Gregor