## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Northern Trust Corporation

                              Plaintiff,

v.                                           Case No.: 1:08−cv−00297
                                           Honorable William T. Hart

JPMorgan Chase & Co.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge William T. Hart :Motion hearing set for 2/6/2008 is stricken. Joint motion for extension of the times for each party to respond to the other's expedited discovery requests [32] is granted; defendant's responses extended to 2/20/2008; plaintiff's responses extended to 2/25/2008.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.