# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 297 | **DATE** | 6/18/2008 |
| **CASE TITLE** |  | Northern Trust Corp. Vs. JPMorgan Chase & Co. | |

**DOCKET ENTRY TEXT**

Status hearing held. This case is dismissed with prejudice and without costs with leave to reinstate by 7/2/2008 if settlement is not consummated.

Docketing to mail notices.

00:02

| | Courtroom Deputy Initials: | CW |
|---|---|---|