IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>  Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

## NOTICE OF FILING

To:  JPMorgan Chase & Co.
  c/o Craig S. Fochler, Esq.
  Foley & Lardner LLP
  321 North Crark Street, Suite 2800
  Chicago, IL 60610

PLEASE TAKE NOTICE that on July 1, 2008, we filed the attached **Notification of Settlement** with the Court, a copy of which is attached and hereby served upon you.

Dated: July 1, 2008

Respectfully submitted,

PATTISHALL, McAULIFFE, NEWBURY,
  HILLIARD & GERALDSON LLP

By: /Uli Widmaier/
  David C. Hilliard
  Uli Widmaier
  Teresa D. Tambolas
  Ashly Iacullo
  311 South Wacker Drive, Suite 5000
  Chicago, Illinois  60606
  (312) 554-8000

*Attorneys for Plaintiff, Northern Trust Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHERN TRUST CORPORATION, a Delaware Corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation,<br><br>       Defendant. | Case No. 08-CV-0297<br><br>Judge William T. Hart<br><br>Magistrate Judge Keys |

## NOTIFICATION OF SETTLEMENT

Northern Trust Corporation hereby notifies the Court that the parties have settled this lawsuit.  Reinstatement of this lawsuit will not be sought.  Each of the parties is to bear its own fees and costs in connection with the lawsuit.


RESPECTFULLY SUBMITTED,


DATED:  July 1, 2008                  By:  /Uli Widmaier/
                                              David C. Hilliard
                                              Uli Widmaier
                                              Teresa D. Tambolas
                                              Ashly A. Iacullo
                                              Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
                                              311 S. Wacker Drive
                                              Suite 5000
                                              Chicago, Illinois 60606
                                              Tel: (312)554-8000
                                              Fax: (312)554-8015

                                              *Attorneys for Plaintiff, Northern Trust Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of July, 2008, I caused true and correct copy of the foregoing Notification of Settlement to be served, via hand delivery, upon:

> JPMorgan Chase & Co.
> c/o Craig S. Fochler, Esq.
> Foley & Lardner LLP
> 321 North Crark Street, Suite 2800
> Chicago, IL 60610

By:  /Uli Widmaier/